**HAGENS BERMAN SOBOL SHAPIRO LLP**
Lucas E. Gilmore (Bar No. 250893)
715 Hearst Avenue, Suite 300
Berkeley, California 94710
Tel: (510) 725-3000
Fax: (510) 725-3001
lucasg@hbsslaw.com

*Proposed Liaison Counsel for the Class*

**LABATON SUCHAROW LLP**
Eric J. Belfi (*pro hac vice* forthcoming)
Francis P. McConville (*pro hac vice* forthcoming)
140 Broadway
New York, New York 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
ebelfi@labaton.com
fmcconville@labaton.com

*Counsel for Proposed Lead Plaintiff and Proposed Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| ERIE COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> CUTERA, INC., DAVID H. MOWRY, ROHAN SETH, and J. DANIEL PLANTS, <br><br> Defendants. | Case No. 4:23-cv-02560-JST <br><br> **CLASS ACTION** <br><br> **DECLARATION OF LUCAS E. GILMORE IN SUPPORT OF THE MOTION OF NEW ENGLAND TEAMSTERS PENSION FUND FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL** |

I, Lucas E. Gilmore, declare as follows:

I am a member in good standing of the bar of the State of California and am admitted to practice before this Court.  I am a partner at Hagens Berman Sobol Shapiro LLP ("Hagens Berman"), proposed Liaison Counsel for the Class.  I submit this declaration in support of the motion filed by New England Teamsters Pension Fund ("New England Teamsters") for the entry of an Order: (i) appointing New England Teamsters as Lead Plaintiff in the above-captioned securities class action pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"); (ii) approving the selection of Labaton Sucharow LLP ("Labaton Sucharow") as Lead Counsel for the Class and Hagens Berman as Liaison Counsel to the Class; and (iii) granting such other and further relief as the Court may deem just and proper.

Attached as Exhibits A through E are true and correct copies of the following documents:

EXHIBIT A:   Signed Certification of New England Teamsters, pursuant to the requirements of the PSLRA, 15 U.S.C. § 78u-4(a)(2);

EXHIBIT B:   A chart reflecting New England Teamsters' transactions in Cutera, Inc. securities and approximate losses;

EXHIBIT C:   Notice of pendency of *Erie County Employees' Retirement System v. Cutera, Inc.,* No. 3:23-cv-02560 (N.D. Cal. May 24, 2023), published May 24, 2023;

EXHIBIT D:   Firm resume of Labaton Sucharow; and

EXHIBIT E:   Firm resume of Hagen Berman Sobol Shapiro LLP

I hereby declare under penalty of perjury that the foregoing is true and correct.

DATED: July 24, 2023

/s/ *Lucas E. Gilmore*
Lucas E. Gilmore

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 24, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

/s/ *Lucas E. Gilmore*
Lucas E. Gilmore

DECLARATION OF LUCAS E. GILMORE
CASE NO. 23-CV-02560-JST