# Exhibit A

## CERTIFICATION

I, Daniel J. Greene, as Chief Administrative Officer of New England Teamsters Pension Fund ("New England Teamsters"), hereby certify as follows:

1.      I am fully authorized to enter into and execute this Certification on behalf of New England Teamsters. I have reviewed a complaint filed against Cutera, Inc. ("Cutera") alleging violations of the federal securities laws, generally adopt the allegations without waiving the right to alter the allegations in a consolidated and/or amended complaint, and authorize the filing of this motion for lead plaintiff appointment;

2.      New England Teamsters did not purchase common stock of Cutera at the direction of counsel or in order to participate in any private action under the federal securities laws;

3.      New England Teamsters is willing to serve as a lead plaintiff and representative party in this matter, including providing testimony at deposition and trial, if necessary. New England Teamsters fully understands the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class;

4.      New England Teamsters' transactions in Cutera common stock during the Class Period are reflected in Exhibit A, attached hereto;

5.      New England Teamsters has not sought to serve as a lead plaintiff or representative party in any class action under the federal securities laws filed during the last three years;

6.      Beyond its pro rata share of any recovery, New England Teamsters will not accept payment for serving as a lead plaintiff and representative party on behalf of the Class, except the reimbursement of such reasonable costs and expenses (including lost wages) as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this 18th day of July, 2023.

Daniel J. Greene
Chief Administrative Officer
New England Teamsters Pension Fund

2

## EXHIBIT A

## TRANSACTIONS IN CUTERA, INC.

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Purchase | 5/24/2022 | 6,000.00 | 44.73910 | ($268,434.60) |
| Purchase | 5/25/2022 | 4,000.00 | 40.36200 | ($161,448.00) |
| Purchase | 1/20/2023 | 6,000.00 | 33.55000 | ($201,300.00) |
| Purchase | 2/21/2023 | 280.00 | 30.91360 | ($8,655.81) |
| Purchase | 3/1/2023 | 220.00 | 29.31000 | ($6,448.20) |
| Purchase | 3/31/2023 | 500.00 | 22.92000 | ($11,460.00) |
| Purchase | 4/27/2023 | 1,000.00 | 22.26000 | ($22,260.00) |