# Exhibit B

**LOSS ANALYSIS**
**Class Period: 2/17/2021 – 5/9/2023**

**CUTERA INC.**

| TICKER | CUSIP | ISIN | SEDOL | Lookback Price |
|---|---|---|---|---|
| CUTR | 232109108 | US2321091082 | 2839741 | 16.1824 [1] |

**New England Teamsters Pension Fund**

**LIFO**

| Transaction Type | Trade Date | Quantity | Price Per Share | Cost / Proceeds |
|---|---|---|---|---|
| Opening Balance | 02/17/21 | 0 | | |
| Purchase | 05/24/22 | 6,000 | $44.7391 | ($268,434.60) |
| Purchase | 05/25/22 | 4,000 | $40.3620 | ($161,448.00) |
| Purchase | 01/20/23 | 6,000 | $33.5500 | ($201,300.00) |
| Purchase | 02/21/23 | 280 | $30.9136 | ($8,655.81) |
| Purchase | 03/01/23 | 220 | $29.3100 | ($6,448.20) |
| Purchase | 03/31/23 | 500 | $22.9200 | ($11,460.00) |
| Purchase | 04/27/23 | 1,000 | $22.2600 | ($22,260.00) |
| *Class Period purchases:* | | **18,000** | | **($680,006.61)** |
| *Class Period sales that match to* *Class Period purchases:* | | **0** | | **$0.00** |
| | Shares Held: | 18,000 | 16.1824 | $291,283.20 |

| | |
|---|---|
| **LIFO Gain/(Loss):** | **($388,723.41)** |
| Total Shares Bought: | 18,000 |
| Total Net Shares: | 18,000 |
| Total Net Expenditures: | ($680,006.61) |

[1] *Value of shares held is the mean trading price from 5/10/2023 to 7/20/2023.*