**HAGENS BERMAN SOBOL SHAPIRO LLP**
Lucas E. Gilmore (Bar No. 250893)
715 Hearst Avenue, Suite 300
Berkeley, California 94710
Tel: (510) 725-3000
Fax: (510) 725-3001
lucasg@hbsslaw.com

*Proposed Liaison Counsel for the Class*

**LABATON SUCHAROW LLP**
Eric J. Belfi (*pro hac vice* forthcoming)
Francis P. McConville (*pro hac vice* forthcoming)
140 Broadway
New York, New York 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
ebelfi@labaton.com
fmcconville@labaton.com

*Counsel for Proposed Lead Plaintiff and Proposed Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| ERIE COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CUTERA, INC., DAVID H. MOWRY, ROHAN SETH, and J. DANIEL PLANTS,<br><br>Defendants. | Case No. 4:23-cv-02560-JST<br><br>**CLASS ACTION**<br><br>**CERTIFICATION OF ERIC J. BELFI PURSUANT TO LOCAL RULE 3-7(d)** |

I, Eric J. Belfi, make this declaration pursuant to Local Rule 3-7(d) of the United States District Court for the Northern District of California:

Exclusive of securities held through mutual funds or discretionary accounts managed by professional money managers, I do not directly own or otherwise have a beneficial interest in the securities that are the subject of this action.

I declare under penalty of perjury that the foregoing is true and correct.  If called as a witness, I could and would competently testify thereto.

DATED: July 24, 2023                     **LABATON SUCHAROW LLP**

*/s/ Eric J. Belfi*
Eric J. Belfi (*pro hac vice* forthcoming)
140 Broadway
New York, New York 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
ebelfi@labaton.com

*Counsel for Proposed Lead Plaintiff*
*and Proposed Lead Counsel for the Class*

**CERTIFICATE PURSUANT TO LOCAL RULE 5-1(H)(3)**

I, Lucas E. Gilmore, am the ECF User whose ID and password are being used to file this certification. In compliance with Local Rule 5-1(h)(3), I hereby attest that Eric J. Belfi concurs in this filing.

Dated: July 24, 2023                     **HAGENS BERMAN SOBOL SHAPIRO LLP**
*/s/ Lucas E. Gilmore*
Lucas E. Gilmore (Bar No. 250893)
715 Hearst Avenue, Suite 300
Berkeley, California 94710
Tel: (51S0) 725-3000
Fax: (510) 725-3001
lucasg@hbsslaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 24, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

/s/ *Lucas E. Gilmore*
Lucas E. Gilmore