**HAGENS BERMAN SOBOL SHAPIRO LLP**
Lucas E. Gilmore (Bar No. 250893)
715 Hearst Avenue, Suite 300
Berkeley, California 94710
Tel: (510) 725-3000
Fax: (510) 725-3001
lucasg@hbsslaw.com

*Proposed Liaison Counsel for the Class*

**LABATON SUCHAROW LLP**
Eric J. Belfi (*pro hac vice* forthcoming)
Francis P. McConville (*pro hac vice* forthcoming)
140 Broadway
New York, New York 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
ebelfi@labaton.com
fmcconville@labaton.com

*Counsel for Proposed Lead Plaintiff and Proposed Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| ERIE COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CUTERA, INC., DAVID H. MOWRY, ROHAN SETH, and J. DANIEL PLANTS,<br><br>Defendants. | Case No. 4:23-cv-02560-JST<br><br>**CLASS ACTION**<br><br>**CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest to report other than that of the named parties to the action and Lead Plaintiff movant New England Teamsters Pension Fund.

DATED:  July 24, 2023                    Respectfully submitted,

*/s/ Lucas E. Gilmore*
Lucas E. Gilmore (Bar No. 250893)

CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS
CASE NO. 23-CV-02560-JST

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 24, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

/s/ *Lucas E. Gilmore*
Lucas E. Gilmore