**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| ERIE COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> CUTERA, INC., DAVID H. MOWRY, ROHAN SETH, and J. DANIEL PLANTS, <br><br> Defendants. | Case No. 4:23-cv-02560-JST <br><br> **CLASS ACTION** <br><br> **[PROPOSED] ORDER FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL** |

[PROPOSED] ORDER
CASE NO. 23-CV-02560-JST

Having considered the motion of New England Teamsters Pension Fund ("New England Teamsters") for appointment as Lead Plaintiff and approval of selection of Lead Counsel (the "Motion"),

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted.

2. This order (the "Order") shall apply to the above-captioned action (the "Action") and to each case that relates to the same subject matter that is subsequently filed in this Court or is transferred to this Court, and is consolidated with the Action.

3. A Master File is established for this proceeding. The Master File shall be Civil Action No. 3:23-cv-02560-JST. The Clerk shall file all pleadings in the Master File and note such filings on the Master Docket. Every pleading in the Action shall have the following caption: *In re Cutera, Inc. Securities Litigation,* No. 3:23-cv-02560-JST (N.D. Cal.).

4. Each new case that arises out of the subject matter of the Action shall be consolidated with the Action. This Order shall apply thereto, unless a party objects to consolidation (as provided for herein), or to any provision of this Order, within ten (10) days after the date upon which a copy of this Order is served on counsel for such party by filing an application for relief, and this Court deems it appropriate to grant such application. Nothing in the foregoing shall be construed as a waiver of Defendants' right to object to the consolidation of any subsequently-filed or transferred related action.

5. New England Teamsters is appointed to serve as Lead Plaintiff in the Action pursuant to 15 U.S.C. § 78u-4(a)(3)(B).

6. New England Teamsters' selection of Labaton Sucharow LLP as Lead Counsel for the Class is approved pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v). Lead Counsel shall have the authority to speak for all Plaintiffs and Class members in all matters regarding the litigation, including, but not limited to, pretrial proceedings, motion practice, trial, and settlement. Lead Counsel shall make all work assignments in such a manner as to facilitate the orderly and efficient prosecution of this litigation, and to avoid duplicative or unproductive effort. Additionally, Lead Counsel shall have the following responsibilities:

    a.  to brief and argue motions;

    b.  to initiate and conduct discovery, including, but not limited to, coordination of discovery with Defendants' counsel, and the preparation of written interrogatories, requests for admissions, and requests for production of documents;

    c.  to direct and coordinate the examination of witnesses in depositions;

    d.  to act as spokesperson at pretrial conferences;

    e.  to call and chair meetings of Plaintiffs' counsel as appropriate or necessary from time to time;

    f.  to initiate and conduct any settlement negotiations with Defendants' counsel;

    g.  to provide general coordination of the activities of Plaintiffs' counsel and to delegate work responsibilities to selected counsel as may be required, in such a manner as to lead to the orderly and efficient prosecution of this litigation and to avoid duplication or unproductive effort;

    h.  to consult with and employ experts;

    i.  to receive and review periodic time reports of all attorneys on behalf of Plaintiffs, to determine if the time is being spent appropriately and for the benefit of Plaintiffs, and to determine and distribute Plaintiffs' attorneys' fees; and

    j.  to perform such other duties as may be expressly authorized by further order of this Court.

7.    New England Teamsters' selection of Hagens Berman Sobol Shapiro LLP as Liaison Counsel for the Class in the Action is approved.

**IT IS SO ORDERED.**

DATED: _____, 2023

_____
Honorable Jon S. Tigar
United States District Judge
Northern District of California