ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com

ENTWISTLE & CAPPUCCI LLP
ANDREW J. ENTWISTLE (*Pro Hac Vice* forthcoming)
500 W. 2nd Street, Suite 1900-16
Austin, TX  78701
Telephone:  512/710-5960
212/894-7272 (fax)
aentwistle@entwistle-law.com

Proposed Lead Counsel for Proposed Lead Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ERIE COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> CUTERA, INC., et al., <br><br> Defendants. | Case No. 4:23-cv-02560-JST <br><br> CLASS ACTION <br><br> DECLARATION OF DANIELLE S. MYERS IN SUPPORT OF NOTICE OF MOTION AND MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL; MEMORANDUM OF LAW IN SUPPORT THEREOF <br><br> DATE:  September 21, 2023 <br> TIME:  2:00 p.m. <br> CTRM:  Via Zoom webinar <br> JUDGE:  Hon. Jon S. Tigar |

4888-5124-9009.v1

1.    I, DANIELLE S. MYERS, am an attorney duly licensed to practice before all of the courts of the State of California and this Court.  I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, and together with Entwistle & Cappucci LLP, am counsel for Gabelli International Limited, The Gabelli Healthcare & Wellness$^{Rx}$ Trust, and the Gabelli Foundation, Inc. (the "Gabelli Institutional Investors"), and proposed lead counsel for the class.  I make this declaration in support of the Gabelli Institutional Investors' Notice of Motion and Motion for Appointment as Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached are true and correct copies of the following exhibits:

Exhibit A:    Notice of pendency of class action published in *Business Wire*, on May 25, 2023;

Exhibit B:    The Gabelli Institutional Investors' Sworn Certification; and

Exhibit C:    The Gabelli Institutional Investors' estimate of losses, prepared by counsel.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 24th day of July, 2023.

s/ Danielle S. Myers
DANIELLE S. MYERS

DECLARATION OF DANIELLE S. MYERS IN SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF & APPROVAL OF SELECTION OF LEAD COUNSEL - 4:23-cv-02560-JST        - 1 -
4888-5124-9009.v1