# EXHIBIT A

# Kessler Topaz Meltzer & Check, LLP Files a Securities Fraud Class Action Lawsuit Against Cutera, Inc.

🌐 **businesswire.com**/news/home/20230524005962/en/Kessler-Topaz-Meltzer-Check-LLP-Files-a-Securities-Fraud-Class-Action-Lawsuit-Against-Cutera-Inc.

May 25, 2023



RADNOR, Pa.--(BUSINESS WIRE)--The law firm of Kessler Topaz Meltzer & Check, LLP informs investors that the firm has filed a securities class action lawsuit against Cutera, Inc. ("Cutera") on behalf of investors who purchased or acquired Cutera (NASDAQ: CUTR) common stock between **February 17, 2021, and May 9, 2023**, inclusive (the "Class Period"). This action, captioned *Erie County Employees' Retirement System v. Cutera, Inc., et al.*, Case No. 3:23-cv-02560 was filed in the United States District Court for the Northern District of California.

***Important Deadline Reminder: Investors who purchased or otherwise acquired Cutera common stock during the Class Period may, no later than July 24, 2023, move the Court to serve as lead plaintiff for the class.***

**CLICK HERE TO SUBMIT YOUR CUTERA LOSSES. YOU CAN ALSO CLICK ON THE FOLLOWING LINK OR COPY AND PASTE IN YOUR BROWSER:** https://www.ktmc.com/new-cases/cutera-inc?utm_source=PR&utm_medium=link&utm_campaign=cutr&mktm=r

**LEAD PLAINTIFF DEADLINE: JULY 24, 2023**

**CLASS PERIOD: FEBRUARY 17, 2021 THROUGH MAY 9, 2023**

**CONTACT AN ATTORNEY TO DISCUSS YOUR RIGHTS**:
**Jonathan Naji, Esq. (484) 270-1453 or Toll Free (844) 887-9500 or Email at info@ktmc.com**

**CUTERA'S MISCONDUCT**

Cutera is a medical aesthetic device company that provides equipment for beauty treatments. Throughout the Class Period, Defendants repeatedly assured investors that the company would deliver sustainable revenue growth in the wake of the COVID-19 pandemic while concealing that the company maintained inadequate internal control over financial reporting and significant conflicts among certain members of the company's senior leadership and board of directors (the "Board").

Investors began to learn the truth about the company on January 9, 2023, when Cutera reported its preliminary financial results for full-year 2022, including the fact that Cutera had failed to meet its revenue guidance for 2022. On this news, the price of Cutera common stock declined $9.41 per share, or more than 23%, from a close of $40.45 per share on January 6, 2023, to close at $31.04 per share on January 9, 2023.

After the market closed on February 28, 2023, Cutera filed a Notification of Late Filing with the SEC, reporting that the company would not be able to timely file its annual financial report on Form 10-K by the March 1, 2023 deadline. Cutera further disclosed that it "ha[d] identified and expect[ed] to disclose in the Form 10-K material weaknesses in its internal control over financial reporting related to . . . ineffective inventory count controls." On this news, the price of Cutera common stock declined $0.32 per share, or approximately 1%, from a close of $32.43 per share on February 28, 2023, to close at $32.11 per share on March 1, 2023.

Then, on March 16, 2023, Cutera announced that it would not meet the extended deadline for filing its 2022 annual report, and would endeavor to file its 2022 annual report "as soon as practicable." The company also revealed that, in addition to the material weaknesses previously identified, Cutera had identified material weaknesses related to stock-based compensation. On this news, the price of Cutera common stock declined $3.49 per share, or approximately 12.5%, from a close of $27.85 per share on March 16, 2023, to close at $24.36 per share on March 17, 2023.

A week later, on March 24, 2023, Cutera disclosed that Nasdaq notified the company that it was "not in compliance with Nasdaq Listing Rule 5250(c)(1)" for failing to timely file its 2022 annual financial report. On this news, the price of Cutera common stock declined $0.92 per share, or approximately 3.4%, from a close of $27.07 per share on March 24, 2023, to close at $26.15 per share on March 27, 2023.

