# EXHIBIT B

CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

I, David M. Goldman, on behalf of Gabelli International Limited, The Gabelli Healthcare & WellnessRx Rx Trust, and the Gabelli Foundation, Inc. (collectively, the "Gabelli Institutional Investors"), hereby certify, as to the claims asserted under the federal securities laws in the Class Action Complaint (the "Complaint"), that:

I am General Counsel of Gabelli Funds LLC (Investment Advisor to The Gabelli Healthcare & WellnessRx Rx Trust and affiliate of the Gabelli Foundation, Inc.) and attorney-in-fact of Gabelli International Limited.  I have reviewed the Complaint filed, adopt its allegations, and have authorized the filing of this motion for appointment as lead plaintiffs by designated counsel, Entwistle & Cappucci LLP and Robbins Geller Rudman & Dowd LLP.

The Gabelli Institutional Investors did not acquire any of the securities that are the subject of this action at the direction of their counsel, or for purposes of participating in this action or any other litigation under the federal securities laws.

The Gabelli Institutional Investors are willing to serve as Lead Plaintiffs in this action and recognize their duties as such to act on behalf of class members in monitoring and directing the action, and, if necessary, testifying at deposition and trial.

The Gabelli Institutional Investors will not accept any payment for serving as representative parties on behalf of the class beyond their pro rata share of any recovery, except reasonable costs and expenses, such as lost wages and travel expenses, directly related to the class representation, as ordered or approved by the Court.

The Gabelli Institutional Investors have not served or sought to serve as representative parties for a class in any other action filed under the federal securities laws within the three-year period prior to the date of this Certification.

The Gabelli Institutional Investors' transactions during the relevant period in Cutera, Inc. securities that are the subject of this action are reflected in Schedule A hereto.

I declare under penalty of perjury that the foregoing is true and correct.

- 2 -

Executed this 24th day of July, 2023.

*David Goldman*

David M. Goldman
General Counsel to the Gabelli Funds

- 2 -

**Schedule A**
**Gabelli Institutional Investors**
**Transactions February 17, 2021 - May 9, 2023**
**Cutera, Inc. Common Stock (CUSIP: 232109108)**

| Movant | Transaction | Trade Date | Price | Shares | Total |
|--------|-------------|------------|-------|--------|-------|
| Gabelli Foundation, Inc. | Sale | 3/11/2021 | $ 32.3567 | 1,500 | $ 48,535.05 |
| Gabelli Foundation, Inc. | Sale | 9/10/2021 | $ 50.1500 | 200 | $ 10,030.00 |
| Gabelli Foundation, Inc. | Sale | 4/1/2022 | $ 70.5840 | 500 | $ 35,292.00 |
| Gabelli Foundation, Inc. | Purchase | 5/25/2022 | $ 41.1658 | 2,000 | $ 82,331.60 |
| Gabelli Foundation, Inc. | Sale | 11/3/2022 | $ 43.0569 | 300 | $ 12,917.07 |
| Gabelli Foundation, Inc. | Sale | 11/3/2022 | $ 51.5010 | 300 | $ 15,450.30 |
| Gabelli Foundation, Inc. | Purchase | 3/10/2023 | $ 30.3800 | 800 | $ 24,304.00 |
| | | | | | |
| Gabelli International Limited | Purchase | 5/25/2022 | $ 41.2953 | 2,100 | $ 86,720.13 |
| Gabelli International Limited | Purchase | 7/18/2022 | $ 38.2800 | 200 | $ 7,656.00 |
| Gabelli International Limited | Sale | 10/27/2022 | $ 48.6500 | 300 | $ 14,595.00 |
| Gabelli International Limited | Sale | 10/28/2022 | $ 48.4100 | 200 | $ 9,682.00 |
| Gabelli International Limited | Purchase | 1/13/2023 | $ 31.3070 | 400 | $ 12,522.80 |
| Gabelli International Limited | Purchase | 1/20/2023 | $ 31.9500 | 800 | $ 25,560.00 |
| Gabelli International Limited | Purchase | 1/27/2023 | $ 34.5620 | 1,500 | $ 51,843.00 |
| Gabelli International Limited | Purchase | 3/16/2023 | $ 28.2800 | 500 | $ 14,140.00 |
| Gabelli International Limited | Purchase | 4/13/2023 | $ 19.4000 | 500 | $ 9,700.00 |
| | | | | | |
| Gabelli Healthcare & Wellness Trust | Sale | 4/5/2022 | $ 72.5087 | 600 | $ 43,505.22 |
| Gabelli Healthcare & Wellness Trust | Sale | 4/13/2022 | $ 68.0300 | 600 | $ 40,818.00 |
| Gabelli Healthcare & Wellness Trust | Sale | 10/21/2022 | $ 45.4165 | 502 | $ 22,799.08 |
| Gabelli Healthcare & Wellness Trust | Sale | 10/24/2022 | $ 45.4000 | 298 | $ 13,529.20 |
| Gabelli Healthcare & Wellness Trust | Sale | 10/28/2022 | $ 48.4100 | 500 | $ 24,205.00 |
| Gabelli Healthcare & Wellness Trust | Purchase | 1/9/2023 | $ 33.0949 | 3,000 | $ 99,284.70 |
| Gabelli Healthcare & Wellness Trust | Purchase | 1/11/2023 | $ 27.9038 | 1,000 | $ 27,903.80 |
| Gabelli Healthcare & Wellness Trust | Purchase | 3/1/2023 | $ 29.3100 | 500 | $ 14,655.00 |