# EXHIBIT C

Movants' Purchases and Losses

Cutera

| Name | Date | Shares Acquired | Price | Total Cost | Date | Shares Disposed | Price | Total Proceeds | Total Gain (Loss)* |
|------|------|------|------|------|------|------|------|------|------|
| **Gabelli International Limited** | 04/13/2023 | 500 | $19.40 | $9,700.00 | held | 500 | $16.18 | $8,092.30 | |
| | 03/16/2023 | 500 | $28.28 | $14,140.00 | held | 500 | $16.18 | $8,092.30 | |
| | 01/27/2023 | 1,500 | $34.56 | $51,843.00 | held | 1,500 | $16.18 | $24,276.90 | |
| | 01/20/2023 | 800 | $31.95 | $25,560.00 | held | 800 | $16.18 | $12,947.68 | |
| | 01/13/2023 | 400 | $31.31 | $12,522.80 | held | 400 | $16.18 | $6,473.84 | |
| | 07/18/2022 | 200 | $38.28 | $7,656.00 | 10/27/2022 | 200 | $48.65 | $9,730.00 | |
| | 05/25/2022 | 100 | $41.30 | $4,129.53 | 10/27/2022 | 100 | $48.65 | $4,865.00 | |
| | 05/25/2022 | 200 | $41.30 | $8,259.06 | 10/28/2022 | 200 | $48.41 | $9,682.00 | |
| | 05/25/2022 | 1,800 | $41.30 | $74,331.54 | held | 1,800 | $16.18 | $29,132.28 | |
| | | **6,000** | | **$208,141.93** | | **6,000** | | **$113,292.30** | **($94,849.63)** |
| **The Gabelli Healthcare & Wellness Trust** | 03/01/2023 | 500 | $29.31 | $14,655.00 | held | 500 | $16.18 | $8,092.30 | |
| | 01/11/2023 | 1,000 | $27.90 | $27,903.80 | held | 1,000 | $16.18 | $16,184.60 | |
| | 01/09/2023 | 3,000 | $33.09 | $99,284.70 | held | 3,000 | $16.18 | $48,553.80 | |
| | | **4,500** | | **$141,843.50** | | **4,500** | | **$72,830.70** | **($69,012.80)** |
| **Gabelli Foundation, Inc.** | 03/10/2023 | 800 | $30.38 | $24,304.00 | held | 800 | $16.18 | $12,947.68 | |
| | 05/25/2022 | 300 | $41.17 | $12,349.74 | 11/03/2022 | 300 | $43.06 | $12,917.07 | |
| | 05/25/2022 | 300 | $41.17 | $12,349.74 | 11/03/2022 | 300 | $51.50 | $15,450.30 | |
| | 05/25/2022 | 1,400 | $41.17 | $57,632.12 | held | 1,400 | $16.18 | $22,658.44 | |
| | | **2,800** | | **$106,635.60** | | **2,800** | | **$63,973.49** | **($42,662.11)** |
| **Movants' Total** | | **13,300** | | **$456,621.03** | | **13,300** | | **$250,096.49** | **($206,524.54)** |

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price during the 90 calendar days after the end of the class period.  The price used is $16.18 as of July 21, 2023 for common stock.

Prices listed are rounded up to two decimal places.