UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ERIE COUNTY EMPLOYEES' RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, | Case No. 4:23-cv-02560-JST |
| | CLASS ACTION |
| Plaintiff, | [PROPOSED] ORDER GRANTING MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL |
| vs. | |
| CUTERA, INC., et al., | |
| Defendants. | |

4877-4834-4177.v1

Having considered the motion of Gabelli International Limited, The Gabelli Healthcare & Wellness$^{Rx}$ Trust, and the Gabelli Foundation, Inc. (collectively, the "Gabelli Institutional Investors") for appointment as lead plaintiff and approval of selection of lead counsel (the "Motion") and good cause appearing therefor, the Court ORDERS as follows:

1.     The Motion is GRANTED.

2.     The file in No. 4:23-cv-02560-JST shall be the master file for the action. All securities class actions on behalf of purchasers of Cutera, Inc. securities arising out of the same or substantially similar subject matter subsequently filed in, or transferred to, this District shall be consolidated into this action. This Order shall apply to every such action, absent an order of the Court, without prejudice to the rights of any party to apply for severance of any claim or action, with good cause shown. A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the action is consolidated into this action.

3.     The Gabelli Institutional Investors are appointed Lead Plaintiff pursuant to 15 U.S.C. §78u-4(a)(3)(B)(iii).

4.     The Gabelli Institutional Investors' selection of Entwistle & Cappucci LLP and Robbins Geller Rudman & Dowd LLP as Lead Counsel is hereby approved, pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v). Lead Counsel shall have the following responsibilities and duties on behalf of Lead Plaintiff and the putative class: the preparation and filing of all pleadings; the briefing and argument of all motions; the conduct of all discovery proceedings including depositions; the selection of counsel to act as spokesperson at all pretrial conferences; settlement negotiations; the pretrial discovery proceedings and the preparation for trial and the trial of this matter, and delegation of work responsibilities to selected counsel as may be required; and the supervision of all other matters concerning the prosecution or resolution of the action.

**O R D E R**

IT IS SO ORDERED.

DATED: _____     _____
THE HONORABLE JON S. TIGAR
UNITED STATES DISTRICT JUDGE