# Exhibit 3

| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | 16.1846 |
| Cutera, Inc. Loss Chart between February 17, 2021 and May 9, 2023 | | | | | | | | | | | | |
| Beatrice Niquette | 12/1/2021 | 4 | ($35.78) | ($143.12) | | | | | | | | |
| | 1/3/2022 | 2 | ($42.00) | ($84.00) | | | | | | | | |
| | 3/25/2022 | 4 | ($50.00) | ($200.00) | | | | | | | | |
| | 1/25/2023 | 2 | ($33.24) | ($66.48) | | | | | | | | |
| | 3/27/2023 | 4 | ($26.00) | ($104.00) | | | | | | | | |
| | | 12 | | ($597.60) | | | | | 12 | $194.22 | ($403.38) | |