On April 7, 2023, Cutera disclosed that the company's Executive Chairman and Chairman of the Board, Defendant J. Daniel Plants ("Plants"), demanded a special meeting of the company's stockholders to vote on the removal of five members of the Board.

On April 10, 2023, Defendant Plants and Defendant David H. Mowry ("Mowry"), the company's Chief Executive Officer, issued statements in support of their separate demands calling for the Board to remove five of its directors. In connection with their demands, Defendants Plants and Mowry cited concerns that the Board had not made progress on a succession plan for the role of Chief Executive Officer, and Mowry stated that "the approach the Entrenched Directors have taken to these matters has been detrimental to the business and served no purpose other than to position certain Directors closer to the CEO title that they seem to covet for themselves."

Then, on April 12, 2023, Cutera revealed that it had terminated Defendant Plants as the company's Executive Chairman and Chairman of the Board and Defendant Mowry as Chief Executive Officer, appointing current Board members Janet D. Widmann and Sheila A. Hopkins as Independent Chair of the Board and Interim Chief Executive Officer, respectively. In connection with this announcement, Cutera also formally withdrew its full-year 2023 financial guidance. On this news, the price of Cutera common stock declined $7.63 per share, or more than 28%, from a close of $27.07 per share on April 11, 2023, to close at $19.44 per share on April 12, 2023.

Then, on May 9, 2023, Cutera reported disappointing financial results for the first quarter 2023 that were "*below expectations due to execution challenges in the business*" and announced that Defendant Rohan Seth had resigned as the company's Chief Financial Officer. On this news, the price of Cutera common stock declined $6.06 per share over two trading sessions, or 30%, from a close of $20.20 per share on May 9, 2023, to close at $14.14 per share on May 11, 2023.

The Complaint alleges that, throughout the Class Period, Defendants made materially false and/or misleading statements, as well as failed to disclose material adverse facts, about Cutera's business and operations. Specifically, Defendants overstated the sustainability of Cutera's revenue growth, failed to disclose significant conflicts among members of the company's senior leadership and Board, and failed to disclose several material weaknesses in Cutera's internal control over financial reporting. As a result of Defendant's wrongful acts and omissions, and the significant decline in the market value of the company's common stock, Cutera's investors have suffered significant damages.

**WHAT CAN I DO?**

Cutera investors may, *no later than July 24, 2023,* move the Court to serve as lead plaintiff for the class, through Kessler Topaz Meltzer & Check, LLP or other counsel, or may choose to do nothing and remain an absent class member. Kessler Topaz Meltzer & Check, LLP encourages Cutera investors who have suffered significant losses to contact the firm directly to acquire more information.

**CLICK HERE TO SIGN UP FOR THE CASE**

**WHO CAN BE A LEAD PLAINTIFF?**

A lead plaintiff is a representative party who acts on behalf of all class members in directing the litigation. The lead plaintiff is usually the investor or small group of investors who have the largest financial interest and who are also adequate and typical of the proposed class of investors. The lead plaintiff selects counsel to represent the lead plaintiff and the class and these attorneys, if approved by the court, are lead or class counsel. Your ability to share in any recovery is not affected by the decision of whether or not to serve as a lead plaintiff.

**ABOUT KESSLER TOPAZ MELTZER & CHECK, LLP**

Kessler Topaz Meltzer & Check, LLP prosecutes class actions in state and federal courts throughout the country and around the world. The firm has developed a global reputation for excellence and has recovered billions of dollars for victims of fraud and other corporate misconduct. All of our work is driven by a common goal: to protect investors, consumers, employees and others from fraud, abuse, misconduct and negligence by businesses and fiduciaries.

For more information about Kessler Topaz Meltzer & Check, LLP please visit www.ktmc.com.