Brendan P. Cullen (SBN 194057)
(cullenb@sullcrom.com)
Alexis C. Holmes (SBN 321393)
(holmesa@sullcrom.com)
SULLIVAN & CROMWELL LLP
550 Hamilton Avenue
Palo Alto, California 94301
Telephone:   (650) 461-5600
Facsimile:   (650) 461-5700

*Counsel for Defendants Cutera, Inc., David H. Mowry,*
*Rohan Seth, J. Daniel Plants, Sheila Hopkins,*
*Taylor Harris, Stuart Drummond, and*
*Vikram Varma*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE CUTERA, INC. SECURITIES LITIGATION. | Case No. 4:23-cv-02560-JST <br><br> **DECLARATION OF BRENDAN P. CULLEN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS** <br><br> The Hon. Jon S. Tigar <br> Courtroom: 6 <br> Date:  November 7, 2024 <br> Time:  2:00 p.m. |

SULLIVAN & CROMWELL LLP

I, Brendan P. Cullen, declare as follows:

1. I am an attorney duly licensed by the State of California and admitted to practice before this Court. I am a partner at Sullivan & Cromwell LLP, and I represent Defendants Cutera, Inc., David H. Mowry, Rohan Seth, J. Daniel Plants, Sheila Hopkins, Taylor Harris, Stuart Drummond, and Vikram Varma in the above-titled action. I have personal knowledge of the facts stated in this declaration and I can testify competently to them if called upon to do so.

2. Attached hereto as Exhibit A are excerpts of a true and correct copy of Cutera's 2021 Form 10-K filed with the SEC on March 1, 2022.

3. Attached hereto as Exhibit B is a true and correct copy of the FactSet Transcript of Cutera's first quarter 2022 earnings call, dated May 10, 2022.

4. Attached hereto as Exhibit C is a true and correct copy of Cutera's press release titled "Cutera Announces Second Quarter 2022 Financial Results," dated August 4, 2022.

5. Attached hereto as Exhibit D is a true and correct copy of the FactSet Transcript of Cutera's second quarter 2022 earnings call, dated August 4, 2022.

6. Attached hereto as Exhibit E is a true and correct copy of Cutera's press release titled "Cutera Announces Second Quarter 2022 Financial Results" filed with the SEC as Exhibit 99.1 to Cutera's Form 8-K, dated August 4, 2022.

7. Attached hereto as Exhibit F is a true and correct copy of Cutera's press release titled "Cutera Announces Over 1,000 AviClear™ Acne Treatments Performed," dated September 8, 2022.

8. Attached hereto as Exhibit G is a true and correct copy of Cutera's press release titled "Cutera Announces Third Quarter 2022 Financial Results" filed with the SEC as Exhibit 99.1 to Cutera's Form 8-K, dated November 3, 2022.

9. Attached hereto as Exhibit H is a true and correct copy of the Bloomberg Transcript of Cutera's third quarter 2022 earnings call, dated November 3, 2022.

10. Attached hereto as Exhibit I is a true and correct copy of Cutera's press release titled "AviClear™ Now Broadly Available to US Physicians and Practitioners Upon National Launch," dated November 7, 2022.

11. Attached hereto as Exhibit J is a true and correct copy of the FactSet Transcript of Cutera's

SULLIVAN & CROMWELL LLP

Management Discussion and Q&A during the Piper Sandler Healthcare Conference Call, dated November 30, 2022.

12.   Attached hereto as Exhibit K is a true and correct copy of Cutera's press release titled "Cutera Announces Fourth Quarter and Full-Year 2022 Financial Results along with 2023 Outlook" filed with the SEC as Exhibit 99.1 to Cutera's Form 8-K, dated February 28, 2023.

13.   Attached hereto as Exhibit L is a true and correct copy of the Bloomberg Transcript of Cutera's fourth quarter 2022 earnings call, dated February 28, 2023.

14.   Attached hereto as Exhibit M are true and correct copies of Sarbanes-Oxley certifications signed by David H. Mowry and Rohan Seth, attached as Exhibits 31.3, 31.4, and 32.1 to Cutera's 2022 Form 10-K, filed with the SEC on April 7, 2023.

15.   Attached hereto as Exhibit N is a true and correct copy of Cutera's press release titled "Cutera Announces First Quarter 2023 Financial Results" filed with the SEC as Exhibit 99.1 to Cutera's Form 8-K, dated May 9, 2023.

16.   Attached hereto as Exhibit O is a true and correct copy of the Bloomberg Transcript of Cutera's first quarter 2023 earnings call, dated May 9, 2023.

17.   Attached hereto as Exhibit P are excerpts of a true and correct copy of Cutera's Form 10-Q for the quarterly period ended March 31, 2023, filed with the SEC on May 10, 2023.

18.   Attached hereto as Exhibit Q are true and correct copies of Sarbanes-Oxley certifications signed by Sheila Hopkins and Stuart Drummond, attached as Exhibits 31.1, 31.2, and 32.1 to Cutera's Form 10-Q for the quarterly period ended March 31, 2023, filed with the SEC on May 10, 2023.

19.   Attached hereto as Exhibit R is a true and correct copy of Cutera's Form 8-K filed with the SEC on August 8, 2023.

20.   Attached hereto as Exhibit S is a true and correct copy of the Bloomberg Transcript of Cutera's second quarter 2023 earnings call, dated August 8, 2023.

21.   Attached hereto as Exhibit T are excerpts of a true and correct copy of Cutera's Form 10-Q for the quarterly period ended June 30, 2023, filed with the SEC on August 9, 2023.

22.   Attached hereto as Exhibit U are true and correct copies of Sarbanes-Oxley certifications signed by Taylor Harris and Stuart Drummond, attached as Exhibits 31.1, 31.2, and 32.1 to Cutera's Form

10-Q for the quarterly period ended June 30, 2023, filed with the SEC on August 9, 2023.

23.    Attached hereto as Exhibit V is a true and correct copy of Cutera's press release titled "Cutera Announces First Patient Treated with FDA Cleared AviClear™ Acne Device," dated April 5, 2022.

24.    Attached hereto as Exhibit W are excerpts of a true and correct copy of Cutera's 2022 Form 10-K filed with the SEC on April 7, 2023.

25.    Attached hereto as Exhibit X are excerpts of a true and correct copy of Cutera's Form 10-Q/A for the quarterly period ended March 31, 2023, filed with the SEC on March 5, 2024.

26.    Attached hereto as Exhibit Y are excerpts of a true and correct copy of Cutera's Form 10-Q/A for the quarterly period ended June 30, 2023, filed with the SEC on March 5, 2024.

27.    Attached hereto as Exhibit Z are excerpts of a true and correct copy of Cutera's Proxy Statement filed on Schedule 14A with the SEC on May 2, 2022.

28.    Attached hereto as Exhibit AA is a true and correct copy of a letter from the Special Committee of Cutera's Board of Directors to Cutera shareholders titled "Cutera, Inc.'s Special Committee Updates Stockholders on Its Recent Steps to Protect Stockholder Interests" filed with the SEC as Exhibit 99.1 to Cutera's Form 8-K, dated April 17, 2023.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of July 2024 in Palo Alto, California.

*/s/ Brendan P. Cullen*
Brendan P. Cullen

Sullivan & Cromwell LLP

-4-

DECLARATION OF BRENDAN P. CULLEN ISO DEFENDANTS' MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT
CASE NO. 4:23-CV-02560-JST

# EXHIBIT A

Table of Contents

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

---

**FORM 10-K**

---

**Annual Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934**

**For fiscal year ended December 31, 2021**

or

**Transition Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934**

**For the transition period from _____ to _____**
**Commission file number: 000-50644**

# CUTERA, INC.

(Exact name of registrant as specified in its charter)

---

| | |
|---|---|
| **Delaware** | **77-0492262** |
| **(State or other jurisdiction of** | **(I.R.S. Employer** |
| **incorporation or organization)** | **Identification No.)** |

**3240 Bayshore Blvd., Brisbane, California 94005**
**(Address of principal executive offices)**

**(415) 657-5500**
**(Registrant's telephone number, including area code)**

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock ($0.001 par value) | CUTR | The NASDAQ Stock Market, LLC |

Securities registered pursuant to Section 12(g) of the Act: None

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☐ No ☒

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes ☐ No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically, every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| Large accelerated filer | ☒ | Accelerated filer | ☐ | Non-accelerated filer | ☐ | Smaller reporting company | ☐ | Emerging growth company | ☐ |
|---|---|---|---|---|---|---|---|---|---|

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.☐

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C. 7262(b)) by the registered public accounting firm that prepared or issued its audit report. Yes ☒ No ☐

Indicate by check mark whether registrant is a shell company (as defined in Rule 12b-2 of the Act). Yes ☐ No ☒

The aggregate market value of the registrant's common stock, held by non-affiliates of the registrant as of June 30, 2021 (which is the last business day of registrant's most recently completed second fiscal quarter) based upon the closing price of such stock on the NASDAQ Global Select Market on June 30, 2021, was approximately $796 million.

The number of shares of Registrant's common stock issued and outstanding as of February 22, 2022 was 18,060,261.

**DOCUMENTS INCORPORATED BY REFERENCE**

Part III incorporates by reference certain information from the registrant's definitive proxy statement for the 2022 Annual Meeting of Stockholders,

which will be filed with the Securities and Exchange Commission not later than 120 days after December 31, 2021.

Table of Contents

**ITEM 9. CHANGES IN AND DISAGREEMENTS WITH ACCOUNTANTS ON ACCOUNTING AND FINANCIAL DISCLOSURE**

None.

**ITEM 9A. CONTROLS AND PROCEDURES**

***Conclusion Regarding the Effectiveness of Disclosure Controls and Procedures***

The Company maintains disclosure controls and procedures (as defined in Rules 13a-15(e) and 15d-15(e) under the Securities Exchange Act of 1934, as amended) that are designed to ensure that information required to be disclosed in the Company's Exchange Act reports is recorded, processed, summarized and reported within the time periods specified in the SEC's rules and forms and that such information is accumulated and communicated to the Company's management, including the Company's principal executive officer and principal financial officer, as appropriate, to allow for timely decisions regarding required disclosure.

As required by SEC Rule 13a-15(b), the Company carried out an evaluation, under the supervision and with the participation of the Company's management, including the Company's principal executive officer and principal financial officer, of the effectiveness of the design and operation of the Company's disclosure controls and procedures as of the end of the period covered by this Annual Report on Form 10-K. Based on the foregoing, the Company's Chief Executive Officer ("CEO") and Chief Financial Officer ("CFO") concluded that the Company's disclosure controls and procedures were not effective at the reasonable assurance level as a result of the material weakness disclosed below. Notwithstanding the material weakness, the Company's management, including the CEO and CFO, has concluded that the consolidated financial statements, included in the 2021 Annual Report on Form 10-K, fairly present, in all material respects, our financial condition, results of operations and cash-flows for the periods presented in conformity with generally accepted accounting principles.

Attached as exhibits to this Annual Report are certifications of the Company's CEO and CFO, which are required in accordance with Rule 13a-14 of the Securities Exchange Act of 1934, as amended (Exchange Act). This Controls and Procedures section includes the information concerning the controls evaluation referred to in the certifications, and it should be read in conjunction with the certifications for a more complete understanding of the topics presented.

***Inherent Limitations Over Internal Controls***

The Company's internal control over financial reporting is designed to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with GAAP. The Company's internal control over financial reporting includes those policies and procedures that:

•pertain to the maintenance of records that, in reasonable detail, accurately and fairly reflect the transactions and dispositions of the Company's assets;
•provide reasonable assurance that transactions are recorded as necessary to permit preparation of financial statements in accordance with GAAP, and that the Company's receipts and expenditures are being made only in accordance with authorizations of the Company's management and directors; and
•provide reasonable assurance regarding prevention or timely detection of unauthorized acquisition, use, or disposition of the Company's assets that could have a material effect on the financial statements.

Management, including the Company's CEO and CFO, does not expect that the Company's internal controls will prevent or detect all errors and all fraud. A control system, no matter how well designed and operated, can provide only reasonable, not absolute, assurance that the objectives of the control system are met. Further, the design of a control system must reflect the fact that there are resource constraints, and the benefits of controls must be considered relative to their costs. Because of the inherent limitations in all control systems, no evaluation of internal controls can provide absolute assurance that all control issues and instances of fraud, if any, have been detected. Also, any evaluation of the effectiveness of controls in future periods are subject to the risk that those internal controls may become inadequate because of changes in business conditions, or that the degree of compliance with the policies or procedures may deteriorate.

***Management's Report on Internal Control Over Financial Reporting***

The Company's management is responsible for establishing and maintaining adequate internal control over financial reporting (as defined in Rules 13a-15(f) and 15d-15(f) under the Exchange Act) to provide reasonable assurance regarding the reliability

Table of Contents

of the Company's financial reporting and the preparation of Consolidated Financial Statements for external purposes in accordance with U.S. GAAP.

Management, including Company's CEO and CFO, assessed the Company's internal control over financial reporting as of December 31, 2021. Management based its assessment on criteria established in Internal Control-Integrated Framework issued by the Committee of Sponsoring Organizations of the Treadway Commission (2013 framework). Management's assessment included evaluation of elements such as the design and operating effectiveness of key financial reporting controls, process documentation, accounting policies, and the Company's overall control environment. A material weakness is a deficiency, or a combination of deficiencies, in internal control over financial reporting, such that there is a reasonable possibility that a material misstatement of the Company's annual or interim financial statements will not be prevented or detected on a timely basis.

Based on this assessment, management identified a material weakness in the Company's internal control over financial reporting. This material weakness is related to ineffective information technology general controls ("ITGCs") in the areas of user access and segregation of duties related to certain information technology ("IT") systems that support the Company's financial reporting process at its Japan subsidiary. Although this material weakness did not result in any material misstatement of the Company's consolidated financial statements for the periods presented, it could lead to a material misstatement of account balances or disclosures. Accordingly, management has concluded that this deficiency constitutes a material weakness.

The Company has begun the process of designing and implementing effective internal control measures to improve its internal controls over financial reporting and remediate this material weakness. The Company's efforts include implementing additional controls designed to detect potential material misstatements that may arise as a result of user access and segregation of duties conflicts at the Company's Japan subsidiary.

The effectiveness of the Company's internal control over financial reporting as of December 31, 2021, has been audited by an independent registered public accounting firm, as stated in their attestation report, which is included in their annual report under "Item 8. Financial Statements and Supplementary Data" of this Annual Report on Form 10-K.

### Changes in Internal Control over Financial Reporting

There were no changes in the Company's internal control over financial reporting during the quarter ended December 31, 2021 that have materially affected, or are reasonably likely to materially affect, the Company's internal control over financial reporting.

## ITEM 9B. OTHER INFORMATION

None

## ITEM 9C. DISCLOSURE REGARDING FOREIGN JURISDICTIONS THAT PREVENT INSPECTIONS

Not Applicable.

## PART III

Certain information required by Part III is omitted from this report on Form 10-K and is incorporated herein by reference to the Company's definitive Proxy Statement for the Company's next Annual Meeting of Stockholders (the "Proxy Statement"), which the Company intends to file pursuant to Regulation 14A of the Securities Exchange Act of 1934, as amended, within 120 days after December 31, 2021.

## ITEM 10. DIRECTORS, EXECUTIVE OFFICERS AND CORPORATE GOVERNANCE

The information required by this item is set forth under the following captions in the Company's Proxy Statement, all of which is incorporated herein by reference: "Proposal No. 1 - Election of Class I Directors", "Board and Committee Information", "Executive Officers" and "Additional Information - Stockholder Proposals to be Presented at Next Annual Meeting."

## ITEM 11. EXECUTIVE COMPENSATION

The information required by this item set forth under the following captions in the Proxy Statement, all of which is incorporated herein by reference: "Executive Compensation."

114

Table of Contents

**ITEM 12. SECURITY OWNERSHIP OF CERTAIN BENEFICIAL OWNERS AND MANAGEMENT AND RELATED STOCKHOLDER MATTERS**

The information required by this item is set forth under the following captions in the Proxy Statement, all of which is incorporated herein by reference: "Security Ownership of Certain Beneficial Owners and Management."

**ITEM 13. CERTAIN RELATIONSHIPS AND RELATED TRANSACTIONS, AND DIRECTOR INDEPENDENCE**

The information required by this item is set forth under the following captions in the Proxy Statement, all of which is incorporated herein by reference: "Certain Relationships and Related-Party Transactions."

**ITEM 14. PRINCIPAL ACCOUNTING FEES AND SERVICES**

The information required by this item is set forth under the following captions in the Proxy Statement, which is incorporated by reference herein by reference: "Proposal No. 2, Ratification of Independent Registered Public Accounting Firm."

# EXHIBIT B



10-May-2022

# Cutera, Inc. (CUTR)

**Q1 2022 Earnings Call**



Cutera, Inc. *(CUTR)*
Q1 2022 Earnings Call

Corrected Transcript
10-May-2022

# CORPORATE PARTICIPANTS

**David H. Mowry**
*Chief Executive Officer & Director, Cutera, Inc.*

**Rohan Seth**
*Chief Financial Officer, Cutera, Inc.*

# OTHER PARTICIPANTS

**Jonathan D. Block**
*Analyst, Stifel, Nicolaus & Co., Inc.*

**Louise Chen**
*Analyst, Cantor Fitzgerald & Co.*

**Chris Cooley**
*Analyst, Stephens, Inc.*

**Anthony V. Vendetti**
*Analyst, Maxim Group LLC*

# MANAGEMENT DISCUSSION SECTION

**Operator**: Thank you for joining Cutera's First Quarter 2022 Earnings Conference Call. After the prepared remarks there will be a question and answer session.

The discussion today includes forward-looking statements. Those forward-looking statements reflect management's current forecasts, and expectation of certain aspects of the company's future business, including, but not limited to, any financial guidance provided for modeling purposes.

Forward-looking statements are based on current information that is, by its nature, dynamic, and subject to change. Forward-looking statements include, among others, statements regarding financial guidance, competitive landscape, patient, and customer demand and productivity improvements. For words that may identify forward-looking statements, we encourage you to refer to the Safe Harbor statement in our press release earlier today.

All forward-looking statements are subject to risks, and uncertainties, including those risk factors described in the section entitled Risk Factors in our Form 10-K as filed with the Securities and Exchange Commission, and updated in our Form 10-Q's subsequently filed.

Cutera also cautions you not to place undue reliance on forward-looking statements, which speak only as of the date they are made. Cutera undertakes no obligation to update publicly any forward-looking statements to reflect new information, events, or circumstances, or to reflect the occurrence of unanticipated events. Future results may differ materially from management's current expectations.

In addition, we will discuss non-GAAP financial measures, including results, on an adjusted basis. We believe these financial measures can facilitate a more complete analysis, and greater transparency into Cutera's ongoing results of operations, particularly when comparing underlying results from period-to-period.

# Cutera, Inc. *(CUTR)*
Q1 2022 Earnings Call

 Corrected Transcript
10-May-2022

Please refer to the reconciliation from GAAP, or non-GAAP measures in our earnings release. These non-GAAP financial measures should be considered along with, but not as alternatives to, the operating performance measures prescribed by GAAP.

With that I would like to turn the call over to our CEO, David Mowry

### David H. Mowry
*Chief Executive Officer & Director, Cutera, Inc.*

Thank you, Grant. We would like to welcome everyone to Cutera's first quarter 2022 earnings call. We are glad that you can dial in for this update.

Joining me on today's call is Rohan Seth, our Chief Financial Officer. Over the course of the call, I will be providing an overview of our record first quarter revenue performance along with some operational highlights and commercial insights.

Rohan will then provide a detailed review of our first quarter 2022 results as well as an update to our fiscal 2022 financial guidance after which I provide some detail on AviClear, our recently FDA cleared laser based platform for the treatment of acne. I will then hand the call back over to Grant so that we can take your questions.

Before getting into the results let me begin our prepared remarks with some general observations of the aesthetic market, in particular focus on our core customers, and the patient patterns within their practices. Global macro economic developments continue to make headlines and cast shadows over certain segments of consumer driven healthcare. We are also aware that recently some companies associated with elective medical procedures have reported softness in their current, and near-term demand in light of these economic trends. To be clear we have not observed these trends, or conditions in our key markets at Cutera. In fact, the fundamental strength that we observe in patient treatment volumes translated into strong first quarter 2022 results for the company.

Additionally, these underlying market fundamentals have continued providing robust traffic treatment and serve as a positive leading indicator of future demand for capital equipment.

We believe that the shifting demographic of the aesthetic patient over the past two and a half years has served to insulate many of our providers and their practices from economic pressures as they draw an increasing volume of new and fundamentally different patients into their practices. This growing patient segment is best defined as actively employed younger professionals with access to disposable income. As a group the new segment is more resilient to external factors than the typical pre-Zoom era aesthetic patients.

Additionally this young professional segment use energy based aesthetic treatments as an investment in themselves and in their careers as the use of videoconferencing continues to grow in their professional pursuit as well as in their personal engagements. In addition to the patient demographic shift we have gained deeper insights into practice patterns. Our ongoing investments into key account management have enabled Cutera to build deeper relationships with practitioners and their staffs. These relationships have in turn provided Cutera with greater visibility into practice schedules, treatment volumes, and patients profiles.

Additionally management has been able to engage with aesthetic practitioners over the course of three recent industry conferences gathering direct feedback on practice patterns and treatment volumes. These data have reaffirmed to us a very robust pipeline of patient treatments that generally extend out for two to three months for our customers. We believe these trends will carry forward, and enable us to continue to build momentum over the remainder of 2022 based on the underlying patient traffic and the known demand for capital equipment.

Copyright © 2001-2022 FactSet CallStreet, LLC

# Cutera, Inc. *(CUTR)*
Q1 2022 Earnings Call

 
Turning now to Cutera's first quarter 2022 results, we demonstrated continued momentum in both the capital equipment and consumable products segments carrying forward from previous periods. Our results were once again defined by solid execution by our commercial teams around the world leveraging great technology, robust underlying market fundamentals and the increasing momentum from our key account manager strategy. Overall revenue for the first quarter was $58.0 million representing approximately 17% growth over prior year as reported, and 21% on a constant currency basis.

Capital equipment sales was the most significant contributor to our year-over-year growth as we continued to see progress prospecting a greater volume of deals, and effectively processing them through our sales pipeline. This was particularly evident in North America. The overall strength of our North American capital equipment sales continued to build over the period as we made additional investments in the expansion and ongoing training, and development of this team.

During the period the North American team posted strong results growing 35% over prior year driven by our body contouring products truSculpt iD and truSculpt Flex. We also saw a strong demand in North America for skin and face rejuvenation solutions reflected in increased sales for both our xeo and excel V platforms.

International Capital Equipment sales were led by impressive recoveries in both Australia and New Zealand, as well as Japan during the first quarter with those geographies growing 41% and 49% respectively as reported versus prior year. We believe our Australian market benefited from some pent-up demand in the second half of 2021 lockdowns, while our Japanese results reflected incremental increase of patients returning to their pre-COVID routines offset slightly by FX rates.

In Europe capital equipment sales of $3.6 million declined 700,000 from prior year levels as the business worked through the short-term disruptions caused by events in Ukraine. Looking ahead we have line of sight to a near term return to growth based upon the cadence of second quarter 2022 orders in hand as we anticipate double-digit growth year-over-year for that region.

Recurring revenue defined as the combination of skincare, consumable products, and service was $21.5 million in the period an increase of 1% over prior year as reported, but representing a 7% growth on a constant currency basis. Strength in our consumable products offset sales declines within our Skincare business directly impacted by the weakness of the yen.

Regarding consumables our first quarter results provide a strong start to 2022, and we anticipate that these results will set the tone for consumable revenues for the rest of the year. Our consumable volumes are being driven higher by the success we are seeing in North America in particular from the revenue generating activities that we plan, schedule, and run at our customer accounts through our key account managers.

We were pleased with the service contract attach rates during the quarter as well. The service team began working also to resolve prior period open orders previously discussed. While we make meaningful strides in building up subassembly inventory for service components we have not yet significantly reduced this backlog, and expect to clear all service part backlogs by the end of 3Q 2022.

Finally, on Skincare our revenue for the quarter was $11.6 million, a decline of 5% from the prior year on an as reported basis, but also representing growth of 4% versus prior year on a constant currency basis. We have seen our Skincare levels normalize following the disruption from the price increase we implemented in the second half of 2021. We believe that the quarterly run rate for our Skincare business in Japan is approximately $12 million,

# Cutera, Inc. *(CUTR)*
Q1 2022 Earnings Call

 Corrected Transcript
10-May-2022

and anticipate finishing fiscal 2022 with a constant currency growth rate for Skincare in the mid to upper single digits.

Looking now at the bottom line. I want to first reaffirm this organization's commitment to the long term sustained profitability as well as remaining discipline to expense management. This has been evident since the onset of COVID as we cut spending, resized the business, and built a much leaner operation. However, Cutera is currently poised for transformation as we enter into a new market segment for Cutera, acne.

We have created an opportunity for ourselves to take the unique first mover device into a market very much in need of innovation. We are choosing it to be bold, and temporarily break from our string of profitable quarters going back to the mid, back to mid- 2020 during the height of COVID. We intend to make timely investments into our commercial, and R&D functions over the next two quarters to three quarters to grow fast faster, and shorten the timeframe to accretive growth from our acne programs. I will speak more around the AviClear product following Rohan's comments.

With that let me turn the call over to Rohan to provide some additional color on our financial performances as well as our outlook for full year 2022. Rohan?

## Rohan Seth
*Chief Financial Officer, Cutera, Inc.*

Thank you Dave. As I review my prepared remarks, I want to note that I will be discussing some non-GAAP results. A complete reconciliation of GAAP to non-GAAP is included in our earnings release. We encourage listeners and readers review our non-GAAP metrics in conjunction with the GAAP results as contained in this earnings release.

Starting with revenue. Our sales for the first quarter were $58.0 million compared to $49.7 million for the same period in 2021 representing an increase of approximately 17% on an as reported basis. Excluding the FX headwinds we faced during the quarter our constant currency revenue growth was approximately 21% over prior year.

First quarter North American Capital equipment revenue of $22.7 million increased 35% over the prior year. International Capital Equipment revenue for the first quarter was $13.8 million up 20% as reported, and 27% in constant currency from the first quarter of 2021. Recurring revenue defined to include our consumables, global service, and Skincare product lines was $21.5 million in the first quarter up 1% as reported and up 7% in constant currency. The increase over the prior year was driven by growth in our consumables products up 33% as reported and 36% in constant currency. Our Skincare segment was particularly impacted by negative foreign currency fluctuation in the Yen down 5% as reported, but up 4% in constant currency.

Services revenues continued to be impacted by inconsistent component supplies down 3% as reported and flat in constant currency. Non-GAAP gross profit for the first quarter of fiscal 2022 was $32.3 million with a gross margin of 55.7%, representing a decline of approximately 70 basis points compared to the same period last year. Excluding acne costs of $0.9 million, non-GAAP gross margin in the first quarter was 57.3%, an approximately 90 basis points improvement as compared to the same period last year.

Within the quarter our gross margins were impacted by supply chain and macroeconomic inflationary pressures as well as FX headwinds. Nevertheless, we offset these factors with ongoing cost improvement initiatives as well as the increased leverage of our fixed cost base. We note that FX rates represented a headwind of a little over 300 basis points to gross margins in the quarter.

# Cutera, Inc. *(CUTR)*
Q1 2022 Earnings Call

 Corrected Transcript
10-May-2022

Total non-GAAP operating expenses for the first quarter of 2022 were $36.1 million compared to $23.4 million for the same period last year. This increase was largely driven by a conscious acceleration in AviClear's spend totaling $7.2 million, as the regulatory approval became more likely to occur within the quarter. The increased Acne expenses versus 4Q 2021 were largely due to accelerating spend in areas such as training as well as sales and marketing. Non-GAAP sales and marketing expense for the first quarter of 2022 was $23.5 million compared to $13.5 million for the same period last year driven by a continued expansion in our sales force, higher commissions, increased travel as well as expenses associated with the launch of AviClear. Non-GAAP R&D expense for the first quarter of 2022 was $5.5 million compared to $3.8 million for the same period last year driven by increased investments in AviClear and additional clinical studies.

Rounding out our operating expense commentary, Non-GAAP G&A expense for the first quarter of 2022 was $7.1 million compared to $6.2 million in the same period last year driven by inflation and an expansion in our head count. For the first quarter of 2022 our non-GAAP operating income commonly referred to as adjusted EBITDA was a loss of $3.8 million compared to a profit of $4.6 million in the prior year period. As anticipated our investment in AviClear was the most significant driver of this decline on a year-over-year basis. Excluding acne investments of $8.1 million for the first quarter of 2022 adjusted EBITDA was $4.3 million.

As I mentioned earlier, embedded within our a non-GAAP OpEx is a $7.2 million spend on our acne program, approximately 75% of which is in sales and marketing investments with most of the rest in R&D. Additionally, you will see in our reconciliation of GAAP to non-GAAP statement of operations that we spent about $4 million in taking our new ERP system live in the quarter. While implementations spending will continue throughout 2022 we're already seeing expenses taper down as we move past the heavy lift of going live in Q1.

Finally, there were no material or significant changes to our tax position. Turning now to our balance sheet.  We ended the quarter with $131.8 million of unrestricted cash and marketable securities compared to $164.9 million at the same time last year and $164.2 million at the end of the fourth quarter of 2021. This sequential decline of approximately $32 million was driven primarily by the following factors. Firstly, investments of $12.5 million in inventory and $5.6 million in prepaid's and deposits, to support the launch of AviClear, as well as to secure our overall supply chain. Secondly, the cash net loss of $8.6 million which was mainly driven by acne spend and ERP related investments.

The rest of our cash usage was mostly driven by typical first quarter seasonal factors including annual incentive compensation payouts. Over the remainder of the year, we expect additional cash burn to be approximately $10 million per quarter. We do not expect cash consumption to be linear as we build in place initial inventories to launch AviClear. With AviClear, we have a strong first mover advantage and broadening customer acceptance based on exceptional clinical data. Given our strong balance sheet, we are well positioned to continue supporting the growth of our core business while ensuring the successful launch of AviClear.

Before I turn the call back over to Dave I would like to provide you with an update on our outlook for the full year of 2022. While we are encouraged by our first quarter results and the demand trends that we've seen thus far through April and into early May, we are also faced with foreign exchange headwinds. Based on how we see 2022 evolving, we're reiterating our original revenue guidance of $255 million to $260 million, but at the updated FX rates implying underlying constant currency growth of approximately 13% to 15% an increase from our prior constant currency growth rates of 10% to 12%. As a reminder, this guidance does not include any revenue from our recently approved AviClear product.

Copyright © 2001-2022 FactSet CallStreet, LLC

# Cutera, Inc. *(CUTR)*
Q1 2022 Earnings Call

 
Moving on to adjusted EBITDA guidance. With an earlier than expected approval and bolstered by the physician response to our data we now expect an acceleration in our acne spend taking our range to $25 million to $30 million versus the previous range of $15 million to $20 million of acne spend. Excluding investments associated with our acne program, we continue to expect our adjusted EBITDA on a constant currency basis to be in the range of $33 million to $35 million. Therefore, for 2022 we now expect our full year adjusted EBITDA to be in the range of $5 million to $10 million as compared to our prior guidance of at or near $20 million. In line with this update we anticipate that there will be a period of incremental investment as we ramp placements of our system with lower margins as this occurs. However, we anticipate that our AviClear product line and this associated infrastructure to be accretive to consolidated results going into full year 2023.

With that I will now pass the call back over to Dave to provide further details on the launch of AviClear.

## David H. Mowry
*Chief Executive Officer & Director, Cutera, Inc.*

Thank you Rohan, As we have shared Cutera received US FDA 510 K clearance on March 24th of 2022 for acne treatment. We believe that the AviClear offering is well positioned to play a meaningful role in the clinicians armamentarium of acne treatment options as it achieves gold standard results with a vastly improved safety profile for patient's suffering from mild, moderate and severe acne. As compared to isotretinoin, AviClear delivers similar clinical outcomes at three months and six-month follow-up without the challenging safety profile, daily patient compliance requirement or the inconvenience of the monthly trips to complete lab work, retrieve medications, perform checkups with the dermatologist over the seventh to nine months course of treatment.

In contrast, the AviClear patient journey is completed in just three 30 minute office visits over a two months period. We're already hearing feedback from the AviClear practitioners as well as patients and their parents that they have been looking for an alternative treatment option to isotretinoin for several reasons and they are eager to try this new device.

Starting with the first commercial treatment conducted on April 3rd, 2022 we initiated our limited commercial release for this breakthrough product. Since this introduction of AviClear Cutera has spent time meeting and discussing the technology with selected key opinions leaders, installing devices into their practices, training physicians and their staff as well as coaching back-office support personnel on patient identification and conversion processes.

We're committed to executing a very deliberate rollout of this product to a predefined set of dermatology and aesthetic practitioners. These key opinion leaders have agreed to provide the company with insight gained while using our product during the limited commercial release.

We will utilize their feedback to refine our plans and optimize the execution of a comprehensive full, North American commercial launch for AviClear later in the year. The long-term success of AviClear, like other first mover medical devices will come from executing an effective launch plan built on the knowledge gained through the limited commercial release to ensure that we deliver both provider and patient satisfaction within this new treatment paradigm.

Beginning with our limited commercial release, we are exclusively offering the AviClear device through our AviClear partnership agreement. In addition to the radical technological innovations that the AviClear product represents, our partnership agreement defines a new and innovative business arrangement structuring the relationship between the company and the AviClear practice. This new agreement will serve to perfectly align the goals and objectives of the company with those of the practice over the long term.

**Cutera, Inc.** *(CUTR)*
Q1 2022 Earnings Call

 Corrected Transcript
10-May-2022

At a high-level, the partnership models works as follows: In consideration of the company's placement of an AviClear device into the practice, the provider will pay the company an annual license fee as well as a fee for each patient treated with the device. Additionally, the company agrees to provide ongoing service and maintenance, upfront and future clinical training as required for qualified users and ongoing account management support for the office staff assisting with the integration of AviClear into the practice and optimizing patient conversions.

While we are very early in the limited commercial release, we are pleased with the feedback received thus far. Coming out of the recent American Society for laser, medicine and surgery conference our partnership model resonated well with key opinion leaders and practitioners as they see the many benefits of it. Since the start of our limited commercial release we have already executed dozens of AviClear partnership agreements and subsequently shipped and installed devices into practices. This volume of placements has enabled us to concurrently test and validate the various logistical back office and functional processes built into our novel AviClear partnership program. Most importantly, practices have begun treating patients in their offices. Early results have confirmed our views and ease of use patient tolerance of the procedure and ability for providers to integrate AviClear easily into their practices.

Over the course of the limited commercial release, we will continue to gather insights. We can already see how these learnings will enable Cutera to refine account selection, accelerate account onboarding and staff training as well as increase conversion rates of potential patients.

We look forward to providing you with more updates regarding AviClear roll out in subsequent briefings. With that I'd like to turn the call over to the operator to open the call to your questions. Grant?

# QUESTION AND ANSWER SECTION

**Operator**: Thank you [Operator Instructions] One moment please for the first question. First question comes from the line of John Block with Stifel, please proceed with your question.

**Jonathan D. Block**                                                                                   Q
*Analyst, Stifel, Nicolaus & Co., Inc.*

Great. Thanks guys and good afternoon. I'll start on the core business, maybe just two questions in total. But Dave, can you give an idea on the increased revenue expectations on the core business, in other words when we look at the constant currency I think you're making around $7 million from the FX headwind. Where are you seeing it, mostly capital that seems to have a lot of traction is it North American Capital and maybe sort of a [ph] hypothetical to that long (26:19) question. You have gotten really good return in the increased sales reps here in North America. Are there any pockets internationally where you can see sort of augmenting some of the countries with additional reps to find a similar ROI. And then I'll ask the follow up on acne.

**David H. Mowry**                                                                                     A
*Chief Executive Officer & Director, Cutera, Inc.*

That's great question Jon, thanks. I think the strength definitely is being seen and felt from North America. We were a little slower in ramping that a year or so ago, but we have built a lot of momentum over the last three or four quarters and you can see that continue to carry forward. I also think there's a little bit of air in the -- if you will, air in the sails or wind in the sails with the AviClear launch in the fact that they've got something new novel and


Copyright © 2001-2022 FactSet CallStreet, LLC


interesting to go talk to physicians about. So I think that's certainly bolstering and potentially could have a halo effect on our call points here.

I would not underestimate the value in our consumable growth as well in North America. The investments we've made in the key account managers have continued to pay off and I think will benefit us not only with the core business but also with the AviClear as we continue to drive utilization once devices get placed.

In regards to your, the second part of your question internationally, I think Australia continues to be an opportunity for us to invest and grow. They deliver great numbers. I think, unfortunately they were quite restricted in the back half of 2021, but we can see what they can do when they start to come clear of that in the first quarter and I predict that we'll see a strong second quarter from them as well as they kind of come out of hibernation post restrictions.

In terms of other areas, I think Japan is still a little bit of a question mark due to the nature of the economics going on there in particular but I mean, we are bullish and we think we have the right people and the right team, but it is not something that we would be aggressive investing in right now and I think in Europe I think there may be some submarkets within Europe that we would be interested in doubling down on like the UK where we've had great success, but I wouldn't want to say Europe in general right now due to the nature of the somewhat destabilized Eastern Europe.

### Jonathan D. Block
*Analyst, Stifel, Nicolaus & Co., Inc.*

Q

All great. A lot of great detail there, thank you. Let me see if I can be sort of succinct with my second question and getting across, but on acne could you just talk about the early learnings from sort of this partnership model, it's very different, it's a very different model than traditional capital, what are the reactions -- what are the reactions of the med derms, maybe you said dozens of boxes are out there, what are the early utilization trends and then just as a follow-up on the numbers side, I think you guys said it will be accretive going into 2023. So just help us with that for a second, to spend sort of $7 million to $8 million per quarter. So do we say accretive think revenues 60% to 70% gross margin maybe I'm low there and then all in with expenses or accretive down to EBITDA and I hope that made some sense there and let me know if you need me to clarify. Thank you.

### David H. Mowry
*Chief Executive Officer & Director, Cutera, Inc.*

A

Yeah, first of all, I'm taking those in reverse order. I think from kind of a perspective of being accretive leaving the year. We're not certainly suggesting that fourth quarter would be accretive itself, but we do believe that this is like a flywheel. As you place the device you build momentum with patient traffic and as that continues to build within the practice they get more and more comfortable with it. You get greater and greater returns from that placed box.

So, we're very excited about how that model we think can take shape, not just for us but actually for the practitioner and the patient and it will get utilized. And I think that's the beauty of the model frankly is it puts us in a position to be directly and fully aligned to the practice. And that's a really unique situation where we are not fighting and wrestling over things. We both want great things and I think we've got a great product to utilize this on and I think the physicians and the practitioners recognize that. In fact to be quite frank many of them have been the ones that suggested it to us are early on the process as we thought about breaking into a segment that has a significant portion of physicians without a lot of capital in their practices. So, while we know that we're working through a new model, we also recognize it is one that fully aligns practice to company and we're both aligned to having great patient outcomes.

So, I think there is a win-win-win here from this model and I'm pretty excited about it.

**Jonathan D. Block**
*Analyst, Stifel, Nicolaus & Co., Inc.*

Q

Sounds good. Thanks for your time guys.

**Operator**: Thank you and the next question comes from the line of Chris Cooley with Stephens. Please proceed with your question.

**Chris Cooley**
*Analyst, Stephens, Inc.*

Q

Good afternoon and thanks for taking they questions and congrats on the record quarter. If I could just follow-up on where Jon left up there maybe start with my first question on acne. I would really appreciate if we could get some additional details there just in terms of these initial early learnings when you think about the sales conversion cycle here. Obviously, at ASLMS there was tremendous enthusiasm for AviClear but just kind of curious if we kind of contrast AviClear versus let's say a truSculpt iD just help us kind of walk through the sales process. This is a new model and then how we should think about kind of just phase 2 and phase 3 in 2023 and beyond as you start to really commercialize this in terms of – in terms of the ramp and I have got a quick follow up.

**David H. Mowry**
*Chief Executive Officer & Director, Cutera, Inc.*

A

Well, Chris I think that's a really insightful question. Frankly, we're being very, very thoughtful in the roll out here. So if you think about the sales process it's one where we have joint – if you will joint arrival at the practice between the consumable and the capital rep right. This is really a full company sale process. Not only are we showing up to get the deal closed around the license agreement. But we're showing them the full packet of what we can do to support them as a practice and the AviClear 360 which we've talked about previously is a complete set of marketing materials and promotional as well as things like patient financing that allow this practice to easily and quickly integrate AviClear into their normal operation and hopefully affect, significantly affect the pathway for so many patients that suffer from acne.

So, the sales process we've got it, we've aligned it. We're working through it, we've trained to it but I think it's still a little bit evolving as we work through a limited commercial release and that's the value of doing a limited commercial release, we're learning as our reps are, as our physicians are through this process and I think there's always questions with something that's new and novel but the level of commitment and the amount of embracing of this new process that we're seeing from the physician is quite rewarding frankly.

**Chris Cooley**
*Analyst, Stephens, Inc.*

Q

Understood.

**David H. Mowry**
*Chief Executive Officer & Director, Cutera, Inc.*

A

In regards to the rest of your question around like more or less like how patients or how practices are going to integrate this, if I understood your question correctly. I think they're trying to figure out specifically how they want to utilize the product because it is a little bit different than anything they've had. So, we're going to really spend

# Cutera, Inc. *(CUTR)*
## Q1 2022 Earnings Call

**Corrected Transcript**
10-May-2022

some time doing the training and the development of, or the training and the development of their staff to make sure that this really has the desired effect.

At the end of the day Chris this product not only a great product in terms of the outcome for patients. We believe it to be a very, very effective delegable procedure within the practice and we now take a procedure – a patient that maybe [ph] isotretinoin, 7-8-9 (34:44) times a year and I get a co-pay from and I write a script for and I'm now able to monetize them and give them a much better outcome. So, we think it's a win-win across all three; company, practice and especially the patient.

### Chris Cooley
*Analyst, Stephens, Inc.*

Q

Appreciate all that color thank you and maybe if I can just squeeze one more quick follow-up in and then I'll get back in queue. May be just kind of similarly along these same lines I realize this a controlled launch right now at this juncture. But as you start to scale to more of a national level or more of a formal roll out help us think about the incremental spend there from a missionary sale obviously the average patient today doesn't know that AviClear exists and so just trying to get a better understanding on kind of your go to market strategy there as it starts to make more sense with a broader offering in terms of getting the word out and helping drive growth to those practices in relation to AviClear. Thank you so much.

### David H. Mowry
*Chief Executive Officer & Director, Cutera, Inc.*

A

Thanks, Chris. Well, I think first and foremost I think for those people on the call I think one of the things that's really quite compelling about this opportunity is that the vast majority of patients are already in the waiting room. So, the amount of outreach you have to do fundamentally is really quite moderate at best or at worst I should say. It's really how do we convince them to try something different. Additionally, we know that each of the practices has prescribed Accutane or isotretinoin for a lot of their patients with less than desired results. So, they already have names and people within their practice that we can do outreach to and with the practice in order to recruit them back in. So, there's a quite large patient population already available to us without going outside of those parameters. That said, we do envision doing a very, very localized promotion of the product in and around the physician. We intend to obviously create some brand awareness nationally and use things like physician locators and information available on our websites to make sure physicians get – or patients get directed to the right places.

But as we roll this out the real beauty here is that the patients are already in queue and we know that there's 8 million patients roughly that seek some sort of solution from the dermatologist or their care provider around the moderate or severe acne. So, I think we feel very confident that this is not a huge market spend but rather an awareness issue and then a promotion of the physician and the practice within their own patient pool.

### Chris Cooley
*Analyst, Stephens, Inc.*

Q

Thanks and congratulations.

**Operator**: And the next question comes from the line of Louise Chen with Cantor. Please proceed with your question.

### Louise Chen
*Analyst, Cantor Fitzgerald & Co.*

Q



# Cutera, Inc. *(CUTR)*
Q1 2022 Earnings Call

Hi, thanks for taking my question and congratulations on all the progress this quarter. So, I had a few questions for you. We've been getting a lot of people asking us about how to think about revenues for AviClear this year and how that breaks out into the different segments of your business and then how you think about the peak sales potential of the device. Maybe I'll start there.

## David H. Mowry
*Chief Executive Officer & Director, Cutera, Inc.*

A

Wow, those are very lovely questions Louise but I appreciate them. Louise, because I think you're thinking about it the way we are and we are quite bold about what this could mean for the company and we do believe it to be transformative in the long run. But I think that's exactly why we're being very cautious in the short term is we want to learn and grow and understand how to best position this product, how to make sure that we're supporting our physician practice partners as we roll this thing out effectively.

And we want to make sure that patients are getting the outcomes that they deserve from this treatment. So, we're taking the time to train and develop and place and manage and monitor and all these things will be critically important in the short-term. So, I'm trying not to raise anybody's appetite for near-term revenue because I think it's really important that we learn so that we can execute a very effective full North American launch later this year.

And I think as a flywheel turns later in the year and into next year I think the potential is quite large. So, just a small amount of penetration into an eight million patient population could drive a pretty significant change to our financials. And I think there's been a few models put out there and I'm certainly not excited or willing to put guidance out at this point. But I think we're all very much excited about what the potential could be and like I said it would be truly transformative for this company.

## Louise Chen
*Analyst, Cantor Fitzgerald & Co.*

Q

Okay, thank you. My next question is on AviClear for wrinkles, is there any evidence that it could work there just because that's obviously another big opportunity as well.

## David H. Mowry
*Chief Executive Officer & Director, Cutera, Inc.*

A

Well we have presented some information at the ASLMS Conference in San Diego where physicians retrospectively went back, and looked at acne scarring. And much similar to acne scarring resolution, which we have seen anecdotally through the data is that we're hitting peak temperatures at a point where we're indicating, or creating a demand for collagen. And I think as a result we're seeing some benefits, and we've seen some physicians who have looked at the histology, and immediately jumped to the conclusion that this would work as a regenerative device as well. Now we are not claiming that, and we have not done any studies to confirm that, so I want to be very careful in not jumping the gun, but we will likely be testing, and evaluating other benefits from this device in the future, but we think it will start with acne, and it will extend to truncal acne, and then scarring, or reduction of scarring, and then we'll see where else the opportunity takes us, but we're pretty excited about what we've seen in the data, and I would tell you the physicians are overjoyed with what they're seeing, and how they think this could implement a significant change to the paradigm of acne treatment.

## Louise Chen
*Analyst, Cantor Fitzgerald & Co.*

Q

**Cutera, Inc.** *(CUTR)*
Q1 2022 Earnings Call

**C** Corrected Transcript
10-May-2022

Okay. Thank you. And just one last question if I may. You had mentioned something about a tamp down in SG&A spend over the course of the year. So just curious if you could walk us through the cadence of OpEx for the remainder of the year?

**David H. Mowry**
*Chief Executive Officer & Director, Cutera, Inc.*

**A**

Yeah I want to make sure that we're really clear. What we said was that we thought that the ERP spend was waning, and tapering down over the course of the year after going live in first quarter. We're actually expecting that we will likely be making investments in AviClear both in the commercial front as well as in the R&D. and clinical environments.

So I just want to make sure that was the message, so I wanted to make sure we're very clear about that. We haven't given a whole lot of sizing to the tapering on the ERP, but we have indicated that we expect our spend on acne to increase over the course of the year.

**Rohan Seth**
*Chief Financial Officer, Cutera, Inc.*

**A**

To a total of $25 million to $30 million.

**Louise Chen**
*Analyst, Cantor Fitzgerald & Co.*

**Q**

Thank you very much.

**Rohan Seth**
*Chief Financial Officer, Cutera, Inc.*

**A**

Okay. Thank you.

**Operator**: And the next question comes from the line of Anthony Vendetti with Maxim Group. Please proceed with your question.

**Anthony V. Vendetti**
*Analyst, Maxim Group LLC*

**Q**

Thanks. Just to follow on the question. The acne spend is now going to be $25 million to $30 million. The adjusted EBITDA guidance of $5 million to $10 million, does that include the acne spend, or is the acne spend on top of that?

**Rohan Seth**
*Chief Financial Officer, Cutera, Inc.*

**A**

That's included.

**David H. Mowry**
*Chief Executive Officer & Director, Cutera, Inc.*

**A**

Let's be really explicit here. The AviClear spend that we anticipate in OpEx that we've now reforecasted to be $25 million to $30 million is reflected in that new adjusted EBIT number, but we still have not put any revenue into our guidance.

Copyright © 2001-2022 FactSet CallStreet, LLC

## Cutera, Inc. *(CUTR)*
Q1 2022 Earnings Call

### Rohan Seth
*Chief Financial Officer, Cutera, Inc.*

That's right. That's right. And Anthony the other thing I would like to add to that is you'll note that we called out our constant currency core adjusted EBITDA separately which continues to be in the low to mid teens. That's where we exited in 2021, and that's where we maintain that portion of our business to be at. I'd say that our margin, our EBITDA margins are taking a bit of a pause in 2022 to make investments within the space of acne, which has the potential to radically transform the profile, and size of our company. It's a little bit of a detour. I fully expect that we'll earn a very attractive return on these investments for our shareholders, and beyond the short term you should expect to see us return to that very solid underlying progression that we had seen in 2021 from an adjusted EBITDA standpoint.

### Anthony V. Vendetti
*Analyst, Maxim Group LLC*

Okay. And the revenue guidance which you reiterated for 2022 excludes any AviClear revenues. And if I can read through the tea leaves there. You commercially could launch this in the fourth quarter, is that correct?

### David H. Mowry
*Chief Executive Officer & Director, Cutera, Inc.*

Yeah I think I've even tipped my hand to say we will do a full launch within the year, if you go back to the script I actually said within the year.

### Anthony V. Vendetti
*Analyst, Maxim Group LLC*

Yeah okay and then the gross margin for AviClear is that expected to be in the 60% plus range?

### Rohan Seth
*Chief Financial Officer, Cutera, Inc.*

I would expect it to be very accretive to our overall gross margin profile. I don't want to put a number on it just yet, because we need the business to scale first, but I do fully expect it to be accretive to our overall gross margin profile.

### Anthony V. Vendetti
*Analyst, Maxim Group LLC*

Right. Over time, so that's probably more of a mid-to-late 2023 kind of situation as you build, or is that the best way to look at it?

### Rohan Seth
*Chief Financial Officer, Cutera, Inc.*

Again there is a lot of factors in there. A lot of the spend around acne has more of a fixed profile as opposed to an incremental COGS profile, so I don't want to put a time, or a number out there. We're still in our limited commercial release. We're still figuring out things around our go-to-market strategy our commercial model et cetera. Over the long term, I'd say I still plan for it to be very accretive to our margin profile.

### David H. Mowry
*Chief Executive Officer & Director, Cutera, Inc.*

And just reiterating exactly what we said Anthony I just want to reparaphase this back to you one more time. We said that we anticipated entering 2023 with acne, or AviClear being accretive to the company in total.

---

**Anthony V. Vendetti**
*Analyst, Maxim Group LLC*

Q

Last question on the revenue share/utilization. So if it's a placement, can you give a little more color on to, what that would look like? What would be the upfront payment for the customer? And then revenue share and then a small more of a minimal utilization fee based on the consumable piece, or the disposable piece. A little more color on kind of how that, or the range of how that may look?

---

**David H. Mowry**
*Chief Executive Officer & Director, Cutera, Inc.*

A

Well we're trying to work through that very, very thoughtfully with our physician partners as we go through this limited commercial release. And I think we struck a very strong, and effective balance that allows there to be skin in the game from both parties, while we think about the right way to charge on a per procedure basis as well. So I'd rather not get into the details until we get a little bit further into the commercial release, but I think the way I'm thinking about it is the practice has to have some skin in the game which we get with their licensing. And because we don't charge them the upfront capital, and because we don't have a consumable product they have to pay us for in the procedure, we set this thing up where we can participate at probably a more aggressive rate than a normal consumable.

---

**Anthony V. Vendetti**
*Analyst, Maxim Group LLC*

Q

Okay, that's helpful. All right. I'll hop back in the queue. Thanks. I appreciate it.

---

**Operator**: And there are further questions at this time. I will now turn the presentation back to the host.

---

**David H. Mowry**
*Chief Executive Officer & Director, Cutera, Inc.*

Thank you, Grant. I just want to thank everyone for their time and attention today on the call. This is an exciting time for the company and we're exceptionally bullish on this new opportunity. So we're going to keep our heads down, and really work hard over the next few quarters getting this limited commercial release through learning what we can, and applying it to a full release of the AviClear later this year, so please stay tuned for further updates in future periods. Thank you.

---

**Operator**: That does conclude today's conference.  We thank you for your participation and ask that you please disconnect your line.

# Cutera, Inc. *(CUTR)*
Q1 2022 Earnings Call

**C** Corrected Transcript

10-May-2022

Disclaimer

The information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete or error-free statement or summary of the available data. As such, we do not warrant, endorse or guarantee the completeness, accuracy, integrity, or timeliness of the information. You must evaluate, and bear all risks associated with, the use of any information provided hereunder, including any reliance on the accuracy, completeness, safety or usefulness of such information. This information is not intended to be used as the primary basis of investment decisions. It should not be construed as advice designed to meet the particular investment needs of any investor. This report is published solely for information purposes, and is not to be construed as financial or other advice or as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Any information expressed herein on this date is subject to change without notice. Any opinions or assertions contained in this information do not represent the opinions or beliefs of FactSet CallStreet, LLC. FactSet CallStreet, LLC, or one or more of its employees, including the writer of this report, may have a position in any of the securities discussed herein.

THE INFORMATION PROVIDED TO YOU HEREUNDER IS PROVIDED "AS IS," AND TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, FactSet CallStreet, LLC AND ITS LICENSORS, BUSINESS ASSOCIATES AND SUPPLIERS DISCLAIM ALL WARRANTIES WITH RESPECT TO THE SAME, EXPRESS, IMPLIED AND STATUTORY, INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, ACCURACY, COMPLETENESS, AND NON-INFRINGEMENT. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, NEITHER FACTSET CALLSTREET, LLC NOR ITS OFFICERS, MEMBERS, DIRECTORS, PARTNERS, AFFILIATES, BUSINESS ASSOCIATES, LICENSORS OR SUPPLIERS WILL BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES, INCLUDING WITHOUT LIMITATION DAMAGES FOR LOST PROFITS OR REVENUES, GOODWILL, WORK STOPPAGE, SECURITY BREACHES, VIRUSES, COMPUTER FAILURE OR MALFUNCTION, USE, DATA OR OTHER INTANGIBLE LOSSES OR COMMERCIAL DAMAGES, EVEN IF ANY OF SUCH PARTIES IS ADVISED OF THE POSSIBILITY OF SUCH LOSSES, ARISING UNDER OR IN CONNECTION WITH THE INFORMATION PROVIDED HEREIN OR ANY OTHER SUBJECT MATTER HEREOF.

The contents and appearance of this report are Copyrighted FactSet CallStreet, LLC 2022 CallStreet and FactSet CallStreet, LLC are trademarks and service marks of FactSet CallStreet, LLC. All other trademarks mentioned are trademarks of their respective companies. All rights reserved.

# EXHIBIT C

**CUTERA**®

## Cutera Announces Second Quarter 2022 Financial Results

August 4, 2022

*Record second-quarter revenue driven by ongoing momentum in Capital Equipment and Consumable Product segments*

*Over one hundred new patients treated during the first quarter of AviClear's availability*

*Management reiterates full-year revenue guidance despite $15 million of annual foreign exchange headwinds*

BRISBANE, Calif.--(BUSINESS WIRE)--Aug. 4, 2022-- Cutera, Inc. (Nasdaq: CUTR) ("Cutera" or the "Company"), a leading provider of aesthetic and dermatology solutions, today reported financial results for the second quarter ended June 30, 2022.

**Second Quarter 2022 Financial and Operational Highlights**

- Consolidated revenue of $64.2 million driven by strength in capital equipment and consumable product demand.
- Over 50 AviClear devices were placed and activated during the first quarter of the product's limited commercial release.
- Gross margin of 54.6% in the quarter, compared to 57.7% in the prior-year period.
  - Excluding the 190 basis point impact from the AviClear program and foreign exchange headwinds of approximately 180 basis points, the gross margin would have been 58.3%.
- Operating expenses were $45.1 million in the quarter, compared to $31.7 million in the prior-year period. Operating expenses during the period included $7.0 million in AviClear program spending in addition to $2.4 million of ERP implementation expenses.
- GAAP Net loss was $47.3M, inclusive of a non-recurring charge of $34.4 million for the extinguishment of 50% of the 2026 convertible notes.
- Adjusted EBITDA was a loss of $1.6 million, compared to a gain of $6.8 million in the prior-year period.
  - Excluding AviClear program impacts of $7.5 million in the quarter and foreign exchange headwinds of $2.4 million over the prior year period, comparable adjusted EBITDA would have been $8.3 million.
- Completed $240 million in convertible debt financing, ending the quarter with $278.2 million in cash, cash equivalents, and marketable securities on the balance sheet after retiring $69.1 million in convertible notes due 2026.

| Key Revenue Metrics | Three Months Ended June 30, 2022 | % Change 2022 Vs 2021 | | Constant Currency | | Key Profit Metrics | Three Months Ended June 30, 2022 | | Constant Currency | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Capital Equipment** | $43.7 | 23 | % | 27 | % | *GAAP Margin %* | 54.6 | % | 56.4 | % |
| *Skincare* | $9.6 | -18 | % | -6 | % | *Non-GAAP Margin %* | 55.6 | % | 57.4 | % |
| *Consumables* | $5.3 | 20 | % | 23 | % | Adjusted EBITDA | ($1.6 | ) | $0.7 | |
| *Service* | $5.6 | -17 | % | -13 | % | Adjusted EBITDA Margin % | -2.5 | % | 1.2 | % |
| **Recurring** | $20.6 | -11 | % | -2 | % | | | | | |
| **Total Revenue** | $64.2 | 10 | % | 15 | % | | | | | |

| Key Revenue Metrics | Six Months Ended June 30, 2022 | % Change 2022 Vs 2021 | | Constant Currency | | Key Profit Metrics | Six Months Ended June 30, 2022 | | Constant Currency | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Capital Equipment** | $80.2 | 25 | % | 29 | % | *GAAP Margin %* | 54.7 | % | 56.3 | % |
| *Skincare* | $21.3 | -12 | % | -1 | % | *Non-GAAP Margin %* | 55.7 | % | 57.2 | % |
| *Consumables* | $9.2 | 25 | % | 28 | % | Adjusted EBITDA | ($5.4 | ) | ($1.5 | ) |
| *Service* | $11.6 | -10 | % | -7 | % | Adjusted EBITDA Margin % | -4.5 | % | -1.2 | % |
| **Recurring** | $42.1 | -5 | % | 2 | % | | | | | |
| **Total Revenue** | $122.2 | 13 | % | 18 | % | | | | | |

*"I am excited by the momentum we continue to see in our core business, as prior investments in our sales force drove strong results in capital and consumables product segments in North America, Europe, and Australia/New Zealand in particular. Our team is further encouraged by the resiliency and strength of underlying demand trends in the marketplace," commented Dave Mowry, Chief Executive Officer of Cutera, Inc. "During the quarter, our team achieved the successful launch of AviClear, our first-mover product for the treatment of acne. In the first three months of our limited commercial release of AviClear, we were able to validate successful clinical outcomes in the hands of our customers, verify patient satisfaction with AviClear post-treatment patient survey data, and onboard dozens of practices in the use of the AviClear Laser as they look to provide their patients with a drug-free solution for acne while enhancing the profitability of their practices. We are looking forward to expanding the footprint of new AviClear practices during the next phase of the limited commercial release and significantly ramping the utilization of the device."*

**2022 Outlook**

Management is reiterating its 2022 revenue guidance of $255 million to $260 million, entirely absorbing the impact of the unprecedented foreign exchange headwinds of $15 million, implying constant currency growth of 17% to 19%. This guidance does not include revenue from our AviClear device as we continue with its limited commercial release. The company plans to add over 100 new AviClear devices into the market during the course of the third quarter of 2022. Based on current AviClear trends, management expects to move into a full commercial launch by the end of the current calendar year.

**Conference Call**

The Company's management will host a conference call to discuss these results and related matters today at 1:15 p.m. PT (4:15 p.m. ET). Participating in the call will be Dave Mowry, Chief Executive Officer, and Rohan Seth, Chief Financial Officer.

To participate in the conference call, dial 1-800-319-4610 (domestic) or + 1-631-891-4304 (international).

The call will also be a webcast and can be accessed from the Investor Relations section of Cutera's website at http://www.cutera.com/. The webcast replay of the call will be available at the same site approximately one hour after the end of the call.

**About Cutera, Inc.**

Brisbane, California-based Cutera is a leading provider of aesthetic and dermatology solutions for practitioners worldwide. Since 1998, Cutera has been developing innovative, easy-to-use products that harness the power of science and nature to enable medical practitioners to offer safe and effective treatments to their patients. For more information, call +1-415-657-5500 or 1-888-4CUTERA or visit www.cutera.com.

*\*Use of Non-GAAP Financial Measures*

*In this press release, in order to supplement the Company's condensed consolidated financial statements presented in accordance with Generally Accepted Accounting Principles, or GAAP, management has disclosed certain non-GAAP financial measures for the statement of operations and net income (loss) per diluted share. Non-GAAP adjustments include stock-based compensation, depreciation, amortization, executive and other non-recurring severance costs, customer relationship management ("CRM") and enterprise resource planning ("ERP") system costs, non-recurring legal and litigation costs, and the loss on extinguishment of convertible notes. From time to time in the future, there may be other items that we may exclude if the Company believes that doing so is consistent with the goal of providing useful information to investors and management. The Company has provided a reconciliation of each non-GAAP financial measure used in this earnings release to the most directly comparable GAAP financial measure. The Company has not provided a reconciliation of non-GAAP guidance measures to the corresponding GAAP measures on a forward-looking basis due to the potential significant variability, limited visibility, unpredictability, or unique non-recurring nature of the items. Forward-looking non-GAAP measures include adjusted EBITDA. The Company defines adjusted EBITDA as earnings before interest, taxes, depreciation and amortization, stock-based compensation, executive and other non-recurring separation costs, customer relationship management and enterprise resource planning system costs, non-recurring legal and litigation costs, and losses on the extinguishment of convertible notes.*

Company management uses these measurements as aids in monitoring the Company's ongoing financial performance from quarter to quarter, and year to year, regularly and for benchmarking against other similar companies. Non-GAAP financial measures used by the Company may be calculated differently from, and therefore may not be comparable to, similarly titled measures used by other companies. These non-GAAP financial measures should be considered along with, but not as alternatives to, the operating performance measure as prescribed by GAAP. Non-GAAP financial measures for the statement of operations and net income per diluted share exclude the following:

**Non-cash expenses for stock-based compensation.** The Company has excluded the effect of stock-based compensation expenses in calculating its non-GAAP operating expenses and net income measures. Although stock-based compensation is a key incentive offered to the Company's employees, the Company continues to evaluate its business performance excluding stock-based compensation expenses. The Company records stock-based compensation expenses related to grants of options, employee stock purchase plans, and performance and restricted stock. Depending upon the size, timing, and terms of the grants, this expense may vary significantly but will recur in future periods. The Company believes that excluding stock-based compensation better allows for comparisons to its peer companies;

**Depreciation and amortization.** The Company has excluded depreciation and amortization expense in calculating its non-GAAP operating expenses and net income measures. Depreciation and amortization are non-cash charges to current operations;

**Executive and other non-recurring severance costs.** We have excluded costs associated with the resignation of our former Executive Officers in calculating our non-GAAP operating expenses and net income measures. We exclude these and other non-recurring employee separation costs because we believe that these items do not reflect future operating expenses;

**Customer Relationship Management.** We have excluded CRM system costs related to direct and incremental costs incurred in connection with our multi-phase implementation of a new CRM solution and the related technology infrastructure costs. We exclude these costs because we believe that these items do not reflect future operating expenses and will be inconsistent in amounts and frequency making it difficult to contribute to a meaningful evaluation of our operating performance;

**Enterprise Resource Planning.** We have excluded ERP system costs related to direct and incremental costs incurred in connection with our multi-phase implementation of a new ERP solution and the related technology infrastructure costs. We exclude these costs because we believe that these items do not reflect future operating expenses and will be inconsistent in amounts and frequency making it difficult to contribute to a meaningful evaluation of our operating performance;

**Non-recurring legal and litigation costs.** We have excluded costs incurred related to third-party litigation and disputes, that are non-recurring; and

**Loss on extinguishment of convertible notes.** We have excluded the loss on extinguishment of convertible notes. We excluded this loss because we believe it is non-recurring.

The Company believes that excluding all of the items above allows users of its financial statements to better review and assess both current and historical results of operations.

Safe Harbor Statement

Certain statements in this press release, other than purely historical information, are "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995, Section 27A of the Securities Act, and Section 21E of the Securities Exchange Act of 1934, as amended (the "Exchange Act"). These statements include but are not limited to, Cutera's plans, objectives, strategies, financial performance and outlook, product launches and performance, trends, prospects, or future events and involve known and unknown risks that are difficult to predict. As a result, the Company's actual results, performance, achievements, or prospects may differ materially from those expressed or implied by these forward-looking statements. In some cases, you can identify forward-looking statements by the use of words such as "may," "could," "seek," "guidance," "predict," "potential," "likely," "believe," "will," "should," "expect," "anticipate," "estimate," "plan," "intend," "forecast," "foresee" or variations of these terms and similar expressions or the negative of these terms or similar expressions. Forward-looking statements are based on management's current, preliminary expectations and are subject to risks and uncertainties, which may cause Cutera's actual results to differ materially from the statements contained herein. These statements are not guarantees of future performance, and stockholders should not place undue reliance on forward-looking statements. There are several risks, uncertainties, and other important factors, many of which are beyond the Company's control, that could cause its actual results to differ materially from the forward-looking statements contained in this press release, including those described in the "Risk Factors" section of Annual Reports on Form 10-K, Quarterly Reports on Form 10-Q, Current Reports on Form 8-K, the Registration Statement on Form S-8 and other documents filed from time to time with the United States Securities and Exchange Commission by Cutera.

All information in this press release is as of the date of its release. Accordingly, undue reliance should not be placed on forward-looking statements. Cutera undertakes no obligation to update publicly any forward-looking statements to reflect new information, events, or circumstances after the date they were made, or to reflect the occurrence of unanticipated events. If the Company updates one or more forward-looking statements, no inference should be drawn that it will make additional updates with respect to those or other forward-looking statements. Cutera's financial performance for the second quarter ended June 30, 2022, as discussed in this release, is preliminary and unaudited, and subject to adjustment.

**CUTERA, INC.**
**CONDENSED CONSOLIDATED BALANCE SHEETS**
**(in thousands)**
**(unaudited)**

|  | June 30, | December 31, |
| --- | --- | --- |
|  | 2022 | 2021 |
| **Assets** |  |  |
| Current assets: |  |  |
| Cash and cash equivalents | $ 75,050 | $ 164,164 |
| Marketable investments | 203,126 | - |
| Accounts receivable, net | 32,148 | 31,449 |
| Inventories, net | 45,410 | 39,503 |
| Other current assets and prepaid expenses | 17,579 | 14,545 |
| Total current assets | 373,313 | 249,661 |
| Property and equipment, net | 24,470 | 3,019 |
| Deferred tax asset | 698 | 778 |
| Goodwill | 1,339 | 1,339 |
| Operating lease right-of-use assets | 13,771 | 14,627 |
| Other long-term assets | 9,801 | 10,169 |
| Restricted cash | 700 | 700 |
| Total assets | $ 424,092 | $ 280,293 |
| **Liabilities and Stockholders' Equity** |  |  |
| Current liabilities: |  |  |
| Accounts payable | $ 25,365 | $ 7,891 |
| Accrued liabilities | 47,539 | 54,100 |
| Operating leases liabilities | 2,714 | 2,419 |
| Deferred revenue | 10,098 | 9,490 |
| Total current liabilities | 85,716 | 73,900 |

| | | |
|---|---|---|
| Deferred revenue, net of current portion | 1,429 | 1,335 |
| Operating lease liabilities, net of current portion | 12,368 | 13,483 |
| Convertible notes, net of unamortized debt issuance costs | 299,856 | 134,243 |
| Other long-term liabilities | 849 | 763 |
| Total liabilities | 400,218 | 223,724 |
| Stockholders' equity: | | |
| Common stock | 20 | 18 |
| Additional paid-in capital | 144,628 | 114,724 |
| Accumulated other comprehensive loss | (183 ) | - |
| Accumulated deficit | (120,591 ) | (58,173 ) |
| Total stockholders' equity | 23,874 | 56,569 |
| Total liabilities and stockholders' equity | $ 424,092 | $ 280,293 |

**CUTERA, INC.**
**CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS**
**(in thousands, except per share data)**
**(unaudited)**

| | Three Months Ended | | Six Months Ended | |
|---|---|---|---|---|
| | June 30, 2022 | June 30, 2021 | June 30, 2022 | June 30, 2021 |
| Products | $ 58,589 | $ 51,812 | $ 110,655 | $ 95,363 |
| Service | 5,635 | 6,777 | 11,583 | 12,894 |
| Total net revenue | 64,224 | 58,589 | 122,238 | 108,257 |
| Products | 25,899 | 20,892 | 48,811 | 39,224 |
| Service | 3,281 | 3,908 | 6,595 | 7,534 |
| Total cost of revenue | 29,180 | 24,800 | 55,406 | 46,758 |
| Gross profit | 35,044 | 33,789 | 66,832 | 61,499 |
| *Gross margin %* | *54.6* % | *57.7* % | *54.7* % | *56.8* % |
| Operating expenses: | | | | |
| Sales and marketing | 27,001 | 18,410 | 51,945 | 33,478 |
| Research and development | 6,859 | 4,850 | 13,358 | 8,962 |
| General and administrative | 11,248 | 8,461 | 24,750 | 15,826 |
| Total operating expenses | 45,108 | 31,721 | 90,053 | 58,266 |
| (Loss) income from operations | (10,064) | 2,068 | (23,221 ) | 3,233 |
| Interest and other (expense) income, net | | | | |
| Amortization of debt issuance costs | (298 ) | (215 ) | (517 ) | (267 ) |
| Interest on convertible notes | (1,149 ) | (778 ) | (1,927 ) | (969 ) |
| Loss on extinguishment of convertible notes | (34,423 ) | - | (34,423 ) | - |
| Gain on extinguishment of PPP loan | - | 7,185 | - | 7,185 |
| Other expense, net | (1,528 ) | (392 ) | (2,283 ) | (1,415 ) |
| (Loss) income before income taxes | (47,462 ) | 7,868 | (62,371 ) | 7,767 |
| Income tax (benefit) expense | (186 ) | 122 | 47 | 380 |
| Net (loss) income | $ (47,276 ) | $ 7,746 | $ (62,418 ) | $ 7,387 |
| Net (loss) income per share: | | | | |
| Basic | $ (2.53 ) | $ 0.43 | $ (3.39 ) | $ 0.41 |

| | | | | |
|---|---|---|---|---|
| Diluted | $ (2.53 ) | $ 0.39 | $ (3.39 ) | $ 0.40 |

Weighted-average number of shares used in per share calculations:

| | | | | |
|---|---|---|---|---|
| Basic | 18,700 | 17,862 | 18,392 | 17,815 |
| Diluted | 18,700 | 22,453 | 18,392 | 20,855 |

**CUTERA, INC.**
**CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS**
**(in thousands)**
**(unaudited)**

| | Three Months Ended | | Six Months Ended | |
|---|---|---|---|---|
| | June 30, 2022 | June 30, 2021 | June 30, 2022 | June 30, 2021 |
| **Cash flows from operating activities:** | | | | |
| Net (loss) income | $ (47,276 ) | $ 7,746 | $ (62,418 ) | $ 7,387 |
| Adjustments to reconcile net (loss) income to net cash (used in) provided by operating activities: | | | | |
| Stock-based compensation | 4,733 | 2,919 | 8,776 | 4,765 |
| Depreciation and amortization | 502 | 346 | 929 | 707 |
| Amortization of contract acquisition costs | 567 | 458 | 1,219 | 1,003 |
| Amortization of debt issuance costs | 298 | 215 | 517 | 267 |
| Impairment of capitalized cloud computing costs | - | - | - | 182 |
| Change in deferred tax asset | 39 | 6 | 80 | 51 |
| Provision for excess and obsolete inventories | 200 | 506 | 558 | 699 |
| Provision for credit losses | 217 | 274 | 409 | 492 |
| Loss (gain) on sale of property and equipment | 49 | (23 ) | 63 | (82 ) |
| PPP loan forgiveness | - | (7,185 ) | - | (7,185 ) |
| Change in right-of-use asset | 670 | - | 1,308 | 604 |
| Loss on extinguishment of convertible notes | 34,423 | - | 34,423 | - |
| Changes in assets and liabilities: | | | | |
| Accounts receivable, net | 804 | (2,026 ) | (1,108 ) | (4,433 ) |
| Inventories, net | (5,524 ) | (443 ) | (18,059 ) | (6,657 ) |
| Other current assets and prepaid expenses | 2,577 | 1,483 | (3,034 ) | (77 ) |
| Other long-term assets | (686 ) | (1,220 ) | (1,071 ) | (1,720 ) |
| Accounts payable | 9,016 | 1,179 | 14,771 | (474 ) |
| Accrued liabilities | (889 ) | (369 ) | (6,878 ) | 9,653 |
| Operating lease liabilities | (664 ) | 33 | (1,272 ) | (530 ) |
| Deferred revenue | 463 | (334 ) | 702 | 166 |
| Net cash provided by (used in) operating activities | (481 ) | 3,565 | (30,085 ) | 4,818 |
| **Cash flows from investing activities:** | | | | |
| Acquisition of property and equipment | (7,917 ) | (269 ) | (8,238 ) | (370 ) |
| Disposal of property and equipment | - | 19 | - | 71 |
| Purchase of marketable securities and long-term investments | (129,251 ) | - | (203,309 ) | - |
| Net cash used in investing activities | (137,168 ) | (250 ) | (211,547 ) | (299 ) |
| **Cash flows from financing activities:** | | | | |
| Proceeds from exercise of stock options and employee stock purchase plan | 1,288 | 1,501 | 1,439 | 1,897 |
| Purchase of capped call | (31,671 ) | - | (31,671 ) | (16,134 ) |
| Proceeds from issuance of convertible notes | 240,000 | - | 240,000 | 138,250 |
| Payment of issuance costs of convertible notes | (6,956 ) | - | (6,956 ) | (4,717 ) |

| | | | | | |
|---|---|---|---|---|---|
| Extinguishment of convertible notes | (45,777 ) | - | (45,777 ) | - | |
| Taxes paid related to net share settlement of equity awards | (1,784 ) | (452 ) | (4,234 ) | (1,451 ) | |
| Payments on capital lease obligation | (133 ) | (96 ) | (283 ) | (211 ) | |
| Net cash provided by financing activities | 154,967 | 953 | 152,518 | 117,634 | |
| Net increase (decrease) in cash, cash equivalents and restricted cash | 17,318 | 4,268 | (89,114 ) | 122,153 | |
| Cash, cash equivalents, and restricted cash at beginning of period | 58,432 | 164,932 | 164,864 | 47,047 | |
| Cash, cash equivalents, and restricted cash at end of period | $ 75,750 | $ 169,200 | $ 75,750 | $ 169,200 | |

**CUTERA, INC.**
**CONSOLIDATED FINANCIAL HIGHLIGHTS**
**(in thousands, except percentage data)**
**(unaudited)**

| | Three Months Ended | | % Change | Six Months Ended | | % Change |
|---|---|---|---|---|---|---|
| | June 30, 2022 | June 30, 2021 | 2022 Vs 2021 | June 30, 2022 | June 30, 2021 | 2022 Vs 2021 |
| **Revenue By Geography:** | | | | | | |
| North America | $ 32,239 | $ 26,786 | +20.4% | $ 61,092 | $ 49,084 | +24.5% |
| Japan | 15,174 | 17,421 | -12.9% | 32,677 | 33,976 | -3.8% |
| Rest of World | 16,811 | 14,382 | +16.9% | 28,469 | 25,197 | +13.0% |
| *Total Net Revenue* | $ 64,224 | $ 58,589 | +9.6% | $ 122,238 | $ 108,257 | +12.9% |
| *International as a percentage of total revenue* | 49.8 % | 54.3 % | | 50.0 % | 54.7 % | |
| **Revenue By Product Category:** Systems | | | | | | |
| - North America | $ 25,232 | $ 19,888 | +26.9% | $ 47,939 | $ 36,673 | +30.7% |
| - Rest of World (including Japan) | 18,421 | 15,680 | +17.5% | 32,228 | 27,215 | +18.4% |
| *Total Systems* | 43,653 | 35,568 | +22.7% | 80,167 | 63,888 | +25.5% |
| Consumables | 5,298 | 4,432 | +19.5% | 9,201 | 7,357 | +25.1% |
| Skincare | 9,638 | 11,812 | -18.4% | 21,287 | 24,118 | -11.7% |
| *Total Products* | 58,589 | 51,812 | +13.1% | 110,655 | 95,363 | +16.0% |
| Service | 5,635 | 6,777 | -16.9% | 11,583 | 12,894 | -10.2% |
| *Total Net Revenue* | $ 64,224 | $ 58,589 | +9.6% | $ 122,238 | $ 108,257 | +12.9% |

| | Three Months Ended | | Six Months Ended | |
|---|---|---|---|---|
| | June 30, 2022 | June 30, 2021 | June 30, 2022 | June 30, 2021 |
| **Pre-tax Stock-Based Compensation Expense:** | | | | |
| Cost of revenue | $ 500 | $ 434 | $ 959 | $ 578 |
| Sales and marketing | 1,638 | 522 | 2,214 | 1,243 |
| Research and development | 1,067 | 307 | 2,047 | 608 |
| General and administrative | 1,528 | 1,656 | 3,556 | 2,336 |
| | $ 4,733 | $ 2,919 | $ 8,776 | $ 4,765 |

**CUTERA, INC.**
**RECONCILIATION OF GAAP CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS**
**TO NON-GAAP CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS**
**(in thousands, except per share data)**
**(unaudited)**

| *Three Months Ended June 30, 2022* | *Three Months Ended June 30, 2021* |
|---|---|

| | GAAP | Depreciation and Amortization | Stock-Based Compensation | ERP Implementation | Legal - Lutronic | Loss on Extinguishment of Convertible Notes | Non-GAAP | GAAP | Depreciation and Amortization | Stock-Based Compensation | CRM and ERP Implementation | Severance (RIF) | Legal - Lutronic | Other Adjustments | Non-GAAP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net revenue | $64,224 | - | - | - | - | - | $64,224 | $58,589 | - | - | - | - | - | | $58,589 |
| Cost of revenue | 29,180 | (161 ) | (500 ) | - | - | - | 28,519 | 24,800 | (138 ) | (434 ) | - | - | - | 346 | 24,574 |
| Gross profit | 35,044 | 161 | 500 | - | - | - | 35,705 | 33,789 | 138 | 434 | - | - | - | (346 ) | 34,015 |
| Gross margin % | 54.6 % | | | | | | 55.6 % | 57.7 % | | | | | | | 58.1 % |
| Operating expenses: | | | | | | | | | | | | | | | |
| Sales and marketing | 27,001 | (793 ) | (1,638 ) | - | - | - | 24,570 | 18,410 | (600 ) | (522 ) | - | (638 ) | - | - | 16,650 |
| Research and development | 6,859 | (68 ) | (1,067 ) | - | - | - | 5,724 | 4,850 | (45 ) | (307 ) | - | - | - | - | 4,498 |
| General and administrative | 11,248 | (46 ) | (1,528 ) | (2,385 ) | (242 ) | - | 7,047 | 8,461 | (21 ) | (1,656 ) | (407 ) | - | (290 ) | - | 6,087 |
| Total operating expenses | 45,108 | (907 ) | (4,233 ) | (2,385 ) | (242 ) | - | 37,341 | 31,721 | (666 ) | (2,485 ) | (407 ) | (638 ) | (290 ) | - | 27,235 |
| (Loss) income from operations | (10,064 ) | 1,068 | 4,733 | 2,385 | 242 | - | (1,636 ) | 2,068 | 804 | 2,919 | 407 | 638 | 290 | (346 ) | 6,780 |
| Interest and other expense, net | | | | | | | | | | | | | | | - |
| Amortization of debt issuance costs | (298 ) | - | - | - | - | - | (298 ) | (215 ) | - | - | - | - | - | - | (215 ) |
| Interest on convertible notes | (1,149 ) | - | - | - | - | - | (1,149 ) | (778 ) | - | - | - | - | - | - | (778 ) |
| Loss on extinguishment of convertible notes | (34,423 ) | - | - | - | - | 34,423 | - | - | - | - | - | - | - | - | - |
| Gain on extinguishment of PPP loan | - | - | - | - | - | - | - | 7,185 | - | - | - | - | - | (7,185 ) | - |
| Other expense | (1,528 ) | - | - | - | - | - | (1,528 ) | (392 ) | - | - | - | - | - | - | (392 ) |
| Total interest and other (expense) income, net | (37,398 ) | - | - | - | - | 34,423 | (2,975 ) | 5,800 | - | - | - | - | - | (7,185 ) | (1,385 ) |
| (Loss) income before income taxes | (47,462 ) | 1,068 | 4,733 | 2,385 | 242 | 34,423 | (4,611 ) | 7,868 | 804 | 2,919 | 407 | 638 | 290 | (7,531 ) | 5,395 |
| Income tax (benefit) expense | (186 ) | - | - | - | - | - | (186 ) | 122 | - | - | - | - | - | - | 122 |
| Net (loss) income | $ (47,276 ) | $ 1,068 | $ 4,733 | $ 2,385 | $ 242 | $ 34,423 | $ (4,425 ) | $ 7,746 | $ 804 | $ 2,919 | $ 407 | $ 638 | $ 290 | $ (7,531 ) | $ 5,273 |
| Net (loss) income per share: | | | | | | | | | | | | | | | |
| Basic | $ (2.53 ) | | | | | | $ (0.24 ) | $ 0.43 | | | | | | | $ 0.30 |
| Weighted-average number of shares used in per share calculations: | | | | | | | | | | | | | | | |
| Basic | 18,700 | | | | | | 18,700 | 17,862 | | | | | | | 17,862 |

**Operating expenses as a % of net revenue**

| | GAAP | Non-GAAP | GAAP | Non-GAAP |
|---|---|---|---|---|
| Sales and marketing | 42.0 % | 38.3 % | 31.4 % | 28.4 % |
| Research and development | 10.7 % | 8.9 % | 8.3 % | 7.7 % |
| General and administrative | 17.5 % | 11.0 % | 14.4 % | 10.4 % |
| | 70.2 % | 58.2 % | 54.1 % | 46.5 % |

**CUTERA, INC.**
**RECONCILIATION OF GAAP CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS**
**TO NON-GAAP CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS**
**(in thousands, except per share data)**
**(unaudited)**

| | *Six Months Ended June 30, 2022* | | | | | | | *Six Months Ended June 30, 2021* | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | GAAP | Depreciation and Amortization | Stock-Based Compensation | ERP Implementation | Legal - Lutronic | Loss on Extinguishment of Convertible Notes | Non-GAAP | GAAP | Depreciation and Amortization | Stock-Based Compensation | CRM and ERP Implementation | Severance (RIF) | Legal - Lutronic | Other Adjustments | Non-GAAP |

| | GAAP | | | | | Non-GAAP | GAAP | | | | | | | Non-GAAP |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net revenue | $122,238 | - | - | - | - | $122,238 | $108,257 | - | - | - | - | - | - | $108,257 |
| Cost of revenue | 55,406 | (237) | (959) | - | - | 54,210 | 46,758 | (300) | (578) | - | - | - | 346 | 46,226 |
| Gross profit | 66,832 | 237 | 959 | - | - | 68,028 | 61,499 | 300 | 578 | - | - | - | (346) | 62,031 |
| Gross margin % | 54.7% | | | | | 55.7% | 56.8% | | | | | | | 57.3% |
| **Operating expenses:** | | | | | | | | | | | | | | |
| Sales and marketing | 51,945 | (1,613) | (2,214) | - | - | 48,118 | 33,478 | (1,278) | (1,243) | (182) | (638) | - | - | 30,137 |
| Research and development | 13,358 | (113) | (2,047) | - | - | 11,198 | 8,962 | (84) | (608) | - | - | - | - | 8,270 |
| General and administrative | 24,750 | (184) | (3,556) | (6,361) | (496) | 14,153 | 15,826 | (48) | (2,336) | (477) | - | (691) | - | 12,274 |
| Total operating expenses | 90,053 | (1,910) | (7,817) | (6,361) | (496) | 73,469 | 58,266 | (1,410) | (4,187) | (659) | (638) | (691) | - | 50,681 |
| (Loss) income from operations | (23,221) | 2,147 | 8,776 | 6,361 | 496 | (5,441) | 3,233 | 1,710 | 4,765 | 659 | 638 | 691 | (346) | 11,350 |
| **Interest and other expense, net** | | | | | | | | | | | | | | |
| Amortization of debt issuance costs | (517) | - | - | - | - | (517) | (267) | - | - | - | - | - | - | (267) |
| Interest on convertible notes | (1,927) | - | - | - | - | (1,927) | (969) | - | - | - | - | - | - | (969) |
| Loss on extinguishment of convertible notes | (34,423) | - | - | - | 34,423 | - | - | - | - | - | - | - | - | - |
| Gain on extinguishment of PPP loan | - | - | - | - | - | - | 7,185 | - | - | - | - | - | (7,185) | - |
| Other expense | (2,283) | - | - | - | - | (2,283) | (1,415) | - | - | - | - | - | - | (1,415) |
| Total interest and other (expense) income, net | (39,150) | - | - | - | 34,423 | (4,727) | 4,534 | - | - | - | - | - | (7,185) | (2,651) |
| (Loss) income before income taxes | (62,371) | 2,147 | 8,776 | 6,361 | 496 | (10,168) | 7,767 | 1,710 | 4,765 | 659 | 638 | 691 | (7,531) | 8,699 |
| Income tax expense | 47 | - | - | - | - | 47 | 380 | - | - | - | - | - | - | 380 |
| Net (loss) income | $(62,418) | $2,147 | $8,776 | $6,361 | $496 | $(10,215) | $7,387 | $1,710 | $4,765 | $659 | $638 | $691 | $(7,531) | $8,319 |
| **Net (loss) income per share:** | | | | | | | | | | | | | | |
| Basic | $(3.39) | | | | | $(0.56) | $0.41 | | | | | | | $0.47 |
| **Weighted-average number of shares used in per share calculations:** | | | | | | | | | | | | | | |
| Basic | 18,392 | | | | | 18,392 | 17,815 | | | | | | | 17,815 |

**Operating expenses as a % of net revenue**

| | GAAP | Non-GAAP | GAAP | Non-GAAP |
|---|---|---|---|---|
| Sales and marketing | 42.5% | 39.4% | 30.9% | 27.8% |
| Research and development | 10.9% | 9.2% | 8.3% | 7.6% |
| General and administrative | 20.2% | 11.6% | 14.6% | 11.3% |
| | 73.6% | 60.2% | 53.8% | 46.7% |

**CUTERA, INC.**
**RECONCILIATION OF NET LOSS TO ADJUSTED EBITDA**
**(in thousands)**
**(unaudited)**

| | Three Months Ended June 30, 2022 | Six Months Ended |
|---|---|---|
| Net loss | $(47,276) | $(62,418) |
| Adjustments: | | |
| Stock-based compensation | 4,733 | 8,776 |
| ERP implementation cost | 2,385 | 6,361 |

| | | |
|---|---|---|
| Interest and other expense, net | 37,398 | 39,150 |
| Depreciation and amortization | 1,068 | 2,147 |
| Legal - Lutronic | 242 | 496 |
| Income tax (benefit) expense | (186 ) | 47 |
| Total adjustments | 45,640 | 56,977 |
| Adjusted EBITDA | $ (1,636 ) | $ (5,441 ) |

View source version on businesswire.com: https://www.businesswire.com/news/home/20220804005393/en/

**Cutera, Inc.**
Greg Barker
VP, Corporate FP&A
415-657-5500
IR@cutera.com

Source: Cutera, Inc.

# EXHIBIT D



04-Aug-2022
# Cutera, Inc. (CUTR)
**Q2 2022 Earnings Call**


1-877-FACTSET   www.callstreet.com

Total Pages: 13
Copyright © 2001-2022 FactSet CallStreet, LLC

Cutera, Inc. *(CUTR)*
Q2 2022 Earnings Call

 Corrected Transcript
04-Aug-2022

# CORPORATE PARTICIPANTS

**David H. Mowry**
*Chief Executive Officer & Director, Cutera, Inc.*

**Rohan Seth**
*Chief Financial Officer, Cutera, Inc.*

# OTHER PARTICIPANTS

**Jonathan D. Block**
*Analyst, Stifel, Nicolaus & Co., Inc.*

**Chris Cooley**
*Analyst, Stephens, Inc.*

**Louise Chen**
*Analyst, Cantor Fitzgerald & Co.*

# MANAGEMENT DISCUSSION SECTION

**Operator**: Thank you for joining Cutera's Second Quarter 2022 Earnings Conference Call. After the prepared remarks, there will be a question-and-answer session. [Operator Instructions]

The discussion today includes forward-looking statements. These forward-looking statements reflect management's current forecasts or expectations of certain aspects of the company's future business, including, but not limited to, any financial guidance provided for modeling purposes.

Forward-looking statements are based on current information that is by its nature, dynamic and subject to change. Forward-looking statements include among others, statements regarding financial guidance, regulatory approvals, productivity improvements and plans to introduce new products and expand into additional geographies. For words that may identify forward-looking statements, we encourage you to refer to the safe harbor statement in our press release earlier today.

All forward-looking statements are subject to risks and uncertainties, included in those risk factors described in the section entitled Risk Factors in our Form 10-K as filed with the Securities and Exchange Commission and updated on our Form 10-Qs subsequently filed.

Cutera also cautions you not to place undue reliance on forward-looking statements, which speak only as of the date they are made. Cutera undertakes no obligation to update publicly any forward-looking statements to reflect new information, events or circumstances or to reflect the occurrence of unanticipated events. Future results may differ materially from management's current expectations.

In addition, we will discuss non-GAAP financial measures, including results on an adjusted basis. We believe these financial measures can facilitate a more complete analysis and greater transparency into Cutera's ongoing results of operations, particularly when comparing underlying results from period-to-period.

# Cutera, Inc. *(CUTR)*
Q2 2022 Earnings Call

 Corrected Transcript
04-Aug-2022

Please refer to the reconciliation from GAAP to non-GAAP measures in our earnings release. These non-GAAP financial measures should be considered along with, but not as alternative to, the operating performance measures prescribed by GAAP.

With that, I would like to turn the call over to our CEO, Dave Mowry.

## David H. Mowry
*Chief Executive Officer & Director, Cutera, Inc.*

Thank you, Ariel. I'd like to welcome each of you to Cutera's second quarter 2022 earnings call, and I'm glad that you're able to join us for this important update. With me on today's call is Rohan Seth, our Chief Financial Officer.

Before I dive into a recap of the quarter, I'd like to mention that during the period, we successfully raised $240 million in convertible debt financing, allowing us to retire 50% of our prior convertible debt and add to our existing cash position. This activity places Cutera in an exceptionally strong cash position and provides us with the flexibility to bring other innovative first-mover products to market.

Turning now to the second quarter of 2022. During the remainder of the call, I will provide an overview of our second quarter performance along with some operational highlights, including an update on our experience to-date with the AviClear during the initial quarter of our limited commercial release.

Rohan will then provide a detailed review of our financial results and our updated fiscal 2022 financial guidance, after which he will turn the call back over to me, and I will spend a few minutes discussing our plans for the remainder of the year, along with some specific details on our plans to expand customer access to our AviClear device in the second half of 2022. After these remarks, I will hand the call over to the conference operator so that we may take your questions.

As I have done in previous updates, I will begin by sharing our high-level observations of the energy-based aesthetics market and how we expect current geopolitical and macroeconomic factors to impact customers and patient patterns. During the prevailing uncertainty around the macroeconomic environment, and elective procedures, I am pleased to say that Cutera continues to thrive as you will hear reflected throughout our business results. Underlying market fundamentals remain robust and our customers continue to maintain approximately two months of forward-looking demand in their schedules.

Patient traffic remains intact with no signs of weakening beyond expected third quarter seasonality. And as mentioned in previous updates, aesthetic practitioners continue to see demographic shift in their patient base with younger career-oriented individuals with access to greater disposable income seeking routine procedures. This expanded patient group prioritizes aesthetic procedures within their spending plans each month, providing greater resilience in the overall demand and a more stable patient traffic forecast.

We anticipate that the capital selling environment will remain robust with this continued level of patient treatment volumes. This is further enforced by some early capital equipment demand we serviced in third quarter 2022 as some deals flowed into this period from second quarter 2022.

Moving on now to an update on the global macroeconomic environment and its impact on Cutera. Cutera, unlike many other companies, has limited exposure to the lockdowns and movement restrictions in China associated with COVID. However, we do have a material exposure in Japan as seen in our Skincare results within the period. With significant exchange rate movement over the last seven months, the Japanese yen has fallen to multi-decade lows against the US dollar.

**Cutera, Inc.** *(CUTR)*
Q2 2022 Earnings Call

 Corrected Transcript
04-Aug-2022

As a reminder, our Skincare line, a distributed line we provide only in the Japanese market, is purchased in US dollars but sold in Japanese yen. This arrangement has resulted in a painful currency squeeze that we feel on both our top and bottom line performances. Global foreign exchange rates had a significant impact, and we expect that this will continue into the second half of the year. With these market conditions and economic pressures as a backdrop, let me share Cutera's commercial highlights during the second quarter of 2022.

In the period, we delivered a total revenue of $64.2 million, representing approximately 10% growth over prior year's period as reported and a 15% growth on a constant currency basis. Discounting the impact of foreign exchange rates in the period, top line revenue would have eclipsed a previous all-time high revenue of $65.6 million in our seasonal peak in the fourth quarter of 2021. This top line performance was driven by the continued momentum in our Capital and considerable businesses, offsetting the aforementioned economic challenges we saw in Japan.

During the second quarter of 2022, we posted $43.7 million in Capital Equipment revenue, a record result for the company in this segment. Our Capital Equipment revenue performance was led by our truBody family of products. In addition to strong Capital Equipment sales, we nearly matched record revenues for Consumable products as well within this period. Looking forward, we intend to further expand our body contouring offering, as well as increase our marketing and promotional efforts around the truBody product family during the back half of 2022.

Specific to our Capital revenue performance, our North American sales team continued to demonstrate momentum in the period, posting $25.2 million of revenue, representing a 27% growth over prior year period. These results come from the investments in sales force expansion during the second half of 2021, in combination with the continued focus from sales leadership on improved productivity through sales process execution.

International Capital Equipment sales were $18.4 million, representing a 17% growth as reported and a 26% growth on a constant currency basis compared to previous year's quarter. International Capital performance was strong in aggregate as well as across the key regions. As expected, our European Capital sales rebounded sharply from the decline reported in first quarter 2022, posting second quarter revenue of $5.3 million, or 36% constant currency growth, over the prior year period. Following the second quarter results, the European Capital Equipment revenue now represents an 11% growth year-to-date on a constant currency basis.

We benefited from favorable trends in our distribution markets as well, posting 26% growth during the quarter. And Australia and New Zealand also provided healthy year-over-year growth with $5.2 million in Capital Equipment revenue, representing 17% growth and 26% constant currency growth over the prior year period.

Similar to our 2021 Capital purchasing trends, we believe that the third quarter Capital revenue will be impacted by the timing of our CUCF event conducted during the second quarter. These professional educational events typically pull forward a handful of deals that would have normally flowed into 3Q 2022. As such, we anticipate a slight step back in Capital sequentially.

Our recurring revenue category, defined as the combination of Skincare, Service and Consumables products, was $20.6 million in the period, a decrease of 11% over prior year period as reported and a decrease of 2% on constant currency basis. Skincare, the largest contributor to our recurring revenue, delivered only $9.6 million in revenue during the period, representing an 18% decline from prior year's quarter on a reported basis and a decline of 6% on a constant currency basis.

Copyright © 2001-2022 FactSet CallStreet, LLC

**Cutera, Inc.** *(CUTR)*
Q2 2022 Earnings Call

 Corrected Transcript
04-Aug-2022

In comparison to the previous period [indiscernible] (10:06), foreign exchange rate was responsible for two-thirds of the decline, while the remaining third reflects the impact of the regional economic headwinds on [ph] buying patterns (10:16). Without near-term relief from these issues, we believe that our Skincare revenue for the back half of 2022 will reflect a similar run rate to our second quarter results.

Service revenues of $5.6 million in the quarter, represented a decline of 17% as reported and a decline of 13% in constant currency. As discussed previously, we expect to recover our Service part inventory and book higher volumes of time and material work orders in the second half and expect to return to approximately $6 million per quarter.

Consumables revenues of $5.3 million in the quarter represent approximately 20% growth over prior year's quarter as reported and 23% on a constant currency basis, driven by the growing demand for treatments from the truBody family of products. We anticipate strong patient traffic in the second half, bolstered by the continued expansion of the installed base.

Shifting now to our AviClear limited commercial release. As discussed during our previous earnings call, we crafted a very thoughtful initial entry into the market for AviClear. As a reminder, the introduction of AviClear represents the launch of a new and disruptive technology, a vastly different business model and a device bridging multiple customer discipline to include medical dermatologists.

Due to the disruptive nature of this product and its positioning, we intentionally focused on a very targeted introduction to test our assumptions using a few dozen sites. This limited release was aimed at gaining a fully informed perspective on how to best expand into a full national launch by the end of 2022. As expected, we generated a very small amount of revenue from the patient treatments during the quarter, but gained significant insights into the product performance, product acceptance and practice onboarding processes.

We are pleased with the progress we've made with the field placements and energized by the clinical outcomes our physician partners have shared with us. Many physicians who adopted AviClear into their practice, have already begun to see results with their patients and in some cases, early clearance results seem to exceed those results that we witnessed in our own trials. These data serve to boost physician confidence and increase their comfort in selling the procedure to their patients suffering from acne.

During the second quarter of 2022, our AviClear physician partners treated over 100 individual patients. We were especially delighted with the patient survey data we received after the AviClear treatments, from 53 different respondents captured via the Cutera smartphone app. As of today, patient respondents have rated the AviClear treatment with an average reported score of 4.9 out of 5, with no patients rating below 4. The survey prompts patients to provide ratings in areas such as general procedure satisfaction, pain levels, procedure tolerability, their value proposition, as well as the overall ease and convenience of this procedure.

To-date, we now have over 500 treatments under our belt, and we continue to learn from each and every treatment provided. One of our critical learnings was that normal practice patterns, coupled with patient queues of roughly two months directly impacts the speed of account conversion. However, once AviClear is adopted and incorporated into these practices, patient conversions and device utilization ramps up very quickly as physicians build confidence in the procedure and recognize their own patient satisfaction.

With that, I'd like to turn the call over to Rohan to provide you some additional color on our financial performance.

# Cutera, Inc. *(CUTR)*
Q2 2022 Earnings Call

 
## Rohan Seth
*Chief Financial Officer, Cutera, Inc.*

Thank you, Dave. As I review my prepared remarks, I want to note that I will be discussing some non-GAAP results. The complete reconciliation of GAAP to non-GAAP is included in our earnings release. We encourage listeners and readers to review our non-GAAP metrics in conjunction with the GAAP results as contained in this earnings release.

Total revenue for the second quarter was $64.2 million compared to $58.6 million for the same period in 2021, representing an increase of approximately 10% and 15% in constant currency. During the quarter, we continue to face meaningful foreign currency headwinds, particularly in Japan with the Japanese yen accounting for approximately 70% of the impact. Based on current exchange rates, we expect that we will continue to face ongoing headwinds from foreign currency throughout the remainder of 2022.

Second quarter North American Capital Equipment revenue of $25.2 million increased 27% over the prior year. International Capital Equipment revenue for the second quarter was $18.4 million, up 17% as reported and 26% in constant currency from the second quarter of 2021.

Recurring revenue, defined to include our Consumables, Global Service and Skincare product lines was $20.6 million in the second quarter, down 11% as reported and down 2% in constant currency. The decrease over the prior year was driven by Skincare revenue of $9.6 million, down 18% as reported and down 6% in constant currency, as well as a decline in Services revenue of $5.6 million, down 17% as reported and down 13% in constant currency. Services revenue continued to be impacted by [Technical Difficulty] (16:01) availability. The declines were partially offset by growth in our Consumable products, up 20% as reported and 23% in constant currency.

Non-GAAP gross profit for the second quarter of fiscal 2022 was $35.7 million, with a gross margin of 55.6%, representing a decrease of approximately 250 basis points compared to the same period last year. Excluding acne program impacts of approximately a 180 basis points and an additional 180 basis points in foreign exchange headwinds, the non-GAAP gross margin in the second quarter would have been 59.2%, an approximately 110 basis point increase as compared to the same quarter last year.

While we did experience supply chain and macroeconomic inflationary pressures, as well as FX headwinds at the gross margin level during the quarter, we were able to offset them with ongoing cost improvement initiatives as well as leverage on our fixed cost base.

Total non-GAAP operating expenses for the second quarter of 2022 were $37.3 million compared to $27.2 million for the same period last year. Included within this number are $6.4 million in expenses related to our acne device. Non-GAAP sales and marketing expense for the second quarter of 2022 was $24.6 million compared to $16.7 million for the same period last year, driven by continued expansion in our sales force, higher commissions, increased travel, as well as $4.4 million in expenses associated with the launch of AviClear.

Non-GAAP R&D expense for the second quarter of 2022 was $5.7 million compared to $4.5 million for the same period last year, driven by increased investments in AviClear and additional clinical studies.

Finally, non-GAAP G&A expense for the second quarter of 2022 was $7 million compared to $6.1 million in the same period last year, driven by inflation and expansion in our head count.



Copyright © 2001-2022 FactSet CallStreet, LLC

# Cutera, Inc. *(CUTR)*
Q2 2022 Earnings Call

 Corrected Transcript
04-Aug-2022

For the second quarter of 2022, our non-GAAP operating income, which we refer to as adjusted EBITDA, was a loss of $1.6 million compared to a profit of $6.8 million in the prior year period. As anticipated, our investment in AviClear was the most significant driver of EBITDA decline on a year-over-year basis. Excluding acne program impacts of $7.5 million for the second quarter of 2022 and foreign exchange headwinds over the prior year of $2.4 million, adjusted EBITDA would have been $8.3 million.

As I mentioned earlier, embedded within our non-GAAP OpEx is $6.4 million spent on our acne program, 70% of which is in sales and marketing, and the majority of the remainder is in R&D. Finally, there were no material or significant changes to our tax position.

Turning now to our balance sheet. As Dave mentioned earlier, during the quarter, we raised $240 million from a convertible debt offering announced in May that will net $154.6 million of incremental cash after accounting for the extinguishment of 50% of our 2026 notes at $45.8 million, capped calls of $31.7 million, which were done to limit dilution and $8 million in issuance costs.

With this addition, we ended the quarter with $278.2 million of cash and marketable securities compared to $131.8 million at the end of the first quarter. The sequential increase of approximately $146.4 million was primarily driven by the cash raised in our convertible debt offering.

We continue to expect cash burn to be approximately $20 million for the remainder of the year. We do not expect cash consumption to be linear as we build in place initial inventories to launch AviClear. With a strong balance sheet in place, we are well-positioned to continue supporting the growth of our business, while ensuring a successful launch of AviClear.

Before I turn the call back over to Dave, I would like to provide you with an update on our outlook for the full year of 2022. Starting with revenue, we are reiterating 2022 guidance of $255 million to $260 million, entirely absorbing the impact of the unprecedented foreign exchange headwinds of $15 million annually, implying constant currency growth of 17% to 19%. This guidance does not include revenue from our AviClear device as we continue with its limited commercial release.

Moving on to adjusted EBITDA. FX pressures have continued to worsen and we now expect a further impact from FX of around $3 million on the full year adjusted EBITDA, bringing the full year impact to approximately $11 million. As a business, we are continuing to respond to these pressures and we expect to offset most of these headwinds. Therefore, we are reaffirming our full year adjusted EBITDA guidance to be in the range of $5 million to $10 million.

I would like to now spend a few minutes discussing the acne business model and the related accounting in greater detail. As Dave mentioned in his remarks, we are launching this innovative product under an equally innovative business model to maximize its reach with patients and clinicians alike. Instead of selling the capital, we will instead be licensing the device over a period of three-plus years. The licensing fees we collect will be ratably recognized as revenue over the term of the lease and treatment revenue will be recognized as earned.

As the units will remain on Cutera's balance sheet on the PP&E line, we will depreciate these units over their useful lives. Finally, the treatment and licensing fees will be considered recurring revenue. During the second quarter, our acne-related revenue was recognized within the Consumables category and was approximately $0.1 million. As the business grows, we intend to create a separate line for acne.

With that, I will now pass the call back over to Dave.



# Cutera, Inc. *(CUTR)*
Q2 2022 Earnings Call

 Corrected Transcript
04-Aug-2022

## David H. Mowry
*Chief Executive Officer & Director, Cutera, Inc.*

Thank you, Rohan. Cutera continues to prepare for the full launch of the AviClear device in North America by the end of 2022. We believe that this product and its novel business model will drive unprecedented growth at Cutera, accelerating the transformation of our business.

AviClear's recent Health Canada approval in combination with the previously secured FDA 510(k) clearance eliminates any additional regulatory risk and secures our ability to launch across the entire North American footprint. As we continue our rollout, we expect to significantly accelerate placements each quarter with over a 100 placements planned for the third quarter of 2022. We expect to further increase upon those placements in the fourth quarter and scale our device footprint throughout 2023.

Additionally, we intend to work closely with our customers to accelerate their patient conversion processes. We are delighted to be in such a strong position at the midpoint of 2022, fortified by the strength of our core business performance, backed by a strong balance sheet and energized by the building momentum of the AviClear opportunity.

With that, I'd like to turn the call back over to the conference operator to open the call to your questions. Ariel?

# QUESTION AND ANSWER SECTION

**Operator**: Thank you. We will now begin the question-and-answer session. [Operator Instructions] Our first question comes from Jon Block from Stifel. Please go ahead.

## Jonathan D. Block
*Analyst, Stifel, Nicolaus & Co., Inc.*

Q

Great, guys. Thanks and good afternoon. Dave, maybe I'll just start on the base business. You mentioned a pipeline of two months, I think that's largely unchanged from your talk track in 1Q. You talked about a step down sequentially for 3Q Capital, which is normal. But just to push you, you're not seeing any weakening of the capital environment, maybe just talk to us about the pipeline, what you're hearing from sales reps? Does it remain robust, the pipeline? Are you witnessing any more trepidation from the docs? I'm just trying to push you a little bit there, because obviously, there's been a lot of questions or incoming from investors just due to the overall environment. And then I'll ask a follow-up.

## David H. Mowry
*Chief Executive Officer & Director, Cutera, Inc.*

A

And I totally understand that the economic backdrop certainly would kind of cause that question to come to the forefront. No, we check regularly and routinely with our physician customers on what's going on in their practice, how are things going and what's the bookings for them. And the other thing we ask them about occasionally is cancellations, because sometimes they'll see cancellations indicative of maybe some nervousness on the patients' behalf. And we're not hearing anything that would be even remotely concerning to us at this point.

I think that certainly makes us feel very, very good about patient traffic, about the underlying business and the volumes of patients seeking treatment. In fact, we believe it continues to grow.



Copyright © 2001-2022 FactSet CallStreet, LLC

# Cutera, Inc. *(CUTR)*
## Q2 2022 Earnings Call

 Corrected Transcript

04-Aug-2022

I think the only concern I would hold out there is what does the capital environment look like? What do leasing look like? What does financing look like for some of these physicians? But I just want to remind folks that generally speaking, we're a little bit more of a higher-end provider and we provide more to the higher-end customers and generally, they don't have credit concerns. But that being said, we're always watching, we're always looking and we are a little bit paranoid, Jon, and that's why we check so often.

---

### Jonathan D. Block
*Analyst, Stifel, Nicolaus & Co., Inc.*

 Q

All good. I'm paranoid as well. And maybe the second question, I'll shift over to AviClear. So, just talk to me about the next steps, maybe for more AviClear data. We've come across some sites that I believe are seemingly enrolling for post-market studies, is that specific to acne? Is it for longer-term data? Or is it on the acne scarring side of things? And maybe just to tack on, if you can take a step back, Dave, what are you seeing from the practices that are running at the, call it the high end of the utilization scale versus those that are running at the lower end? What are they doing differently to separate one versus the other? Thanks, guys.

---

### David H. Mowry
*Chief Executive Officer & Director, Cutera, Inc.*

A

Yeah. Sorry, I just was taking notes, so I didn't forget your questions, Jon. So let's take them in order. Let's talk first around the ongoing studies. We are really quite bullish. The feedback that we continue to get and I mentioned in the prepared remarks, suggest that our physicians are seeing even better results than we did during our trials. And I think that comes from just getting it out there in the hands of experts and having them think about it beyond just the monotherapy that we did in our treatments. So they're seeing great results.

In fact, I was on a conference call earlier this week with four physicians and one of them is in the process of treating his own daughter, right? So there's great confidence and great kind of bullishness, if you will, in both mid-derms which this person was, as well as with the aesthetic practices. So I think that has really made us quite bullish, frankly, in what's going to happen and how it's going to happen.

I think the concern, as you talk about the high and the low, some of this is timing based, I think it's certainly something we've learned through this process. In many cases, you've got people that are booked out two months. So when somebody comes in and they present the AviClear and then send that patient home to think about it, it's two months before they come back or month-and-a-half before their scheduled visit to come back in. So there's a big delay that we've seen in kind of that pickup, that ramp. So we're working with different physicians and different practitioners to understand how we can maybe start to affect that gap and that lead time.

In other cases, we've got some early adopters that really are fundamentally full believers and they have ongoing patient traffic that they're able to harvest very, very quickly, which was – some of our assumptions with some of these med-derms and larger practices where the patients are already sitting in the waiting room and it becomes a conversion effort from isotretinoin to some other treatment to the AviClear. And the ones that are having the greatest success are the ones converting at the highest rate and have probably the greatest belief in the product. And there's always that bell curve of early adopters, mid-level adopters and late adopters. And I think we see that firsthand.

---

### Jonathan D. Block
*Analyst, Stifel, Nicolaus & Co., Inc.*

Q

Got it. Very helpful. Thanks guys. I'll follow-up offline.

---

Copyright © 2001-2022 FactSet CallStreet, LLC

**Cutera, Inc.** *(CUTR)*
Q2 2022 Earnings Call

Corrected Transcript
04-Aug-2022

---

**Operator**: Our next question comes from Chris Cooley of Stephens. Please go ahead.

---

**Chris Cooley**
*Analyst, Stephens, Inc.*

Q

Good afternoon, and thanks for taking the questions. If I could just follow-up on Jon's line of questioning there, kind of coming back to the current economic environment and what you're seeing there. Could you maybe give us some additional color just with regards to the types of procedures that seem to be in demand? Are these body contouring, are you seeing greater focus on maybe some facial type procedures? Just trying to further parse out what's driving that step-up in demand? And if those types of procedures are being done predominantly at a med-derm type location that may be is diversified throughout the COVID pandemic into a little bit more cosmetic application or a high-end cosmetic practice as opposed to maybe a more economical med spa? Just want to get some clarity around that. And then I have a follow-up. Thanks.

---

**David H. Mowry**
*Chief Executive Officer & Director, Cutera, Inc.*

A

Okay. Thanks, Chris. Look, I think one of the points that I tried to stress in the prepared remarks is this business is as strong as it's ever been, and the pipeline is exceptionally strong in our view. And that goes across the entire portfolio, quite frankly. So, as I think about your question and wonder about the treatment volumes, certainly, we track those on a Consumable side of the business in particular, and we've seen great uptake and continued uptake in the body, the truBody portfolio, truSculpt portfolio, if you will.

We also see strong presence in the Secret RF as people continue to use Zoom and want to look their best and feel their best when they go into work, even if they Zoom from one cubicle to the next, they're still looking and trying to look their best as they invest in themselves. So, I would say that the truBody and the Secret microneedling, had probably had great uptake. But in addition to that, with Zoom, we've seen a lot of excel V and vascular laser work, an interest across the board.

Now, as we think about AviClear and the rollout of AviClear, I think the one thing I would point out to you is, as you get into the med-derms, the access to a device like excel V, in combination with having AviClear allows you not only to treat acne, but to effectively treat rosacea which is another large obviously, indication and pathology. So we believe that there's a little bit of a halo effect with AviClear to potentially bring more excel V into the market, specifically around the med-derms.

---

**Chris Cooley**
*Analyst, Stephens, Inc.*

Q

Thank you. I appreciate all that color. And then maybe just quickly as well on AviClear. I know there was a lot of buzz around this when we were back at ASLMS earlier in the year. I'm just curious as you've been rolling this out, seeing the adoption kind of fine-tuning then the go-to-market plan, kind of what you're seeing or in terms of the initial patient commentary on the out-of-pocket aspect of this.

And similarly, I think you said, a 100-plus locations in the third quarter are new clinics, I should say, in the third quarter with a further acceleration in the fourth. That would still I think, imply a pretty big backlog of potential demand. So just trying to think about how you can start to address that as you come into the first half of next year from an inventory perspective. Thank you and I'll get back in queue.

---

**David H. Mowry**
*Chief Executive Officer & Director, Cutera, Inc.*

A

---

## Cutera, Inc. *(CUTR)*
Q2 2022 Earnings Call

 Corrected Transcript
04-Aug-2022

Yeah, great series of questions. So let me start with your first comment around patients and their willingness to pay. I really do believe that one of the learnings we have is that the med-derms, who are not used to asking patients to pay out of pocket, are probably a little bit more concerned on that price point than the patients are, frankly. And our market research beforehand, certainly indicated that patients would be willing to pay that up to that amount or a little bit higher than that amount. And I think we've seen that.

We had some pushback early with some of the med-derm saying that it was too much, and they didn't think they could get people across the finish line. And every chance that we had to intervene into those accounts with the physician, we've been able to get them and their staff more comfortable with the process and ultimately converting patients at the price point that we've talked about. So we don't really believe that to be assembling point in the long term. We think it's something we can train people through and they can adopt too. But it does change, it does create a little bit of that hesitation early in the process. And we've learned through our limited commercial release thus far and intend to apply those learnings in the third and fourth quarter to help accelerate some of these practices on net adoption.

So that being said, we also have fundamentally going into patient financing with the view that, that will help accelerate this, and we'll be a lot more aggressive in the rollout of that in the back half of 2022. So we're trying to take away all of the obstacles and all the hindrances and resistance to adopt, because frankly, the clinical results have been so overwhelming, we want to make sure that everyone has access to this treatment.

Kind of moving on to kind of the backlog and the pent-up demand, I think it's totally true. We know that there is pent-up demand. We have inbound leads that would suggest there's a lot more placements we could make. But taking it slow and understanding what we've understood to-date and teasing out some more insights, are going to help us be a lot more effective in the rollout of this in the long term. And we're not playing this for a quarter or two quarters, we're playing the long-term transformation of the company with this device.

So, my view is learning a little bit more and taking the time to do it right is the correct approach here. We've already learned quite a bit. You'll see some of those learnings applied in the third and fourth quarter. And I think we should be in a really strong position to apply all of those going forward with a full commercial lease no later than the end of this year.

---

**Chris Cooley**
*Analyst, Stephens, Inc.*

Q

Thanks for all the color and congrats on the quarter.

---

**David H. Mowry**
*Chief Executive Officer & Director, Cutera, Inc.*

A

Thank you, very much, Chris.

---

**Operator**: [Operator Instructions] Our next question comes from Louise Chen of Cantor. Please go ahead.

---

**Louise Chen**
*Analyst, Cantor Fitzgerald & Co.*

Q

Hi. Congratulations on the quarter and thanks for taking my questions here. So, I wanted to ask you, do you have any metrics to look at repeat customers, or is that still too early? And what is the exact out-of-pocket cost for patients? And last question I had for you as we get this question a lot is that how do we think about the magnitude of sales for 2023? Thank you.

---

# Cutera, Inc. *(CUTR)*
Q2 2022 Earnings Call

## David H. Mowry
*Chief Executive Officer & Director, Cutera, Inc.*

A

Okay. Thanks, Louise. And as always I appreciate. I had my pencil in hand very quickly knowing that you're going to give you a multi-part question. So. thank you. Louise, we do have a lot of metrics that we track. I can tell you that this launch far exceeds any other launch in Cutera's history in the amount of focus, energy and data that we're collecting along the way. Each and every site is monitored, our devices are kind of tracked individually. So we know firsthand when treatments are happening and how they're happening, to the point where we can see not only a patient but a patient being – whether it's their second or their third treatment starting in the process, if you will. Keeping in mind there's three treatments to each and every patient procedure. So we can track that detail. And we know when it's then the first treatment and when it's a repeat treatment.

In terms of the cost, we don't set costs. That's something we can't do and something we won't do. However, we have been very clear with our customer base on our expectations for revenue associated with their conducting a procedure. And we've set that at kind of $1,500 minimum at this point in our initial release. And we'll continue to monitor and adjust that upwards if need be, as the value of this procedure continues to improve. So at this point, we have not seen a whole lot of anxiety from the patient side of that payment. And with financing, we think that will reduce even further.

In terms of the magnitude, I think we've been slow and steady this year and intend to be slow and steady this year. But we have the capabilities and the capacities to ramp this very, very aggressively. We've made arrangements with external manufacturing to ramp and have access to greater device replacements in 2023, and that in itself should not be a barrier for us.

In terms of capacity in the sales organization, obviously as this ramps, we can continue to hire and expand and get a greater footprint and that obviously will pay for itself in the variable costs. So we do have the ability to ramp this pretty aggressively in out years. But I think what's going to be most important is that we get it right this year to all of those – to be able to accelerate in kind of in an optimal fashion years in out years. And that's what we're focused on.

## Louise Chen
*Analyst, Cantor Fitzgerald & Co.*

Q

Thank you.

**Operator**: This concludes the question-and-answer session. I would like to turn the conference back over to management for any closing remarks.

## David H. Mowry
*Chief Executive Officer & Director, Cutera, Inc.*

Thank you, very much, Ariel. I just wanted to leave the conversation with this. This business has never been any stronger than it is right now on both the core Capital and Consumable side of the business. We believe that headwinds in FX is a transient issue that we'll move through quickly. And the results thus far in AviClear have given us great, great expectations for what the future holds for this company. With that we couldn't be more excited to be where we are right now with what we have.

So we look forward to giving you an update in third quarter with those results and until such time, be healthy and thanks for the following.

**Operator**: This concludes today's conference call. You may disconnect your lines. Thank you for participating and have a pleasant day.

Disclaimer

The information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete or error-free statement or summary of the available data. As such, we do not warrant, endorse or guarantee the completeness, accuracy, integrity, or timeliness of the information. You must evaluate, and bear all risks associated with, the use of any information provided hereunder, including any reliance on the accuracy, completeness, safety or usefulness of such information. This information is not intended to be used as the primary basis of investment decisions. It should not be construed as advice designed to meet the particular investment needs of any investor. This report is published solely for information purposes, and is not to be construed as financial or other advice or as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Any information expressed herein on this date is subject to change without notice. Any opinions or assertions contained in this information do not represent the opinions or beliefs of FactSet CallStreet, LLC. FactSet CallStreet, LLC, or one or more of its employees, including the writer of this report, may have a position in any of the securities discussed herein.

THE INFORMATION PROVIDED TO YOU HEREUNDER IS PROVIDED "AS IS," AND TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, FactSet CallStreet, LLC AND ITS LICENSORS, BUSINESS ASSOCIATES AND SUPPLIERS DISCLAIM ALL WARRANTIES WITH RESPECT TO THE SAME, EXPRESS, IMPLIED AND STATUTORY, INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, ACCURACY, COMPLETENESS, AND NON-INFRINGEMENT. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, NEITHER FACTSET CALLSTREET, LLC NOR ITS OFFICERS, MEMBERS, DIRECTORS, PARTNERS, AFFILIATES, BUSINESS ASSOCIATES, LICENSORS OR SUPPLIERS WILL BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES, INCLUDING WITHOUT LIMITATION DAMAGES FOR LOST PROFITS OR REVENUES, GOODWILL, WORK STOPPAGE, SECURITY BREACHES, VIRUSES, COMPUTER FAILURE OR MALFUNCTION, USE, DATA OR OTHER INTANGIBLE LOSSES OR COMMERCIAL DAMAGES, EVEN IF ANY OF SUCH PARTIES IS ADVISED OF THE POSSIBILITY OF SUCH LOSSES, ARISING UNDER OR IN CONNECTION WITH THE INFORMATION PROVIDED HEREIN OR ANY OTHER SUBJECT MATTER HEREOF.

The contents and appearance of this report are Copyrighted FactSet CallStreet, LLC 2022 CallStreet and FactSet CallStreet, LLC are trademarks and service marks of FactSet CallStreet, LLC. All other trademarks mentioned are trademarks of their respective companies. All rights reserved.

# EXHIBIT E

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, DC 20549**

# FORM 8-K

**CURRENT REPORT**
**Pursuant to Section 13 or 15(d) of**
**the Securities Exchange Act of 1934**

August 4, 2022

Date of Report (date of earliest event reported)



# Cutera, Inc.

**(Exact name of Registrant as specified in its charter)**

| **Delaware** | **000-50644** | **77-0492262** |
|:---:|:---:|:---:|
| **(State or other jurisdiction of incorporation or organization)** | **(Commission File Number)** | **(I.R.S. Employer Identification Number)** |

**3240 Bayshore Blvd.**
**Brisbane,** California **94005**
**(Address of principal executive offices)**

**(415) 657-5500**
**(Registrant's telephone number, including area code)**

**N/A**
**(Former name or former address, if changed since last report)**

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (see General Instruction A.2. below):

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c)

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|:---:|:---:|:---:|
| Common Stock ($0.001 par value) | CUTR | The NASDAQ Stock Market, LLC |

Indicate by check mark whether the registrant is an emerging growth company as defined in as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Item 2.02. Results of Operations and Financial Condition.**

On August 4, 2022, Cutera, Inc. ("Cutera" or the "Company") issued a press release announcing its financial results for the quarter ended June 30, 2022. Cutera hereby incorporates by reference herein the information set forth in its press release dated August 4, 2022, a copy of which is attached hereto as Exhibit 99.1. Except as otherwise provided in the press release, the press release speaks only as of the date of such press release and it shall not create any implication that the affairs of Cutera have continued unchanged since such date.

The Company will host a conference call for interested parties commencing Tuesday, August 4, 2022 at 1:15 p.m. PDT (4:15 p.m. EDT), during which the Company will discuss the financial results. To participate in the conference call, dial 1-800-319-4610 (domestic) or +1-631-891-4304 (international). The conference call will be also available to interested parties through a live audio webcast and accessible through the Investor Relations section of the Cutera corporate website at www.cutera.com.

The information provided pursuant to this Item 2.02 is to be considered "furnished" pursuant to Item 2.02 of Form 8-K and shall not be deemed to be "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended, or otherwise subject to the liabilities of that Section or Sections 11 and 12(a)(2) of the Securities Act of 1933, as amended, nor shall it be deemed incorporated by reference into any of Cutera's reports or filings with the Securities and Exchange Commission, whether made before or after the date hereof, except as expressly set forth by specific reference in such report or filing.

Except for the historical information contained in this report, the statements made by Cutera are forward-looking statements that involve risks and uncertainties. All such statements are subject to the safe harbor created by the Private Securities Litigation Reform Act of 1995. Cutera's future financial performance could differ significantly from the expectations of management and from results expressed or implied in the press release. Please refer to the last paragraph of the text portion of the press release for further discussion about forward-looking statements. For further information on risk factors, please refer to "Risk Factors" contained in Cutera's most recently filed Form 10-K and its subsequent filings with the Securities and Exchange Commission, as well as in the press release attached as Exhibit 99.1 hereto. Cutera disclaims any obligation or duty to update or modify these forward-looking statements.

**Item 9.01. Financial Statements and Exhibits.**

**(d)Exhibits.**

| Exhibit No. | Description |
| --- | --- |
| 99.1 | Press Release of Cutera, Inc. dated as of August 4, 2022. |
| 104 | Cover Page Interactive Data File (embedded within the Inline XBRL document) |

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

|  | CUTERA, INC. |
|---|---|
| Date: August 4, 2022 | */s/ ROHAN SETH* |
|  | Rohan Seth |
|  | Chief Financial Officer |



**Exhibit 99.1**

## Cutera Announces Second Quarter 2022 Financial Results

*Record second-quarter revenue driven by ongoing momentum in Capital Equipment and Consumable Product segments*

*Over one hundred new patients treated during the first quarter of AviClear's availability*

*Management reiterates full-year revenue guidance despite $15 million of annual foreign exchange headwinds*

BRISBANE, California, August 4, 2022 — Cutera, Inc. (NASDAQ: CUTR) ("Cutera" or the "Company"), a leading provider of laser and other energy-based aesthetic systems for practitioners worldwide, today reported financial results for the second quarter ended June 30, 2022.
**Second Quarter 2022 Financial and Operational Highlights**

•Consolidated revenue was $64.2 million, driven by strength in capital equipment and consumable product demand.

•Over 50 AviClear devices were placed and activated during the first quarter of the product's limited commercial release.

•Gross Margin of 54.6% in the quarter, compared to 57.7% in the prior-year period.

◦Excluding the 190 basis point impact from the AviClear program and foreign exchange headwinds of approximately 180 basis points, the gross margin would have been 58.3%.

•Operating expenses were $45.1 million in the quarter, compared to $31.7 million in the prior-year period. Operating expenses during the period included $7.0 million in AviClear program spending in addition to $2.4 million of ERP implementation expenses.

•GAAP Net loss was $47.3 million, inclusive of an non-recurring charge of $34.4 million for the extinguishment of 50% of the 2026 convertible notes.

•Adjusted EBITDA was a loss of $1.6 million compared to a gain of $6.8 million in the prior-year period.

◦Excluding the non-GAAP AviClear program impacts of $7.5 million in the quarter and foreign exchange headwinds of $2.4 million over the prior year period, comparable adjusted EBITDA would have been $8.3 million.

•Completed $240 million convertible debt financing, ending the quarter with $278.2 million in cash, cash equivalents, and marketable securities on the balance sheet after retiring $69.1 million in convertible notes due 2026.

| Key Revenue Metrics | Three Months Ended June 30, 2022 | % Change 2022 Vs 2021 | Constant Currency |
|---|---|---|---|
| **Capital Equipment** | $ 43.7 | 23% | 27% |
| Skincare | $ 9.6 | -18 % | -6 % |
| Consumables | $ 5.3 | 20 % | 23 % |
| Service | $ 5.6 | -17 % | -13 % |
| **Recurring** | $ 20.6 | **-11%** | **-2%** |
| **Total Revenue** | $ 64.2 | **10%** | **15%** |

| Key Profit Metrics | Three Months Ended June 30, 2022 | Constant Currency |
|---|---|---|
| *GAAP Margin %* | 54.6% | 56.4% |
| *Non-GAAP Margin %* | 55.6% | 57.4% |
| Adjusted EBITDA | ($1.6) | $0.7 |
| *% Margin* | -2.5% | 1.2% |

| Key Revenue Metrics | Six Months Ended June 30, 2022 | | % Change 2022 Vs 2021 | Constant Currency |
|---|---|---|---|---|
| Capital Equipment | $ | 80.2 | 25% | 29% |
| Skincare | $ | 21.3 | -12 % | -1 % |
| Consumables | $ | 9.2 | 25 % | 28 % |
| Service | $ | 11.6 | -10 % | -7 % |
| Recurring | $ | 42.1 | -5% | 2% |
| Total Revenue | $ | 122.2 | 13% | 18% |

| Key Profit Metrics | Six Months Ended June 30, 2022 | Constant Currency |
|---|---|---|
| *GAAP Margin %* | 54.7% | 56.3% |
| *Non-GAAP Margin %* | 55.7% | 57.2% |
| Adjusted EBITDA | ($5.4) | ($1.5) |
| *% Margin* | -4.5% | -1.2% |

"I am excited by the momentum we continue to see in our core business, as prior investments in our sales force drove strong results in capital and consumables product segments in North America, Europe, and Australia/New Zealand in particular. Our team is further encouraged by the resiliency and strength of underlying demand trends in the marketplace," commented Dave Mowry, Chief Executive Officer of Cutera, Inc. "During the quarter, our team achieved the successful launch of AviClear, our first-mover product for the treatment of acne. In the first three months of our limited commercial release of AviClear, we were able to validate successful clinical outcomes in the hands of our customers, verify patient satisfaction with AviClear post-treatment patient survey data, and onboard dozens of practices in the use of the AviClear Laser as they look to provide their patients with a drug-free solution for acne while enhancing the profitablily of their practices. We are looking forward to expanding the footprint of new AviClear practices during the next phase of the limited commercial release and significantly ramping the utilization of the device."

**2022 Outlook**

Management is reiterating its 2022 revenue guidance of $255 million to $260 million, entirely absorbing the impact of the unprecedented foreign exchange headwinds of $15 million, implying constant currency growth of 17% to 19%. This guidance does not include revenue from our AviClear device as we continue with its limited commercial release. The company plans to add over 100 new AviClear devices into the market during the course of the third quarter of 2022. Based on current AviClear trends, management expects to move into a full commercial launch by the end of the current calendar year.

**Conference Call**

The Company's management will host a conference call to discuss these results and related matters today at 1:15 p.m. PT (4:15 p.m. ET). Participating in the call will be Dave Mowry, Chief Executive Officer, and Rohan Seth, Chief Financial Officer.

To participate in the conference call, dial 1-800-319-4610 (domestic) or +1-631-891-4304 (international).

The call will also be a webcast and can be accessed from the Investor Relations section of Cutera's website at http://www.cutera.com/. The webcast replay of the call will be available at the same site approximately one hour after the end of the call.

**About Cutera, Inc.**

Brisbane, California-based Cutera is a leading provider of aesthetic and dermatology solutions for practitioners worldwide. Since 1998, Cutera has been developing innovative, easy-to-use products that harness the power of science and nature to enable medical practitioners to offer safe and effective treatments to their patients. For more information, call +1 415-657-5500 or 1-888-4CUTERA or visit www.cutera.com.

*Use of Non-GAAP Financial Measures*

*In this press release, in order to supplement the Company's condensed consolidated financial statements presented in accordance with Generally Accepted Accounting Principles, or GAAP, management has disclosed certain non-GAAP financial measures for the statement of operations and net income (loss) per share. Non-GAAP adjustments include stock-based compensation, depreciation, amortization, executive and other non-recurring separation costs, customer relationship management ("CRM") and enterprise resource planning ("ERP") system costs, non-recurring legal and litigation costs, as well as the net tax impact of excluding these items. From time to time in the future, there may be other items that we may exclude if the Company believes that doing so is consistent with the goal of providing useful information to investors and management. The Company has provided a reconciliation of each non-GAAP financial measure used in this earnings release to the most directly comparable GAAP financial measure. The Company has not provided a reconciliation of non-GAAP guidance measures to the corresponding GAAP measures on a forward-looking basis due to the potential significant variability, limited visibility, unpredictability, or unique non-recurring nature of the items. Forward-looking non-GAAP measures include adjusted EBITDA. The Company defines adjusted EBITDA as earnings before interest, taxes, depreciation and amortization, stock-based*

compensation, executive and other non-recurring separation costs, customer relationship management and enterprise resource planning system costs, and non-recurring legal and litigation costs.

Company management uses these measurements as aids in monitoring the Company's ongoing financial performance from quarter to quarter, and year to year, on a regular basis and for benchmarking against other similar companies. Non-GAAP financial measures used by the Company may be calculated differently from, and therefore may not be comparable to, similarly titled measures used by other companies. These non-GAAP financial measures should be considered along with, but not as alternatives to, the operating performance measure as prescribed by GAAP. Non-GAAP financial measures for the statement of operations and net income per share exclude the following:

**Non-cash expenses for stock-based compensation.** The Company has excluded the effect of stock-based compensation expenses in calculating its non-GAAP operating expenses and net income measures. Although stock-based compensation is a key incentive offered to the Company's employees, the Company continues to evaluate its business performance excluding stock-based compensation expenses. The Company records stock-based compensation expense related to grants of options, employee stock purchase plan, and performance and restricted stock. Depending upon the size, timing and the terms of the grants, this expense may vary significantly but will recur in future periods. The Company believes that excluding stock-based compensation better allows for comparisons to its peer companies;

**Depreciation and amortization.** The Company has excluded depreciation and amortization expense in calculating its non-GAAP operating expenses and net income measures. Depreciation and amortization are non-cash charges to current operations;

**Executive and other non-recurring separation costs.** We have excluded costs associated with the resignation of our former Executive Officers in calculating our non-GAAP operating expenses and net income measures. We exclude these and other non-recurring employee separation costs because we believe that these items do not reflect future operating expenses;

**Customer Relationship Management.** We have excluded CRM system costs related to direct and incremental costs incurred in connection with our multi-phase implementation of a new CRM solution and the related technology infrastructure costs. We exclude these costs because we believe that these items do not reflect future operating expenses and will be inconsistent in amounts and frequency making it difficult to contribute to a meaningful evaluation of our operating performance;

**Enterprise Resource Planning.** We have excluded ERP system costs related to direct and incremental costs incurred in connection with our multi-phase implementation of a new ERP solution and the related technology infrastructure costs. We exclude these costs because we believe that these items do not reflect future operating expenses and will be inconsistent in amounts and frequency making it difficult to contribute to a meaningful evaluation of our operating performance; and

**Non-recurring legal and litigation costs**. We have excluded costs incurred related to third party litigation and disputes, that are of a non-recurring nature.

The Company believes that excluding all of the items above allows users of its financial statements to better review and assess both current and historical results of operations.

Safe Harbor Statement

Certain statements in this press release, other than purely historical information, are "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995, Section 27A of the Securities Act, and Section 21E of the Securities Exchange Act of 1934, as amended (the "Exchange Act"). These statements include, but are not limited to, Cutera's plans, objectives, strategies, financial performance and outlook, product launches and performance, trends, prospects or future events and involve known and unknown risks that are difficult to predict. As a result, the Company's actual financial results, performance, achievements or prospects may differ materially from those expressed or implied by these forward-looking statements. In some cases, you can identify forward-looking statements by the use of words such as "may," "could," "seek," "guidance," "predict," "potential," "likely," "believe," "will," "should," "expect," "anticipate," "estimate," "plan," "intend," "forecast," "foresee" or variations of these terms and similar expressions, or the negative of these terms or similar expressions. Forward-looking statements are based on management's current, preliminary expectations and are subject to risks and uncertainties, which may cause Cutera's actual results to differ materially from the statements contained herein. These statements are not guarantees of future performance, and stockholders should not place undue reliance on forward-looking statements. There are a number of risks, uncertainties and other important factors, many of which are beyond the Company's control, that could cause its actual results to differ materially from the forward-looking statements contained in this press release, including those described in the "Risk Factors" section of Annual Reports on Form 10-K, Quarterly Reports on Form 10-Q, Current Reports on Form 8-K, the Registration Statement on Form S-,8 and other documents filed from time to time with the United States Securities and Exchange Commission by Cutera.

All information in this press release is as of the date of its release. Accordingly, undue reliance should not be placed on forward-looking statements. Cutera undertakes no obligation to update publicly any forward-looking statements to reflect new information, events or circumstances after the date they were made, or to reflect the occurrence of unanticipated events. If the Company updates one or more forward-looking statements, no inference should be drawn that it will make additional updates with respect to those or other forward-looking statements. Cutera's financial performance for the first quarter ended March 31, 2022, as discussed in this release, is preliminary and unaudited, and subject to adjustment.

**Cutera, Inc.**
Greg Barker
VP, Corporate FP&A
415-657-5500
IR@cutera.com

**CUTERA, INC.**
**CONDENSED CONSOLIDATED BALANCE SHEETS**
**(in thousands)**
**(unaudited)**

| | June 30, 2022 | December 31, 2021 |
|---|---|---|
| **Assets** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 75,050 | $ 164,164 |
| Marketable investments | 203,126 | - |
| Accounts receivable, net | 32,148 | 31,449 |
| Inventories, net | 45,410 | 39,503 |
| Other current assets and prepaid expenses | 17,579 | 14,545 |
| Total current assets | 373,313 | 249,661 |
| | | |
| Property and equipment, net | 24,470 | 3,019 |
| Deferred tax asset | 698 | 778 |
| Goodwill | 1,339 | 1,339 |
| Operating lease right-of-use assets | 13,771 | 14,627 |
| Other long-term assets | 9,801 | 10,169 |
| Restricted cash | 700 | 700 |
| Total assets | $ 424,092 | $ 280,293 |
| | | |
| **Liabilities and Stockholders' Equity** | | |
| Current liabilities: | | |
| Accounts payable | $ 25,365 | $ 7,891 |
| Accrued liabilities | 47,539 | 54,100 |
| Operating leases liabilities | 2,714 | 2,419 |
| Deferred revenue | 10,098 | 9,490 |
| Total current liabilities | 85,716 | 73,900 |
| | | |
| Deferred revenue, net of current portion | 1,429 | 1,335 |
| Operating lease liabilities, net of current portion | 12,368 | 13,483 |
| Convertible notes, net of unamortized debt issuance costs | 299,856 | 134,243 |
| Other long-term liabilities | 849 | 763 |
| Total liabilities | 400,218 | 223,724 |
| | | |
| Stockholders' equity: | | |
| Common stock | 20 | 18 |
| Additional paid-in capital | 144,628 | 114,724 |
| Accumulated other comprehensive loss | (183) | - |
| Accumulated deficit | (120,591) | (58,173) |
| Total stockholders' equity | 23,874 | 56,569 |
| Total liabilities and stockholders' equity | $ 424,092 | $ 280,293 |

**CUTERA, INC.**
**CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS**
**(in thousands, except per share data)**
**(unaudited)**

| | | Three Months Ended | | Six Months Ended | |
| --- | --- | --- | --- | --- | --- |
| | | June 30, 2022 | June 30, 2021 | June 30, 2022 | June 30, 2021 |
| Products | $ | 58,589 | $ 51,812 | $ 110,655 | $ 95,363 |
| Service | | 5,635 | 6,777 | 11,583 | 12,894 |
| Total net revenue | | 64,224 | 58,589 | 122,238 | 108,257 |
| | | | | | |
| Products | | 25,899 | 20,892 | 48,811 | 39,224 |
| Service | | 3,281 | 3,908 | 6,595 | 7,534 |
| Total cost of revenue | | 29,180 | 24,800 | 55,406 | 46,758 |
| Gross profit | | 35,044 | 33,789 | 66,832 | 61,499 |
| *Gross margin %* | | *54.6%* | *57.7%* | *54.7%* | *56.8%* |
| | | | | | |
| Operating expenses: | | | | | |
| Sales and marketing | | 27,001 | 18,410 | 51,945 | 33,478 |
| Research and development | | 6,859 | 4,850 | 13,358 | 8,962 |
| General and administrative | | 11,248 | 8,461 | 24,750 | 15,826 |
| Total operating expenses | | 45,108 | 31,721 | 90,053 | 58,266 |
| (Loss) income from operations | | (10,064) | 2,068 | (23,221) | 3,233 |
| Interest and other income expense, net | | | | | |
| Amortization of debt issuance costs | | (298) | (215) | (517) | (267) |
| Interest on convertible notes | | (1,149) | (778) | (1,927) | (969) |
| Loss on extinguishment of convertible notes | | (34,423) | - | (34,423) | - |
| Gain on extinguishment of PPP loan | | - | 7,185 | - | 7,185 |
| Other expense, net | | (1,528) | (392) | (2,283) | (1,415) |
| Loss before income taxes | | (47,462) | 7,868 | (62,371) | 7,767 |
| Income tax expense | | (186) | 122 | 47 | 380 |
| Net loss | $ | (47,276) | $ 7,746 | $ (62,418) | $ 7,387 |
| | | | | | |
| Net income (loss) per share: | | | | | |
| Basic | $ | (2.53) | $ 0.43 | $ (3.39) | $ 0.41 |
| Diluted | $ | (2.53) | $ 0.39 | $ (3.39) | $ 0.40 |
| | | | | | |
| Weighted-average number of shares used in per share calculations: | | | | | |
| Basic | | 18,700 | 17,862 | 18,392 | 17,815 |
| Diluted | | 18,700 | 22,453 | 18,392 | 20,855 |

**CUTERA, INC.**
**CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS**
**(in thousands)**
**(unaudited)**

| | Three Months Ended | | Six Months Ended | |
|---|---|---|---|---|
| | June 30, 2022 | June 30, 2021 | June 30, 2022 | June 30, 2021 |
| **Cash flows from operating activities:** | | | | |
| Net loss | $ (47,276) | $ 7,746 | $ (62,418) | $ 7,387 |
| Adjustments to reconcile net loss to net cash (used in) provided by operating activities: | | | | |
| Stock-based compensation | 4,733 | 2,919 | 8,776 | 4,765 |
| Depreciation and amortization | 502 | 346 | 929 | 707 |
| Amortization of contract acquisition costs | 567 | 458 | 1,219 | 1,003 |
| Amortization of debt issuance costs | 298 | 215 | 517 | 267 |
| Impairment of capitalized cloud computing costs | - | - | - | 182 |
| Change in deferred tax asset | 39 | 6 | 80 | 51 |
| Provision for excess and obsolete inventories | 200 | 506 | 558 | 699 |
| Provision for credit losses | 217 | 274 | 409 | 492 |
| Loss (gain) on sale of property and equipment | 49 | (23) | 63 | (82) |
| PPP loan forgiveness | - | (7,185) | - | (7,185) |
| Change in right-of-use asset | 670 | - | 1,308 | 604 |
| Loss on extinguishment of convertible notes | 34,423 | - | 34,423 | - |
| Changes in assets and liabilities: | | | | |
| Accounts receivable, net | 804 | (2,026) | (1,108) | (4,433) |
| Inventories, net | (5,524) | (443) | (18,059) | (6,657) |
| Other current assets and prepaid expenses | 2,577 | 1,483 | (3,034) | (77) |
| Other long-term assets | (686) | (1,220) | (1,071) | (1,720) |
| Accounts payable | 9,016 | 1,179 | 14,771 | (474) |
| Accrued liabilities | (889) | (369) | (6,878) | 9,653 |
| Operating lease liabilities | (664) | 33 | (1,272) | (530) |
| Deferred revenue | 463 | (334) | 702 | 166 |
| Net cash (used in) provided by operating activities | (481) | 3,565 | (30,085) | 4,818 |
| | | | | |
| **Cash flows from investing activities:** | | | | |
| Acquisition of property, equipment and software | (7,917) | (269) | (8,238) | (370) |
| Disposal of property and equipment | - | 19 | - | 71 |
| Purchase of marketable investments | (129,251) | - | (203,309) | - |
| Net cash used in investing activities | (137,168) | (250) | (211,547) | (299) |
| | | | | |
| **Cash flows from financing activities:** | | | | |
| Proceeds from exercise of stock options and employee stock purchase plan | 1,288 | 1,501 | 1,440 | 1,897 |
| Purchase of capped call | (31,671) | - | (31,671) | (16,134) |
| Proceeds from issuance of convertible notes | 240,000 | - | 240,000 | 138,250 |
| Payment of issuance costs of convertible notes | (6,956) | - | (6,956) | (4,717) |
| Extinguishment of convertible notes | (45,777) | - | (45,777) | - |
| Taxes paid related to net share settlement of equity awards | (1,784) | (452) | (4,234) | (1,451) |
| Payments on finance lease obligations | (133) | (96) | (284) | (211) |
| Net cash (used in) provided by financing activities | 154,967 | 953 | 152,518 | 117,634 |
| | | | | |
| Net (decrease) increase in cash, cash equivalents and restricted cash | 17,318 | 4,268 | (89,114) | 122,153 |
| Cash, cash equivalents, and restricted cash at beginning of period | 58,432 | 164,932 | 164,864 | 47,047 |
| Cash, cash equivalents, and restricted cash at end of period | $ 75,750 | $ 169,200 | $ 75,750 | $ 169,200 |

**CUTERA, INC.**
**CONSOLIDATED FINANCIAL HIGHLIGHTS**
**(in thousands, except percentage data)**
**(unaudited)**

| | Three Months Ended | | % Change | Six Months Ended | | % Change |
|---|---|---|---|---|---|---|
| | June 30, 2022 | June 30, 2021 | 2022 Vs 2021 | June 30, 2022 | June 30, 2021 | 2022 Vs 2021 |
| **Revenue By Geography:** | | | | | | |
| North America | $ 32,239 | $ 26,786 | +20.4% | $ 61,092 | $ 49,084 | +24.5% |
| Japan | 15,174 | 17,421 | (12.9)% | 32,677 | 33,976 | (3.8)% |
| Rest of World | 16,811 | 14,382 | +16.9% | 28,469 | 25,197 | +13.0% |
| *Total Net Revenue* | $ 64,224 | $ 58,589 | +9.6% | $ 122,238 | $ 108,257 | +12.9% |
| *Rest of World (including Japan) as a percentage of total revenue* | *49.8%* | *54.3%* | | *50.0%* | *54.7%* | |
| | | | | | | |
| **Revenue By Product Category:** | | | | | | |
| Systems | | | | | | |
| -North America | $ 25,232 | $ 19,888 | +26.9% | 47,939 | $ 36,673 | +30.7% |
| -Rest of World (including Japan) | 18,421 | 15,680 | +17.5% | 32,228 | 27,215 | +18.4% |
| *Total Systems* | 43,653 | 35,568 | +22.7% | 80,167 | 63,888 | +25.5% |
| Consumables | 5,298 | 4,432 | +19.5% | 9,201 | 7,357 | +25.1% |
| Skincare | 9,638 | 11,812 | (18.4)% | 21,287 | 24,118 | (11.7)% |
| *Total Products* | 58,589 | 51,812 | +13.1% | 110,655 | 95,363 | +16.0% |
| | | | | | | |
| Service | 5,635 | 6,777 | (16.9)% | 11,583 | 12,894 | (10.2)% |
| *Total Net Revenue* | $ 64,224 | $ 58,589 | +9.6% | $ 122,238 | $ 108,257 | +12.9% |

| | Three Months Ended | | Six Months Ended | |
|---|---|---|---|---|
| | June 30, 2022 | June 30, 2021 | June 30, 2022 | June 30, 2021 |
| **Pre-tax Stock-Based Compensation Expense:** | | | | |
| Cost of revenue | $ 500 | $ 434 | $ 959 | $ 578 |
| Sales and marketing | 1,638 | 522 | 2,214 | 1,243 |
| Research and development | 1,067 | 307 | 2,047 | 608 |
| General and administrative | 1,528 | 1,656 | 3,556 | 2,336 |
| | $ 4,733 | $ 2,919 | $ 8,776 | $ 4,765 |

**CUTERA, INC.**
**RECONCILIATION OF GAAP CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS**
**TO NON-GAAP CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS**
**(in thousands, except per share data)**
**(unaudited)**

| | | Three Months Ended June 30, 2022 | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | GAAP | Depreciation and Amortization | Stock-Based Compensation | ERP Implementation | Legal - Lutronic | Loss on Extinguishment of Convertible Notes | | Non-GAAP |
| Net revenue | $    64,224 | - | - | - | - | - | $ | 64,224 |
| Cost of revenue | 29,180 | (161) | (500) | - | - | - | | 28,519 |
| Gross profit | 35,044 | 161 | 500 | - | - | - | | 35,705 |
| Gross margin % | 54.6% | | | | | | | 55.6% |
| | | | | | | | | |
| Operating expenses: | | | | | | | | |
| Sales and marketing | 27,001 | (793) | (1,638) | - | - | - | | 24,570 |
| Research and development | 6,859 | (68) | (1,067) | - | - | - | | 5,724 |
| General and administrative | 11,248 | (46) | (1,528) | (2,385) | (242) | - | | 7,047 |
| Total operating expenses | 45,108 | (907) | (4,233) | (2,385) | (242) | - | | 37,341 |
| (Loss) income from operations | (10,064) | 1,068 | - | 2,385 | 242 | - | | (1,636) |
| Interest and other expense, net | | | | | | | | |
| Amortization of debt issuance costs | (298) | - | - | - | - | - | | (298) |
| Interest on convertible notes | (1,149) | - | - | - | - | - | | (1,149) |
| Loss on extinguishment of convertible notes | (34,423) | - | - | - | - | 34,423 | | - |
| Other expense | (1,528) | - | - | - | - | - | | (1,528) |
| Total interest and other expense, net | (37,398) | - | - | - | - | 34,423 | | (2,975) |
| (Loss) income before income taxes | (47,462) | 1,068 | 4,733 | 2,385 | 242 | 34,423 | | (4,611) |
| Provision for income taxes | (186) | - | - | - | - | - | | (186) |
| Net (loss) income | $    (47,276) | $    1,068 | $    4,733 | $    2,385 | $    242 | $    34,423 | $ | (4,425) |
| | | | | | | | | |
| Net (loss) income per share: | | | | | | | | |
| Basic | $    (2.53) | | | | | | $ | (0.24) |
| | | | | | | | | |
| Weighted-average number of shares used in per share calculations: | | | | | | | | |
| Basic | 18,700 | | | | | | | 18,700 |

| Operating expenses as a % of net revenue | GAAP | | | | | | | Non-GAAP |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Sales and marketing | 42.0 % | | | | | | | 38.3 % |
| Research and development | 10.7 % | | | | | | | 8.9 % |
| General and administrative | 17.5 % | | | | | | | 11.0 % |
| | 70.2 % | | | | | | | 58.2 % |

**CUTERA, INC.**
**RECONCILIATION OF GAAP CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS**
**TO NON-GAAP CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS**
**(in thousands, except per share data)**
**(unaudited)**

| | GAAP | Depreciation and Amortization | Stock-Based Compensation | CRM and ERP Implementation | Severance (RIF) | Legal - Lutronic | Other Adjustments | Non-GAAP |
|---|---|---|---|---|---|---|---|---|
| | | | | **Three Months Ended June 30, 2021** | | | | |
| Net revenue | $ 58,589 | - | - | - | - | - | - | $ 58,589 |
| Cost of revenue | 24,800 | (138) | (434) | - | - | - | 346 | 24,574 |
| Gross profit | 33,789 | 138 | 434 | - | - | - | (346) | 34,015 |
| *Gross margin %* | *57.7%* | | | | | | | *58.1%* |
| | | | | | | | | |
| Operating expenses: | | | | | | | | |
| Sales and marketing | 18,410 | (600) | (522) | - | (638) | - | - | 16,650 |
| Research and development | 4,850 | (45) | (307) | - | - | - | - | 4,498 |
| General and administrative | 8,461 | (21) | (1,656) | (407) | - | (290) | - | 6,087 |
| Total operating expenses | 31,721 | (666) | (2,485) | (407) | (638) | (290) | - | 27,235 |
| (Loss) income from operations | 2,068 | 804 | 2,919 | 407 | 638 | 290 | (346) | 6,780 |
| Interest and other expense, net | | | | | | | | |
| Amortization of debt issuance costs | (215) | - | - | - | - | - | - | (215) |
| Interest on Convertible notes | (778) | - | - | - | - | - | - | (778) |
| Gain on extinguishment of PPP loan | 7,185 | - | - | - | - | - | (7,185) | - |
| Other expense | (392) | - | - | - | - | - | - | (392) |
| Total interest and other expense, net | 5,800 | - | - | - | - | - | (7,185) | (1,385) |
| (Loss) income before income taxes | 7,868 | 804 | 2,919 | 407 | 638 | 290 | (7,531) | 5,395 |
| Provision for income taxes | 122 | - | - | - | - | - | - | 122 |
| Net (loss) income | $ 7,746 | $ 804 | $ 2,919 | $ 407 | $ 638 | $ 290 | $ (7,531) | $ 5,273 |
| | | | | | | | | |
| Net (loss) income per share: | | | | | | | | |
| Basic | $ 0.43 | | | | | | | $ 0.30 |
| | | | | | | | | |
| Weighted-average number of shares used in per share calculations: | | | | | | | | |
| Basic | 17,862 | | | | | | | 17,862 |

| Operating expenses as a % of net revenue | GAAP | | | | | | | Non-GAAP |
|---|---|---|---|---|---|---|---|---|
| Sales and marketing | 31.4 % | | | | | | | 28.4 % |
| Research and development | 8.3 % | | | | | | | 7.7 % |
| General and administrative | 14.4 % | | | | | | | 10.4 % |
| | 54.1 % | | | | | | | 46.5 % |

**CUTERA, INC.**
**RECONCILIATION OF GAAP CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS**
**TO NON-GAAP CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS**
**(in thousands, except per share data)**
**(unaudited)**

| | | | | Six Months Ended June 30, 2022 | | | | |
|---|---|---|---|---|---|---|---|---|
| | GAAP | Depreciation and Amortization | Stock-Based Compensation | ERP Implementation | Legal - Lutronic | Loss on Extinguishment of Convertible Notes | Non-GAAP | |
| Net revenue | $ 122,238 | - | - | - | - | - | $ 122,238 |
| Cost of revenue | 55,406 | (237) | (959) | - | - | - | 54,210 |
| Gross profit | 66,832 | 237 | 959 | - | - | - | 68,028 |
| *Gross margin %* | *54.7%* | | | | | | *55.7%* |
| | | | | | | | |
| Operating expenses: | | | | | | | |
| Sales and marketing | 51,945 | (1,613) | (2,214) | - | - | - | 48,118 |
| Research and development | 13,358 | (113) | (2,047) | - | - | - | 11,198 |
| General and administrative | 24,750 | (184) | (3,556) | (6,361) | (496) | - | 14,153 |
| Total operating expenses | 90,053 | (1,910) | (7,817) | (6,361) | (496) | - | 73,469 |
| (Loss) income from operations | (23,221) | 2,147 | 8,776 | 6,361 | 496 | - | (5,441) |
| Interest and other expense, net | | | | | | | |
| Amortization of debt issuance costs | (517) | - | - | - | - | - | (517) |
| Interest on Convertible notes | (1,927) | - | - | - | - | - | (1,927) |
| Loss on extinguishment of convertible notes | (34,423) | - - | - | - | - | 34,423 | - |
| Other expense | (2,283) | - | - | - | - | - | (2,283) |
| Total interest and other expense, net | (39,150) | - | - | - | - | 34,423 | (4,727) |
| (Loss) income before income taxes | (62,371) | 2,147 | 8,776 | 6,361 | 496 | 34,423 | (10,168) |
| Provision for income taxes | 47 | - | - | - | - | - | 47 |
| Net (loss) income | $(62,418) | $2,147 | $8,776 | $6,361 | $496 | $34,423 | $(10,215) |
| | | | | | | | |
| Net (loss) income per share: | | | | | | | |
| Basic | $(3.39) | | | | | | $(0.56) |
| | | | | | | | |
| Weighted-average number of shares used in per share calculations: | | | | | | | |
| Basic | 18,392 | | | | | | 18,392 |

| Operating expenses as a % of net revenue | GAAP | Non-GAAP |
|---|---|---|
| Sales and marketing | 42.5 % | 39.4 % |
| Research and development | 10.9 % | 9.2 % |
| General and administrative | 20.2 % | 11.6 % |
| | 73.6 % | 60.2 % |

**CUTERA, INC.**
**RECONCILIATION OF GAAP CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS**
**TO NON-GAAP CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS**
**(in thousands, except per share data)**
**(unaudited)**

| | GAAP | Depreciation and Amortization | Stock-Based Compensation | CRM and ERP Implementation | Severance (RIF) | Legal - Lutronic | Other Adjustments | Non-GAAP |
|---|---|---|---|---|---|---|---|---|
| | | | | Six Months Ended June 30, 2021 | | | | |
| Net revenue | $ 108,257 | - | - | - | - | - | - | $ 108,257 |
| Cost of revenue | 46,758 | (300) | (578) | - | - | - | 346 | 46,226 |
| Gross profit | 61,499 | 300 | 578 | - | - | - | (346) | 62,031 |
| *Gross margin %* | *56.8%* | | | | | | | *57.3%* |
| Operating expenses: | | | | | | | | |
| Sales and marketing | 33,478 | (1,278) | (1,243) | (182) | (638) | - | - | 30,137 |
| Research and development | 8,962 | (84) | (608) | - | - | - | - | 8,270 |
| General and administrative | 15,826 | (48) | (2,336) | (477) | - | (691) | - | 12,274 |
| Total operating expenses | 58,266 | (1,410) | (4,187) | (659) | (638) | (691) | - | 50,681 |
| (Loss) income from operations | 3,233 | 1,710 | 4,765 | 659 | 638 | 691 | (346) | 11,350 |
| Interest and other expense, net | | | | | | | | |
| Amortization of debt issuance costs | (267) | - | - | - | - | - | - | (267) |
| Interest on Convertible notes | (969) | - | - | - | - | - | - | (969) |
| Gain on extinguishment of PPP loan | 7,185 | - | - | - | - | - | (7,185) | - |
| Other expense | (1,415) | - | - | - | - | - | - | (1,415) |
| Total interest and other expense, net | 4,534 | - | - | - | - | - | (7,185) | (2,651) |
| (Loss) income before income taxes | 7,767 | 1,710 | 4,765 | 659 | 638 | 691 | (7,531) | 8,699 |
| Provision for income taxes | 380 | - | - | - | - | - | - | 380 |
| Net (loss) income | $ 7,387 | $ 1,710 | $ 4,765 | $ 659 | $ 638 | $ 691 | $ (7,531) | $ 8,319 |
| Net (loss) income per share: | | | | | | | | |
| Basic | $ 0.41 | | | | | | | $ 0.47 |
| Weighted-average number of shares used in per share calculations: | | | | | | | | |
| | 17,815 | | | | | | | 17,815 |

| Operating expenses as a % of net revenue | GAAP | | | | | | | Non-GAAP |
|---|---|---|---|---|---|---|---|---|
| Sales and marketing | 30.9 % | | | | | | | 27.8 % |
| Research and development | 8.3 % | | | | | | | 7.6 % |
| General and administrative | 14.6 % | | | | | | | 11.3 % |
| | 53.8 % | | | | | | | 46.8 % |

**CUTERA, INC.**
**RECONCILIATION OF LOSS TO ADJUSTED EBITDA**
**(in thousands)**
**(unaudited)**

| | Three Months Ended | Six Months Ended |
|---|---|---|
| | June 30, 2022 | |
| Net Income | $ (47,276) | $ (62,418) |
| Adjustments: | | |
| Stock-based compensation | 4,733 | 8,776 |
| ERP implementation cost | 2,385 | 6,361 |
| Interest and other expense, net | 37,398 | 39,150 |
| Depreciation and amortization | 1,068 | 2,147 |
| Legal -Lutronic | 242 | 496 |
| Income tax (benefit) expense | (186) | 47 |
| Total adjustments | 45,640 | 56,977 |
| Adjusted EBITDA | $ (1,636) | $ (5,441) |

# EXHIBIT F

# CUTERA®

## Cutera Announces Over 1,000 AviClear™ Acne Treatments Performed

September 8, 2022

*AviClear becomes the fastest adopted device in Cutera's history*

BRISBANE, Calif.--(BUSINESS WIRE)--Sep. 8, 2022-- Cutera, Inc. (Nasdaq: CUTR) ("Cutera" or the "Company"), a leading provider of aesthetic and dermatology solutions, today announces that over 1,000 AviClear laser treatments have been performed in the United States. AviClear is the first and only energy-based device to be FDA-cleared for the treatment of mild, moderate and severe acne. Additionally, AviClear recently received approval from Health Canada for the treatment of all severities of acne as well as the treatment of acne scars.

This press release features multimedia. View the full release here: https://www.businesswire.com/news/home/20220907005409/en/



(Photo: Business Wire)

AviClear has seen growing physician adoption and steadily increasing patient demand since its launch in April 2022. Through the application of the company's proprietary technologies, AviClear significantly reduces the severity and frequency of acne, with 90% of patients showing visible improvement at six months after completion of the treatment protocol.[1] AviClear utilizes a first-to-market 1726nm wavelength laser to treat acne at the source, selectively targeting and suppressing the sebaceous glands. Treatment satisfaction ratings are high, with patients rating their AviClear treatment 4.9 out of 5 stars.[2]

"AviClear is the treatment my acne patients have been waiting for," said Michael H. Gold, MD, Founder of Gold Skin Care Center. "It's a game-changer for physicians helping to tackle the challenge of compliance while offering an effective solution for those who have not wanted or could not proceed with prescription options like antibiotics or isotretinoin for their acne. The treatment is also well tolerated, and no pain mitigation is needed with the integrated AviCool™ contact cooling system providing comfort and safety. Because it can be used on all skin types and acne severities without adverse effects, AviClear is bringing new patients to my practice — people who thought they had no other options to help their acne."

"We continue to be excited with the clinical results our physician partners are achieving with the AviClear device," said David Mowry, CEO of Cutera. "We've been exceptionally pleased with the speed of integration of this novel device into dermatology practices across the country. Additionally, the amount of outreach from patients looking to learn about this breakthrough treatment has far exceeded any other launch in our company's history."

"Physicians and patients alike are quickly realizing the effectiveness of the AviClear treatment as well as the unmet need AviClear fills in the modern skincare market," said Mowry. "Positive results, ease of use, and our specialized partnership program, Avi360, have made it possible to deliver a patient-and-practice-friendly treatment option while alleviating the administrative burdens attributed to modern acne care."

AviClear remains in a limited commercial release to physicians across the United States and was recently introduced in Canada. Doctors and patients are encouraged to visit www.AviClear.com to sign up for updates on product availability and local treatment providers.

**About Cutera, Inc.**

Brisbane, California-based Cutera is a leading provider of aesthetic and dermatology solutions for practitioners worldwide. Since 1998, Cutera has been developing innovative, easy-to-use products that harness the power of science and nature to enable medical practitioners to offer safe and effective treatments to their patients. For more information, call +1-415-657-5500 or 1-888-4CUTERA or visit www.cutera.com.

References:

1. Data on file. FDA clearance study. Cutera, Inc.
2. Data on file. Cutera, Inc.

View source version on businesswire.com: https://www.businesswire.com/news/home/20220907005409/en/

IR@cutera.com

Source: Cutera, Inc.

# EXHIBIT G

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, DC 20549**

# FORM 8-K

**CURRENT REPORT**
**Pursuant to Section 13 or 15(d) of**
**the Securities Exchange Act of 1934**

November 3, 2022

Date of Report (date of earliest event reported)



# Cutera, Inc.

**(Exact name of Registrant as specified in its charter)**

| **Delaware** | **000-50644** | **77-0492262** |
|:---:|:---:|:---:|
| **(State or other jurisdiction of incorporation)** | **(Commission File Number)** | **(I.R.S. Employer Identification Number)** |

**3240 Bayshore Blvd.**
**Brisbane, California 94005**
**(Address of principal executive offices)**

**(415) 657-5500**
**(Registrant's telephone number, including area code)**

**N/A**
**(Former name or former address, if changed since last report)**

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (see General Instruction A.2. below):

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c)

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|:---:|:---:|:---:|
| Common Stock ($0.001 par value) | CUTR | The NASDAQ Stock Market, LLC |

Indicate by check mark whether the registrant is an emerging growth company as defined in as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company   ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Item 2.02. Results of Operations and Financial Condition.**

On November 3, 2022, Cutera, Inc. ("Cutera" or the "Company") issued a press release announcing its financial results for the quarter ended September 30, 2022. Cutera hereby incorporates by reference herein the information set forth in its press release dated November 3, 2022, a copy of which is attached hereto as Exhibit 99.1. Except as otherwise provided in the press release, the press release speaks only as of the date of such press release and it shall not create any implication that the affairs of Cutera have continued unchanged since such date.

The Company will host a conference call for interested parties commencing Tuesday, November 3, 2022 at 1:15 p.m. PDT (4:15 p.m. EDT), during which the Company will discuss the financial results. To participate in the conference call, dial 1-800-319-4610 (domestic) or +1-631-891-4304 (international). The conference call will be also available to interested parties through a live audio webcast and accessible through the Investor Relations section of the Cutera corporate website at www.cutera.com.

The information provided pursuant to this Item 2.02 is to be considered "furnished" pursuant to Item 2.02 of Form 8-K and shall not be deemed to be "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended, or otherwise subject to the liabilities of that Section or Sections 11 and 12(a)(2) of the Securities Act of 1933, as amended, nor shall it be deemed incorporated by reference into any of Cutera's reports or filings with the Securities and Exchange Commission, whether made before or after the date hereof, except as expressly set forth by specific reference in such report or filing.

Except for the historical information contained in this report, the statements made by Cutera are forward-looking statements that involve risks and uncertainties. All such statements are subject to the safe harbor created by the Private Securities Litigation Reform Act of 1995. Cutera's future financial performance could differ significantly from the expectations of management and from results expressed or implied in the press release. Please refer to the last paragraph of the text portion of the press release for further discussion about forward-looking statements. For further information on risk factors, please refer to "Risk Factors" contained in Cutera's most recently filed Form 10-K and its subsequent filings with the Securities and Exchange Commission, as well as in the press release attached as Exhibit 99.1 hereto. Cutera disclaims any obligation or duty to update or modify these forward-looking statements.

**Item 9.01. Financial Statements and Exhibits.**

**(d) Exhibits.**

| Exhibit No. | Description |
| --- | --- |
| 99.1 | Press Release of Cutera, Inc. dated as of November 3, 2022. |
| 104 | Cover Page Interactive Data File (embedded within the Inline XBRL document) |

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

CUTERA, INC.

Date: November 3, 2022

/s/ ROHAN SETH

Rohan Seth
Chief Financial Officer

**Exhibit 99.1**



## Cutera Announces Third Quarter 2022 Financial Results

*Continued momentum in Capital equipment sales, posting 27% growth as reported and 32% in constant currency;*

*Strong Consumable product growth reflecting robust underlying treatment volumes;*

*Moving to full North American AviClear launch following successful limited commercial release;*

*Reiterating full-year revenue guidance despite foreign exchange headwinds, implying year-over-year constant currency growth of approximately 20%*

BRISBANE, California, November 3, 2022 ─ Cutera, Inc. (Nasdaq: CUTR) ("Cutera" or the "Company"), a leading provider of aesthetic and dermatology solutions, today reported financial results for the third quarter ended September 30, 2022.

**Third Quarter 2022 Financial and Operational Highlights**

- Consolidated revenue of $62.8 million driven by capital equipment and consumable product demand.

- During Q3 2022, over 100 new active placements of AviClear devices, up from the over 50 in Q2 and slightly ahead of the previous 100 device Q3 commitment.

- Strong Consumable Product Revenue, up 66% as reported and 74% on a constant currency basis, reflecting robust underlying treatment volumes and the inclusion of AviClear patient procedure revenue.

- GAAP Gross margin of 54.5% in the quarter, compared to 58.2% in the prior-year period.

  ◦ Excluding the 170 basis point impact from AviClear investments and foreign exchange headwinds of approximately 250 basis points, gross margin would have been 58.7%.

- GAAP Operating expenses were $43.7 million in the quarter, compared to $32.8 million in the prior-year period. Operating expenses during the period included $8.1 million in AviClear spending in addition to $1.4 million in ERP implementation expenses.

- GAAP Net loss was $12.1million, compared to a Net loss of $1.4 million in the prior-year period.

- Adjusted EBITDA was a loss of $2.0 million, compared to a gain of $5.1 million in the prior-year period.

  ◦ Excluding AviClear impacts of $7.9 million in the quarter and foreign exchange headwinds of $3.1 million over the prior year period comparable adjusted EBITDA would have been $9.1 million.

| Key Revenue Metrics | Three Months Ended September 30, 2022 | % Change 2022 Vs 2021 | Constant Currency | Key Profit Metrics | Three Months Ended September 30, 2022 | Constant Currency |
|---|---|---|---|---|---|---|
| **Capital Equipment** | **$ 41.0** | **27 %** | **32 %** | *GAAP Margin %* | 54.5% | 57.0% |
| Skincare | $ 9.4 | -36 % | -21 % | *Non-GAAP Margin %* | 55.4% | 57.8% |
| Consumables | $ 6.1 | 66 % | 74 % | Adjusted EBITDA | ($2.0) | $1.2 |
| Service | $ 6.3 | -6 % | -1 % | *% Margin* | -3.1 % | 1.9% |
| **Recurring** | **$ 21.8** | **-13 %** | **-2 %** | | | |
| **Total Revenue** | **$ 62.8** | **9 %** | **17 %** | | | |

| Key Revenue Metrics | Nine Months Ended September 30, 2022 | % Change 2022 Vs 2021 | Constant Currency |
|---|---|---|---|
| **Capital Equipment** | **$ 121.2** | **26 %** | **30 %** |
| Skincare | $ 30.7 | -21 % | -8 % |
| Consumables | $ 15.3 | 39 % | 44 % |
| Service | $ 17.9 | -9 % | -5 % |
| **Recurring** | **$ 63.9** | **-8 %** | **1 %** |
| **Total Revenue** | **$ 185.0** | **12 %** | **18 %** |

| Key Profit Metrics | Nine Months Ended September 30, 2022 | Constant Currency |
|---|---|---|
| *GAAP Margin %* | 54.6% | 56.5% |
| *Non-GAAP Margin %* | 55.6% | 57.4% |
| Adjusted EBITDA | $(7.4) | $(0.3) |
| *% Margin* | -4.0 % | -0.2 % |

*"I am pleased by the momentum we continue to see in our core business, as prior investments in sales force expansion deliver strong results in both our capital and consumables product segments across North America and other direct-sales markets. We remain watchful to the global macroeconomic conditions and are prepared to respond quickly if warranted. Based upon our current view, the strength of our third quarter performance, and our capital equipment pipeline, we remain encouraged by the resilience of our core markets," commented Dave Mowry, Chief Executive Officer of Cutera, Inc.*

*"During the quarter, in addition to setting an all-time high for 3Q capital sales in North America, our sales team executed the second phase of our Limited Commercial Release, placing over 100 additional active AviClear devices into the field. These efforts enabled us to validate several new processes and as a result in November we will move to a full launch of this revolutionary product and procedure in North America, slightly ahead of our previous plans.*

**2022 Outlook**
Based upon our results year-to-date, despite unprecedented foreign exchange volatility Cutera expects to finish 2022 at the upper end of revenue guidance of $255 million to $260 million, fully absorbing the impact of approximately $17 million of currency headwinds. This implies constant currency growth of roughly 18% to 20% over the prior year.

Management now anticipates the placement of an additional 200 AviClear devices during the fourth quarter of 2022, bringing the total number of active AviClear platforms entering FY 2023 to approximately 350.

**Conference Call**
The Company's management will host a conference call to discuss these results and related matters today at 1:15 p.m. PT (4:15 p.m. ET). Participating in the call will be Dave Mowry, Chief Executive Officer, and Rohan Seth, Chief Financial Officer.

To participate in the conference call, dial 1-800-319-4610 (domestic) or + 1-631-891-4304 (international).

The call will also be a webcast and can be accessed from the Investor Relations section of Cutera's website at http://www.cutera.com/. The webcast replay of the call will be available at the same site approximately one hour after the end of the call.

**About Cutera, Inc.**
Brisbane, California-based Cutera is a leading provider of aesthetic and dermatology solutions for practitioners worldwide. Since 1998, Cutera has been developing innovative, easy-to-use products that harness the power of science and nature to enable medical practitioners to offer safe and effective treatments to their patients. For more information, call +1-415-657-5500 or 1-888-4CUTERA or visit www.cutera.com.

*\*Use of Non-GAAP Financial Measures*

*In this press release, to supplement the Company's condensed consolidated financial statements presented in accordance with Generally Accepted Accounting Principles, or GAAP, management has disclosed certain non-GAAP financial measures for the statement of operations and net income (loss) per share. Non-GAAP adjustments include stock-based compensation, depreciation, amortization, executive and other non-recurring severance costs, customer relationship management ("CRM") and enterprise resource planning ("ERP") system costs, non-recurring legal and litigation costs, and the loss on extinguishment of convertible notes. From time to time in the future, there may be other items that we may exclude if the Company believes that doing so is consistent with the goal of providing useful information to investors and management. The Company has provided a reconciliation of each non-GAAP financial measure used in this earnings release to the most directly comparable GAAP financial measure. The Company has not provided a reconciliation of non-GAAP guidance measures to the corresponding GAAP measures on a forward-looking basis due to the potential significant variability, limited*

*visibility, unpredictability, or unique non-recurring nature of the items. Forward-looking non-GAAP measures include adjusted EBITDA. The Company defines adjusted EBITDA as earnings before interest, taxes, depreciation and amortization, stock-based compensation, executive and other non-recurring separation costs, customer relationship management and enterprise resource planning system costs, non-recurring legal and litigation costs, and losses on the extinguishment of convertible notes.*

*Company management uses these measurements as aids in monitoring the Company's ongoing financial performance from quarter to quarter, and year to year, regularly and for benchmarking against other similar companies. Non-GAAP financial measures used by the Company may be calculated differently from, and therefore may not be comparable to, similarly titled measures used by other companies. These non-GAAP financial measures should be considered along with, but not as alternatives to, the operating performance measure as prescribed by GAAP. Non-GAAP financial measures for the statement of operations and net income per share exclude the following:*

***Non-cash expenses for stock-based compensation.*** *The Company has excluded the effect of stock-based compensation expenses in calculating its non-GAAP operating expenses and net income measures. Although stock-based compensation is a key incentive offered to the Company's employees, the Company continues to evaluate its business performance excluding stock-based compensation expenses. The Company records stock-based compensation expenses related to grants of options, employee stock purchase plans, and performance and restricted stock. Depending upon the size, timing, and terms of the grants, this expense may vary significantly but will recur in future periods. The Company believes that excluding stock-based compensation better allows for comparisons to its peer companies;*

***Depreciation and amortization.*** *The Company has excluded depreciation and amortization expense in calculating its non-GAAP operating expenses and net income measures. Depreciation and amortization are non-cash charges to current operations;*

***Executive and other non-recurring severance costs.*** *We have excluded costs associated with the resignation of our former Executive Officers in calculating our non-GAAP operating expenses and net income measures. We exclude these and other non-recurring employee separation costs because we believe that these items do not reflect future operating expenses;*

***Customer Relationship Management.*** *We have excluded CRM system costs related to direct and incremental costs incurred in connection with our multi-phase implementation of a new CRM solution and the related technology infrastructure costs. We exclude these costs because we believe that these items do not reflect future operating expenses and will be inconsistent in amounts and frequency making it difficult to contribute to a meaningful evaluation of our operating performance;*

***Enterprise Resource Planning.*** *We have excluded ERP system costs related to direct and incremental costs incurred in connection with our multi-phase implementation of a new ERP solution and the related technology infrastructure costs. We exclude these costs because we believe that these items do not reflect future operating expenses and will be inconsistent in amounts and frequency making it difficult to contribute to a meaningful evaluation of our operating performance;*

***Non-recurring legal and litigation costs****. We have excluded costs incurred related to third-party litigation and disputes, that are non-recurring; and*

***Loss on extinguishment of convertible notes****. We have excluded the loss on extinguishment of convertible notes. We excluded this loss because we believe it is non-recurring.*

*The Company believes that excluding all of the items above allows users of its financial statements to better review and assess both current and historical results of operations.*

<u>Safe Harbor Statement</u>
*Certain statements in this press release, other than purely historical information, are "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995, Section 27A of the Securities Act, and Section 21E of the Securities Exchange Act of 1934, as amended (the "Exchange Act"). These statements include but are not limited to, Cutera's plans, objectives, strategies, financial performance and outlook, product launches and performance, trends, prospects, or future events and involve known and unknown risks that are difficult to predict. As a result, the Company's actual financial results, performance, achievements, or prospects may differ materially from those expressed or implied by these forward-looking statements. In some cases, you can identify forward-looking statements by the use of words such as "may," "could," "seek," "guidance," "predict," "potential," "likely," "believe," "will," "should," "expect," "anticipate," "estimate," "plan," "intend," "forecast," "foresee" or variations of these terms and similar expressions or the negative of these terms or similar expressions. Forward-looking statements are based on management's current, preliminary expectations and are subject to risks and uncertainties, which may cause Cutera's actual results to differ materially from the statements contained herein. These statements are not guarantees of future performance, and stockholders should not place undue reliance on forward-looking statements. There are several risks, uncertainties, and other important factors, many of which are beyond the Company's*

*control, that could cause its actual results to differ materially from the forward-looking statements contained in this press release, including those described in the "Risk Factors" section of Annual Reports on Form 10-K, Quarterly Reports on Form 10-Q, Current Reports on Form 8-K, the Registration Statement on Form S-8 and other documents filed from time to time with the United States Securities and Exchange Commission by Cutera.*

*All information in this press release is as of the date of its release. Accordingly, undue reliance should not be placed on forward-looking statements. Cutera undertakes no obligation to update publicly any forward-looking statements to reflect new information, events, or circumstances after the date they were made, or to reflect the occurrence of unanticipated events. If the Company updates one or more forward-looking statements, no inference should be drawn that it will make additional updates concerning those or other forward-looking statements. Cutera's financial performance for the third quarter ended September 30, 2022, as discussed in this release, is preliminary and unaudited, and subject to adjustment.*

**Cutera, Inc.**
Greg Barker
VP, Corporate FP&A
415-657-5500
IR@cutera.com

**CUTERA, INC.**
**CONDENSED CONSOLIDATED BALANCE SHEETS**
**(in thousands)**
**(unaudited)**

| | September 30, 2022 | December 31, 2021 |
|---|---:|---:|
| **Assets** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 45,880 | $ 164,164 |
| Marketable investments | 204,946 | — |
| Accounts receivable, net | 35,876 | 31,449 |
| Inventories, net | 55,938 | 39,503 |
| Other current assets and prepaid expenses | 23,672 | 14,545 |
| Total current assets | 366,312 | 249,661 |
| | | |
| Property and equipment, net | 34,479 | 3,019 |
| Deferred tax assets | 626 | 778 |
| Goodwill | 1,339 | 1,339 |
| Operating lease right-of-use assets | 13,033 | 14,627 |
| Other long-term assets | 11,668 | 10,169 |
| Restricted cash | 700 | 700 |
| Total assets | $ 428,157 | $ 280,293 |
| | | |
| **Liabilities and Stockholders' Equity** | | |
| Current liabilities: | | |
| Accounts payable | $ 34,176 | $ 7,891 |
| Accrued liabilities | 50,791 | 54,100 |
| Operating leases liabilities | 2,712 | 2,419 |
| Deferred revenue | 10,579 | 9,490 |
| Total current liabilities | 98,258 | 73,900 |
| | | |
| Deferred revenue, net of current portion | 1,822 | 1,335 |
| Operating lease liabilities, net of current portion | 11,642 | 13,483 |
| Convertible notes, net of unamortized debt issuance costs | 300,256 | 134,243 |
| Other long-term liabilities | 685 | 763 |
| Total liabilities | 412,663 | 223,724 |
| | | |
| Stockholders' equity: | | |
| Common stock | 20 | 18 |
| Additional paid-in capital | 148,535 | 114,724 |
| Accumulated other comprehensive loss | (336) | — |
| Accumulated deficit | (132,725) | (58,173) |
| Total stockholders' equity | 15,494 | 56,569 |
| Total liabilities and stockholders' equity | $ 428,157 | $ 280,293 |

**CUTERA, INC.**
**CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS**
**(in thousands, except per share data)**
**(unaudited)**

| | Three Months Ended | | Nine Months Ended | |
| --- | --- | --- | --- | --- |
| | September 30, 2022 | September 30, 2021 | September 30, 2022 | September 30, 2021 |
| Products | $ 56,540 | $ 50,694 | $ 167,195 | $ 146,056 |
| Service | 6,268 | 6,690 | 17,851 | 19,585 |
| Total net revenue | 62,808 | 57,384 | 185,046 | 165,641 |
| | | | | |
| Products | 25,255 | 20,259 | 74,066 | 59,483 |
| Service | 3,305 | 3,700 | 9,900 | 11,234 |
| Total cost of revenue | 28,560 | 23,959 | 83,966 | 70,717 |
| Gross profit | 34,248 | 33,425 | 101,080 | 94,924 |
| *Gross margin %* | *54.5 %* | *58.2 %* | *54.6 %* | *57.3 %* |
| | | | | |
| Operating expenses: | | | | |
| Sales and marketing | 26,488 | 19,190 | 78,433 | 52,668 |
| Research and development | 6,389 | 5,802 | 19,747 | 14,764 |
| General and administrative | 10,804 | 7,807 | 35,554 | 23,633 |
| Total operating expenses | 43,681 | 32,799 | 133,734 | 91,065 |
| (Loss) income from operations | (9,433) | 626 | (32,654) | 3,859 |
| Interest and other (expense) income, net | | | | |
| Amortization of debt issuance costs | (400) | (225) | (917) | (492) |
| Interest on convertible notes | (1,739) | (768) | (3,666) | (1,737) |
| Loss on extinguishment of convertible notes | — | — | (34,423) | — |
| Gain on extinguishment of PPP loan | — | — | — | 7,185 |
| Other expense, net | 265 | (561) | (2,018) | (1,976) |
| (Loss) income before income taxes | (11,307) | (928) | (73,678) | 6,839 |
| Income tax expense | 827 | 462 | 874 | 842 |
| Net (loss) income | $ (12,134) | $ (1,390) | $ (74,552) | $ 5,997 |
| | | | | |
| Net (loss) income per share: | | | | |
| Basic | $ (0.62) | $ (0.08) | $ (3.95) | $ 0.34 |
| Diluted | $ (0.62) | $ (0.08) | $ (3.95) | $ 0.33 |
| | | | | |
| Weighted-average number of shares used in per share calculations: | | | | |
| Basic | 19,593 | 17,945 | 18,897 | 17,860 |
| Diluted | 19,593 | 17,945 | 18,897 | 18,327 |

**CUTERA, INC.**
**CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS**
**(in thousands)**
**(unaudited)**

| | Three Months Ended | | Nine Months Ended | |
| --- | --- | --- | --- | --- |
| | September 30, 2022 | September 30, 2021 | September 30, 2022 | September 30, 2021 |
| **Cash flows from operating activities:** | | | | |
| Net (loss) income | $ (12,134) | $ (1,390) | $ (74,552) | $ 5,997 |
| Adjustments to reconcile net (loss) income to net cash used in operating activities: | | | | |
| Stock-based compensation | 4,245 | 3,742 | 13,021 | 8,507 |
| Depreciation and amortization | 674 | 307 | 1,603 | 1,014 |
| Amortization of contract acquisition costs | 596 | 427 | 1,815 | 1,430 |
| Amortization of debt issuance costs | 400 | 225 | 917 | 492 |
| Unrealized gain on foreign exchange forward | (292) | — | (292) | — |
| Impairment of capitalized cloud computing costs | — | — | — | 182 |
| Change in deferred tax assets | 72 | 3 | 152 | 54 |
| Provision for excess and obsolete inventories | (448) | 636 | 110 | 1,335 |
| Provision for credit losses | 268 | (391) | 677 | 101 |
| Loss (gain) on sale of property and equipment | 23 | 37 | 86 | (45) |
| PPP loan forgiveness | — | — | — | (7,185) |
| Change in right-of-use asset | 668 | 1,077 | 1,976 | 1,681 |
| Loss on extinguishment of convertible notes | — | — | 34,423 | — |
| Changes in assets and liabilities: | | | | |
| Accounts receivable, net | (3,996) | (4,466) | (5,104) | (8,899) |
| Inventories, net | (10,666) | (1,604) | (28,725) | (8,261) |
| Other current assets and prepaid expenses | (5,801) | (4,494) | (8,835) | (4,571) |
| Other long-term assets | (2,573) | (1,767) | (3,644) | (3,487) |
| Accounts payable | 5,671 | 1,049 | 20,442 | 575 |
| Accrued liabilities | 3,194 | 2,129 | (3,684) | 11,782 |
| Operating lease liabilities | (658) | (1,043) | (1,930) | (1,573) |
| Deferred revenue | 874 | (723) | 1,576 | (557) |
| Net cash used in operating activities | (19,883) | (6,246) | (49,968) | (1,428) |
| | | | | |
| **Cash flows from investing activities:** | | | | |
| Acquisition of property, equipment and software | (5,869) | (12) | (14,107) | (382) |
| Disposal of property and equipment | — | — | — | 71 |
| Purchase of marketable and long-term investments | 47,000 | — | 47,000 | — |
| Purchase of marketable investments | (48,973) | — | (252,282) | — |
| Net cash used in investing activities | (7,842) | (12) | (219,389) | (311) |
| | | | | |
| **Cash flows from financing activities:** | | | | |
| Proceeds from exercise of stock options and employee stock purchase plan | 248 | 158 | 1,687 | 2,056 |
| Taxes paid related to net share settlement of equity awards | (586) | (511) | (4,820) | (1,963) |
| Purchase of capped call | — | — | (31,671) | (16,134) |
| Payment of issuance costs of capped call | (353) | — | (353) | — |
| Proceeds from issuance of convertible notes | — | — | 240,000 | 138,250 |
| Payment of issuance costs of convertible notes | (646) | — | (7,602) | (4,717) |
| Extinguishment of convertible notes | — | — | (45,777) | — |
| Payments on finance lease obligations | (108) | (103) | (391) | (314) |
| Net cash (used in) provided by financing activities | (1,445) | (456) | 151,073 | 117,178 |
| | | | | |
| Net (decrease) increase in cash, cash equivalents and restricted cash | (29,170) | (6,714) | (118,284) | 115,439 |
| Cash, cash equivalents, and restricted cash at beginning of period | 75,750 | 169,200 | 164,864 | 47,047 |
| Cash, cash equivalents, and restricted cash at end of period | $ 46,580 | $ 162,486 | $ 46,580 | $ 162,486 |

**CUTERA, INC.**
**CONSOLIDATED FINANCIAL HIGHLIGHTS**
**(in thousands, except percentage data)**
**(unaudited)**

| | Three Months Ended | | % Change | Nine Months Ended | | % Change |
|---|---|---|---|---|---|---|
| | September 30, 2022 | September 30, 2021 | 2022 Vs 2021 | September 30, 2022 | September 30, 2021 | 2022 Vs 2021 |
| **Revenue By Geography:** | | | | | | |
| North America | $ 33,258 | $ 26,710 | +24.5 % | $ 94,350 | $ 75,794 | +24.5 % |
| Japan | 15,263 | 19,335 | -21.1 % | 47,940 | 53,311 | -10.1 % |
| Rest of World | 14,287 | 11,339 | +26.0 % | 42,756 | 36,536 | +17.0 % |
| *Total Net Revenue* | $ 62,808 | $ 57,384 | +9.5 % | $ 185,046 | $ 165,641 | +11.7 % |
| *International as a percentage of total revenue* | 47.0 % | 53.5 % | | 49.0 % | 54.2 % | |
| | | | | | | |
| **Revenue By Product Category:** | | | | | | |
| Systems | | | | | | |
| – North America | $ 25,359 | $ 20,680 | +22.6 % | $ 73,298 | $ 57,353 | +27.8 % |
| – Rest of World (including Japan) | 15,626 | 11,511 | +35.7 % | 47,854 | 38,726 | +23.6 % |
| *Total Systems* | 40,985 | 32,191 | +27.3 % | 121,152 | 96,079 | +26.1 % |
| Consumables | 6,119 | 3,684 | +66.1 % | 15,320 | 11,040 | +38.8 % |
| Skincare | 9,436 | 14,819 | -36.3 % | 30,723 | 38,937 | -21.1 % |
| *Total Products* | 56,540 | 50,694 | +11.5 % | 167,195 | 146,056 | +14.5 % |
| Service | 6,268 | 6,690 | -6.3 % | 17,851 | 19,585 | -8.9 % |
| *Total Net Revenue* | $ 62,808 | $ 57,384 | +9.5 % | $ 185,046 | $ 165,641 | +11.7 % |

| | Three Months Ended | | Nine Months Ended | |
|---|---|---|---|---|
| | September 30, 2022 | September 30, 2021 | September 30, 2022 | September 30, 2021 |
| **Pre-tax Stock-Based Compensation Expense:** | | | | |
| Cost of revenue | $ 471 | $ 330 | $ 1,430 | $ 908 |
| Sales and marketing | 1,641 | 711 | 3,855 | 1,954 |
| Research and development | 466 | 1,020 | 2,513 | 1,628 |
| General and administrative | 1,667 | 1,681 | 5,223 | 4,017 |
| | $ 4,245 | $ 3,742 | $ 13,021 | $ 8,507 |

**CUTERA, INC.**
**RECONCILIATION OF GAAP CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS**
**TO  NON-GAAP CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS**
**(in thousands, except per share data)**
**(unaudited)**

| | GAAP | Depreciation and Amortization | Stock-Based Compensation | ERP Implementation | Legal - Lutronic | Severance | Other Adjustments | Non-GAAP |
|---|---|---|---|---|---|---|---|---|
| | | | | Three Months Ended September 30, 2022 | | | | |
| Net revenue | $ 62,808 | — | — | — | — | — | — | $ 62,808 |
| Cost of revenue | 28,560 | (359) | (471) | — | — | (26) | 290 | 27,994 |
| Gross profit | 34,248 | 359 | 471 | — | — | 26 | (290) | 34,814 |
| Gross margin % | 54.5 % | | | | | | | 55.4 % |
| | | | | | | | | |
| Operating expenses: | | | | | | | | |
| Sales and marketing | 26,488 | (715) | (1,641) | — | — | (262) | — | 23,870 |
| Research and development | 6,389 | (67) | (466) | — | — | (88) | — | 5,768 |
| General and administrative | 10,804 | (54) | (1,667) | (1,351) | (566) | (39) | — | 7,127 |
| Total operating expenses | 43,681 | (836) | (3,774) | (1,351) | (566) | (389) | — | 36,765 |
| (Loss) income from operations | (9,433) | 1,195 | 4,245 | 1,351 | 566 | 415 | (290) | (1,951) |
| Interest and other income (expense), net | | | | | | | | |
| Amortization of debt issuance costs | (400) | — | — | — | — | — | — | (400) |
| Interest on convertible notes | (1,739) | — | — | — | — | — | — | (1,739) |
| Other income | 265 | — | — | — | — | — | — | 265 |
| Total interest and other expense, net | (1,874) | — | — | — | — | — | — | (1,874) |
| (Loss) income before income taxes | (11,307) | 1,195 | 4,245 | 1,351 | 566 | 415 | (290) | (3,825) |
| Income taxes expense | 827 | — | — | — | — | — | — | 827 |
| Net (loss) income | $ (12,134) | $ 1,195 | $ 4,245 | $ 1,351 | $ 566 | $ 415 | $ (290) | $ (4,652) |
| | | | | | | | | |
| Net loss per share: | | | | | | | | |
| Basic | $ (0.62) | | | | | | | $ (0.24) |
| | | | | | | | | |
| Weighted-average number of shares used in per share calculations: | | | | | | | | |
| Basic | 19,593 | | | | | | | 19,593 |

| Operating expenses as a % of net revenue | GAAP | | | | | | | Non-GAAP |
|---|---|---|---|---|---|---|---|---|
| Sales and marketing | 42.2 % | | | | | | | 38.0 % |
| Research and development | 10.2 % | | | | | | | 9.2 % |
| General and administrative | 17.2 % | | | | | | | 11.3 % |
| | 69.6 % | | | | | | | 58.5 % |

**CUTERA, INC.**
**RECONCILIATION OF GAAP CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS**
**TO  NON-GAAP CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS**
**(in thousands, except per share data)**
**(unaudited)**

| | GAAP | Depreciation and Amortization | Stock-Based Compensation | CRM and ERP Implementation | Legal - Lutronic | Other Adjustments | Non-GAAP |
|---|---|---|---|---|---|---|---|
| | | | | Three Months Ended September 30, 2021 | | | |
| Net revenue | $ 57,384 | — | — | — | — | — | $ 57,384 |
| Cost of revenue | 23,959 | (132) | (330) | — | — | 445 | 23,942 |
| Gross profit | 33,425 | 132 | 330 | — | — | (445) | 33,442 |
| *Gross margin %* | *58.2 %* | | | | | | *58.3 %* |
| | | | | | | | |
| Operating expenses: | | | | | | | |
| Sales and marketing | 19,190 | (549) | (711) | — | — | — | 17,930 |
| Research and development | 5,802 | (49) | (1,020) | — | — | — | 4,733 |
| General and administrative | 7,807 | (8) | (1,681) | (128) | (288) | — | 5,702 |
| Total operating expenses | 32,799 | (606) | (3,412) | (128) | (288) | — | 28,365 |
| (Loss) income from operations | 626 | 738 | 3,742 | 128 | 288 | (445) | 5,077 |
| Interest and other expense, net | | | | | | | |
| Amortization of debt issuance costs | (225) | — | — | — | — | — | (225) |
| Interest on convertible notes | (768) | — | — | — | — | — | (768) |
| Other expense | (561) | — | — | — | — | — | (561) |
| Total interest and other expense, net | (1,554) | — | — | — | | — | (1,554) |
| (Loss) income before income taxes | (928) | 738 | 3,742 | 128 | 288 | (445) | 3,523 |
| Income tax expense | 462 | — | — | — | — | — | 462 |
| Net (loss) income | $ (1,390) | $ 738 | $ 3,742 | $ 128 | $ 288 | $ (445) | $ 3,061 |
| | | | | | | | |
| Net (loss) income per share: | | | | | | | |
| Basic | $ (0.08) | | | | | | $ 0.17 |
| | | | | | | | |
| Weighted-average number of shares used in per share calculations: | | | | | | | |
| Basic | 17,945 | | | | | | 17,945 |

| Operating expenses as a % of net revenue | GAAP | | | | | | Non-GAAP |
|---|---|---|---|---|---|---|---|
| Sales and marketing | 33.4 % | | | | | | 31.2 % |
| Research and development | 10.1 % | | | | | | 8.2 % |
| General and administrative | 13.6 % | | | | | | 9.9 % |
| | 57.1 % | | | | | | 49.3 % |

**CUTERA, INC.**
**RECONCILIATION OF GAAP CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS**
**TO  NON-GAAP CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS**
**(in thousands, except per share data)**
**(unaudited)**

| | GAAP | Depreciation and Amortization | Stock-Based Compensation | ERP Implementation | Legal - Lutronic | Severance | Other Adjustments | Loss on Extinguishment of Convertible Notes | Non-GAAP |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Nine Months Ended September 30, 2022 | | | | |
| Net revenue | $ 185,046 | — | — | — | — | — | — | — | $ 185,046 |
| Cost of revenue | 83,966 | (596) | (1,430) | — | — | (26) | 290 | — | 82,204 |
| Gross profit | 101,080 | 596 | 1,430 | — | — | 26 | (290) | — | 102,842 |
| Gross margin % | 54.6 % | | | | | | | | 55.6 % |
| | | | | | | | | | |
| Operating expenses: | | | | | | | | | |
| Sales and marketing | 78,433 | (2,328) | (3,855) | — | — | (262) | — | — | 71,988 |
| Research and development | 19,747 | (180) | (2,513) | — | — | (88) | — | — | 16,966 |
| General and administrative | 35,554 | (238) | (5,223) | (7,712) | (1,062) | (39) | — | — | 21,280 |
| Total operating expenses | 133,734 | (2,746) | (11,591) | (7,712) | (1,062) | (389) | — | — | 110,234 |
| (Loss) income from operations | (32,654) | 3,342 | 13,021 | 7,712 | 1,062 | 415 | (290) | — | (7,392) |
| Interest and other (expense) income, net | | | | | | | | | |
| Amortization of debt issuance costs | (917) | — | — | — | — | — | — | — | (917) |
| Interest on convertible notes | (3,666) | — | — | — | — | — | — | — | (3,666) |
| Loss on extinguishment of convertible notes | (34,423) | — — | — | — | — | — | — | 34,423 | — |
| Other expense | (2,018) | — | — | — | — | — | — | — | (2,018) |
| Total interest and other expense, net | (41,024) | — | — | — | — | — | — | 34,423 | (6,601) |
| (Loss) income before income taxes | (73,678) | 3,342 | 13,021 | 7,712 | 1,062 | 415 | (290) | 34,423 | (13,993) |
| Income tax expense | 874 | — | — | — | — | — | — | — | 874 |
| Net (loss) income | $(74,552) | $3,342 | $13,021 | $7,712 | $1,062 | $415 | $(290) | $34,423 | $(14,867) |
| | | | | | | | | | |
| Net loss per share: | | | | | | | | | |
| Basic | $(3.95) | | | | | | | | $(0.79) |
| | | | | | | | | | |
| Weighted-average number of shares used in per share calculations: | | | | | | | | | |
| Basic | 18,897 | | | | | | | | 18,897 |

| Operating expenses as a % of net revenue | GAAP | Non-GAAP |
|---|---|---|
| Sales and marketing | 42.4 % | 38.9 % |
| Research and development | 10.7 % | 9.2 % |
| General and administrative | 19.2 % | 11.5 % |
| | 72.3 % | 59.6 % |

**CUTERA, INC.**
**RECONCILIATION OF GAAP CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS**
**TO  NON-GAAP CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS**
**(in thousands, except per share data)**
**(unaudited)**

| | | | Nine Months Ended September 30, 2021 | | | | | |
|---|---|---|---|---|---|---|---|---|
| | GAAP | Depreciation and Amortization | Stock-Based Compensation | CRM and ERP Implementation | Severance (RIF) | Legal - Lutronic | Other Adjustments | Non-GAAP |
| Net revenue | $ 165,641 | — | — | — | — | — | — | $ 165,641 |
| Cost of revenue | 70,717 | (432) | (908) | — | — | — | 791 | 70,168 |
| Gross profit | 94,924 | 432 | 908 | — | — | — | (791) | 95,473 |
| *Gross margin %* | *57.3 %* | | | | | | | *57.6 %* |
| | | | | | | | | |
| Operating expenses: | | | | | | | | |
| Sales and marketing | 52,668 | (1,827) | (1,954) | (182) | (638) | — | — | 48,067 |
| Research and development | 14,764 | (133) | (1,628) | — | — | — | — | 13,003 |
| General and administrative | 23,633 | (56) | (4,017) | (605) | — | (979) | — | 17,976 |
| Total operating expenses | 91,065 | (2,016) | (7,599) | (787) | (638) | (979) | — | 79,046 |
| (Loss) income from operations | 3,859 | 2,448 | 8,507 | 787 | 638 | 979 | (791) | 16,427 |
| Interest and other income (expense), net | | | | | | | | |
| Amortization of debt issuance costs | (492) | — | — | — | — | — | — | (492) |
| Interest on convertible notes | (1,737) | — | — | — | — | — | — | (1,737) |
| Gain on extinguishment of PPP loan | 7,185 | — | — | — | — | — | (7,185) | — |
| Other expense | (1,976) | — | — | — | — | — | — | (1,976) |
| Total interest and other income (expense), net | 2,980 | — | — | — | — | — | (7,185) | (4,205) |
| Income (loss) before income taxes | 6,839 | 2,448 | 8,507 | 787 | 638 | 979 | (7,976) | 12,222 |
| Income tax expense | 842 | — | — | — | — | — | — | 842 |
| Net income (loss) | $ 5,997 | $ 2,448 | $ 8,507 | $ 787 | $ 638 | $ 979 | $ (7,976) | $ 11,380 |
| | | | | | | | | |
| Net income per share: | | | | | | | | |
| Basic | $ 0.34 | | | | | | | $ 0.64 |
| | | | | | | | | |
| Weighted-average number of shares used in per share calculations: | | | | | | | | |
| | 17,860 | | | | | | | 17,860 |

| Operating expenses as a % of net revenue | GAAP | | | | | | | Non-GAAP |
|---|---|---|---|---|---|---|---|---|
| Sales and marketing | 31.8 % | | | | | | | 29.0 % |
| Research and development | 8.9 % | | | | | | | 7.9 % |
| General and administrative | 14.3 % | | | | | | | 10.9 % |
| | 55.0 % | | | | | | | 47.8 % |

**CUTERA, INC.**
**RECONCILIATION OF LOSS TO ADJUSTED EBITDA**
**(in thousands)**
**(unaudited)**

| | Three Months Ended | Nine Months Ended |
|---|---|---|
| | September 30, 2022 | |
| Net loss | $ (12,134) | $ (74,552) |
| Adjustments: | | |
| Depreciation and amortization | 1,195 | 3,342 |
| Stock-based compensation | 4,245 | 13,021 |
| ERP implementation cost | 1,351 | 7,712 |
| Legal - Lutronic | 566 | 1,062 |
| Severance | 415 | 415 |
| Other adjustments | (290) | (290) |
| Interest and other expense, net | 1,874 | 41,024 |
| Income tax expense | 827 | 874 |
| Total adjustments | 10,183 | 67,160 |
| | | |
| Adjusted EBITDA | $(1,951) | $(7,392) |

# EXHIBIT H

# Q3 2022 Earnings Call

## Company Participants

- David H. Mowry, CEO
- Rohan Seth, CFO
- Unidentified Speaker

## Other Participants

- George Sellers, Analyst, Stephens, Inc.
- Jon Block, Analyst, Stifel
- Wayne, Analyst, Cantor Fitzgerald

## Presentation

### Operator

Thank you for standing by. This is the conference operator. Welcome to the Cutera Inc Third Quarter 2020 Results Conference Call. As a reminder, all participants are in listen-only mode and the conference is being recorded. (Operator Instructions). The discussion today includes forward-looking statements. These forward-looking statements reflect management's current forecast or expectation of certain aspects of the company's future business, including, but not limited to, any financial guidance provided for modeling purposes.

Forward-looking statements are based on current information that is, by its nature, dynamic and subject to change. Forward-looking statements include, among others, statements regarding financial guidance, regulatory approvals, productivity improvements, and plans to introduce new products and expand into additional geographies. For words that may identify forward-looking statements, we encourage you to refer to the safe harbor statement in our press release earlier today. All forward-looking statements are subject to risks and uncertainties, including those risk factors described in section entitled Risk Factors in our Form 10-K as filed with the Securities and Exchange Commission and updated on our Form 10-Q subsequently filed. Cutera also cautions you to not place undue reliance on forward-looking statements, which speak only as of the date they are made. Cutera undertakes no obligation to update publicly any forward-looking statements to reflect new information, events or circumstances, or to reflect the occurrence of unanticipated events. Future results may differ materially from management's current expectations.

In addition, we will discuss non-GAAP financial measures including results on an adjusted basis. We believe these financial measures can facilitate a more complete analysis and greater transparency into Cutera's ongoing results of operations,

particularly when comparing underlying results from period to period. Please offer -- please refer to the reconciliation from GAAP to non-GAAP measures in our earnings release. These non-GAAP financial measures should be considered along with, but not as alternatives to the operating performance measures prescribed by GAAP.

With that, I would like to turn the conference over to Dave Mowry CEO of Cutera. Please go ahead.

## David H. Mowry {BIO 3021719 <GO>}

Thank you, operator. Good afternoon and welcome to Cutera's Third Quarter 2022 Earnings Call. We are glad that you're able to join us for this update. With me on today's call is Rohan Seth, our Chief Financial Officer. During the first segment of the call, I will provide you with our view on the underlying market fundamentals, as well as other leading indicators of the health of our business before referencing some operational highlights and sharing our thoughts on Cutera's Third Quarter 2022 performance. I will then pass the call to Rohan, who will provide you with greater detail of our financial results, as well as our updated 2022 financial guidance before handing the call back to me to make a few final comments on the business. Following our prepared remarks, we will then turn the call over to the operator who will then open up the call to your questions.

Starting first with some high-level observations of the esthetic market seems appropriate given the macroeconomic environment and the amount of discussion and speculation that we have heard from other market observers and participants. Cutera continues to remain vigilant in regard to the broader economic and market conditions impacting the environment in which we operate. We rely upon a set of leading indicators from our customers, which we believe will alert us to the potential future disruptions in our business should they occur.

We regularly review certain qualitative metrics, including patient treatment traffic, clinical appointment cancellation rates, and overall practice scheduling metrics, to help calibrate ourselves and inform our plans. In early August, during our second quarter earnings call, we indicated that we believed that the underlying treatment and procedure volumes were steady and that the customer demand for capital remains strong even in light of typical third quarter seasonality. Indeed these trends continued through August and September, enabling a strong core business performance for Cutera with noteworthy year-over-year growth rates in both our capital equipment sales as well as our consumable product sales.

Looking at the same metrics as we move deeper into the fourth quarter of 2022, our current view is that the treatment volumes remain intact and mostly unchanged from the rates we saw in the third quarter of 2022. Practice performance indicators such as patient queues, appointment cancellation rates, also continue to track with prior quarter rates instilling confidence in the core capital equipment and consumable run rates as we bring in the full-year results. A final data point for consideration on the health of our business comes from our annual Cutera University Clinical Forum or CUCF. This is being held in Southern California this coming weekend. Our 2022

CUCF enrollment has already eclipsed 600 attendees. This is up more than 35% from the high watermark of any previous year. This level of interest is especially telling in light of the requirement for non-faculty customers to pay for their admission and cover their own expenses.

Sticking with macroeconomics, I would be remiss not to mention the ongoing effects of our business from the dramatic weakening of the Japanese Yen. Japan represents the second largest market for Cutera behind North America. Since the beginning of 2022, the Yen has lost approximately 30% of its value versus the US dollar, putting significant pressure on our results in Japan as well as the overall financial performance of the company.

The Yen's rapid devaluation has significantly reduced top-line revenues from Japan with lower currency exchange rates as well as creating some moderate dampening of consumer demand for the regional economic environments within Japan. While we have been able to source some additional top-line growth from other areas in our business to offset this impact on revenue, we have been unable to absorb the full impact that this devaluation has caused on our profitability. We're also looking beyond Japan and remain watchful in other areas being impacted by macroeconomic or sociopolitical challenges. We are working with our partners across our distribution markets to keep them current on accounts receivable as well as proactively addressing and scheduling deliveries to avoid unwanted deal exposure. Additionally, we remain vigilant to many European countries in light of the ongoing conflict in Ukraine and the increasing pressure on the Euro and British Pound. Nevertheless, we harbor few concerns for these regions based upon current trends and the extent of our business exposure in these areas.

Now turning to some positive news, Cutera's third quarter 2022 performance. During the period, total revenue for the third quarter was $62.8 million, representing approximately 17% growth on a constant currency basis. This result was driven by strong capital and consumable product sales. Our results were further bolstered by the contribution of more than $1 million from our AviClear product, our new acne product, and procedure with two quarters of limited commercial release in North America now under our belt.

Specific to capital equipment, we benefited from the constructive underlying market fundamentals previously mentioned, posting 32% capital equipment constant currency growth over third quarter of 2021. North America delivered 23% capital equipment constant currency growth and posted sequential growth over the second quarter of 2022, our first for this business in the seasonally slower third quarter.

International capital equipment constant currency growth of 50% was also noteworthy as each of the international regions delivered strong year-over-year capital equipment constant currency growth reflecting contributions from the continued sales process improvements and sales team development efforts ongoing in each of our direct sales geographies.

Recurring revenue, defined as the combination of skincare consumable product AviClear at Field Service was $21.8 million in the period. This performance reflects a significant decrease from prior year when and announced skincare price increase (inaudible) pre-buying activity within third quarter 2021. A portion of the skincare decline was offset by strong consumable product sales in the period, up 43% on a constant currency basis excluding AviClear.

Shifting now to Acne. As mentioned earlier, we are two quarters into the limited commercial release and are pleased with the performance of our business as well as the learnings we have been able to gather from our customers and their patients.

During the third quarter of 2022, our actual placement activity gained momentum as we slightly outpaced our previous commitment of 100 additional active placements in the period. Our plan would have expanded the total number of active AviClear units to 150. At the close of third quarter 2022, we actually had greater than 160 active devices in the field treating over 600 new patients throughout the period as patient volumes ramp steadily over the quarter, generating procedure revenues of approximately $1 million.

Moving to fourth quarter 2022, we remain committed to our plan of adding an additional 200 active AviClear devices in the period and increasing the active installed base to greater than 360 units exiting fiscal year 2022.

With that, let me turn the call over to Rohan to provide some additional color on our financial performance.

## Rohan Seth  {BIO 21910232 <GO>}

Thank you, Dave. As I review my prepared remarks, I want to note that I will be discussing some non-GAAP results. A complete reconciliation of GAAP to non-GAAP is included in our earnings release. We encourage listeners and readers to review our non-GAAP metrics in conjunction with the GAAP results as contained in this earnings release.

Total revenue for the third quarter was $62.8 million compared to $57.4 million for the same period in 2021, representing an increase of approximately 9%. During the quarter, we continued to face meaningful foreign currency headwinds and our constant currency revenue growth was approximately 17%. Our skincare segment was particularly impacted by negative foreign currency fluctuation in the Yen, down 36% as reported and down 21% in constant currency. Based on current exchange rates, we expect that we will continue to face ongoing challenges from foreign currency for the foreseeable future.

As I mentioned last quarter, and as a result of the continuing churn in the foreign-exchange markets, we hedged 50% of our projected cash flows from Japan in the third quarter and have expanded our hedge positions through the end of 1Q 2023. The mark-to-market gains or losses from these hedges are reflected in the other income and expense line of our income statement and are immaterial.

Third quarter North American capital equipment revenue of $25.4 million increased 23% over the prior year. International capital equipment revenue for the third quarter was $15.6 million, up 36% as reported and up 50% in constant currency from the third quarter of 2021. Recurring revenue, defined as our consumables, global service, skincare, and AviClear product lines was $21.8 million in the third quarter, down 13% as reported and down 2% in constant currency. The decrease over the prior year was driven by skincare revenue of $9.4 million, down 36% as reported and down 21% in constant currency, as well as services revenue of $6.3 million, down 6% as reported and down 1% in constant currency.

As Dave mentioned, the skincare results in Q'3 2021 were abnormally high due to customers stocking up ahead of the telegraphed price increase in September 2021. These declines were partially offset by growth in our consumables product excluding AviClear, up 35% as reported and 43% in constant currency.

Non-GAAP gross profit for the third quarter of fiscal 2022 was $34.8 million for the gross margin of 55.4%, representing a decrease of approximately 290 basis points compared to the same period last year. Excluding a 130 basis point impact due to the acne program and the 240 basis point impact from foreign exchange headwinds, the non-GAAP gross margin in the third quarter would have been 59.1% and approximately 80 basis point improvement over the prior year.

While we did experience supply chain and macroeconomic inflationary pressures during the quarter, we were able to offset them with ongoing cost improvement initiatives as well as continued leverage of our fixed cost base. Total non-GAAP operating expenses for the third quarter of 2022 were $36.8 million compared to $28.4 million for the same period last year. Included within this number are $7.7 million in expenses related to AviClear.

Non-GAAP sales and marketing expenses for the third quarter of 2022 were $23.9 million compared to $17.9 million for the same period last year, driven by continued expansion in our sales force, higher commissions, increased travel, as well as $6.3 million in expenses associated with AviClear.

Non-GAAP R&D expenses for the third quarter of 2022 were $5.8 million compared to $4.7 million for the same period last year, driven by increased investments in AviClear and additional clinical studies.

Finally, non-GAAP G&A expenses for the third quarter of 2022 were $7.1 million compared to $5.7 million in the same period last year, driven by an expansion in our head count. For the 3rd quarter of 2022, our non-GAAP operating income which we refer to as adjusted EBITDA was a loss of $2 million compared to a profit of $5.1 million in the prior year period. As anticipated, our investment in AviClear was the most significant driver of EBITDA decline on a year-over-year basis. Excluding acne program impacts of $7.9 million for the third quarter of 2022 and foreign-exchange headwinds over the prior year of $3.1 million, adjusted EBITDA would have been $9.1 million.

As I mentioned earlier, embedded within non-GAAP OpEx, we had $7.7 million in spending on our acne program, 80% of which is in sales and marketing investments with most of the remainder in R&D. Finally, there were no material or significant changes to our tax position.

Turning now to our balance sheet, we ended the quarter with $250.8 million of cash and marketable securities compared to $278.2 million at the end of the second quarter. Embedded within this $27 million sequential decrease or $11 million in inventory investments and $3 million in supplier advances to secure the necessary parts needed for the next couple of quarters of increased production, a commitment we've made to our suppliers, given the relatively low volume but high-value added nature of our product portfolio.

In light of the positive findings in our limited commercial release, we now plan to accelerate our North American full commercial release this month and anticipate investing an additional $20 million in Q4. As a reminder, our innovative AviClear business model trades a much lower capital revenue inflow for significantly higher procedure fees over the life of the device. This is a compelling financial arrangement but one which requires a heavier upfront financial commitment on our part.

Accordingly, over the course of 2023, we will move from cash consumption to cash generation at the active installed base expense and overall treatment revenues outpaced the investments in new placements. With this in mind, we established the funding and capital structure earlier in the year to ensure we had a clear pathway and the adequate capital required to achieve our goals.

Before I turn the call back over to Dave, I would like to provide you with an update on our outlook for the full year of 2022. While we are encouraged by our third quarter results, we also continue to be faced with previously noted foreign-exchange headwinds in the core business. We are reiterating the total 2022 revenue guidance for the company of $255 million to $260 million. We expect to be at the upper end of our revenue guidance, despite absorbing the entirety of unprecedented foreign-exchange rate declines in Japan, Europe, Britain, and Australia. The full-year impact of these foreign-exchange headwinds is expected to be more than $17 million, implying a constant currency growth of 18% to 20%.

Moving on to adjusted EBITDA. Per Dave's comments earlier and given our favorable findings from the limited commercial release, we are accelerating our full North American launch in November and making the necessary AviClear sales and marketing investments ahead of 2023. FX pressures have worsened during the third quarter and continue to trend unfavorably in early fourth quarter.

In light of our previous projections, we now expect full-year FX impact on adjusted EBITDA to be more than $12 million. In considering all these factors, we are revising our full-year adjusted EBITDA guidance to be in the range of breakeven to negative $5 million.

With that, I will now pass the call back over to Dave.

## David H. Mowry {BIO 3021719 <GO>}

Thank you, Rohan. I am pleased with the continued momentum as demonstrated by our performance during the third quarter of 2022. But frankly, I am much more encouraged by what still lies ahead for Cutera. To be clear, our focus on the acne was never only about a product, it has always been about a bigger and strategic outcome for the business. The AviClear device and our AviClear business model are enabling true transformation of Cutera.

First, we are engaging medical derms in their space and effectively expanding our core customer group. Second, we accessed a new and expansive total addressable market with long-term growth of what we expect to be a more recession-resistant procedure. Third, we have begun to shift to more procedural revenue channels, better aligning our interest with that of the practice. And finally, we have gained line of sight into how these model changes can and will accelerate the evolution of Cutera's financial profile to include improving margins and visibility.

Based upon the performance during our limited commercial release of AviClear and the ability for us to see and validate impact on these critical factors, we are now confident in expanding to a full North American launch of the AviClear product. Going forward, we expect to continue to grow our acne market participation over time through the expansion of treatment indications, the addition of new customer channels, and the inclusion of new geographies serviced by the AviClear product. Beyond AviClear, our core business has never been better positioned with the right people, scalable processes, and an innovative new product portfolio with new product introductions to be delivered over the next 18 months.

The next year and a half will be an exciting, fulfilling, and exceptionally busy time for us at Cutera as we work as one team to deliver upon our goals.

With that, I'd like to turn the call over to the operator and open the call to your questions, operator.

# Questions And Answers

## Operator

Thank you. We will now begin the question-and-answer session. (Operator Instructions) We will pause for a moment as callers join the queue. Our first question comes from Jon Block of Stifel. Please go ahead.

## Q - Jon Block {BIO 15122067 <GO>}

Great, thanks. Hey Dave, hey Rohan. Maybe, Dave, the first question, your AviClear (inaudible) are just running ahead of our early thoughts and maybe talk about what changes with the full launch this month? So will every Rep now have it as part of their

sales quota? And then maybe a tack on there, are there any early high-level thoughts around utilization per AviClear box as we enter 2023? And then I'll wait for my follow-up. Thanks.

## A - David H. Mowry  {BIO 3021719 <GO>}

All right, great. Great question, Jon. And thanks for those. I think in terms of expectations, I want to be very careful not to let people get out too far in front of us. As everyone knows, as I think we've said a few times that as you place a box there is kind of a lead time to the activation of that box. So while we may be going more broadly with the entire sales team to start to place these boxes and validate certain customers and make sure that they have access to the product, we want to be very careful not to think that these boxes become active almost overnight.

There's still quite a bit to move through to get these to be active. They have to be installed, then we have to show up and train the clinical staff on how to use it effectively and efficiently, and then we have to show back up and bring on the kind of the back office administrative functions to make sure they understand how to enroll patients and then process. And then, the last thing we've always talked about is, in most cases, these practices have a lead time of new patients and when they can bring them on.

So I just want to be careful that while we are pulling the trigger now to start looking at and placing new boxes a little bit more broadly, the activation of those boxes are probably more of a first-quarter impact than they are a fourth quarter impact. In regards to like what we expect, we are expecting to start to think more broadly knowing what we've proven to ourselves during the limited commercial release. So like we are going to look at other places and other opportunities to place these boxes. But we also want to be very, very thoughtful not to do so in a way that harms the long-term utilization of the boxes that are out there.

So I'm not going to give you a number to target around utilization. But I think we kind of think about it in a very broad manner that we don't want to be placing it at clinics that aren't going to be seeing a volume of patients that would support kind of a number of three or so more new patients a month, right?

So many of them need to ramp, some of them are already there, some of them need to learn how to use it and deploy it in their practice. So there's quite a bit of work that still needs to be done. I think the reason we moved into full launch is because we now understand what that work looks like and I think we now know what it takes to kind of execute upon those things.

## Q - Jon Block  {BIO 15122067 <GO>}

Got it, got it. Very helpful, David. And maybe sort of a good segue into my second question, if you can talk about where you are from a sales infrastructure standpoint, I believe you hired a good amount of reps over the past 18 months. I mean we're obviously seeing the results. Your capital was phenomenal in 3Q 2022, but AviClear is now in a full launch. Do you need more capital reps? Do you need a specialized sales force for AviClear utilization to go ahead and drive that? Maybe just talk about

any plans on an infrastructure standpoint -- from an infrastructure standpoint, as I'm sure you want to properly support the exiting 350 boxes this year and then ramping into 2023. Thanks, guys.

## A - David H. Mowry {BIO 3021719 <GO>}

Yeah. Another great question. I guess the way I would coach -- coach my answer around that question is this way, we have an expanded customer base that needs different things. And as we think about servicing those customers and surrounding those customers, we're going to need to provide different customers with different support.

So as we think about scaling, we have to think about not just scaling the number just more -- more of the same, we have to think about making sure that we're bringing the right talent to the right locations to do the right things in each of those accounts. Like I said earlier, I think from the limited commercial release we understand that, and what might be a med derm may need different help and different support than what an esthetic practitioner may need, so we think we understand those things. I think we just need to continue to grow into them as we move forward.

And you're right, we did add a number of what we call key account managers over the last year, year and a half. And I think those people, I think everyone -- I think we've told people a number before of around 40 of those. We're going to continue to look at them and make sure that we scale to a point where they're not only keeping pace with the new accounts we add but they're able to kind of keep helping existing accounts continue their utilization targets. So that'll be the balancing act for the better part of '23 and it's likely we'll need to add more as our placements increase and we hope to drive greater effectivity or productivity of those boxes in each practice.

## Q - Jon Block {BIO 15122067 <GO>}

Got it, got it. Perfect, guys. Thanks very much and I'll follow up offline.

## A - David H. Mowry {BIO 3021719 <GO>}

Great.

## Operator

Our next question comes from Louise Chen of Cantor Fitzgerald. Please go ahead.

## Q - Wayne {BIO 5157431 <GO>}

Hi guys. This is Wayne on for Louise and congrats on the quarter. And thank you for taking our questions. So maybe two of us -- two from us. First is that I know it's been only six months since AviClear got approved and has a limited commercial release. What are the physicians' feedback you have received so far? And could you provide us with your latest thoughts on the market opportunity and peak sales? And then, it's

probably a bit too early to discuss about this, but what's your plan for outside of North America? Thank you.

### A - David H. Mowry  {BIO 3021719 <GO>}

Boy, you didn't take any time you are right for it. That's a great question, Wayne, and we appreciate that. Look, I'm going to (inaudible) on a couple of those points that I don't think we're prepared to get out in front of yet. But I will tell you that physicians' feedback has been phenomenal. I think there's a number of folks that have interviewed physician users. I think the commentary continues to be exceptionally strong. We were just at the Fall Clinical meeting where we reduced -- released our 12-month follow-up, which was outstanding and continues to show improvement over the six-month data.

So we are exceptionally proud of the clinical outcomes and I think the physicians are coming on board more and more to understand that this needs to be part of their practice as they evolve, so we're pleased with that. That being said, I think we still need to figure out how to make sure that we can put it into their practice effectively. Many of them treat patients in seven minutes cycles as normal derms, and we have to figure out how do we help them put a half-hour treatment package together that allows them to still treat that patient without being disruptive to their practice flow, so we have some work to do

And as I said to Jon earlier, we're going to continue to work through that. So I think getting to a peak volume I don't think is something we're prepared to kind of talk to yet, so I'll (inaudible) on that a little bit. I do think that there's a huge demand that's out there for us. I think there's a lot of opportunity, but it's going to take a while for us to really achieve that peak number. And I think as we evolve and gain more insights, we'll be able to share more insights with the investment community. In terms of outside North America, we're not -- we're not in a position to mention that yet, but I will tell you that both myself and Rohan and even our Chairman (inaudible) plans [ph] we've traveled through many countries around the world and we're going to continue to look at and evaluate where we think we have the greatest opportunity for expansion and where we think we can have an opportunity for contribution both at the top and bottom line and make those decisions at the right time with the right support. And at that point, I don't think I'm willing to comment any further.

### Q - Wayne  {BIO 5157431 <GO>}

Got it. Thank you so much and congrats again.

### A - David H. Mowry  {BIO 3021719 <GO>}

Thank you.

### Operator

(Operator Instructions) Our next question comes from George Sellers of Stephens, Inc. Please go ahead.

## Q - George Sellers {BIO 2109273 <GO>}

Thanks for taking the question and congrats on a great quarter. I want to follow up with AviClear and maybe some feedback you're hearing from -- from some physicians on the demographics and the patient population that they're targeting in these early stages, maybe in terms of age and acne severity, are they going after the younger teenager at this point and the more severe acne? Or just any feedback you have from physicians at this stage.

## A - David H. Mowry {BIO 3021719 <GO>}

George, it's a great question. I'll be really careful to first state and stipulate to the audience that AviClear is approved for all skin types in all severity, so mild, moderate, and severe, and skin types of 1 through 6, where we get relatively the same outcomes for all skin types across those categories. And it's been a rather remarkable and quite frankly rewarding outcome to see at 12 months the clarity that these people are achieving using AviClear.

That said, I think in certain demographics in certain geographies, we see a higher propensity for young professional women to be treated. I think, generally speaking, these are folks that are probably more opposed to the contraindications associated with Isotretinoin. You obviously have concerns about, say, a birth defect with Isotretinoin, you have concerns on the contraindication of alcohol consumption while on the drug. There's challenges with people that have been on it two or three times previously at that point in their evolution. And I think they're probably a little bit more frustrated and fed up. But at the same time, (inaudible) can see in more of the suburban environments, a high propensity of parents to be taking their -- their teenage or adolescent children for treatment. So I want to be careful not to just kind of lump it into what we think the number one demographic is. I think there are opportunities for full coverage and the results we see certainly stipulate that basically all folks that are treated see a rather dramatic improvement, so we're not going to kind of favor one over the other. But I think the demographics of where certain esthetic practices are versus where med derm practices are may drive kind of a change in the patient population.

## Q - George Sellers {BIO 2109273 <GO>}

Okay, that's helpful. Thank you for that context. And then given the economic backdrop and expectations for next year and in the context of the cost to the patient for this treatment, what are you doing to mitigate some of the issues and concerns of a weakening consumer? And I guess how are you thinking about the impact of a potential deterioration in the underlying market? Thank you for the time.

## A - David H. Mowry {BIO 3021719 <GO>}

I think it's a great question and I -- first of all, I'd just tell you that while we do believe that acne is probably quite a bit more recession-resistant than a brow lift or a wrinkle reduction, et cetera. And we do feel like this kind of opportunity is something that is obviously come to us at the right time through a lot of hard work and effort on our part.

FINAL TRANSCRIPT
Cutera Inc (CUTR US Equity)

2022-11-03

That said, we recognize that there is always going to be economic pressures and we've priced the device and the procedure in a way for our physicians, and we've given our physician certain market data to allow them to price their procedures to the customer. And I think that's all been market-based (inaudible) can't be seen in the backdrop of recession.

Nevertheless, we think that this is a little bit more recession-proof as I had indicated. But beyond that, we've done some other things. You may recall that when we launched this, we came out with the financing plan that physicians were able to kind of help finance the program through Care Credit, but we've taken that one step further, and maybe I can have Rohan just speak to the new program that we will be rolling out as part of our national full launch in North America.

## A - Rohan Seth {BIO 21910232 <GO>}

Yeah. No. Thank you, Dave, and very rightly said that we do expect that this will be -- even though its patients pay a lot more versus recession-resistant than other esthetic procedures, given the medical conditions that it treats.

So George, to answer your question on patient financing, we're going to be launching a program here in the upcoming weeks that will allow the patients to finance this program, to finance this procedure at $99 a month over a period of 36 months in our partnership with Care Credit. And we think that'll be one of the steps in helping us unlock this market and the value that this can create for our shareholders.

## A - David H. Mowry {BIO 3021719 <GO>}

What's really amazing is, we were able to establish this as an exclusive arrangement for us in this -- in this treatment segment if you will. So, we are really happy about not only having this extending it to the patients but also what it does for us competitively to differentiate and lock out some --some thoughts -- or some folks. So I think it's been well-crafted and couldn't be happier with the partnership we're establishing with Care Credit.

## Q - George Sellers {BIO 2109273 <GO>}

Okay. That's really helpful. Thank you both for the time. I appreciate it.

## A - Unidentified Speaker

Great.

## Operator

This concludes the question-and-answer session. I would like to turn the conference back over to Mr. Mowry for any closing remarks.

## A - David H. Mowry {BIO 3021719 <GO>}

Thank you, Ariel [ph] appreciate all the support we've got from you today. What I would like to leave people with is, it's just some final comments.

First of all, I want to thank you for your continued support and interest in Cutera. We are really excited with what we're doing here and could not be more excited for what the future holds for the company. We look forward to giving you an update later in February of 2023 on our full-year results, and look forward to catching up at that time. All the best.

## Operator

This concludes today's conference call. You may disconnect your lines. Thank you for participating and have a pleasant day.

*This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your personal, non-commercial use. Bloomberg, its suppliers and third-party agents shall have no liability for errors in this transcript or for lost profits, losses, or direct, indirect, incidental, consequential, special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities or commodities. Any opinion expressed in the transcript does not necessarily reflect the views of Bloomberg LP. © COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.*

# EXHIBIT I

**CUTERA**®

## AviClear™ Now Broadly Available to US Physicians and Practitioners Upon National Launch

November 7, 2022

*Official US rollout kicks off with coveted award from Cosmopolitan Magazine and new $99/month\* patient financing options*

BRISBANE, Calif.--(BUSINESS WIRE)--Nov. 7, 2022-- Cutera, Inc. (Nasdaq: CUTR) ("Cutera" or the "Company"), a leading provider of aesthetic and dermatology solutions, today announces that AviClear is now broadly available to physicians and practitioners treating patients throughout North America. AviClear is the first and only energy device to be both FDA cleared and Health Canada approved for the treatment of mild, moderate, and severe acne, with additional approval in Canada for acne scars.

This press release features multimedia. View the full release here: https://www.businesswire.com/news/home/20221107005473/en/



(Graphic: Business Wire)

AviClear has seen widespread interest from physicians and patients following its FDA clearance in March 2022, and was recently awarded the "Best Laser Treatment for Acne" by *Cosmopolitan Magazine.* In conjunction with greater availability, Cutera is also announcing a new, monthly financing plan to US consumers starting at $99 a month\*.

"I was an early AviClear adopter because I know this treatment will change the way my acne patients face the world," said Sonia Batra, MD, founder of Batra Dermatology. "I am thrilled my colleagues nationwide will now have access to this device, and I am even happier for their patients who have not wanted or could not proceed with prescription options. What makes the treatment even more appealing is that it can be used on all skin types and acne severities without adverse effects. I have no doubt it will be the treatment of choice for many acne sufferers."

"We are pleased to see AviClear praised as a groundbreaking treatment by physicians, patients, and the media," said Dave Mowry, CEO of Cutera. "Pairing the commercial launch with the new patient financing option will enable us to extend the reach of AviClear to more people who want an effective, chemical-free, and durable solution to their acne.

"Based on our market feedback to date, we are confident that patient demand and practice installations will continue to grow over the next several quarters beginning in the first quarter of 2023," said Mowry. "Affordability, efficacy, and durability will help establish AviClear as the gold standard of care for acne suffers."

AviClear is now broadly available to physicians and practitioners across the United States, with a limited commercial release in Canada. Doctors and patients are encouraged to visit www.AviClear.com to find out more information.

### About Cutera, Inc.

Brisbane, California-based Cutera is a leading provider of aesthetic and dermatology solutions for practitioners worldwide. Since 1998, Cutera has been developing innovative, easy-to-use products that harness the power of science and nature to enable medical practitioners to offer safe and effective treatments to their patients. For more information, call +1 415-657-5500 or 1-888-4CUTERA or visit www.cutera.com.

*\*Terms and conditions apply.*

View source version on businesswire.com: https://www.businesswire.com/news/home/20221107005473/en/

PR Contact:
EvolveMKD, Cutera@EvolveMKD.com

Investor Relations:
Greg Barker, VP of FP & A – IR@cutera.com

Source: Cutera, Inc.

# EXHIBIT J

30-Nov-2022

# Cutera, Inc. (CUTR)

**Piper Sandler Healthcare Conference**

Total Pages: 18
Copyright © 2001-2022 FactSet CallStreet, LLC

Cutera, Inc. *(CUTR)*
Piper Sandler Healthcare Conference

Corrected Transcript
30-Nov-2022

# CORPORATE PARTICIPANTS

**Greg Barker**
*Vice President-Financial Planning & Analysis, Cutera, Inc.*

**David H. Mowry**
*Chief Executive Officer & Director, Cutera, Inc.*

# OTHER PARTICIPANTS

**Matthew O'Brien**
*Analyst, Piper Sandler & Co.*

# MANAGEMENT DISCUSSION SECTION

### Matthew O'Brien
*Analyst, Piper Sandler & Co.*

All right. So, afternoon, everybody. My name is Matt O'Brien, I cover med tech here at Piper. We've got Cutera up on the list here, which is a great company. From the company, we got Dave, who's the CEO; and then, Greg, who's the VP of FP&A, which I used to do that in my previous [ph] life as well (00:00:18).

### Greg Barker
*Vice President-Financial Planning & Analysis, Cutera, Inc.*

Fun job, yeah?

### Matthew O'Brien
*Analyst, Piper Sandler & Co.*

We'll talk about that later. But gents, thanks so much for making the trip all the way across the country.

### David H. Mowry
*Chief Executive Officer & Director, Cutera, Inc.*

Thanks, Matt. It's great to be here. Meetings have been fantastic and look forward to finishing up this afternoon.

### Matthew O'Brien
*Analyst, Piper Sandler & Co.*

Excellent, excellent. Look, I'm actually really glad to hear that.

Cutera, Inc. *(CUTR)*
Piper Sandler Healthcare Conference

**C** Corrected Transcript
30-Nov-2022

# QUESTION AND ANSWER SECTION

**Matthew O'Brien**
*Analyst, Piper Sandler & Co.*

Q

So, let's talk a little bit about the business. I'll get into acne, which I'm sure everybody wants to talk about, in a little bit. But the core business, I just consistently hear from investors like [ph] such is coming (00:00:45), you guys are going to get crushed. Can you talk a little bit about that dynamic as you see it right now and then the visibility that you have into order flow and patient flow and things like that?

**David H. Mowry**
*Chief Executive Officer & Director, Cutera, Inc.*

A

First of all, the world loves an underdog and, I will tell you, especially Americans. Unfortunately, most of the investors in the US don't like an underdog, and it feels kind of like, occasionally, it's easy to get pretty disappointed by that because, frankly, we've put up some pretty solid numbers routinely quarter-over-quarter. And we've told people that we're very close to the market and I've meant that since I stated it, and we've been very qualitative, not just – I'm sorry – very quantitative, not just qualitative in our assessment.

So, what I like to tell people is we spend time talking to our customers all the time. We ask them about their patient flow, we ask them about their cancellation rates, we ask them how long their queue is scheduled for, we ask them are their cancellation rates specific to certain conditions or certain treatments and is there a mix change in any of their business, and we ask these questions routinely. And from that compilation of data, we have continually said that the underlying treatment volume is consistently strong, that we haven't seen any major shifts from patients moving from higher-cost to lower-cost treatments and that the ongoing kind of demand continues to be strong.

Now, that being said, we are watching this weekly, [ph] bi-weekly (00:02:17), if you will, and constantly checking. And what we have ascertained as a reason is maybe some of the pent-up demand seems to kind of be waning slightly, but people are still scheduled out two months and they don't have time right now in their calendars to do extra things, whether we ask them to do those things for us or not. So, I would tell you that it consistently has been strong and continues to be so but we're thoughtful and mindful of fact that any recession, interest rate impacts and other things could have impact on buying capital.

**Matthew O'Brien**
*Analyst, Piper Sandler & Co.*

Q

Are there parts of the world where you see that? [indiscernible] (00:02:51)

**David H. Mowry**
*Chief Executive Officer & Director, Cutera, Inc.*

A

Yeah, there are. There are, but it's places that we don't have as large a business. Europe is – has continued to be an area that I worry about. And it's no longer Europe, it's actually a lot of smaller regions within Europe. I think you see some of the eastern part of Europe more impacted by the Ukraine situation. You see the Germany area being impacted by freight, fuel costs and other issues there. UK has been somewhat insulated being off the continent. And I think France and Spain have been somewhat lackluster in their growth, frankly, and it's not from a lack of effort on our team but it's just the market itself.

# Cutera, Inc. *(CUTR)*
Piper Sandler Healthcare Conference

**Corrected Transcript**
30-Nov-2022

### Matthew O'Brien
*Analyst, Piper Sandler & Co.*

**Q**

And among your portfolio of the core business – I have to – shouldn't call it core anymore – but laser hair removal, body sculpting, are there areas that are – you're seeing being more durable than others and that you think will be more durable in the future?

### David H. Mowry
*Chief Executive Officer & Director, Cutera, Inc.*

**A**

Yeah. The two areas that I would say continue to be exceptionally durable are body contouring with our truBody product – family of products. And our standard laser set, the vascular lasers across both the excel V+, the xeo, and even to some extent even HR, our hair removal laser, seems to be very robust with core practitioners.

### Matthew O'Brien
*Analyst, Piper Sandler & Co.*

**Q**

Okay. Got it. What about the OUS business? That seems like an opportunity for you guys. I think you've been under-indexed on a box – from a box perspective. Are there certain geographies that you're really targeting that you think could be pretty meaningful going forward?

### David H. Mowry
*Chief Executive Officer & Director, Cutera, Inc.*

**A**

Yeah, I'm also – I'm always cautious not to be too prescriptive and give guidance here. But I would tell you that I – that we made a recent trip, I actually had the chairman with me and we went over to Japan and Korea after COVID restrictions were lifted, and we were very impressed by the market potential that's – that is very present in those countries. Both are probably – they spend on a per capita basis more in those countries on aesthetics than they do in the US, and we're probably significantly underpenetrated in both.

The thing that was most impressive, though, is you got to remember that Japan is still the third largest economy in the world. They have 150 million people on that island, they speak one language and one regulatory system, right? So, if there's an area to focus on, I think Japan is one to really double-down on.

### Matthew O'Brien
*Analyst, Piper Sandler & Co.*

**Q**

Got it. Okay. All right. And I think you did pretty well last quarter. Some of the investments are starting to pay off?

### David H. Mowry
*Chief Executive Officer & Director, Cutera, Inc.*

**A**

Well, I think last quarter we had a lower comp, to be frank.

### Matthew O'Brien
*Analyst, Piper Sandler & Co.*

**Q**

Okay.

### David H. Mowry
*Chief Executive Officer & Director, Cutera, Inc.*

**A**

But I think that we are starting to see some traction there. Our CFO, Rohan Seth, who's not able to be with us today, is actually in Japan as we speak. And he's helping us kind of rebuild process and portfolio there.

## Cutera, Inc. *(CUTR)*
Piper Sandler Healthcare Conference

Corrected Transcript
30-Nov-2022

**Matthew O'Brien**
*Analyst, Piper Sandler & Co.*

Q

Okay.

---

**David H. Mowry**
*Chief Executive Officer & Director, Cutera, Inc.*

A

And I think he's been very, very instrumental.

---

**Matthew O'Brien**
*Analyst, Piper Sandler & Co.*

Q

Okay. One other thing I think has been missed a little bit by investors is the competitive environment that you're in, and the core business is – you've got a lot of really unique products, a bunch that have been introduced recently. So, – and I'm not sure how some of your competitors are doing, so just talk a little bit about your competitive financial position versus some of the other players out there. And are you taking share from them and how long do you think that can continue?

---

**David H. Mowry**
*Chief Executive Officer & Director, Cutera, Inc.*

A

Well, look, there are some larger competitors that, I think, have recently witnessed it and are realizing the amount of competitive challenge they have, and they're now front – fighting a two-front war. On the equipment side, they're battling with us, along with the other players that have energy-based systems; and now, they're actually having to compete with others that have injectables or biotoxins, et cetera. And now, their loyalty programs that they're able to kind of use as offset aren't as effective as they used to be. And, as a result, we're seeing some additional ability to take share...

---

**Matthew O'Brien**
*Analyst, Piper Sandler & Co.*

Q

Got it. Okay.

---

**David H. Mowry**
*Chief Executive Officer & Director, Cutera, Inc.*

A

...from that. And I think others are seeing that same thing.

---

**Matthew O'Brien**
*Analyst, Piper Sandler & Co.*

Q

Okay, okay. All right. So, we used a third of the time here on the core business. Now, let's put in the other two-thirds of the time on acne because I know it's what everybody cares about right now. Can you talk about what you've learned so far from a beta perspective and how are clinicians and patients doing so far in terms of their outcomes and like pain tolerance and all that good stuff?

---

**David H. Mowry**
*Chief Executive Officer & Director, Cutera, Inc.*

A

Yeah. So, this is going to sound like a paid-for-company sponsored commercial here.

---

# Cutera, Inc. *(CUTR)*
Piper Sandler Healthcare Conference

**Corrected Transcript**
30-Nov-2022

### Matthew O'Brien
*Analyst, Piper Sandler & Co.*

Q

That's what you're supposed to do.

### David H. Mowry
*Chief Executive Officer & Director, Cutera, Inc.*

A

But in all honesty, in my 30-plus years in med tech, I don't know if I've had a product in my portfolio other than one, when I was in neurovascular, that had such a positive clinical evidence over and above what people expected of it, frankly.

People are really doing exceptionally well with the AviClear device and the AviClear procedure, much, much more than, I think, they expected as clinicians. And I think because we didn't oversell it as a company early, I think it's exceeding their expectations of what we told them as well. We've got clinicians that are actually telling us that they don't want to use some of our marketing material because the pictures they have of their own patients are better than those that we provided them; that they're seeing better results faster than we told them, which, by the way, shouldn't be a surprise, we use monotherapy in our clinicians – our clinical studies. In other words, we only used our device. Whereas, in true practice, people are using topicals to kind of bolster the results that they're seeing from the AviClear.

I got an e-mail today from a customer, and she's a great kind of landmark customer because 50% of her practice is acne and 50% is aesthetic, which would be like ideal for us. And she sent me a note about a 50-year-old patient that she's treating that is a long sufferer of acne. And now, she's got her on AviClear. And this woman sent her a note saying, I really feel for the first time in a long time that I've got this thing licked. So, I think it's bringing new hope to patients that have been very frustrated. But I think, more importantly, it's bringing a new solution that is changing the way derms look at acne as not necessarily a journey or a treatment or cycle of treatments, but rather a procedure.

### Matthew O'Brien
*Analyst, Piper Sandler & Co.*

Q

Okay. Is there any kind of halo effect that you get? Do you get other business from some of these centers? I know it's super early days, but I've always kind of wondered about that.

### David H. Mowry
*Chief Executive Officer & Director, Cutera, Inc.*

A

It is very early, Matt, but I appreciate the question. I would say, 50% of our customers that we have already placed in AviClear at are new to the company. So, these are not our same customers. Now, that's somewhat by design and it's intentional so that we're getting new opinions and new feedback into the business so that we can make better decisions going forward. But some of it is because the demand's there, and the demand is exceptionally strong for this product and continues to grow.

### Matthew O'Brien
*Analyst, Piper Sandler & Co.*

Q

Have you seen any customers stop using AviClear?

### David H. Mowry
*Chief Executive Officer & Director, Cutera, Inc.*

A

# Cutera, Inc. *(CUTR)*
Piper Sandler Healthcare Conference

Corrected Transcript
30-Nov-2022

No.

### Matthew O'Brien
*Analyst, Piper Sandler & Co.*

Q

Okay.

### David H. Mowry
*Chief Executive Officer & Director, Cutera, Inc.*

A

Yeah, I don't know. No one's ever asked me that question.

### Matthew O'Brien
*Analyst, Piper Sandler & Co.*

Q

Glad I could be the first.

### David H. Mowry
*Chief Executive Officer & Director, Cutera, Inc.*

A

Yeah. No, we haven't seen that yet.

### Matthew O'Brien
*Analyst, Piper Sandler & Co.*

Q

Okay.

### David H. Mowry
*Chief Executive Officer & Director, Cutera, Inc.*

A

We have seen kind of spikes and troughs, right, where people go in and they'll do like five and then they'll wait to see the results and then they come back and then maybe they start to ramp up again. I think that's a really typical pattern we see with physicians wanting to see how it works in their hands.

### Matthew O'Brien
*Analyst, Piper Sandler & Co.*

Q

Okay. And then, what about – how rigid are you as far as the price point in this model that you're going after because it's new, right? Most people are like, drop off your laser, I'll see you in two years, versus, now, your – the revenue is being split between a couple of folks.

### David H. Mowry
*Chief Executive Officer & Director, Cutera, Inc.*

A

Yeah. We've been exceptionally disciplined on this, and I want to give credit to my sales force. It's very easy to start to back down from what are, I think, some very thoughtful and well-researched T's & C's, terms and conditions, but we've held our ground. And as one physician in the northeast, in particular, that's very well-known and he speaks on our behalf, and he wasn't willing to accept the terms, and we were okay with that, and we didn't give him a device. We allowed him to do a few clinical studies with it, but he wasn't doing any commercial work with it. And he called up just a couple weeks back and said, okay, I'm ready to sign.

### Matthew O'Brien
*Analyst, Piper Sandler & Co.*

Q

Okay.

# Cutera, Inc. *(CUTR)*
Piper Sandler Healthcare Conference

**Corrected Transcript**
30-Nov-2022

### David H. Mowry
*Chief Executive Officer & Director, Cutera, Inc.*

A

So, like I think that people are seeing the value of what the device does in their practice. And as they do, they become more attuned to making sure it is part of their practice.

### Matthew O'Brien
*Analyst, Piper Sandler & Co.*

Q

Got it. Okay. What about the different channels that you're selling AviClear into, be it med derms or [ph] aestheticians (00:11:38)? I mean, what are you seeing as far as adoption in those two areas?

### David H. Mowry
*Chief Executive Officer & Director, Cutera, Inc.*

A

Yeah, I want to be very clear. There's a lot of talk out there about who's getting this device and who's not getting this not getting this device. There have been a few non-board certified, non-derm practitioners that have gotten it.

For the most part though, we're focused on our core, and that core is basically derms, aesthetic derms, med derms. It's inclusive of physicians that run their own aesthetic practice. It could be, in some cases, it's a – maybe it's a DO or it's a family practitioner that decided they no longer want to be in a family practice any longer and they're running their own aesthetic and they're treating it like it's their core business. And if it's their core business, it's ours.

We're not bringing these things to the dentist's office. We're not going to the med spas that don't have the clinical capabilities or expertise. We're using the targeting of where isotretinoin is being used. We're using the target of where people are advertising for acne patients and have access to acne patients in their waiting room.

### Matthew O'Brien
*Analyst, Piper Sandler & Co.*

Q

Okay. Got it. So, we're moving to a full launch here, couple hundred systems here in Q4. Are you really just going to be going into existing geographies or are you really – is this more of those, hey, let's start hitting some of these big cities? Somebody I know in Minneapolis is like, where is this thing, it's not here yet. What's the plan as far as the broadening of this availability?

### David H. Mowry
*Chief Executive Officer & Director, Cutera, Inc.*

A

I think some of it is probably following more the location of our sales reps [ph] and it is (00:13:11)...

### Matthew O'Brien
*Analyst, Piper Sandler & Co.*

Q

Okay.

### David H. Mowry
*Chief Executive Officer & Director, Cutera, Inc.*

A

...the MSAs. We will see this in all MSAs. And we've got a plan to kind of get into some of the ones that have been underpenetrated. I think Minneapolis is a good example of an underpenetrated area. I think Chicago is another area of under-penetration. There are some large geographic areas that we need to double-down on.

That being said, we're also very cognizant not to put these things in in buildings that are right next to each other, right? We don't want to create artificial competition for a smaller population of patients, right? So, there's a lot that goes into this selection of location.

But as we go into this national launch, I think what you're going to see is demand is exceptionally high, first of all. And I think you're going to see an acceleration going into Q1 of 2023 over 2022. And we've promised 200 placements in 2022, fourth quarter 2022. I believe that we're probably going to outpace that by a little bit. And I think that we'll be able to accelerate into Q1.

**Matthew O'Brien**
*Analyst, Piper Sandler & Co.*

Q

Okay. Appreciate that. How do you feel about – I know you learned a lot during the beta launch, but I mean you're doubling your installed base in a quarter. How do you ensure like good training, good outcomes? I mean, is the system so good that you don't have to worry as much about that?

**David H. Mowry**
*Chief Executive Officer & Director, Cutera, Inc.*

A

No, we worry about these things. We sweat the details. And I think it's important to sweat the details. This is a very, very powerful laser and without some of the safety effects that – or safety factors that we've built into the device, people could get burnt with this device. So, there's other products out there that potentially could be harmful to patients. We've built in things like we have circumferential sensors around the tip, and that means you have to have full contact of the cooling and you have to measure cooling of a certain temperature before that laser will fire.

**Matthew O'Brien**
*Analyst, Piper Sandler & Co.*

Q

Okay.

**David H. Mowry**
*Chief Executive Officer & Director, Cutera, Inc.*

A

So, we've built those things in. Nonetheless, we've also invested over the course of this year, as you well know, monies into both marketing, our sales team, but also our sales training and our efforts to train and educate the practices. So, a lot of these one-time costs of developing and running these trainings have been borne this year, that maybe we don't have to replicate next year.

**Matthew O'Brien**
*Analyst, Piper Sandler & Co.*

Q

Okay, excellent. Good to hear. What should we expect as far as systems placements next year? Is this 200 number a quarter about right for that?

**David H. Mowry**
*Chief Executive Officer & Director, Cutera, Inc.*

A

We're not going to guide to an exact number, but I did say we would accelerate over this quarter and we said to 200 this quarter. So, until we give guidance, I'd ask that I don't want to give an exact number.

## Cutera, Inc. *(CUTR)*
Piper Sandler Healthcare Conference

**C** Corrected Transcript
30-Nov-2022

**Matthew O'Brien**
*Analyst, Piper Sandler & Co.*

**Q**

Okay.

**David H. Mowry**
*Chief Executive Officer & Director, Cutera, Inc.*

**A**

But, look, I think 200 this quarter will accelerate over that into – going into next year, and I think that that's an area that we should be a little comfortable in sustaining.

**Matthew O'Brien**
*Analyst, Piper Sandler & Co.*

**Q**

Okay. So, Dave, I'm really enthusiastic about AviClear next year. I'm Street low as far as numbers go for revenue. I'm at $23 million. I've seen some numbers up to $47 million for next year. I mean, how do you want us to think about this? The market's enormous. I just don't want people to get too far ahead on AviClear.

**David H. Mowry**
*Chief Executive Officer & Director, Cutera, Inc.*

**A**

That's exactly right, Matt. I think it's important that people don't get too far ahead of us. We want to be very thoughtful. We want to make sure that we do the installations the right way. You get one chance to come to market the right way.

**Matthew O'Brien**
*Analyst, Piper Sandler & Co.*

**Q**

Yeah.

**David H. Mowry**
*Chief Executive Officer & Director, Cutera, Inc.*

**A**

We were thought – we were very thoughtful in measuring our approach during the limited commercial release. We're able to accelerate now in this next phase with our placements. But the thing that will follow this is a focus on making sure that each of these practices have the capabilities and the talent and the procedures necessary to recruit and convert patients. And that's going to be an equally high focus for us next year.

**Matthew O'Brien**
*Analyst, Piper Sandler & Co.*

**Q**

Okay, okay. Surprisingly, a company got approval in the last week or the week after or the week before in this space. And I – look, I'm sure everybody's going to freak out and think it's a zero-sum game. I mean, this market's enormous. You guys can both do well. Do you have any thoughts on that technology as far as what you've seen so far?

**David H. Mowry**
*Chief Executive Officer & Director, Cutera, Inc.*

**A**

Look, I think you're right. There's a rising tide that lifts all boats and I think that's a good thing. I'm very pleased to know that 1,726-nanometer laser, wavelength laser has the desired effects. I think that continues to prove our outcomes and support our outcomes. I think, though, that the similarities stop there between the devices. I think ours has been engineered with some specifics in mind around the derms and around the safety for those people that don't operate capital every day.

## Cutera, Inc. *(CUTR)*
Piper Sandler Healthcare Conference

**Corrected Transcript**
30-Nov-2022

And, if you think about the patient population that's being treated here, 60% of the acne patients are being seen by what we would term a med derm, somebody that uses less than 50% of their practice in aesthetics or in kind of cash pay procedures. These are people that aren't very familiar with using a capital equipment or lasers. We designed the safety features for that. We designed some of the controls. We designed even the data collection and data exchange between the home office so that we know what's down, when it's down, and how it's down; and if there needs to be a repair or just a retraining, we're able to do those type of things.

Our whole goal here is to align our company with that practice and drive the most number of patients through so that we get the greatest outcomes possible for them. That's how we designed and developed our device. It's overpowered and it's overpowered intentionally so that we can deliver our energy in such a way that, we think, allows us to get into the therapeutic nature of energy just kind of absorption, without necessarily tripping some of the higher-end issues associated with pain and discomfort.

**Matthew O'Brien**    Q
*Analyst, Piper Sandler & Co.*

Okay. And I do have some questions for Greg here in a second but...

**Greg Barker**    A
*Vice President-Financial Planning & Analysis, Cutera, Inc.*

Yeah.

**Matthew O'Brien**    Q
*Analyst, Piper Sandler & Co.*

...as you think about clinical practice of AviClear, does – is there the ability to adjust the dose that's being delivered or is that built in and set?

**David H. Mowry**    A
*Chief Executive Officer & Director, Cutera, Inc.*

Yeah. Well, it's – there's a range that we've trained each and every physician on...

**Matthew O'Brien**    Q
*Analyst, Piper Sandler & Co.*

Okay.

**David H. Mowry**    A
*Chief Executive Officer & Director, Cutera, Inc.*

...in terms of the amount of fluence, which is the amount of energy that's flowing. And we've – so, if we think about this as – it's the amount of energy over a period of time is fluence. And, ultimately, we are controlling or giving them the range of what works best with these patients. We allow the physician to have play within that range. And if they have to go outside that range, it does require us to be involved to kind of open up the limits.

**Matthew O'Brien**    Q
*Analyst, Piper Sandler & Co.*

---

# Cutera, Inc. *(CUTR)*
Piper Sandler Healthcare Conference

**C** Corrected Transcript
30-Nov-2022

Okay. Got it, got it. And then, last one on AviClear. Is there the – how long do you think it's going to last for a patient? And then, is there the possibility for them to come back in and get another dose and how would that look from an economic perspective? Would you cover that or would the patient cover that? How does that work?

**David H. Mowry**                                                                                                A
*Chief Executive Officer & Director, Cutera, Inc.*

We've intentionally, because all of the clinical data that's out there is regarding this three-treatment package, we've sold this in three-treatment packages.

**Matthew O'Brien**                                                                                             Q
*Analyst, Piper Sandler & Co.*

Yeah.

**David H. Mowry**                                                                                                A
*Chief Executive Officer & Director, Cutera, Inc.*

We don't allow people to migrate away from that. In the future, we could consider some opportunities for maintenance, but we haven't seen the need for it, frankly. The durations that we've followed up internally beyond two and a half years now, and externally with the FDA study we're now beyond a year, and we see great durability in it. It pretty much charts line well – kind of in line with where Accutane is. So, we can look at those things and give those options to the physician. But, frankly, we haven't yet seen the need.

**Matthew O'Brien**                                                                                             Q
*Analyst, Piper Sandler & Co.*

Okay. Got it. So, Greg, I wanted to talk financials a little bit, if that's okay.

**Greg Barker**                                                                                                   A
*Vice President-Financial Planning & Analysis, Cutera, Inc.*

Sure, yeah.

**Matthew O'Brien**                                                                                             Q
*Analyst, Piper Sandler & Co.*

I mean, I'm not looking for 2023 revenue guidance here.

**Greg Barker**                                                                                                   A
*Vice President-Financial Planning & Analysis, Cutera, Inc.*

Yeah.

**Matthew O'Brien**                                                                                             Q
*Analyst, Piper Sandler & Co.*

Well, I am, but I won't actually ask. But you're swallowing $17 million worth of FX headwind this year.

**Greg Barker**                                                                                                   A
*Vice President-Financial Planning & Analysis, Cutera, Inc.*

Yeah.

## Cutera, Inc. *(CUTR)*
Piper Sandler Healthcare Conference

Corrected Transcript
30-Nov-2022

---

**Matthew O'Brien**
*Analyst, Piper Sandler & Co.*

Q

I think I did the math right. How big of a headwind is FX for next year?

---

**Greg Barker**
*Vice President-Financial Planning & Analysis, Cutera, Inc.*

A

So, we think that we'll eclipse the headwind probably by the third quarter of next year. So, we...

---

**Matthew O'Brien**
*Analyst, Piper Sandler & Co.*

Q

Okay.

---

**Greg Barker**
*Vice President-Financial Planning & Analysis, Cutera, Inc.*

A

The rates really started to drop off, particularly in the JPY...

---

**Matthew O'Brien**
*Analyst, Piper Sandler & Co.*

Q

Okay.

---

**Greg Barker**
*Vice President-Financial Planning & Analysis, Cutera, Inc.*

A

...through the first quarter, the second quarter, and then we kind of hit a point in Q3 and then it spiked up recently, but it's come back down a bit over the last few weeks. So, I think we should see, by the second half, it not being as material a problem.

---

**Matthew O'Brien**
*Analyst, Piper Sandler & Co.*

Q

Okay. So, it's fair to think maybe half of what you're [ph] reading (00:21:33) this year?

---

**Greg Barker**
*Vice President-Financial Planning & Analysis, Cutera, Inc.*

A

Yeah, that's fair, in that ballpark. Yeah.

---

**Matthew O'Brien**
*Analyst, Piper Sandler & Co.*

Q

Okay, okay. Got it. And then, you guys have been profitable for a long, long time, making all these investments in AviClear right now.

---

**Greg Barker**
*Vice President-Financial Planning & Analysis, Cutera, Inc.*

A

Yeah.

---

# Cutera, Inc. *(CUTR)*
Piper Sandler Healthcare Conference

**Corrected Transcript**
30-Nov-2022

### Matthew O'Brien
*Analyst, Piper Sandler & Co.*

Q

Is that a the likely scenario again for next year, that you're going to be spending a bunch of money to support AviClear? And that you'll probably stay as an operating loss company for next year?

### Greg Barker
*Vice President-Financial Planning & Analysis, Cutera, Inc.*

A

So, we're anticipating that by the – towards the tail end of FY 2023, we'll start to be EBITDA positive. We currently do anticipate though, as we continue to invest and ramp the AviClear product through the year that we'll be in an EBITDA loss situation, but we do expect to breakeven both from an EBITDA, as well as cash perspective [ph] talking about (00:22:13) FY 2023.

### Matthew O'Brien
*Analyst, Piper Sandler & Co.*

Q

Okay.

### David H. Mowry
*Chief Executive Officer & Director, Cutera, Inc.*

A

I think – if you wouldn't mind, I think if we could...

### Matthew O'Brien
*Analyst, Piper Sandler & Co.*

Q

Sure.

### David H. Mowry
*Chief Executive Officer & Director, Cutera, Inc.*

A

...maybe just talk a little bit about how we're thinking about budgeting though...

### Greg Barker
*Vice President-Financial Planning & Analysis, Cutera, Inc.*

A

Yeah.

### David H. Mowry
*Chief Executive Officer & Director, Cutera, Inc.*

A

...for next year, because I think this is important to have the right discipline there.

### Greg Barker
*Vice President-Financial Planning & Analysis, Cutera, Inc.*

A

That's true, yeah. So, we are looking at the macro environment, obviously, as everybody is. And so, we're planning four different budget scenarios actually. So, we've got kind of bookends of the right side being status quo; we continue to grow at a great clip, take market share. The left side is an extreme downside economy. Then, we have two others kind of in the center. So, we're planning, within each of those scenarios, various cost [ph] entitlement (00:22:47) strategies. So, we would pull back certain expenses variable primarily that we would release upon which we started to hit different revenue milestones.



## Cutera, Inc. *(CUTR)*
Piper Sandler Healthcare Conference

**Corrected Transcript**
30-Nov-2022

### Matthew O'Brien
*Analyst, Piper Sandler & Co.*

Q

Yeah, okay.

### Greg Barker
*Vice President-Financial Planning & Analysis, Cutera, Inc.*

A

We'll also be looking at cutting some fixed costs as well just for good hygiene.

### Matthew O'Brien
*Analyst, Piper Sandler & Co.*

Q

What do you think we're – I mean, I don't know if DTC makes sense in 2024 or not, because you will have pretty big installed base by then. But should we start to see even more leverage in 2024 or, hey, TBD, it depends on how this is going, may need to do some more direct advertising?

### David H. Mowry
*Chief Executive Officer & Director, Cutera, Inc.*

A

Let me hit the DTC...

### Greg Barker
*Vice President-Financial Planning & Analysis, Cutera, Inc.*

A

Yeah, sure. Yeah.

A

...and then [indiscernible] (00:23:18) the leverage.

### Greg Barker
*Vice President-Financial Planning & Analysis, Cutera, Inc.*

A

Yeah.

### David H. Mowry
*Chief Executive Officer & Director, Cutera, Inc.*

A

I think, with DTC, it's all about having the right scale, and we don't yet have that right scale. If we were accelerating into 2023 and through 2023, we might find in the back half of 2023 an opportunity to kind of do some early evaluations of what DTC could do for us and if, in turn, that shows us that it would be a good investment, we'll kick it off from there. But, I think, it's important that we don't get in front of our scale.

### Matthew O'Brien
*Analyst, Piper Sandler & Co.*

Q

Yeah.

### David H. Mowry
*Chief Executive Officer & Director, Cutera, Inc.*

A

And then, on the leverage?

Copyright © 2001-2022 FactSet CallStreet, LLC

### Greg Barker
*Vice President-Financial Planning & Analysis, Cutera, Inc.*

A

Yeah. Yeah, for leverage, I mean, by FY 2024, we do expect Avi will be a good amount of business. But Dave mentioned that, if we place 250 units a quarter roughly and if we have a good installed base, that we'll start kicking in the flywheel of the procedural revenue, which is very high margin. So, we do anticipate heading into 2024, we should see some decent leverage.

### Matthew O'Brien
*Analyst, Piper Sandler & Co.*

Q

What does the gross margin profile of AviClear look, a little bit more scale versus the legacy business?

### Greg Barker
*Vice President-Financial Planning & Analysis, Cutera, Inc.*

A

And so, AviClear, by the end of 2023, we're anticipating probably in the range of 70%, 75%...

### Matthew O'Brien
*Analyst, Piper Sandler & Co.*

Q

Wow.

### Greg Barker
*Vice President-Financial Planning & Analysis, Cutera, Inc.*

A

...on AviClear stand-alone.

### Matthew O'Brien
*Analyst, Piper Sandler & Co.*

Q

Okay.

### Greg Barker
*Vice President-Financial Planning & Analysis, Cutera, Inc.*

A

But then, as we move into 2024, that could go up a bit as the fixed cost base kind of leverage against the revenues that we're going to see.

### Matthew O'Brien
*Analyst, Piper Sandler & Co.*

Q

Yeah.

### David H. Mowry
*Chief Executive Officer & Director, Cutera, Inc.*

A

Yeah, just to be clear, we're not giving – we really don't want to guide. Clearly, that's kind of more directional into...

### Greg Barker
*Vice President-Financial Planning & Analysis, Cutera, Inc.*

A

Yeah.

## Cutera, Inc. *(CUTR)*
Piper Sandler Healthcare Conference


Corrected Transcript
30-Nov-2022

**David H. Mowry**
*Chief Executive Officer & Director, Cutera, Inc.*

...the nature.

A

**Matthew O'Brien**
*Analyst, Piper Sandler & Co.*

Okay.

Q

**David H. Mowry**
*Chief Executive Officer & Director, Cutera, Inc.*

I think our thoughts here are, we don't really know some of the costs that could come at us as a result of getting into that full launch and expanding.

A

**Matthew O'Brien**
*Analyst, Piper Sandler & Co.*

Got it. Understood. So, it looks like we're just about out of time. So, we'll go ahead and cap it there. Gents, thanks so much. Love the feedback.

**David H. Mowry**
*Chief Executive Officer & Director, Cutera, Inc.*

Thanks. Great.

**Greg Barker**
*Vice President-Financial Planning & Analysis, Cutera, Inc.*

Great.

**David H. Mowry**
*Chief Executive Officer & Director, Cutera, Inc.*

Thank you very much.

**Greg Barker**
*Vice President-Financial Planning & Analysis, Cutera, Inc.*

Thanks, Matt.

**David H. Mowry**
*Chief Executive Officer & Director, Cutera, Inc.*

Thanks, Matt.

**Matthew O'Brien**
*Analyst, Piper Sandler & Co.*

Thanks, Dave.

Disclaimer
The information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete or error-free statement or summary of the available data. As such, we do not warrant, endorse or guarantee the completeness, accuracy, integrity, or timeliness of the information. You must evaluate, and bear all risks associated with, the use of any information provided hereunder, including any reliance on the accuracy, completeness, safety or usefulness of such information. This information is not intended to be used as the primary basis of investment decisions. It should not be construed as advice designed to meet the particular investment needs of any investor. This report is published solely for information purposes, and is not to be construed as financial or other advice or as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Any information expressed herein on this date is subject to change without notice. Any opinions or assertions contained in this information do not represent the opinions or beliefs of FactSet CallStreet, LLC. FactSet CallStreet, LLC, or one or more of its employees, including the writer of this report, may have a position in any of the securities discussed herein.

THE INFORMATION PROVIDED TO YOU HEREUNDER IS PROVIDED "AS IS," AND TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, FactSet CallStreet, LLC AND ITS LICENSORS, BUSINESS ASSOCIATES AND SUPPLIERS DISCLAIM ALL WARRANTIES WITH RESPECT TO THE SAME, EXPRESS, IMPLIED AND STATUTORY, INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, ACCURACY, COMPLETENESS, AND NON-INFRINGEMENT. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, NEITHER FACTSET CALLSTREET, LLC NOR ITS OFFICERS, MEMBERS, DIRECTORS, PARTNERS, AFFILIATES, BUSINESS ASSOCIATES, LICENSORS OR SUPPLIERS WILL BE LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL OR PUNITIVE DAMAGES, INCLUDING WITHOUT LIMITATION DAMAGES FOR LOST PROFITS OR REVENUES, GOODWILL, WORK STOPPAGE, SECURITY BREACHES, VIRUSES, COMPUTER FAILURE OR MALFUNCTION, USE, DATA OR OTHER INTANGIBLE LOSSES OR COMMERCIAL DAMAGES, EVEN IF ANY OF SUCH PARTIES IS ADVISED OF THE POSSIBILITY OF SUCH LOSSES, ARISING UNDER OR IN CONNECTION WITH THE INFORMATION PROVIDED HEREIN OR ANY OTHER SUBJECT MATTER HEREOF.

The contents and appearance of this report are Copyrighted FactSet CallStreet, LLC 2023 CallStreet and FactSet CallStreet, LLC are trademarks and service marks of FactSet CallStreet, LLC. All other trademarks mentioned are trademarks of their respective companies. All rights reserved.

# EXHIBIT K

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, DC 20549**

# FORM 8-K

**CURRENT REPORT**
**Pursuant to Section 13 or 15(d) of**
**the Securities Exchange Act of 1934**

February 28, 2023

Date of Report (date of earliest event reported)



# Cutera, Inc.

**(Exact name of Registrant as specified in its charter)**

| **Delaware** | **000-50644** | **77-0492262** |
|:---:|:---:|:---:|
| **(State or other jurisdiction of incorporation)** | **(Commission File Number)** | **(I.R.S. Employer Identification Number)** |

**3240 Bayshore Blvd.**
**Brisbane, California 94005**
**(Address of principal executive offices)**

**(415) 657-5500**
**(Registrant's telephone number, including area code)**

**N/A**
**(Former name or former address, if changed since last report)**

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (see General Instruction A.2. below):

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c)

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|:---:|:---:|:---:|
| Common Stock ($0.001 par value) | CUTR | The NASDAQ Stock Market, LLC |

Indicate by check mark whether the registrant is an emerging growth company as defined in as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company  ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Item 2.02.     Results of Operations and Financial Condition.**

On February 28, 2023, Cutera, Inc. ("Cutera" or the "Company") issued a press release announcing its financial results for the fourth quarter and full-year ended December 31, 2022. Cutera hereby incorporates by reference herein the information set forth in its press release dated February 28, 2023, a copy of which is attached hereto as Exhibit 99.1. Except as otherwise provided in the press release, the press release speaks only as of the date of such press release and it shall not create any implication that the affairs of Cutera have continued unchanged since such date.

The Company will host a conference call for interested parties commencing Tuesday, February 28, 2023 at 1:30 p.m. PDT (4:30 p.m. EDT), during which the Company will discuss the financial results. To participate in the conference call, dial 1-800-319-4610 (domestic) or +1-631-891-4304 (international). The conference call will be also available to interested parties through a live audio webcast and accessible through the Investor Relations section of the Cutera corporate website at www.cutera.com.

The information provided pursuant to this Item 2.02 is to be considered "furnished" pursuant to Item 2.02 of Form 8-K and shall not be deemed to be "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended, or otherwise subject to the liabilities of that Section or Sections 11 and 12(a)(2) of the Securities Act of 1933, as amended, nor shall it be deemed incorporated by reference into any of Cutera's reports or filings with the Securities and Exchange Commission, whether made before or after the date hereof, except as expressly set forth by specific reference in such report or filing.

Except for the historical information contained in this report, the statements made by Cutera are forward-looking statements that involve risks and uncertainties. All such statements are subject to the safe harbor created by the Private Securities Litigation Reform Act of 1995. Cutera's future financial performance could differ significantly from the expectations of management and from results expressed or implied in the press release. Please refer to the last paragraph of the text portion of the press release for further discussion about forward-looking statements. For further information on risk factors, please refer to "Risk Factors" contained in Cutera's most recently filed Form 10-K and its subsequent filings with the Securities and Exchange Commission, as well as in the press release attached as Exhibit 99.1 hereto. Cutera disclaims any obligation or duty to update or modify these forward-looking statements.

**Item 9.01.  Financial Statements and Exhibits.**

**(d)      Exhibits.**

| Exhibit No. | Description |
|---|---|
| 99.1 | Press Release of Cutera, Inc. dated as of February 28, 2023. |
| 104 | Cover Page Interactive Data File (embedded within the Inline XBRL document) |

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

CUTERA, INC.

Date: February 28, 2023                                                    /s/ *ROHAN SETH*

Rohan Seth
Chief Financial Officer

**Exhibit 99.1**



## Cutera Announces Fourth Quarter and Full-Year 2022 Financial Results along with 2023 Outlook

*Full-year 2022 revenue of $252.4 million, growing 16% in constant currency*

*Placed greater than 600 AviClear devices during 2022, and generated $4.5M in AviClear revenue in 2022*

*Full-year 2023 revenue outlook of $277 million to $292 million, implying 10% to 16% constant currency growth*

BRISBANE, California, February 28, 2023 ─ Cutera, Inc. (Nasdaq: CUTR) ("Cutera" or the "Company"), a leading provider of aesthetic and dermatology solutions, today reported financial results for the fourth quarter and full-year ended December 31, 2022.

**Fourth Quarter 2022 Financial and Operational Highlights**

- Consolidated revenue of $67.4 million driven by AviClear treatment revenue and strength in Skincare, an increase of 3% as reported and 10% in constant currency from the prior-year period.

- During Q4 2022, the Company generated $3.2 million in AviClear revenue, consisting of treatment revenue and device license fees.

- Strong Skincare revenue of $11.8 million in the quarter, an increase of 10% as reported and 37% in constant currency over 4Q 2021.

- During Q4 2022, the company had consumable product revenues of $4.2 million, a drop off of nearly 18% in constant currency over the prior year, as Key Account Managers (KAMs) were engaged with the account onboarding activities associated with the over-performance of AviClear placements.

- GAAP Gross margin of 57.5% in the quarter, compared to 58.2% in the prior-year period.

    ◦ In constant currency terms, Q4 2022 GAAP Gross Margin was 59.8% and non-GAAP Gross Margin was 61.5%.

- GAAP Operating expenses were $44.3 million in the quarter, compared to $40.2 million in the prior-year period. Operating expenses during the period included $7.6 million in AviClear spending and $1.5 million in ERP implementation expenses.

- GAAP Net loss was $7.8 million, compared to a Net loss of $3.9 million in the prior-year period.

- Adjusted EBITDA was $0.2 million, compared to $4.3 million in the prior-year period.

    ◦ Core adjusted EBITDA was $4.7 million as reported and $8.2 million in constant currency.

    ◦ AviClear adjusted EBITDA was a loss of $4.4 million and a loss of $4.5 million in constant currency.

**Full-Year 2022 Financial and Operational Highlights**

- Consolidated revenue of $252.4 million, an increase of 9% as reported and 16% in constant currency from the prior year period, driven by capital equipment, consumable product demand, and the launch of AviClear.

- Cumulative AviClear placements exceeded 600 units exiting 2022

    ◦ Despite device installation, staff training, and account onboarding backlogs, AviClear generated $4.5 million in revenue for the full-year 2022

- GAAP Gross margin of 55.4%, compared to 57.6% in the prior-year period.

- ◦ In constant currency terms, GAAP Gross Margin was 57.4% for the full year.

- • GAAP Operating expenses were $178.0 million, compared to $131.3 million in the prior year period. Full-year operating expenses included $30.0 million in AviClear spending and $9.2 million in ERP implementation expenses.

- • GAAP Net loss was $82.3 million, inclusive of a non-recurring charge of $34.4 million for the extinguishment of 50% of the 2026 convertible notes, compared to a Net profit of $2.1 million in the prior-year period.

- • Adjusted EBITDA was a loss of $7.2 million, compared to income of $20.7 million in the prior-year period.

  - ◦ Core adjusted EBITDA was a gain of $20.9 million as reported and $31.5 million in constant currency.

  - ◦ AviClear adjusted EBITDA was a loss of $28.0 million and a loss of $28.1 million in constant currency.

| Key Revenue Metrics | Three Months Ended December 31, 2022 | % Change 2022 Vs 2021 | Constant Currency |
|---|---|---|---|
| **Capital Equipment** | **$ 42.5** | **-2 %** | **1 %** |
| Skincare | $ 11.8 | 10 % | 37 % |
| Consumables | $ 4.2 | -22 % | -18 % |
| Service | $ 5.8 | -4 % | 2 % |
| AviClear | $ 3.2 | N/A | N/A |
| **Recurring** | **$ 24.9** | **13 %** | **29 %** |
| **Total Revenue** | **$ 67.4** | **3 %** | **10 %** |

| Key Profit Metrics | Three Months Ended December 31, 2022 | Constant Currency |
|---|---|---|
| *GAAP Gross Margin %* | 57.5% | 59.8% |
| *Non-GAAP Gross Margin %* | 59.4% | 61.5% |
| Adjusted EBITDA – Core | $ 4.7 | $ 8.2 |
| Adjusted EBITDA – AviClear | $ (4.4) | $ (4.5) |
| Adjusted EBITDA-Total | $ 0.2 | $ 3.7 |
| *Adjusted EBITDA Gross Margin %* | 0.4 % | 5.1% |

| Key Revenue Metrics | Twelve Months Ended December 31, 2022 | % Change 2022 Vs 2021 | Constant Currency |
|---|---|---|---|
| **Capital Equipment** | **$ 163.6** | **17 %** | **21 %** |
| Skincare | $ 42.5 | -14 % | 1 % |
| Consumables | $ 18.2 | 11 % | 16 % |
| Service | $ 23.6 | -8 % | -3 % |
| AviClear | $ 4.5 | N/A | N/A |
| **Recurring** | **$ 88.8** | **-3 %** | **8 %** |
| **Total Revenue** | **$ 252.4** | **9 %** | **16 %** |

| Key Profit Metrics | Twelve Months Ended December 31, 2022 | Constant Currency |
|---|---|---|
| *GAAP Gross Margin %* | 55.4% | 57.4% |
| *Non-GAAP Gross Margin %* | 56.6% | 58.5% |
| Adjusted EBITDA – Core | $ 20.9 | $ 31.5 |
| Adjusted EBITDA – AviClear | $ (28.0) | $ (28.1) |
| Adjusted EBITDA-Total | $ (7.2) | $ 3.4 |
| *Adjusted EBITDA Gross Margin %* | -2.8 % | 1.3 % |

*"2022 was a year to be remembered for Cutera, as the sales teams delivered mid-teens full-year growth on a constant currency basis in the face of global macro-economic pressures. Meanwhile, we successfully launched and scaled operations for AviClear, our first-to-market revolutionary laser device for the treatment of acne. In just three quarters since our North American introduction we have begun to see green shoots of the financial profile transformation we envision with the application of our novel AviClear business model." commented Dave Mowry, Chief Executive Officer of Cutera, Inc.*

*Mowry continued, "Looking back over fourth quarter 2022 AviClear results, I was especially pleased to see the broad acceptance and significant ramp of AviClear bookings in the period. Our focus on leading with clinical results; supporting practice expansion; and delivering improved patient outcomes with reduced patient risk profile is resonating with the dermatologists as market demand outpaced expectations and our ability to fulfill it, at least in the short-term. We intend to continue our efforts to place the customer at the center of our partnership approach, as illustrated by the recent introduction of the AviClear Rewards customer loyalty program which tightly aligns our interests with those of our customers. This program will unlock even greater practice profitability with increased treatments. Additionally, practices owners will be able to leverage their AviClear patient volumes to access cooperative marketing dollars to promote their practice as well as our AviClear procedure."*

**2023 Outlook**

The company expects full-year 2023 revenue in the range of $277 million to $292 million, implying 10% to 16% constant currency growth over the prior year. The company also expects adjusted EBITDA to be in the low single-digit millions of dollars with consistent, sequential improvement as we progress through the year. Finally, the company anticipates steady placements of the AviClear device each quarter at a rate between 200 – 300 units per quarter over the course of 2023.

**Conference Call**

The Company's management will host a conference call to discuss these results and related matters today at 1:30 p.m. PT (4:30 p.m. ET). Participating in the call will be Dave Mowry, Chief Executive Officer, and Rohan Seth, Chief Financial Officer.

To participate in the conference call, dial 1-800-319-4610 (domestic) or + 1-631-891-4304 (international).

The call will also be a webcast and can be accessed from the Investor Relations section of Cutera's website at http://www.cutera.com/. The webcast replay of the call will be available at the same site approximately one hour after the end of the call.

**About Cutera, Inc.**

Brisbane, California-based Cutera is a leading provider of aesthetic and dermatology solutions for practitioners worldwide. Since 1998, Cutera has been developing innovative, easy-to-use products that harness the power of science and nature to enable medical practitioners to offer safe and effective treatments to their patients. For more information, call +1-415-657-5500 or 1-888-4CUTERA or visit www.cutera.com.

*\*Use of Non-GAAP Financial Measures*

*In this press release, to supplement the Company's condensed consolidated financial statements presented in accordance with Generally Accepted Accounting Principles, or GAAP, management has disclosed certain non-GAAP financial measures for gross margin, gross margin rate, and operating income. Non-GAAP adjustments include stock-based compensation, depreciation and amortization including contract acquisition costs, executive and other non-recurring severance costs, enterprise resource planning ("ERP") implementation costs, and certain legal and litigation costs. From time to time in the future, there may be other items that we may exclude if the Company believes that doing so is consistent with the goal of providing useful information to investors and management. The Company has provided a reconciliation of each non-GAAP financial measure used in this earnings release to the most directly comparable GAAP financial measure.*

*The Company defines adjusted EBITDA as operating income before depreciation and amortization, stock-based compensation, executive and non-recurring severance costs, ERP implementation costs, and costs related to a specific litigation.*

*Company management uses non-GAAP measurements as aids in monitoring the Company's ongoing financial performance from quarter to quarter, and year to year, regularly and for benchmarking against other similar companies. Non-GAAP financial measures used by the Company may be calculated differently from, and therefore may not be comparable to, similarly titled measures used by other companies. These non-GAAP financial measures should be considered along with, but not as alternatives to, the operating performance measure as prescribed by GAAP. Non-GAAP financial measures for the statement of operations and net income per share exclude the following:*

***Stock-based compensation.*** *The Company has excluded the effect of stock-based compensation expenses in calculating its non-GAAP operating expenses and net income measures. Although stock-based compensation is a key incentive offered to the Company's employees, the Company continues to evaluate its business performance excluding stock-based compensation expenses. The Company records stock-based compensation expenses related to grants of options, employee stock purchase plans, and performance and restricted stock. Depending upon the size, timing, and terms of the grants, this expense may vary significantly but will recur in future periods. The Company believes that excluding stock-based compensation better allows for comparisons to its peer companies;*

***Depreciation and amortization, including contract acquisition costs.*** *The Company has excluded depreciation and amortization expense in calculating its non-GAAP operating expenses and net income measures. Depreciation and amortization are non-cash charges to current operations;*

***Executive and other non-recurring severance costs.*** *We have excluded costs associated with restructuring activities and the separation of our officers and other executives in calculating our non-GAAP operating expenses and non-GAAP Operating Income. We have excluded restructuring costs because a restructuring represents a discrete event that signifies a change in our strategy, but its costs are not indicative of the ongoing financial performance of our business. We exclude executive separation costs because executive separations are unpredictable and not part of our business strategy but could have a significant impact on the results of operation;*

***ERP implementation costs.*** *We have excluded ERP system costs related to direct and incremental costs incurred in connection with our multi-phase implementation of a new ERP solution and the related technology infrastructure costs. We exclude these costs because we believe that these items do not reflect future operating expenses and will be inconsistent in amounts and frequency making it difficult to contribute to a meaningful evaluation of our operating performance; and*

***Certain legal and litigation costs.*** *We have excluded costs incurred related to our litigation against Lutronic Aesthetics, which is not part of our ordinary course of business. Our complaint against Lutronic alleges misappropriation of trade secrets, violation of the Racketeer Influenced and Corrupt Organizations Act (RICO), interference with contractual relations and other claims. We exclude these costs because this litigation is a result of a discrete event that was not part of our business strategy but has a significant effect on the results of operations. Its costs are incidental to and do not reflect the efficiencies and effectiveness of our core operations.*

*The Company believes that excluding all of the items above allows users of its financial statements to better review and assess both current and historical results of operations.*

<u>*Safe Harbor Statement*</u>
*Certain statements in this press release, other than purely historical information, are "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995, Section 27A of the Securities Act, and Section 21E of the Securities Exchange Act of 1934, as amended (the "Exchange Act"). These statements include but are not limited to, Cutera's plans, objectives, strategies, financial performance and outlook, product launches and performance, trends, prospects, or future events and involve known and unknown risks that are difficult to predict. As a result, the Company's actual financial results, performance, achievements, or prospects may differ materially from those expressed or implied by these forward-looking statements. In some cases, you can identify forward-looking statements by the use of words such as "may," "could," "seek," "guidance," "predict," "potential," "likely," "believe," "will," "should," "expect," "anticipate," "estimate," "plan," "intend," "forecast," "foresee" or variations of these terms and similar expressions or the negative of these terms or similar expressions. Forward-looking statements are based on management's current, preliminary expectations and are subject to risks and uncertainties, which may cause Cutera's actual results to differ materially from the statements contained herein. These statements are not guarantees of future performance, and stockholders should not place undue reliance on forward-looking statements. There are several risks, uncertainties, and other important factors, many of which are beyond the Company's control, that could cause its actual results to differ materially from the forward-looking statements contained in this press release, including those described in the "Risk Factors" section of Annual Reports on Form 10-K, Quarterly Reports on Form 10-Q, Current Reports on Form 8-K, the Registration Statement on Form S-8 and other documents filed from time to time with the United States Securities and Exchange Commission by Cutera.*

*All information in this press release is as of the date of its release. Accordingly, undue reliance should not be placed on forward-looking statements. Cutera undertakes no obligation to update publicly any forward-looking statements to reflect new information, events, or circumstances after the date they were made, or to reflect the occurrence of unanticipated events. If the Company updates one or more forward-looking statements, no inference should be drawn that it will make additional updates concerning those or other forward-looking statements. Cutera's financial performance for the fourth quarter and full-year ended December 31, 2022, as discussed in this release, is preliminary and unaudited, and subject to adjustment.*

**Cutera, Inc.**
Greg Barker
VP, Corporate FP&A
415-657-5500
IR@cutera.com

**CUTERA, INC.**
**CONDENSED CONSOLIDATED BALANCE SHEETS**
**(in thousands)**
**(unaudited)**

|  | December 31, 2022 | December 31, 2021 |
|---|---|---|
| **Assets** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 145,924 | $ 164,164 |
| Marketable investments | 171,390 | — |
| Accounts receivable, net | 45,562 | 31,449 |
| Inventories, net | 63,628 | 39,503 |
| Other current assets and prepaid expenses | 24,036 | 14,545 |
| Restricted cash | 700 | — |
| Total current assets | 451,240 | 249,661 |
| | | |
| Property and equipment, net | 40,368 | 3,019 |
| Deferred tax assets | 590 | 778 |
| Goodwill | 1,339 | 1,339 |
| Operating lease right-of-use assets | 12,831 | 14,627 |
| Other long-term assets | 14,620 | 10,169 |
| Restricted cash | — | 700 |
| Total assets | $ 520,988 | $ 280,293 |
| | | |
| **Liabilities and Stockholders' Equity (Deficit)** | | |
| Current liabilities: | | |
| Accounts payable | $ 33,736 | $ 7,891 |
| Accrued liabilities | 57,452 | 54,100 |
| Operating leases liabilities | 2,810 | 2,419 |
| Deferred revenue | 11,841 | 9,490 |
| Total current liabilities | 105,839 | 73,900 |
| | | |
| Deferred revenue, net of current portion | 1,657 | 1,335 |
| Operating lease liabilities, net of current portion | 11,352 | 13,483 |
| Convertible notes, net of unamortized debt issuance costs | 416,459 | 134,243 |
| Other long-term liabilities | 862 | 763 |
| Total liabilities | 536,169 | 223,724 |
| | | |
| Stockholders' equity (deficit): | | |
| Common stock | 20 | 18 |
| Additional paid-in capital | 125,406 | 114,724 |
| Accumulated other comprehensive loss | (94) | — |
| Accumulated deficit | (140,513) | (58,173) |
| Total stockholders' equity (deficit) | (15,181) | 56,569 |
| Total liabilities and stockholders' equity (deficit) | $ 520,988 | $ 280,293 |

**CUTERA, INC.**
**CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS**
**(in thousands, except per share data)**
**(unaudited)**

| | Three Months Ended | | Twelve Months Ended | |
| --- | --- | --- | --- | --- |
| | December 31, 2022 | December 31, 2021 | December 31, 2022 | December 31, 2021 |
| Products | $ 61,601 | $ 59,647 | $ 228,796 | $ 205,703 |
| Service | 5,752 | 5,982 | 23,603 | 25,567 |
| Total net revenue | 67,353 | 65,629 | 252,399 | 231,270 |
| | | | | |
| Products | 26,188 | 23,565 | 100,254 | 83,048 |
| Service | 2,416 | 3,883 | 12,316 | 15,117 |
| Total cost of revenue | 28,604 | 27,448 | 112,570 | 98,165 |
| Gross profit | 38,749 | 38,181 | 139,829 | 133,105 |
| *Gross margin %* | *57.5 %* | *58.2 %* | *55.4 %* | *57.6 %* |
| | | | | |
| Operating expenses: | | | | |
| Sales and marketing | 28,514 | 24,094 | 106,947 | 76,762 |
| Research and development | 5,408 | 6,804 | 25,155 | 21,568 |
| General and administrative | 10,363 | 9,312 | 45,917 | 32,945 |
| Total operating expenses | 44,285 | 40,210 | 178,019 | 131,275 |
| Income (loss) from operations | (5,536) | (2,029) | (38,190) | 1,830 |
| Interest and other income (expense), net | | | | |
| Amortization of debt issuance costs | (438) | (218) | (1,355) | (710) |
| Interest on convertible notes | (1,992) | (777) | (5,658) | (2,514) |
| Loss on extinguishment of convertible notes | — | — | (34,423) | — |
| Gain on extinguishment of PPP loan | — | — | — | 7,185 |
| Interest income (expense), net | 1,535 | (57) | 2,600 | (561) |
| Other expense, net | (593) | (373) | (3,676) | (1,845) |
| Income (loss) before income taxes | (7,024) | (3,454) | (80,702) | 3,385 |
| Income tax provision | 764 | 481 | 1,638 | 1,323 |
| Net income (loss) | $ (7,788) | $ (3,935) | $ (82,340) | $ 2,062 |
| | | | | |
| Net income (loss) per share: | | | | |
| Basic | $ (0.40) | $ (0.22) | $ (4.39) | $ 0.12 |
| Diluted | $ (0.40) | $ (0.22) | $ (4.39) | $ 0.11 |
| | | | | |
| Weighted-average number of shares used in per share calculations: | | | | |
| Basic | 19,642 | 17,980 | 18,747 | 17,891 |
| Diluted | 19,642 | 17,980 | 18,747 | 18,362 |

**CUTERA, INC.**
**CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS**
**(in thousands)**
**(unaudited)**

| | Three Months Ended | | Twelve Months Ended | |
|---|---|---|---|---|
| | December 31, 2022 | December 31, 2021 | December 31, 2022 | December 31, 2021 |
| **Cash flows from operating activities:** | | | | |
| Net income (loss) | $ (7,788) | $ (3,935) | $ (82,340) | $ 2,062 |
| Adjustments to reconcile net income (loss) to net cash used in operating activities: | | | | |
| Stock-based compensation | 1,379 | 4,665 | 14,400 | 13,172 |
| Depreciation and amortization | 1,018 | 330 | 2,621 | 1,344 |
| Amortization of contract acquisition costs | 1,385 | 427 | 3,200 | 1,857 |
| Amortization of debt issuance costs | 438 | 218 | 1,355 | 710 |
| Unrealized loss on foreign exchange forward | 850 | — | 558 | — |
| Impairment of capitalized cloud computing costs | — | — | — | 182 |
| Change in deferred tax assets | 36 | (189) | 188 | (135) |
| Provision for excess and obsolete inventories | (1,416) | 298 | (1,306) | 1,037 |
| Provision for credit losses | 1,110 | (14) | 1,787 | 87 |
| Loss on sale of property and equipment | 82 | — | 168 | — |
| PPP loan forgiveness | — | — | — | (7,185) |
| Change in right-of-use asset | 677 | 611 | 2,653 | 2,292 |
| Loss on extinguishment of convertible notes | — | — | 34,423 | — |
| Other | — | 46 | — | 1 |
| Changes in assets and liabilities: | | | | |
| Accounts receivable | (10,796) | (675) | (15,900) | (9,574) |
| Inventories | (6,274) | (4,308) | (34,999) | (11,973) |
| Other current assets and prepaid expenses | (1,214) | (1,195) | (10,049) | (5,766) |
| Other long-term assets | (4,447) | (3,641) | (8,091) | (7,128) |
| Accounts payable | 537 | 632 | 20,979 | 1,207 |
| Accrued liabilities | 6,966 | 9,826 | 3,282 | 21,608 |
| Operating lease liabilities | (667) | (578) | (2,597) | (2,151) |
| Deferred revenue | 1,097 | 145 | 2,673 | (412) |
| Net cash provided by (used in) operating activities | (17,027) | 2,663 | (66,995) | 1,235 |
| | | | | |
| **Cash flows from investing activities:** | | | | |
| Acquisition of property, equipment and software | (8,591) | (633) | (22,698) | (1,015) |
| Disposal of property and equipment | — | — | — | 71 |
| Purchase of marketable and long-term investments | 111,000 | — | 158,000 | — |
| Purchase of marketable investments | (77,202) | — | (329,484) | — |
| Net cash provided by (used in) investing activities | 25,207 | (633) | (194,182) | (944) |
| | | | | |
| **Cash flows from financing activities:** | | | | |
| Proceeds from exercise of stock options and employee stock purchase plan | 1,036 | 709 | 2,723 | 2,765 |
| Purchase of capped call | (25,009) | — | (56,680) | (16,134) |
| Payment of issuance costs of capped call | — | — | (352) | — |
| Proceeds from issuance of convertible notes | 120,000 | — | 360,000 | 138,250 |
| Payment of issuance costs of convertible notes | (3,600) | — | (11,202) | (4,717) |
| Extinguishment of convertible notes | — | — | (45,776) | — |
| Taxes paid related to net share settlement of equity awards | (436) | (213) | (5,256) | (2,176) |
| Payments on finance lease obligations | (127) | (148) | (520) | (462) |
| Net cash provided by financing activities | 91,864 | 348 | 242,937 | 117,526 |
| | | | | |
| Net increase (decrease) in cash, cash equivalents and restricted cash | 100,044 | 2,378 | (18,240) | 117,817 |
| Cash, cash equivalents, and restricted cash at beginning of period | 46,580 | 162,486 | 164,864 | 47,047 |
| Cash, cash equivalents, and restricted cash at end of period | $ 146,624 | $ 164,864 | $ 146,624 | $ 164,864 |

**CUTERA, INC.**
**CONSOLIDATED FINANCIAL HIGHLIGHTS**
**(in thousands, except percentage data)**
**(unaudited)**

| | Three Months Ended | | % Change | Twelve Months Ended | | % Change |
|---|---|---|---|---|---|---|
| | December 31, 2022 | December 31, 2021 | 2022 Vs 2021 | December 31, 2022 | December 31, 2021 | 2022 Vs 2021 |
| **Revenue By Geography:** | | | | | | |
| North America | $ 34,076 | $ 35,827 | -4.9 % | $ 128,426 | $ 111,621 | +15.1 % |
| Japan | 16,980 | 16,924 | +0.3 % | 64,920 | 70,235 | -7.6 % |
| Rest of World | 16,297 | 12,878 | +26.5 % | 59,053 | 49,414 | +19.5 % |
| *Total Net Revenue* | $ 67,353 | $ 65,629 | +2.6 % | $ 252,399 | $ 231,270 | +9.1 % |
| *International as a percentage of total revenue* | 49.4 % | 45.4 % | | 49.1 % | 51.7 % | |
| | | | | | | |
| **Revenue By Product Category:** | | | | | | |
| Systems | | | | | | |
| – North America | $ 25,047 | $ 28,747 | -12.9 % | $ 98,345 | $ 86,100 | +14.2 % |
| – Rest of World (including Japan) | 17,438 | 14,807 | +17.8 % | 65,292 | 53,533 | +22.0 % |
| *Total Systems* | 42,485 | 43,554 | -2.5 % | 163,637 | 139,633 | +17.2 % |
| AviClear | 3,165 | — | N/A | 4,456 | — | N/A |
| Consumables | 4,174 | 5,361 | -22.1 % | 18,203 | 16,401 | +11.0 % |
| Skincare | 11,777 | 10,732 | +9.7 % | 42,500 | 49,669 | -14.4 % |
| *Total Products* | 61,601 | 59,647 | +3.3 % | 228,796 | 205,703 | +11.2 % |
| Service | 5,752 | 5,982 | -3.8 % | 23,603 | 25,567 | -7.7 % |
| *Total Net Revenue* | $ 67,353 | $ 65,629 | +2.6 % | $ 252,399 | $ 231,270 | +9.1 % |

| | Three Months Ended | | Twelve Months Ended | |
|---|---|---|---|---|
| | December 31, 2022 | December 31, 2021 | December 31, 2022 | December 31, 2021 |
| **Pre-tax Stock-Based Compensation Expense:** | | | | |
| Cost of revenue | $ 235 | $ 500 | $ 1,665 | $ 1,408 |
| Sales and marketing | 1,143 | 1,206 | 4,998 | 3,160 |
| Research and development | (108) | 1,156 | 2,405 | 2,784 |
| General and administrative | 109 | 1,803 | 5,332 | 5,820 |
| | $ 1,379 | $ 4,665 | $ 14,400 | $ 13,172 |

**CUTERA, INC.**
**RECONCILIATION OF GAAP CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS**
**TO  NON-GAAP CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS**
**(in thousands, except per share data)**
**(unaudited)**

| | Three Months Ended December 31, 2022 | | |
| --- | --- | --- | --- |
| | Gross Profit | Gross Margin | Operating Income |
| Reported | $ 38,749 | 57.5 % | $ (5,536) |
| Adjustments: | | | |
| Depreciation and amortization including contract acquisition costs | 997 | 1.5 % | 2,479 |
| Stock-based compensation | 235 | 0.3 % | 1,379 |
| ERP implementation cost | — | — | 1,498 |
| Legal - Lutronic | — | — | 222 |
| Severance | — | — | 200 |
| Other adjustments | — | — | — |
| Total adjustments | 1,232 | 1.8 % | 5,778 |
| Adjusted | $ 39,981 | 59.4 % | $ 242 |

**CUTERA, INC.**
**RECONCILIATION OF GAAP CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS**
**TO  NON-GAAP CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS**
**(in thousands, except per share data)**
**(unaudited)**

| | Three Months Ended December 31, 2021 | | |
| --- | --- | --- | --- |
| | Gross Profit | Gross Margin | Operating Income |
| Reported | $ 38,181 | 58.2 % | $ (2,029) |
| Adjustments: | | | |
| Depreciation and amortization including contract acquisition costs | 94 | 0.1 % | 740 |
| Stock-based compensation | 500 | 0.8 % | 4,665 |
| ERP implementation cost | — | — | 711 |
| Legal - Lutronic | — | — | 222 |
| Severance | — | — | — |
| Other adjustments | — | — | — |
| Total adjustments | 594 | 0.9 % | 6,338 |
| Adjusted | $ 38,775 | 59.1 % | $ 4,309 |

**CUTERA, INC.**
**RECONCILIATION OF GAAP CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS**
**TO  NON-GAAP CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS**
**(in thousands, except per share data)**
**(unaudited)**

| | Twelve Months Ended December 31, 2022 | | |
| --- | --- | --- | --- |
| | Gross Profit | Gross Margin | Operating Income |
| Reported | $ 139,829 | 55.4 % | $ (38,190) |
| Adjustments: | | | |
| Depreciation and amortization including contract acquisition costs | 1,593 | 0.6 % | 5,821 |
| Stock-based compensation | 1,665 | 0.7 % | 14,400 |
| ERP implementation cost | — | — | 9,210 |
| Legal - Lutronic | — | — | 1,284 |
| Severance | 26 | — | 615 |
| Other adjustments | (290) | (0.1)% | (290) |
| Total adjustments | 2,994 | 1.2 % | 31,040 |
| Adjusted | $ 142,823 | 56.6 % | $ (7,150) |

**CUTERA, INC.**
**RECONCILIATION OF GAAP CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS**
**TO  NON-GAAP CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS**
**(in thousands, except per share data)**
**(unaudited)**

| | Twelve Months Ended December 31, 2021 | | |
|---|---|---|---|
| | Gross Profit | Gross Margin | Operating Income |
| Reported | $ 133,105 | 57.6 % | $ 1,830 |
| Adjustments: | | | |
| Depreciation and amortization including contract acquisition costs | 526 | 0.2 % | 3,188 |
| Stock-based compensation | 1,408 | 0.6 % | 13,172 |
| ERP implementation cost | — | — | 1,498 |
| Legal - Lutronic | — | — | 1,201 |
| Severance | — | — | 638 |
| Other adjustments | (791) | (0.4)% | (791) |
| Total adjustments | 1,143 | 0.4 % | 18,906 |
| Adjusted | $ 134,248 | 58.0 % | $ 20,736 |

# EXHIBIT L

Cutera Inc (CUTR US Equity)

2023-02-28

# Q4 2022 Earnings Call

## Company Participants

- David H. Mowry, Chief Executive Officer
- Rohan Seth, Chief Financial Officer

## Other Participants

- Analyst
- Anthony Debbie, Maxim Group
- George Sellers, Stephens Inc.
- Jonathan Block, Stifel
- Jonathan David Block, Stifel
- Malgorzata Maria Kaczor Andrew, William Blair

## Presentation

### Operator

Thank you for standing by. This is the conference operator. Welcome to the Cutera Inc Fourth Quarter 2022 Results Conference Call. As a reminder, all participants are in listen-only mode and the conference is being recorded. After the presentation, there will be an opportunity to ask questions. (Operator Instructions)

The discussion today includes forward-looking statements. These forward-looking statements reflect management's current forecast or expectation of current aspects of the company's future business, including, but not limited to, any financial guidance provided for modeling purposes.

Forward-looking statements are based on current information that is, by its nature, dynamic and subject to change. Forward-looking statements include, among others, statements regarding financial guidance, regulatory approvals, productivity improvements and plans to introduce new products and expand into additional geographies. For words that identify forward-looking statements we encourage you to refer to the Safe Harbor statement in our press release earlier today.

All forward-looking statements are subject to risks and uncertainties, including those risk factors described in the section entitled Risk Factors in our Form 10-K as filed with the Securities and Exchange Commission and updated in our Form 10-Q subsequently filed. Cutera also cautions you not to place undue reliance on forward-looking statements, which speak only as of the date they are made. Cutera undertakes no obligation to update publicly any forward-looking statements to reflect new information, events or circumstances or to reflect the occurrence of a

unanticipated events. Future results may differ materially from management's current expectations.

In addition, -- we will discuss non-GAAP financial measures, including results on an adjusted basis. We believe these financial measures can facilitate a more complete analysis and greater transparency into Cutera's ongoing results of operations, particularly when comparing underlying results from period to period. Please refer to the reconciliation of GAAP to non-GAAP measures in our earnings release. These non-GAAP financial measures should be considered along with but not as alternatives to the operating performance measures prescribed by GAAP.

With that, I would like to turn the conference over to Dave Mowry, CEO of Cutera. Please go ahead.

## David H. Mowry  {BIO 3021719 <GO>}

Thank you, operator. Good afternoon, and welcome to Cutera's Fourth Quarter and Full Year 2022 Earnings Call. We are glad that you can join us for this update. Rohan Seth, our Chief Financial Officer is joining me on today's call.

During the initial segment of the call, I will provide you with our view on the fourth quarter 2022 performance as well as the underlying market fundamentals and other leading indicators of the health of our business. I will then pass the call to Rohan, who will provide you with greater detail on our financial results for both fourth quarter 2022 and full year 2022 periods. As well as share our initial full year 2023 financial guidance.

Following Rohan's remarks, I will share our thoughts on the year ahead, the financial contributions of the AviClear product and the associated business transformation we anticipate delivering over the course of 2023. Following our prepared remarks, we will turn the call over to the operator, who will then open the call to your questions.

With that being said, let's dive right in. As a starting point for the call, I'd like to put our full year 2022 performance into perspective. During 2022, our team delivered strong top line results with a mid-teens full year constant currency growth across the business with contributions coming from each geography in almost every product category. This performance came in the face of macroeconomic pressures, wavering consumer confidence and material foreign exchange headwinds. Additionally, we successfully brought to market and scaled an innovative first-mover energy-based laser for the treatment of acne, which we believe increases our total addressable market by nearly 2.5-fold.

The AviClear device is and will always be the first FDA-approved device for the treatment of mild, moderate and severe acne across all skin types. Most critically the clinical outcomes in patient safety profile from the signature procedure are unmatched. We remain convinced that this device will indeed change the way that dermatologists see and treat acne.

Finally, we were able to see the green shoots of the financial transformation we intend to deliver through the novel AviClear business model. By approaching the acne market with a unique placement-based approach to AviClear, we have established the true collaboration that tightly aligns our interests with those of the clinicians and practice owners.

In addition to the transformation of our customer relationships, we also expect AviClear to energize top line migration to recurring revenues, expansion of gross margins, increased positive impact on EBITDA, greater linearity in our business, and a significant change in the trajectory of cash generation for Cutera. I will provide additional commentary on the AviClear program later in this discussion.

Turning now to fourth quarter 2022 performance. While revenue was lower than expected, we overachieved our AviClear placement expectations following its full North American launch announced in November of 2022.

Top line shortfall in the period was driven by a miss on the North American core capital equipment sales and to a lesser extent, North American core consumable product sales. Both of which were directly impacted by the extend in volume of AviClear activity in the period as key account managers focused on promoting, placing and supporting the increased customer demand for AviClear. As previously disclosed, we are utilizing the same sales force to place AviClear and sell our core capital equipment.

In fourth quarter 2022, the North American capital team focused its efforts on driving AviClear bookings and perhaps over-index some of their efforts. Following the full North American AviClear launch, strong underlying interest in AviClear quickly converted into customer demand that occupied our sales team throughout November and most of December. The higher-than-anticipated volume of deals diverted much attention away for routine processing of core capital deals and left a significantly shortened time frame to close deals when sales reps finally pivoted back to their core capital pipeline.

Based upon our experience thus far with the AviClear launch, we believe that these efforts spent prospecting and closing AviClear deals would have translated into advancing approximately 100 million to 120 million core capital deals, which we estimate to have resulted in roughly $4 million to $5 million of core capital revenue, some of which may still be recovered over the course of 2023.

We have already taken action to address the root cause of our capital revenue shortfall in fourth quarter 2022. The underlying issues requiring attention are; number one, sales rep activity and monitoring, and number two, sales commission and incentive structures. Following end-of-year close activities, we went to work with the North American sales leadership team to understand these issues. And this has, in turn, resulted in the construction and implementation of an uncapped compensation program that rewards sales performance when it achieves goals in both the core and AviClear segments.

Additionally, we have implemented activity tracking utilizing salesforce.com application to help sales managers ensure that adequate time and attention are being applied by each rep across both segments. While these repairs may seem obvious, these are management oversights, and they do not reflect upon the skills or capabilities of our North American sales force.

As you will hear later in the discussion, the level of AviClear placements in the period confirms the quality and capabilities of this exceptional sales team. Now with data in hand, we are actively reviewing the sales activity at senior levels within the organization with the goal of leveraging this information to improve our sales processes. Meanwhile, our sales managers are delivering a strong accountability message that efforts must be applied across both segments. Additionally, our internal staff is scaling its support to ensure that the capital sales team can remain tightly focused on processing deals with their customers.

Before turning the call over to Rohan, I would like to share our view of the markets as we look ahead to 2023. We believe that some macroeconomic headwinds are indeed present and that these will have an impact on our 2023 results. Nevertheless, we believe that these changes will not be long lasting as underlying market feedback continues to highlight steady patient traffic. Additionally, our routine assessment of activity levels indicates well-booked practice schedules. Reinforcing our confidence in the continued resiliency that we have seen over the past six quarters.

With AviClear now in full launch, we can leverage what we believe to be a more recession-resistant process and procedure to place products into areas that may be more impacted by macroeconomic factors. In the end, we expect to be able to leverage our core products, bolstered by some new product introductions in combination with AviClear to deliver above-market performance for the business.

With that, let me turn the call over to Rohan to provide some additional color on our financial performance and our fiscal year 2023 outlook. Rohan?

## Rohan Seth  {BIO 21910232 <GO>}

Thank you, Dave. As I review my prepared remarks, I want to note that I will be discussing some non-GAAP results. A complete reconciliation of GAAP to non-GAAP is included in our earnings release. We encourage listeners and readers to review our non-GAAP metrics in conjunction with the GAAP results as contained in this earnings release.

Total revenue for the fourth quarter was $67.4 million compared to $65.6 million for the same period in 2021, representing an increase of approximately 3% on an as-reported basis.

During the quarter, we continued to face meaningful foreign currency headwinds and our constant currency revenue growth was approximately 10%. Fourth quarter North American capital equipment revenue of $25 million decreased by 13% over

the prior year. International capital equipment revenue for the fourth quarter was $17.4 million, up 18% as reported and 27% in constant currency from the fourth quarter of 2021.

Recurring revenue defined as our Consumables, Global Service, Skincare and AviClear product lines was $24.9 million in the fourth quarter, up 13% as reported and 29% in constant currency. The increase over the prior year was largely driven by Skincare revenue of $11.8 million, up 10% as reported and 37% in constant currency and the continued ramp of AviClear generating $3.2 million in revenue for the fourth quarter.

This growth was partially offset by a decline in Consumable revenue, which came in at $4.2 million down 22% as reported and 18% on a constant currency basis, driven by our clear account onboarding activities, diverting the attention of our sales team away from core promotional events.

Our service revenue grew slightly at 2% on a constant currency basis. Non-GAAP gross profit for the fourth quarter of fiscal 2022 was $40 million with a gross margin of 59.4%, representing an increase of 30 basis points compared to the same period last year.

Excluding a more than 210 basis point impact from foreign exchange headwinds the non-GAAP gross margin in the fourth quarter would have been 61.5%, an approximately 240 basis point improvement over the prior year. This was particularly impressive given the shortfall in North American capital revenue and highlights the transformation that AviClear is bringing to our business.

Total non-GAAP operating expenses for the fourth quarter of 2022 were $39.7 million compared to $34.5 million for the same period last year. Included within this number are $6.7 million in expenses related to AviClear. Non-GAAP sales and marketing expenses for the fourth quarter of 2022 were $26 million compared to $22.3 million for the same period last year, driven by continued expansion in our sales force, higher commissions and increased travel. Non-GAAP R&D expenses for the fourth quarter of 2022 were $5.5 million, compared to $5.6 million for the same period last year.

Non-GAAP G&A expenses for the fourth quarter of 2022 were $8.3 million compared to $6.6 million in the same period last year, driven by expansion in our head count and an increase in our bad debt reserve due to an increase in aids receivables. This was driven mainly by the same sales force distraction that impacted core capital equipment sales. We expect this to largely be addressed over the next couple of quarters.

For the fourth quarter of 2022, our non-GAAP operating income, which we refer to as adjusted EBITDA (Technical Difficulty)

Turning now to our balance sheet. We ended the quarter with $217.3 million of cash and marketable securities compared to $250.8 million at the end of the third quarter. Driving the $66.5 million sequential increase or $91.4 million of net proceeds from our December convertible debt rate, partially offset by $24.9 million of cash utilization, primarily driven by increased AviClear deployment.

Before I turn the call back over to Dave, I would like to provide you with our outlook for the full year of 2023. We are issuing constant currency revenue guidance of $277 million to $292 million, implying 10% to 16% constant currency growth over the prior year. At current foreign exchange rates, we expect to eclipse these headwinds exiting Q2 '23. We also expect adjusted EBITDA to be in the low single-digit millions with consistent sequential improvement as we progress through 2023.

And we expect to continue to consume cash, primarily in the first half of 2023 as we continue to expand our AviClear footprint in the North American market with a projected cash consumption of $55 million to $65 million, greater than half of which will happen in Q1. By Q4 2023, we expect to achieve cash flow breakeven. As a reminder, our core business historically has consumed cash in Q1 and Q2 of the year.

With that, I will now pass the call back over to Dave.

## David H. Mowry {BIO 3021719 <GO>}

Thank you, Rohan. As noted in our earnings release earlier today, I was especially pleased in the period to see broad product acceptance of the AviClear device as well as the corresponding customer demand, enabling us to accelerate AviClear placements, which exceeded 600 units for 2022. Our team's relentless focus on leading with clinical results, providing increased support for practice adoption and ensuring the delivery of improved patient outcomes in less time with a reduced patient risk profile is indeed resonating within the dermatology markets as well as with patients.

We expect to sustain a placement rate of 200 to 300 AviClear devices per quarter and exit 2023 with greater than 1,500 AviClear devices in our active installed base. As part of our 2023 AviClear plans, we intend to increase our efforts in driving utilization with each practice. To date, we have been prioritizing our efforts on placements to fully leverage the first-mover advantage we created through the execution of our product development, clinical and regulatory functions.

We also recognize that any incremental improvement in utilization applied across our growing installed base, will deliver a profound revenue and profitability impact in the long-term, and we have initiated a coordinated effort to drive patient traffic. These efforts will build over the course of 2023 and 2024 and include indication expansion, continued procedure optimization and an expanded patient outreach and awareness campaign.

The results of AviClear placements and utilization ramp will ultimately lead to higher quality financial contributions. The nature of these contributions will sustain

improvements across key metrics such as an increased mix of recurring revenue, expanded gross margins, increased adjusted EBITDA, greater linearity and visibility in our business, and finally, sustainable positive cash flow exiting 2023. These desired state performance contributions and financial profile transformations are just around the corner as we continue to accelerate our AviClear program.

Now we will open the call to your questions. Operator?

## Questions And Answers

## Operator

(Question And Answer)

Thank you . We'll now begin the question-and-answer session. (Operator Instructions). Our first question is from Jon Block with Stifel. Please go ahead. Jonathan David Block.

## Q - Jonathan David Block {BIO 15122067 <GO>}

Great guys. Thanks. Good afternoon. I'll start with North American capital 4Q '22 David, as you said, it was difficult, you're making changes, right? You're augmenting the sales force, you're changing incentives. I think you have some new capital products, but those are arguably later in the year. So I get that you don't like to give specific quarterly guidance, but considering those changes and again, the new products that I don't think are 1Q events, can you just help us out a little bit directionally on the thoughts of the waiting specific to capital, if you would, for 2023 as much -- as many details you want to provide. And then I'll ask my follow-up.

## A - David H. Mowry {BIO 3021719 <GO>}

Yes. Thanks, Jon. And thank you for the question. Listen, I think the way to be thinking about capital in the first quarter of 2023 is just like every other year, this is generally the seasonally low quarter for capital placement and sales. And I think we would expect to see that again this quarter.

I think that some of the deals that we maybe had in the pipeline may still continue to push through and we may see some artifact of those in the first quarter. But I'm actually thinking those will probably bleed out mostly over the first half and not just the first quarter. I do think that there is some degree of I'll say, macroeconomic perceptions out there that have people hesitant slightly hesitant. But I don't see any telltale signs that we think that patient spending will significantly be off or down.

In fact, our information continues to show good steady patient traffic at the majority of our customers. And we're not seeing anything that suggests that these things are long lasting, but other than maybe just a near-term perception and concern of the customer. So while I think they may create a little bit of a shadow in the first quarter, I think we'll outrun that quickly, in terms of those concerns. And I think over the long-

term, we would expect the capital in 2023 would follow a very similar seasonality than we've seen historically.

## Q - Jonathan David Block {BIO 15122067 <GO>}

Okay. Got it. Very helpful. And maybe just to pivot my second question for AviClear. The system, you said 200 to 300 per quarter is helpful. But not sure if you want to comment on a $30 million-ish revenue number for AviClear for 2023. And any thoughts just on cohort data do? I mean I know these things take a little while at around, but approved in March. And maybe if you look at the 160 systems or so that were placed as of the end of September, how are those ramping from a utilization perspective? How long does it take to really get these things up and running? So really those two items, the revenue number and anything from a cohort perspective that you're willing to comment on?

## A - David H. Mowry {BIO 3021719 <GO>}

Yes. Thanks, John. I think, first of all, it's most important that listeners are aware that depending on where the device placed, it's placed in which type of practice does have some impact on the speed of uptake, number one.

But then secondarily on the sustainability of that volume. What we have seen with med derms, in particular, is a much slower uptake upfront because of practice behaviors, and it's tough to kind of reengineer and rewire the practice for something that doesn't take 7 minutes as I move from room to room in diagnosis. So being able to accept that into the practice takes a little bit more work. That being said, they're also very clinically driven, and they want to see some results before they broadly adopt across their practice.

So we see them slow to adopt further change but they have a lot of patients, and they have the ability that once they get convinced to move to a more greater utilization in the longer term. Contrast that with, we'll say, in aesthetic derm, they may have a couple of patients right now and is willing to maybe be a little bit more aggressive in the placement and use of the device. But they're not actively recruiting or sourcing patients for acne at quite the same rate that the med derm is.

So we see them burning through some patients and then having low periods. So I think each are very different. But to answer your question, we certainly see that the aging of med derms, in particular, leads to higher utilization over an extended period of time of a couple of quarters. And we see that the aesthetic derms, once they get into the habit of recruiting and refilling, if you will, their patient pool, they get to an established run rate as well. And those are both increasing over time.

## Q - Jonathan David Block {BIO 15122067 <GO>}

I'm sorry. And just the $30 million number that I threw out for AviClear, just any thoughts around that?

## A - David H. Mowry {BIO 3021719 <GO>}

FINAL TRANSCRIPT
Cutera Inc (CUTR US Equity)
2023-02-28

I was conveniently avoiding that because we aren't giving AviClear financial guidance. But look, I think there's a number out in the street. And I think we understand what that number is, and I don't think it is overwhelmingly scary to us. However, we know that we have our work cut out for us.

## Q - Jonathan Block  {BIO 15122067 <GO>}

Thanks for the time, guys.

## Operator

The next question is from Margaret Kaczor with William Blair. Please go ahead. The next question is from Margaret Kaczor with William Blair.

## Q - Malgorzata Maria Kaczor Andrew

Hey, good afternoon, everyone. Thanks for taking the question. I wanted to follow-up maybe on the series of adjustments that you guys talked to, both on kind of the capital side as well as on the KAM side, improving quality, lead submission structure, et cetera. So when did those changes get implemented? Can you give us any sense or metrics now that maybe you're a few weeks into these changes, whether you think it's having traction, or is it just going to take a little bit more time given kind of the weight of capital sales to the last month of the quarter?

## A - David H. Mowry  {BIO 3021719 <GO>}

Great. By the way, Margaret, thank you very much for the question. I would start by just saying that there's two different elements that we have put in place. The first is an uncapped commission structure that significantly weighted towards performing well in both the Avi segment as well as the core segment. And I think that's generally going to have an immediate impact and a more dramatic effect on people's use of their time and how they apply themselves over the period.

So I think that's probably a little bit more of an immediate change and probably get rolled out much more effectively in February as we had our national sales meeting. So I think that, that will have the desired effect on time and sharing time.

The other element is actually monitoring time and attention of our sales reps, so that we can actually see what's the outcome and output of different processes, how many calls they're taking, how many meetings they're setting up, et cetera, et cetera. And the intent is not to micromanage reps, but rather notice and identify patterns and coach to best practice, if you will, with that data.

And I think that's going to probably take a little bit more time to coalesce into process improvements and process changes. However, I think what we will see early is just kind of from the halt on effect of a manager looking at what's happening with their rep they'll get probably a little bit more activity on certain areas that they want to have focus. So, while I don't think we're going to see process improvements probably until really towards the end of this quarter, early next quarter, I do think we may see some increased focus and attention being spent nonetheless.

## Q - Malgorzata Maria Kaczor Andrew

Okay. That's helpful. And I guess just to follow-up even further on that point. Obviously, we've seen a big increase in all the accounts that's still increasing a lot this year. So how do you think about the number of sales reps and/or KAMs to make sure that these new Avi accounts and frankly, new Cutera accounts have a good experience? And I don't know if you can give it either in rep numbers or the number of touch points that some of these accounts end up having, anything like that would be useful.

## A - David H. Mowry  {BIO 3021719 <GO>}

Yes. I think this is really interesting to talk about this. Fundamentally, we kind of outpaced ourselves in a little bit in the fourth quarter and early part of first quarter. But you'll notice that we're kind of laying in into in line a sustained rate of future placements. So this is not going to require us to add a significant amount of capital reps, although we'll always have a churn, if you will, for higher performers and better outcomes.

I think what you're going to see is it will require some investment in some of the back-office operations and support for the field such as our field service engineers that do installations, I think we will have to continue to scale our key account managers as we add new accounts and expand their roles. But I think that's where you're going to see the investments. I don't think you're going to see a significant amount of capital reps being added.

But I think you'll see a few added, right? And we'll continue to expand with market growth but I do think there's going to be an opportunity to continue to add great people to the team. And our intent will be to continue to upgrade the team and put the best players on the field.

## Q - Malgorzata Maria Kaczor Andrew

Great. Thank you, guys.

## A - David H. Mowry  {BIO 3021719 <GO>}

All right.

## Operator

Our next question is from Matt O'Brien with Piper Sandler. Please go ahead.

## Q - Analyst

Hi. This is Sam on for Matt. We were just hoping you could help us with a little bit of the guidance for the year. So there's growth of roughly 13% for 2023. Can you think to how much of that you anticipate would be from AviClear?

FINAL TRANSCRIPT
Cutera Inc (CUTR US Equity)

2023-02-28

## A - David H. Mowry {BIO 3021719 <GO>}

By the way, thanks for the question, and please say hi to Narr from us. I would say for the most part, we're not breaking that out right now. We will be reporting by segment over the course of the year. So this will become more obvious as we kind of put more and more data out. It would be a little bit premature for us to get too far in front of this in the quarter as we are kind of coming out of the fourth quarter where we over-indexed a little bit to AviClear. And some of the hangover from that probably will have some early effect on this quarter. So we're shifting as we go, and we really don't want to specifically lay out AviClear guidance as a stand-alone until we see the speed at which we can onboard these accounts and get them to a productive nature. So I think we're going to hold back on that for the time being.

I do think that there's a lot of people that have put out notes regarding a little bit of malaise or overhang in the markets regarding capital purchases due to interest rates and other things. And I don't think we're going to be inoculated from those items. But I do think our salespeople have a good pipeline and a line of sight to achieve their numbers. And they have certainly been able to deliver for us very, very successfully throughout 2022, and we anticipate that they'll be able to get back to that rate. So without breaking apart, I do think that we'll see good performance from our team, and I think we'll see continued growth of AviClear as the installed base grows.

## Q - Analyst

Great. Thank you.

## Operator

The next question is from George Sellers with Stephens Inc Please go ahead.

## Q - George Sellers {BIO 2109273 <GO>}

Hi. This is George. I just wanted to maybe start with gross margins, that outperformed our expectations in the quarter. So just curious what the puts and takes there were? And maybe if this is a good starting point for us to model as we think about the next few quarters and years?

## A - David H. Mowry {BIO 3021719 <GO>}

Hey, George, I knew it was George, by the way. Listen, I think it starts by just -- we try to kind of hint towards this, that we're seeing green shoots of the impact that we think will likely come from a continued growth and acceleration of the AviClear product. And I think you see that as you look at our non-GAAP constant currency growth that got to 61.5% gross margins. And I think there's probably a lot of people that probably remember us a year ago saying that we thought we could get up into the 60s. And I think this kind of shows that, that viability. But maybe I can let Rohan speak specifically to the puts and takes that got us to those numbers.

## A - Rohan Seth {BIO 21910232 <GO>}

Yes. Thanks, Dave. So I'd say in addition to the year-end, seasonal mix of high capital, the biggest put here simply was AviClear being over $3 million. We've been carrying some of those costs in the past couple of quarters. And now we're getting to the revenue lift off that we've been planning for a little bit. And I think as AviClear continues to scale, so well, our P&L and margins and cash and the overall financial health of this company.

## Q - George Sellers {BIO 2109273 <GO>}

Okay. That's really helpful. And maybe switching gears here a little bit. The international systems revenue line put up another really strong quarter. So could you just give us some color on what some of the drivers there are and your expectations for next year?

## A - Rohan Seth {BIO 21910232 <GO>}

I think before we get to that, Dave, just reminded me, the biggest take over there, obviously, was FX -- and that's why there's a spread of almost 200 basis points between our non-GAAP margin and our constant currency margin, which crested 61%, which was particularly awesome.

## A - David H. Mowry {BIO 3021719 <GO>}

Yes. Thanks, Rohan. Internationally, and I think this speaks a little bit to the fact that we don't believe there to be significant macroeconomic pressures. We think that there are some present, we think some of these are probably more perceived than real. And we do think that interest rates may be somewhat problematic in the U.S. temporarily. Those things being said, we saw a fairly decent performance in both Japan and in our intercontinental distribution markets. Australia kind of held their own. And Europe had kind of year-over-year growth as well, although it was somewhat stymied at the end of the year.

And we expect more from Europe over the longer term. But it was quite actually compelling to see the performance in Japan, in particular, knowing some of the challenges that they have gone through in terms of pricing and local economic environment. So I'd say capital was strong really in Japan and InterContinental and probably at or above expectations in Australia and Europe.

## Q - George Sellers {BIO 2109273 <GO>}

Okay. Great. Thank you all for the time this evening.

## Operator

The next question is from Anthony Vendetti with Maxim Group. Please go ahead.

## Q - Anthony Debbie

Okay. Yes. Thanks. So just a couple of more follow-up questions on AviClear. So 600 total in 2022 that were placed, did you provide the number for the fourth quarter specifically?

## A - David H. Mowry  {BIO 3021719 <GO>}

I did not, Anthony. I didn't want to mix apples and oranges, frankly. We had talked about what the installed and active units were at the end of Q3 at 166. But what I wanted to do is get to a number that we can probably more regularly report on with accuracy being kind of the placements, which are indeed just shipments.

I will tell you this that we saw a little bit over 600 total placements in the year. But I think that, that probably doesn't fully disclosed the amount of demand and the customer interest that we continue to see, which gave us great confidence in giving you the 200 to 300 per quarter coming through this year. So I would tell you that it's been overwhelming and very, very gratified to see that kind of demand from our customer base.

## Q - Anthony Debbie

Okay. And then the revenue generated from AviClear consisting of the treatment revenue and the device license fees was $3.2 million in the fourth quarter. And during that quarter, there was $7.6 million in AviClear spending. Is that correct?

## A - David H. Mowry  {BIO 3021719 <GO>}

Yes. I think we're kind of moving through a point where the installed base is still small enough that it's not over-earning, if you will, the amount of cost to place devices. I think we expect that to cross over during 2023. And we've talked about being cash accretive exiting $23 million.

## Q - Anthony Debbie

Cash flow breakeven, I think Rohan said it in 3Q '23. Is that the same thing for AviClear or is that AviClear is maybe a little bit later than that in '23.

## A - Rohan Seth  {BIO 21910232 <GO>}

What I said was cash flow breakeven towards the end of '23, and I can go back and look at my script specifically, but that guidance is not specific to --

## A - David H. Mowry  {BIO 3021719 <GO>}

Yes, that was for the consolidated, right?

## A - Rohan Seth  {BIO 21910232 <GO>}

For the entire company.

## A - David H. Mowry  {BIO 3021719 <GO>}

I think what we've said historically, Anthony, is that the core business has historically been a cash generator from us for us since we made some changes back in 2021. And we expect that, that will continue. And it has indeed partially funded some of the AviClear expenses. That being said, we think that as AviClear a crosses over

you'll see a kind of an accretive nature of cash being generated even before AviClear totally crosses over. But when it does cross over, then it will accelerate even faster through the course of the end of fourth quarter into 2024.

## A - Rohan Seth  {BIO 21910232 <GO>}

Yes, exactly. Just to clarify in my script, I said by Q4 '23, Anthony.

## Q - Anthony Debbie

Okay. Yes, I wasn't sure if I got that right. So Q4 Okay. And then remind us what's in consumable product revenues? I know it's some of the AviClear stuff, but there's other things in there. And that fell off 18% in constant currency was that from the prior year? If so, what are you -- what was the major reason for that.

## A - David H. Mowry  {BIO 3021719 <GO>}

Yes. First of all, I want to be very clear. There's no AviClear revenue in our consumable product sales for core. What's in that product is the consumable products associated with our truBody line of products, including truSculpt flex and truSculpt iD as well as the tips that we sell associated with the Secret Pro and the Secret RF. And finally, there are some consumable hand pieces that we distribute. So just to be clear, that's what's in there.

The lion's share of miss came in North America, though. And like I said in my script, that came as a result of kind of the number, the vast number of accounts that we were trying to engage and onboard that we're receiving their AviClear product. With that many obviously, placements or shipments, you had a lot of customers getting product. And we wanted to make sure that we were there to help them receive the product and do the training.

So the net result of that was we did fewer promotional events, VIP nights or open houses at practices showing and demonstrating the truSculpt flex or iD or Secret product, to the practices customer base. And the net result of not doing as many promotions as we didn't sell as many consumables. So that's a staffing issue and a capacity issue that we've addressed, and we're expecting that we'll get back on that horse here in the first quarter.

## Q - Anthony Debbie

Okay. Great. And then lastly on, I guess, on AviClear, there's now another FDA-approved product there out there. How do you look at how the difference between AviClear and that product? And do you feel like you -- if the goal is 200 to 300 placements per quarter? Do you have the sales force and the key account managers and the clinical support you need right now? Or do you have to incrementally add to that or significantly add to that before the end of '23. And then they'll hop back in the queue.

## A - David H. Mowry  {BIO 3021719 <GO>}

Firstly, I'll take those in the order you offer them. First of all, there is another product that's come to market that uses 17, 26 nanometer wavelength laser. And in some ways, that it serves as a validation of the technology we have. However, they don't come close to duplicating the rest of our procedure. And I really rather not get into all the details there, but we're able to do this without anesthesia without any adjunctive pain therapy on a very routine basis. And while there are always a subset, a handful of people that may complaint or be discomforted that is less than a handful of those folks. So there's a very different risk profile, safety profile and even discomfort associated with this product that we have versus the competitive product.

So while we see it to be a validation, I don't know if I necessarily see it as a competitive device, number one. And number two, I certainly think that the ancillary programs and things that we've developed around patient financing, around the AviClear model that allows a no down very low capital outlay of expense for the med derm in particular, an opportunity to give them a key account manager and support them. And then now the loyalty program that allows them a cooperative marketing investment in their practice to promote not only their practice, but also the device. So I think we've got a very broad moat of opportunities and support functions that our competitors can't offer.

Finally, I guess, I would say from a staffing perspective, as I said earlier, -- we have probably a need to continue to add our key account managers as we scale and add new accounts and broader customers. But we do not necessarily need to add reps to our capital sales team to place these devices since we've settled in on a number and a flat number, if you will, of how many we expect to place. So I think we're in good shape all the way around from our staffing. I think you'll see additional service and support investments over the course of the year as our installed base grows, but I don't think it will be necessarily in capital sales team.

## Q - Anthony Debbie

Okay. Great. I'll hop back in the queue. Thanks.

## A - David H. Mowry  {BIO 3021719 <GO>}

Great.

## Operator

Great. This concludes the question-and-answer session. I would like to turn the conference back over to Mr.Mowry for any closing remarks.

## A - David H. Mowry  {BIO 3021719 <GO>}

Thank you, operator, and thanks again for dialing in for our update. We are very bullish for 2023 with our focus evenly split between core business performance and AviClear acceleration. Our next update will come early May with our first quarter 2023 results, and we look forward to updating you then.

## Operator

This concludes today's conference call. You may disconnect your lines. Thank you for participating, and have a pleasant day.

*This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your personal, non-commercial use. Bloomberg, its suppliers and third-party agents shall have no liability for errors in this transcript or for lost profits, losses, or direct, indirect, incidental, consequential, special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities or commodities. Any opinion expressed in the transcript does not necessarily reflect the views of Bloomberg LP. © COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.*

# EXHIBIT M

EX-31.3 7 cutr-20221231xexx3131.htm EX-31.3

**Exhibit 31.3**

**CERTIFICATION OF CHIEF EXECUTIVE OFFICER**
**PURSUANT TO 15 U.S.C. SECTION 7241, AS**
**ADOPTED PURSUANT TO SECTION 302 OF THE SARBANES-OXLEY ACT OF 2002**

I, David H. Mowry, certify that:

1. I have reviewed this annual report on Form 10-K of Cutera, Inc.:

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d- 15(f)) for the registrant and have:

   (a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under the Company's supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to the Company by others within those entities, particularly during the period in which this annual report is being prepared;

   (b) Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under the Company's supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

   (c) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report the Company's conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

   (d) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer and I have disclosed, based on the Company's most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

   a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

   b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: April 7, 2023

_/s/ DAVID H. MOWRY_
**David H. Mowry**
**Chief Executive Officer (Principal Executive Officer)**

EX-31.4 8 cutr-20221231xexx3141.htm EX-31.4

**Exhibit 31.4**

**CERTIFICATION OF CHIEF FINANCIAL OFFICER**
**PURSUANT TO 15 U.S.C. SECTION 7241, AS**
**ADOPTED PURSUANT TO SECTION 302 OF THE SARBANES-OXLEY ACT OF 2002**

I, Rohan Seth, certify that:

1.  I have reviewed this annual report on Form 10-K of Cutera, Inc.:

2.  Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3.  Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4.  The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d- 15(f)) for the registrant and have:

    (a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under the Company's supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to the Company by others within those entities, particularly during the period in which this annual report is being prepared;

    (b) Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under the Company's supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

    (c) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report the Company's conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

    (d) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5.  The registrant's other certifying officer and I have disclosed, based on the Company's most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

    a)  All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

    b)  Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: April 7, 2023                                         */s/ ROHAN SETH*
                                                            **Rohan Seth**
                                        **Chief Financial Officer (Principal Financial and**
                                                **Accounting Officer)**

EX-32.1 9 cutr-20221231xexx3211.htm EX-32.1

**Exhibit 32.1**

**CERTIFICATION OF
CHIEF EXECUTIVE OFFICER AND CHIEF FINANCIAL OFFICER
PURSUANT TO 18 U.S.C. SECTION 1350,
AS ADOPTED PURSUANT TO SECTION 906 OF THE SARBANES-OXLEY ACT OF 2002**

In connection with the annual report on Form 10-K of Cutera, Inc. a Delaware corporation, for the period ended December 31, 2022, as filed with the Securities and Exchange Commission, each of the undersigned officers of Cutera, Inc. certifies pursuant to section 1350 of chapter 63 of title 18 of the United States Code, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002, that to his respective knowledge:

(1) the annual report of Cutera, Inc. on Form 10-K for the period ended December 31, 2022, fully complies with the requirements of Section 13(a) or 15(d) of the Securities Exchange Act of 1934, as amended; and

(2) the information contained in the annual report fairly presents, in all material respects, the financial condition and results of operations of Cutera, Inc. for the periods presented therein.

Date: April 7, 2023

/s/ DAVID H. MOWRY

**David H. Mowry
Chief Executive Officer (Principal Executive Officer)**

Date: April 7, 2023

/s/ ROHAN SETH

**Rohan Seth
Chief Financial Officer (Principal Financial and
Accounting Officer)**

# EXHIBIT N

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, DC 20549**

---

# FORM 8-K

---

**CURRENT REPORT**
**Pursuant to Section 13 or 15(d)**
**of the Securities Exchange Act of 1934**

**May 9, 2023**

**Date of Report (date of earliest event reported)**

---



# Cutera, Inc.

**(Exact name of Registrant as specified in its charter)**

---

| **Delaware** | **000-50644** | **77-0492262** |
|:---:|:---:|:---:|
| (State or other jurisdiction of incorporation or organization) | (Commission File Number) | (I.R.S. Employer Identification Number) |

**3240 Bayshore Blvd.**
**Brisbane, California 94005**
(Address of principal executive offices)

**(415) 657-5500**
(Registrant's telephone number, including area code)

**Securities registered pursuant to Section 12(b) of the Act:**

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|:---:|:---:|:---:|
| Common Stock ($0.001 par value) | CUTR | The NASDAQ Stock Market, LLC |

**N/A**
**(Former name or former address, if changed since last report)**

---

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (see General Instruction A.2. below):

☐   Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐   Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐   Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐   Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c)) Rule 12b-2 of the Securities Exchange Act of 1934.

Emerging growth company  ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.  ☐

**Item 2.02.** **Results of Operations and Financial Condition.**

On May 9, 2023, Cutera, Inc. ("Cutera" or the "Company") issued a press release announcing its financial results for the first quarter ended March 31, 2023. Cutera hereby incorporates by reference herein the information set forth in its press release dated May 9, 2023, a copy of which is attached hereto as Exhibit 99.1. Except as otherwise provided in the press release, the press release speaks only as of the date of such press release and it shall not create any implication that the affairs of Cutera have continued unchanged since such date.

The information provided pursuant to this Item 2.02 is to be considered "furnished" pursuant to Item 2.02 of Form 8-K and shall not be deemed to be "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended, or otherwise subject to the liabilities of that Section or Sections 11 and 12(a)(2) of the Securities Act of 1933, as amended, nor shall it be deemed incorporated by reference into any of Cutera's reports or filings with the Securities and Exchange Commission, whether made before or after the date hereof, except as expressly set forth by specific reference in such report or filing.

Except for the historical information contained in this report, the statements made by Cutera are forward-looking statements that involve risks and uncertainties. All such statements are subject to the safe harbor created by the Private Securities Litigation Reform Act of 1995. Cutera's future financial performance could differ significantly from the expectations of management and from results expressed or implied in the press release. Please refer to the text portion of the press release for further discussion about forward-looking statements. For further information on risk factors, please refer to "Risk Factors" contained in Cutera's most recently filed Form 10-K and its subsequent filings with the Securities and Exchange Commission, as well as in the press release attached as Exhibit 99.1 hereto. Cutera disclaims any obligation or duty to update or modify these forward-looking statements.

**Item 9.01**   **Financial Statements and Exhibits.**

**(d) Exhibits.**

| Exhibit No. | Description |
| --- | --- |
| 99.1 | Press Release dated May 9, 2023 |

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

|  |  |
|---|---|
|  | **CUTERA, INC.** |
| Date: May 9, 2023 |  |
|  | By:  /s/ *VIKRAM VARMA* |
|  | Vikram Varma |
|  | Senior Vice President, General Counsel and |
|  | Compliance Officer |



## Cutera Announces First Quarter 2023 Financial Results

May 9, 2023

*Placed more than 350 AviClear devices during Q1 2023, and generated $4.4M in AviClear revenue in the quarter*

BRISBANE, Calif.--(BUSINESS WIRE)--May 9, 2023-- Cutera, Inc. (Nasdaq: CUTR) ("Cutera" or the "Company"), a leading provider of aesthetic and dermatology solutions, today reported financial results for the first quarter ended March 31, 2023.

**First Quarter 2023 Financial and Operational Highlights**

- Consolidated revenue of $55.0 million, a decrease of 5% as reported and a decrease of 1% in constant currency from the prior-year period.
- During Q1 2023, the Company generated $4.4 million in AviClear revenue, consisting of treatment revenue and device license fees.
- AviClear placements exceeded 350 during Q1 2023, bringing cumulative placements to over 950 units.
- GAAP Gross margin of 45.3% in the quarter, compared to 54.8% in the prior-year period.
  - In constant currency terms, Q1 2023 GAAP Gross Margin was 47.4%, and non-GAAP Gross Margin was 51.0%
- GAAP Operating expenses were $48.5 million in the quarter, compared to $44.9 million in the prior-year period. Operating expenses during the period included $10.1 million in AviClear spending.
- GAAP Net loss was $25.0 million, compared to a Net loss of $15.1 million in the prior-year period.
- Adjusted EBITDA was a loss of $14.5 million, compared to a loss of $3.8 million in the prior-year period.
  - Core adjusted EBITDA was a loss of $8.5 million as reported and a loss of $6.8 million in constant currency.
  - AviClear adjusted EBITDA was a loss of $6.0 million.

| Key Revenue Metrics | Three Months Ended March 31, 2023 | % Change vs Three Months Ended March 31, 2022 | | Key Profit Metrics | Three Months Ended March 31, 2023 | |
|---|---|---|---|---|---|---|
| | | Reported | Constant Currency | | Reported | Constant Currency |
| **Capital Equipment** | **$33.3** | **-9%** | **-6%** | *GAAP Margin %* | 45.3% | 47.4% |
| *Skincare* | *$8.1* | *-30%* | *-19%* | *Non-GAAP Margin %* | 49.1% | 51.0% |
| *Consumables* | *$3.7* | *-4%* | *-1%* | Adjusted EBITDA - Core | *($8.5)* | *($6.8)* |
| *Service* | *$5.4* | *-9%* | *-6%* | Adjusted EBITDA - AviClear | *($6.0)* | *($6.0)* |
| *AviClear* | *$4.4* | *N/A* | *N/A* | Adjusted EBITDA - Total | *($14.5)* | *($12.8)* |
| **Recurring** | **$21.7** | **1%** | **8%** | *Adjusted EBITDA Margin %* | *-26.4%* | *-22.1%* |
| **Total Revenue** | **$55.0** | **-5%** | **-1%** | | | |

*"First quarter performance was below expectations due to execution challenges in the business and certain operational events including an undue focus on AviClear placements that diverted attention from North America core capital sales, as well as an extended plant shutdown that affected sales and margin. However, even though it's been only a few weeks since I stepped into the Interim CEO role, it is clear to me that Cutera has great potential and that we can overcome our execution and operational challenges. I believe our core business continues to have great potential and I am especially encouraged by the placement of over 350 AviClear devices during Q1 2023, bringing cumulative placements to nearly 1,000 and highlighting the strong market acceptance of this revolutionary new offering for the treatment of acne," commented Sheila Hopkins, Interim Chief Executive Officer of Cutera, Inc.*

*Hopkins continued, "I remain excited about the future of Cutera and confident in our ability to improve our performance. We have technology and products that are excellent, differentiated, and well-liked by our customers, and we have a talented team that shares a strong commitment to our mission and a belief in the long-term vision for the business. As we look ahead, we believe our focus on improving execution will allow us to increase adoption and utilization of AviClear while driving growth in our core business."*

**CFO Transition**

Cutera also announced the appointment of Stuart Drummond as Interim Chief Financial Officer, succeeding Rohan Seth, who has stepped down from the Company. Mr. Drummond brings over 20 years of experience leading and developing finance teams in the technology and manufacturing sectors. He joined

Cutera in 2021 as Vice President and Corporate Controller and has been a senior leader of the finance team.

Hopkins added, "We appreciate Stuart's willingness to step up as Interim CFO and ensure continuity of leadership at such a critical time for our Company. Stuart knows our Company well, and we are fortunate to have someone of his caliber lead the finance team during this transitional period. A CFO search process has been underway as part of ongoing leadership planning and is being overseen by the Audit Committee of the Board and with the assistance of a leading executive search firm. We look forward to identifying the right candidate for the role."

**Conference Call**

The Company's management will host a conference call to discuss these results and related matters today at 1:30 p.m. PT (4:30 p.m. ET). Participating in the call will be Sheila Hopkins, Interim Chief Executive Officer, Stuart Drummond, Interim Chief Financial Officer, and Greg Barker, Vice President of FP&A and Investor Relations.

To participate in the conference call, dial 1-800-319-4610 (domestic) or +1-631-891-4304 (international).

The call will also be a webcast and can be accessed from the Investor Relations section of Cutera's website at http://www.cutera.com/. The webcast replay of the call will be available at the same site approximately one hour after the end of the call.

**About Cutera, Inc.**

Brisbane, California-based Cutera is a leading provider of aesthetic and dermatology solutions for practitioners worldwide. Since 1998, Cutera has been developing innovative, easy-to-use products that harness the power of science and nature to enable medical practitioners to offer safe and effective treatments to their patients. For more information, call +1-415-657-5500 or 1-888-4CUTERA or visit www.cutera.com.

*\*Use of Non-GAAP Financial Measures*

*In this press release, to supplement the Company's condensed consolidated financial statements presented in accordance with Generally Accepted Accounting Principles, or GAAP, management has disclosed certain non-GAAP financial measures for gross margin, gross margin rate, and operating income. Non-GAAP adjustments include stock-based compensation, depreciation and amortization including contract acquisition costs, executive and other non-recurring severance costs, enterprise resource planning ("ERP") implementation costs, and certain legal and litigation costs. From time to time in the future, there may be other items that we may exclude if the Company believes that doing so is consistent with the goal of providing useful information to investors and management. The Company has provided a reconciliation of each non-GAAP financial measure used in this earnings release to the most directly comparable GAAP financial measure.*

*The Company defines adjusted EBITDA as operating income before depreciation and amortization, stock-based compensation, executive and non-recurring severance costs, ERP implementation costs, and costs related to a specific litigation.*

*Company management uses non-GAAP measurements as aids in monitoring the Company's ongoing financial performance from quarter to quarter, and year to year, and for benchmarking against other similar companies. Non-GAAP financial measures used by the Company may be calculated differently from, and therefore may not be comparable to, similarly titled measures used by other companies. These non-GAAP financial measures should be considered along with, but not as alternatives to, the operating performance measure as prescribed by GAAP. Non-GAAP financial measures for the statement of operations and net income per share exclude the following:*

***Stock-based compensation.*** *The Company has excluded the effect of stock-based compensation expenses in calculating its non-GAAP operating expenses and net income measures. Although stock-based compensation is a key incentive offered to the Company's employees, the Company continues to evaluate its business performance excluding stock-based compensation expenses. The Company records stock-based compensation expenses related to grants of options, employee stock purchase plans, and performance and restricted stock. Depending upon the size, timing, and terms of the grants, this expense may vary significantly but will recur in future periods. The Company believes that excluding stock-based compensation better allows for comparisons to its peer companies;*

***Depreciation and amortization, including contract acquisition costs.*** *The Company has excluded depreciation and amortization expense in calculating its non-GAAP operating expenses and net income measures. Depreciation and amortization are non-cash charges to current operations;*

***Executive and other non-recurring severance costs.*** *We have excluded costs associated with restructuring activities and the separation of our officers and other executives in calculating our non-GAAP operating expenses and non-GAAP Operating Income. We have excluded restructuring costs because a restructuring represents a discrete event that signifies a change in our strategy, but its costs are not indicative of the ongoing financial performance of our business. We exclude executive separation costs because executive separations are unpredictable and not part of our business strategy but could have a significant impact on the results of operation;*

***ERP implementation costs.*** *We have excluded ERP system costs related to direct and incremental costs incurred in connection with our multi-phase implementation of a new ERP solution and the related technology infrastructure costs. We exclude these costs because we believe that these items do not reflect future operating expenses and will be inconsistent in amounts and frequency making it difficult to contribute to a meaningful evaluation of our operating performance; and*

***Certain legal and litigation costs.*** *We have excluded costs incurred related to our litigation against Lutronic Aesthetics, which is not part of our ordinary course of business. Our complaint against Lutronic alleges misappropriation of trade secrets, violation of the Racketeer Influenced and Corrupt Organizations Act (RICO), interference with contractual relations and other claims. We exclude these costs because this litigation is a result of a discrete event that was not part of our business strategy but has a significant effect on the results of operations. Its costs are incidental to and do not reflect the efficiencies and effectiveness of our core operations.*

*The Company believes that excluding all of the items above allows users of its financial statements to better review and assess both current and historical results of operations.*

*Safe Harbor Statement*

*Certain statements in this press release, other than purely historical information, are "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995, Section 27A of the Securities Act, and Section 21E of the Securities Exchange Act of 1934, as amended (the "Exchange Act"). These statements include but are not limited to, Cutera's plans, objectives, strategies, financial performance and outlook, product launches and performance, trends, prospects, or future events and involve known and unknown risks that are difficult to predict. As a result, the Company's actual*

*financial results, performance, achievements, or prospects may differ materially from those expressed or implied by these forward-looking statements. In some cases, you can identify forward-looking statements by the use of words such as*
*" may," " could," " seek," " guidance," " predict," " potential," " likely," " believe," " will," " should," " expect," " anticipate," " estimate," " plan," " intend," " forecast," " foresee"*
*or variations of these terms and similar expressions or the negative of these terms or similar expressions. Forward-looking statements are based on management's current, preliminary expectations and are subject to risks and uncertainties, which may cause Cutera's actual results to differ materially from the statements contained herein. These statements are not guarantees of future performance, and stockholders should not place undue reliance on forward-looking statements. There are several risks, uncertainties, and other important factors, many of which are beyond the Company`s control, that could cause its actual results to differ materially from the forward-looking statements contained in this press release, including those described in the" Risk Factors" section of Annual Reports on Form 10-K, Quarterly Reports on Form 10-Q, Current Reports on Form 8-K, the Registration Statement on Form S-8 and other documents filed from time to time with the United States Securities and Exchange Commission by Cutera.*

*All information in this press release is as of the date of its release. Accordingly, undue reliance should not be placed on forward-looking statements. Cutera undertakes no obligation to update publicly any forward-looking statements to reflect new information, events, or circumstances after the date they were made, or to reflect the occurrence of unanticipated events. If the Company updates one or more forward-looking statements, no inference should be drawn that it will make additional updates concerning those or other forward-looking statements. Cutera's financial performance for the first quarter ended March 31, 2023, as discussed in this release, is preliminary and unaudited, and subject to adjustment.*

**CUTERA, INC.**

**CONDENSED CONSOLIDATED BALANCE SHEETS**

**(in thousands)**

**(unaudited)**

| | March 31, | December 31, |
|---|---|---|
| | **2023** | **2022** |
| **Assets** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 166,828 | $ 145,924 |
| Marketable securities | 100,823 | 171,390 |
| Accounts receivable, net | 52,138 | 45,562 |
| Inventories | 71,819 | 63,628 |
| Other current assets and prepaid expenses | 26,156 | 24,036 |
| Restricted cash | 700 | 700 |
| Total current assets | 418,464 | 451,240 |
| | | |
| Property and equipment, net | 53,016 | 40,368 |
| Deferred tax asset | 577 | 590 |
| Goodwill | 1,339 | 1,339 |
| Operating lease right-of-use assets | 12,059 | 12,831 |
| Other long-term assets | 14,343 | 14,620 |

| | | |
|---|---|---|
| Total assets | $ 499,798 | $ 520,988 |

**Liabilities and Stockholders' Equity**
Current liabilities:

| | | |
|---|---|---|
| Accounts payable | $ 35,169 | $ 33,736 |
| Accrued liabilities | 58,660 | 57,452 |
| Operating leases liabilities | 2,722 | 2,810 |
| Deferred revenue | 12,243 | 11,841 |
| Total current liabilities | 108,794 | 105,839 |
| Deferred revenue, net of current portion | 1,643 | 1,657 |
| Operating lease liabilities, net of current portion | 10,652 | 11,352 |
| Convertible notes, net of unamortized debt issuance costs | 417,011 | 416,459 |
| Other long-term liabilities | 711 | 862 |
| Total liabilities | 538,811 | 536,169 |

Stockholders' equity:

| | | |
|---|---|---|
| Common stock | 20 | 20 |
| Additional paid-in capital | 126,504 | 125,406 |
| Accumulated other comprehensive loss | (8 ) | (94 ) |
| Accumulated deficit | (165,529 ) | (140,513 ) |
| Total stockholders' equity | (39,013 ) | (15,181 ) |
| Total liabilities and stockholders' equity | $ 499,798 | $ 520,988 |

**CUTERA, INC.**

**CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS**

**(in thousands, except per share data)**

**(unaudited)**

| | |
|---|---|
| **Three Months Ended** | |
| **March 31,** | **March 31,** |

| | 2023 | 2022 |
|---|---|---|
| Products | $ 49,588 | $ 52,066 |
| Service | 5,405 | 5,948 |
| Total net revenue | 54,993 | 58,014 |
| | | |
| Products | 27,231 | 22,912 |
| Service | 2,835 | 3,314 |
| Total cost of revenue | 30,066 | 26,226 |
| Gross margin | 24,927 | 31,788 |
| *Gross margin %* | *45.3* % | *54.8* % |
| Operating expenses: | | |
| Sales and marketing | 29,512 | 24,944 |
| Research and development | 6,468 | 6,499 |
| General and administrative | 12,516 | 13,502 |
| Total operating expenses | 48,496 | 44,945 |
| | | |
| Loss income from operations | (23,569 ) | (13,157 ) |
| Interest and other expense, net | | |
| Interest on convertible notes | (2,939 ) | (778 ) |
| Amortization of debt issuance costs | (552 ) | (219 ) |
| Interest income (expense), net | 2,479 | (144 ) |
| Other expense, net | (163 ) | (611 ) |
| Loss before income taxes | (24,744 ) | (14,909 ) |
| Income tax expense | 272 | 233 |
| Net loss | $ (25,016 ) | $ (15,142 ) |
| Net loss per share: | | |
| Basic | $ (1.26 ) | $ (0.84 ) |
| Diluted | $ (1.26 ) | $ (0.84 ) |

Weighted-average number of shares used in per share calculations:

| | | |
|---|---|---|
| Basic | 19,776 | 18,080 |
| Diluted | 19,776 | 18,080 |

**CUTERA, INC.**

**CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS**

**(in thousands)**

**(unaudited)**

| | Three Months Ended | | | |
|---|---|---|---|---|
| | March 31, 2023 | | March 31, 2022 | |
| **Cash flows from operating activities:** | | | | |
| Net loss | $ (25,016 | ) | $ (15,142 | ) |
| Adjustments to reconcile net loss to net cash provided used in operating activities: | | | | |
| Stock-based compensation | 3,386 | | 4,043 | |
| Depreciation and amortization | 1,409 | | 427 | |
| Amortization of contract acquisition costs | 2,178 | | 652 | |
| Amortization of debt issuance costs | 552 | | 219 | |
| Deferred tax assets | 13 | | 41 | |
| Provision for credit losses | 488 | | 192 | |
| Loss on sale of property and equipment | - | | 14 | |
| Unrealized gain on foreign exchange forward | (623 | ) | - | |
| Non-cash interest income | (880 | ) | - | |
| Changes in assets and liabilities: | | | | |
| Accounts receivable | (7,064 | ) | (1,912 | ) |
| Inventories | (8,191 | ) | (12,177 | ) |
| Other current assets and prepaid expenses | (2,053 | ) | (5,611 | ) |
| Other long-term assets | (2,011 | ) | (385 | ) |
| Accounts payable | (1,330 | ) | 5,755 | |
| Accrued liabilities | 1,706 | | (5,989 | ) |

| | | |
|---|---|---|
| Operating leases ,net | (16    ) | 30 |
| Deferred revenue | 388 | 239 |
| Net cash used in operating activities | (37,064 ) | (29,604  ) |
| **Cash flows from investing activities:** | | |
| Acquisition of property, equipment and software | (11,153 ) | (321     ) |
| Purchase of marketable investments | (23,467 ) | (74,058  ) |
| Proceeds from maturities of marketable investments | 95,000 | - |
| Net provided by (used in) cash used in investing activities | 60,380 | (74,379  ) |
| **Cash flows from financing activities:** | | |
| Proceeds from exercise of stock options and employee stock purchase plan | 109 | 151 |
| Taxes paid related to net share settlement of equity awards | (2,397   ) | (2,450   ) |
| Payments on capital lease obligation | (124     ) | (150     ) |
| Net cash used in financing activities | (2,412   ) | (2,449   ) |
| | | |
| Net increase (decrease) in cash, cash equivalents and restricted cash | 20,904 | (106,432) |
| Cash, cash equivalents, and restricted cash at beginning of period | 146,624 | 164,864 |
| Cash, cash equivalents, and restricted cash at end of period | $ 167,528 | $ 58,432 |

**CUTERA, INC.**

**CONSOLIDATED FINANCIAL HIGHLIGHTS**

**(in thousands, except percentage data)**

**(unaudited)**

| | Three Months Ended | | *% Change* | |
|---|---|---|---|---|
| | March 31, | March 31, | *2023 Vs* | |
| | **2023** | **2022** | *2022* | |
| **Revenue By Geography:** | | | | |
| North America | $ 27,669 | $ 28,853 | *-4.1* | % |
| Japan | 12,908 | 17,503 | *-26.3* | % |
| Rest of World | 14,416 | 11,658 | *+23.7* | % |

| | | | | |
|---|---|---|---|---|
| *Total Net Revenue* | $ 54,993 | $ 58,014 | *-5.2* | % |
| *International as a percentage of total revenue* | *49.7* % | *50.3* % | | |

**Revenue By Product Category:**

Systems

| | | | | |
|---|---|---|---|---|
| - North America | $ 17,959 | $ 22,707 | *-20.9* | % |
| - Rest of World (including Japan) | 15,358 | 13,807 | *+11.2* | % |
| *Total Systems* | 33,317 | 36,514 | *-8.8* | % |
| AviClear | 4,395 | - | *NA* | |
| Consumables | 3,744 | 3,903 | *-4.1* | % |
| Skincare | 8,132 | 11,649 | *-30.2* | % |
| *Total Products* | 49,588 | 52,066 | *-4.8* | % |
| Service | 5,405 | 5,948 | *-9.1* | % |
| *Total Net Revenue* | $ 54,993 | $ 58,014 | *-5.2* | % |

| | **Three Months Ended** | |
|---|---|---|
| | **March 31,** | **March 31,** |
| | **2023** | **2022** |
| **Pre-tax Stock-Based Compensation Expense:** | | |
| Cost of revenue | $ 364 | $ 459 |
| Sales and marketing | 1,148 | 576 |
| Research and development | 693 | 980 |
| General and administrative | 1,181 | 2,028 |
| | $ 3,386 | $ 4,043 |

**CUTERA, INC.**

**Reconciliation of Non-GAAP Financial Measures to the Most Directly Comparable GAAP Financial Measure**

**(in thousands)**

**(unaudited)**

**Three Months Ended March 31, 2023**

| | Gross Profit | Gross Margin | | Operating Income | |
|---|---|---|---|---|---|
| Reported | $ 24,927 | 45.3 | % | $ (23,569 | ) |
| Adjustments: | | | | | |
| Depreciation and amortization including contract acquisition costs | 1,599 | 3.0 | % | 3,587 | |
| Stock-based compensation | 364 | 0.6 | % | 3,386 | |
| ERP implementation cost | - | - | | 518 | |
| Legal - Lutronic | - | - | | 652 | |
| Severance | 119 | 0.2 | % | 315 | |
| Other adjustments | - | - | | 585 | |
| Total adjustments | 2,082 | 3.8 | % | 9,043 | |
| Adjusted | $ 27,009 | 49.1 | % | $ (14,526 | ) |

**Three Months Ended March 31, 2022**

| | Gross Profit | Gross Margin | | Operating Income | |
|---|---|---|---|---|---|
| Reported | $ 31,788 | 54.8 | % | $ (13,157 | ) |
| Adjustments: | | | | | |
| Depreciation and amortization including contract acquisition costs | 76 | 0.1 | % | 1,079 | |
| Stock-based compensation | 459 | 0.8 | % | 4,043 | |
| ERP implementation cost | - | - | | 3,976 | |
| Legal - Lutronic | - | - | | 254 | |
| Severance | - | - | | - | |
| Other adjustments | - | - | | - | |
| Total adjustments | 535 | 0.9 | % | 9,352 | |
| Adjusted | $ 32,323 | 55.7 | % | $ (3,805 | ) |

View source version on businesswire.com: https://www.businesswire.com/news/home/20230509005512/en/

**Cutera, Inc.**
Greg Barker
VP, Corporate FP&A and Investor Relations
415-657-5500
IR@cutera.com

Source: Cutera, Inc.

# EXHIBIT O

# Q1 2023 Earnings Call

## Company Participants

- Sheila A. Hopkins, Interim Chief Executive Officer
- Stuart Drummond, Interim Chief Financial Officer

## Other Participants

- Anthony Vendetti, Maxim Group, LLC.
- George Sellers, Stephens Inc.
- Jonathan Block, Stifel Financial Corp.
- Margaret Kaczor, William Blair
- Matthew O'Brien, Piper Sandler

## Presentation

## Operator

Thank you for standing by. This is the conference operator. Welcome to the Cutera Inc First Quarter 2023 Results Conference Call. As a reminder, all participants are in listen-only mode and the conference is being recorded. After the presentation, there will be an opportunity to ask questions.

The discussion today includes forward-looking statements. These forward-looking statements reflect management's current forecast or expectation of current aspects of the company's future business including, but not limited to any financial guidance provided for modeling purposes. Forward-looking statements are based on current information that is, by its nature, dynamic and subject to change.

Forward-looking statements include, among others, statements regarding financial guidance, regulatory approvals, productivity improvements and plans to introduce new products and expand into additional geographies. For words that identify forward-looking statements, we encourage you to refer to the Safe Harbor statement in our press release earlier today.

All forward-looking statements are subject to risks and uncertainties, including those risk factors described in the section entitled Risk Factors in our Form 10-K, as filed with the Securities and Exchange Commission and updated in our Form 10-Q subsequently filed.

Cutera also cautions you not to place undue reliance on forward-looking statements, which speak only as of the date they are made. Cutera undertakes no obligation to

update publicly any forward-looking statements to reflect new information, events or circumstances or to reflect the occurrence of unanticipated events. Future results may differ materially from management's current expectations.

In addition, we will discuss non-GAAP financial measures, including results on an adjusted basis. We believe these financial measures can facilitate a more complete analysis and greater transparency into Cutera's ongoing results of operations, particularly when comparing underlying results from period-to-period. Please refer to the reconciliation of GAAP to non-GAAP measures in our earnings release. These non-GAAP financial measures should be considered along with, but not as alternatives to the operating performance measures prescribed by GAAP.

With that, I would like to turn the conference over to Sheila Hopkins, Interim CEO of Cutera. Please go ahead.

## Sheila A. Hopkins  {BIO 5780982 <GO>}

Thank you, Sharice. Good afternoon, and welcome to Cutera's first quarter 2023 earnings call. I'm glad you're able to join us for this update. As most of you on the call know I was appointed Interim CEO by the Board in April. As announced in our earnings press release today Rohan Seth is leaving the company. Stuart Drummond, formerly our Vice President and Corporate Controller has been appointed Interim CFO. Stuart is joining me on today's call along with Greg Barker our Vice President of FP&A and Investor Relations.

On today's call, I will walk you through our first quarter 2023 performance and discuss recent events related to our financial results. I will then pass the call over to Stuart to provide greater detail on the financials, then I will wrap up the call and open it up for questions.

First, a bit of background on me. Before joining the Cutera Board in 2021, I held executive leadership roles at Bausch + Lomb, Colgate-Palmolive, Procter & Gamble and Tambrands. In those roles I led business turnarounds and acceleration. I have faced situations with challenges that are similar to those that Cutera is facing, and while I am new in the interim role I am confident that we can overcome our challenges to drive long-term value.

In that regard since taking the interim role, I've had the opportunity to meet extensively with our senior leadership team and many others across the company. I've come away from these conversations with two key observations. First, we have technology and products that are innovative differentiated and deliver excellent results. As a result, we have strong customer and patient satisfaction.

Second, we have a world-class organization made up of highly talented people, who believe in our strategy and are committed to our mission which is engineering technology for clinicians and practice owners, who are creating the future of aesthetics. So we have a very strong foundation in place. However, we have not

executed particularly well. As evidenced by our results in recent quarters, including the disappointing first quarter 2023 results being reported today.

As the Special Committee of the Board has said publicly, the Board realized in the fourth quarter of last year that Cutera needed a new CEO to help improve execution. The significant execution challenges and our results in the first quarter actually reinforce that fact. But let me be clear, our challenges in the quarter were mostly self-inflicted and can be attributed to suboptimal leadership direction that led to execution issues that can and will be solved.

Now, the Special Committee is committed to finding the right permanent leader for the business, who can execute effectively against our opportunities. And to that end, the Board is underway in its search process to identify the next permanent CEO of Cutera. That new CEO will not be me or any other director currently on the Board. We have engaged a leading executive search firm and we are in the process of sourcing external candidates.

The Board is committed to bringing in a world-class operating executive, someone who will best serve the long-term interest of the shareholders, be a culture carrier for the company, execute our strategy effectively and operate with the highest level of integrity. And we're already seeing some terrific candidates and look forward to announcing a permanent CEO as soon as we are through with our process. I want to thank many of our largest shareholders for providing input on the specification for this critical role. We believe, we are aligned in the framework of the skills needed to bring Cutera forward.

Now there are, as you are undoubtedly aware, some controversies between the former leadership of the company and a group of independent directors that comprise the Special Committee. We are working through those issues and should have clarity for shareholders in the next few months. In the meantime, we are continuing to do the important work of improving our execution of the company's strategy and searching for a new CEO. For the purposes of this call, we are not going to address these governance matters, which are the subject of litigation. So with that I'd like to shift and provide an overview of the first quarter.

Total revenue for the quarter was $55 million, down slightly from the year ago period. The softness traces primarily to a decline in North American Capital Equipment and Skincare in Japan. This was offset by strength in the international Capital Equipment business. Adjusted EBITDA of negative $14.5 million was also below our expectations and a year ago. The result of lower gross margins, higher operating expenses and FX headwinds.

Now, while revenue came in below our expectations, we're quite encouraged by AviClear's performance. We placed 350 AviClear devices in the quarter, which exceeded our expectations and demonstrates healthy early market acceptance of this breakthrough technology. Since the November launch, the Capital team has been directed to focus on driving placements on AviClear to take advantage of our

first mover advantage. While we've been very successful in placing devices, we have not done as well in driving treatment and utilization, so our primary focus going forward will be exactly that.

It is now clear that the significant pace of placements in the last two quarters has outpaced our ability to quickly install units, and partly with practices to effectively drive utilization. Going forward, we'll expand our installation team to shorten the time from placement to utilization.

We will also fine-tune training for our key account managers or KAMs to help them work even more effectively with clinicians to drive treatment volume and utilization. Increasing the utilization of each of the systems is key to unlocking AviClear's potential to transform our business and also that of the practitioner. Know that we will continue to place new units, but we will do so with discipline and at a more measured pace. We need to be sure, we are deploying our Capital and Equipment and practices that can achieve the treatment volume and utilization rates that will drive high ROI for Cutera.

Turning to Capital Equipment. Revenue was down over 2022, primarily a result of underperformance within North America. The North American performance was slightly offset by positive performance in the rest of the world. Lower-than-expected Capital Equipment revenues in North America were the result of two operational factors. First, our Capital sales teams continued focus on driving placements for AviClear. And second, the company faced challenges completing its audit-related inventory count, which resulted in a four-week plant shutdown and a loss of production output.

Decreases in our average selling prices or ASPs also placed downward pressure on revenue in the quarter. So let me go into a bit more detail on the first two points.

As discussed on our last quarterly call, the volume of AviClear deals in the fourth quarter diverted sales attention away from core Capital deals. This trend actually continued in the first quarter as the Capital team was directed to maintain focus on AviClear placements as a number one priority. And as a result fewer core Capital deals were closed. As mentioned, we are now shifting our AviClear commercial emphasis towards device utilization, which is driven by our key account manager or KAM organization.

Moving forward, this should allow our Capital reps to return their primary focus to the sale of our core Capital products, while simultaneously securing new, attractive AviClear placements at a more measured pace. With these recent changes and the successful implementation of retention incentives, we've reenergized our sales force. Based on the extensive conversations I've had over the last couple of weeks, they are highly enthusiastic about their opportunities and they remain fully committed to driving growth in our business.

The second operational challenge we faced during the quarter, traces to an extended plant shutdown that impacted our ability to build inventory and ship product for a period of time. So there's typically a one-week shutdown of our production facilities during the first week of January, to enable a physical count of inventory. This year to comply with audit requirements the year-end physical inventory count took longer than expected, and our production facilities were shut down by an additional three weeks. This extended shutdown negatively impacted our ability to build and ship the product required to fully meet demand in the core business during the quarter.

Turning to international Capital, which includes Europe, Japan, intercontinental. Our business was up approximately 18% in constant currency, driven by solid sales execution from our team and external partners. During the quarter, we saw strong growth in our Europe and intercontinental regions. This points to a healthy underlying demand for our Capital products.

Moving on, recurring revenue was up 8% versus a year ago in constant currency, driven by results on AviClear.

I'd now like to take a minute and sprinkle in a bit of on-the-ground market perspective. In April, the company attended the American Society for Laser Medicine and Surgery or ASLMS Conference in Phoenix. It's one of the big meetings for customers that use energy-based technologies like ours. We had a great conference, where we celebrated Cutera's 25th anniversary, our reps were highly engaged in very productive conversations with potential customers and the interest in AviClear was significant.

From a technology perspective 17 26-nanometer lasers, which we use in our AviClear device, continue to lead the conversation for the treatment of acne. So connecting all the dots, while our first quarter performance did not meet our expectations, we remain optimistic about the underlying demand for our core products and the growth opportunity that AviClear provides.

I am convinced that as we improve our execution the business will return to sustainable growth. Despite our long-term confidence in the business, we are not providing financial guidance at this time. Given the issues that we've discussed today, the current team has a lot of work to go through to validate our financial projections and the assumptions that underlie them. We want to take the time to be diligent in this process and ensure that the entire team is comfortable with these financial expectations for the business going forward. We do recognize the importance of guidance to the Street and we're working towards reintroducing guidance as soon as possible.

Finally, I would be remiss, not to thank everyone throughout the organization for their continued hard work, flexibility and focus, as we work through some of the recent changes in our leadership. Our people are our biggest asset and we consider ourselves fortunate to have the best people in the industry on our team.

I would now like to turn the call over to Stuart, for a financial update. Stuart?

## Stuart Drummond

Thank you, Sheila. As I review my prepared remarks, I want to note that I will be discussing some non-GAAP results. A reconciliation of GAAP to non-GAAP gross margin and the operating loss is included in our earnings release. We encourage listeners and readers to review our non-GAAP results in conjunction with the GAAP results as contained in this earnings release.

First, just a little bit about me. I obtained my Chartered Accounting Certification in New Zealand through KPMG and then worked with large multinationals in Europe before coming to United States. I've worked in Bay Area for a total of around 14 years, most recently in Corporate Controller roles in the life sciences industry. I joined Cutera in July 2021 as Vice President and Corporate Controller.

Turning to our Q1 results. Total revenue for the first quarter was $55 million, compared to $58 million for the same period in 2022, representing a decrease of approximately 5% on an as-reported basis. During the quarter, we continued to face foreign currency headwinds and our constant currency revenue decline was approximately 1%.

Before I begin with providing you the details regarding our performance across the globe, let me give you some insights on the financial impact of the production shutdown, driven by the audit-related procedures that Sheila mentioned earlier in the call.

We estimate $2.8 million was lost in revenue for products, which we had orders on hand and weren't able to fulfill due to the lack of finished goods inventory, with an estimated split of $1.8 million in North America and $1 million internationally. In addition, to other deals which orders we never received as our customers were aware that we didn't have the relevant inventory.

First quarter consolidated Capital Equipment revenue of $33.3 million, decreased by $3.2 million from the prior year period. This decrease reflects low ASPs resulting from a geographic shift from North America to our international customers and distributors, as well as the previously mentioned impact of the extended plant shutdown on sales volume.

North American Capital Equipment revenue was $18 million, decreased by 21% over the prior year. As I mentioned, we estimate that approximately $1.8 million of the shortfall was due to orders that could not be shipped due to the lack of finished goods. In addition, $0.5 million of orders were packaged and available to ship, but that don't meet the revenue cutoff. Had we managed to get this $2.3 million in the quarter, the revenue decline would have been 11%. While we are disappointed with these results, we also note that we had more than 350 AviClear placements in the quarter.

International Capital Equipment revenue for the first quarter was $15.4 million, up 11% from the first quarter of 2022, driven by consistent execution and focus, particularly in our distributor markets and European direct markets.

Recurring revenue defined as our consumables, global service, Skincare and AviClear product line was $21.7 million in the first quarter, up 1% as reported and up 8% on a constant currency basis versus the comparative period. The increase over the prior year was driven by AviClear revenue of $4.4 million. This growth was partially offset by a decline in Skincare revenue, which came in at $8.1 million, down 30% as reported, and 19% on a constant currency basis. Our service revenue declined by 9%, as it continues to be impacted by the availability of spare parts.

Non-GAAP gross profit for the first quarter of fiscal 2023 was $27 million, with a gross margin of 49.1%, representing a decrease of 660 basis points compared to the same period last year. Foreign exchange headwinds adversely impacted gross margin by 190 basis points, and the delays in completing our imagery audit procedures affected us on multiple fronts. The resulting delays in production impacted our manufacturing absorption by approximately 110 basis points, and the resulting lack of finished goods availability resulted in lower fixed cost leverage, which had an impact of approximately 100 basis points.

Also, adversely impacting our gross margin were customer and region mix impacts were approximately 250 basis points. We view these impacts is largely transitory in nature and expect that as production volumes ramp up and North America returns to growth, these margin impacts will dissipate.

Non-GAAP sales and marketing expenses for the first quarter of 2023 were $25.8 million, compared to $23.5 million for the same period last year, driven by a continued expansion in our AviClear sales force. Non-GAAP R&D expenses for the first quarter of 2023 were $5.7 million, compared to $5.5 million for the same period last year.

Non-GAAP G&A expenses for the first quarter of 2023 were $10.1 million, compared to $7.1 million in the same period last year. More than half of the increase was driven by fees associated with the extended audit and the rest primarily relates to increased legal expenses and IT costs to support our recently implemented ERP system.

For the first quarter of 2023, our non-GAAP operating income, which we refer to as adjusted EBITDA was a loss of $14.5 million, compared to a loss of $3.8 million in the prior year period. This increase in loss was largely driven by unfavorable gross margin, increasing operating expenses and FX headwinds. There were no material or significant changes to our tax position.

Turning now to our balance sheet. We ended the quarter with $267.7 million of cash and marketable securities, compared to $317.3 million at the end of 2022. Driving this $49.7 million sequential decrease, a $23.1 million of cash utilization to support AviClear, $12.4 million from core losses primarily driven by sales and gross margin

shortfalls, which we expect to recover from quickly, $8.2 million increase in core inventory and $5.6 million from slower core collections. Our expectation is that this is the high watermark for cash burn and this will trend downwards throughout 2023.

With that, I will now pass the call back to Sheila.

## Sheila A. Hopkins {BIO 5780982 <GO>}

Thanks, Stuart. So in conclusion our strategy is sound, and we believe we'll be able to drive results as we double down our focus on execution. In particular, we remain enthusiastic about AviClear, the first FDA-approved device for the treatment of mild, moderate and severe acne across all skin types.

Most critically, the clinical outcomes in patient safety profile from the signature procedure are unmatched. We believe that AviClear will change the way that dermatologists treat acne. By approaching the acne market with a minimal upfront financial commitment and a meaningful recurring treatment revenue stream for our customers and Cutera, we have established a true collaboration that tightly aligns our interest with our customers, the clinicians and practice owners. Know that we will also be responsible stewards of our Capital as we move forward to realize the full potential of AviClear.

We are enthusiastic about our business prospects and believe the future is bright for Cutera, and we have extremely talented people throughout the organization who are highly committed to capitalizing on the significant opportunities that exist, both within our core business and with AviClear. The foundation of the business is strong and the leadership team and our Board of Directors remain as enthusiastic about the business as ever.

So, at this time we're happy to answer any questions.

# Questions And Answers

## Operator

(Question And Answer)

We will now begin the question-and-answer session. (Operator Instructions). The first question comes from George Sellers with Stephens Inc Please go ahead.

## Q - George Sellers {BIO 2109273 <GO>}

Hey, good afternoon, and thanks for taking the question. Could you provide some additional details on the factory shutdown and some of the timing there when that occurred, and ultimately if there's any additional headwinds from that expected in the second quarter or if those operations are sort of back to normal?

FINAL TRANSCRIPT
Cutera Inc (CUTR US Equity)

## A - Stuart Drummond

Yes. Thanks, George for your question. It's Stuart here. So we typically shut down production for about one week at the beginning of January, to do the inventory count for audit purposes. During this time, there are no inventory movements so we can't move anything from material into production. This year's count was more challenging than the past. We implemented a new ERP in 2022 plus we had increased levels of inventory. Due to some identified count inaccuracies, we'd perform numerous recounts and ultimately, had to recount our third-party warehouse. So the count procedures extended at an additional three weeks and for four weeks in total we're unable to produce.

You see my gross margin comments in my prepared remarks that we were impacted by this. We had lower inventory produced and so, we were unable to absorb all the usual fixed costs. So our gross margin was hit by about 2.1 points, but we believe these effects are transitory and we'll resume normal production in the second quarter.

## Q - George Sellers  {BIO 2109273 <GO>}

Okay. That's helpful. And then, maybe taking a step back from the factory shutdown issues, what would have been some of the drivers to North American Capital sales coming up a little shorter than expected? I think even after adding back the, the numbers that you specifically called out that revenue would have been a little bit lower than we were expecting. And I guess, I'm also asking within that question, how would you characterize the underlying aesthetic market in the quarter, and how that progressed?

## A - Sheila A. Hopkins  {BIO 5780982 <GO>}

Thanks, George for that question. In addition to the plant shutdown, I'd say, the other key driver of the softness that we saw in the Capital business is that as I mentioned in the comments, the Capital organization had been directed to continue to focus on AviClear as the number one priority and that actually did continue to be a bit of a distraction. So we are working to correct that going forward.

As mentioned going forward, the Capital organization will return to a number one focus on the Capital business. They will continue to place some Avi devices but in a much more strategic way making sure that devices are placed only in offices that have the patient traffic to drive significant treatment volume and also to -- we will be pacing the placements in a more deliberate manner going forward. Generally speaking, all that I have heard would suggest that the state of the aesthetics market is remains healthy.

## Q - George Sellers  {BIO 2109273 <GO>}

Okay. Great. Thank you for the time. I'll leave it at just two. Thank you all.

## A - Sheila A. Hopkins  {BIO 5780982 <GO>}

Thank you.

## Operator

The next question comes from Jon Block with Stifel. Please go ahead.

### Q - Jonathan Block  {BIO 15122067 <GO>}

Thanks. Good afternoon. Sheila, maybe I'll start on that last point. I'm just a little confused on the sales reps' marching orders. So if I recall correctly in the fourth quarter call, the prior management team talked about a new incentive program which was supposed to help refocus the reps attention, sort of properly allocate their time between AviClear and Capital. And again, that was on the fourth quarter call and that was conveyed as if it had already taken place. So are you saying that it didn't take place or did it not resonate? Maybe you can clarify. And then most importantly, has this all been squared away? And as we sit here today, they know how to allocate their time and they're doing so properly.

### A - Sheila A. Hopkins  {BIO 5780982 <GO>}

Thanks, Jon. Appreciate that question. The short answer would be, the revisions in the comp plan were executed. What appears to have happened is that, there was a direction to the Capital sales organization to place AviClear devices as a number one priority and this Capital selling organization delivered against that direction. But that direction did -- the reality is that it distracted them a bit from Capital placements. The good news is, I think that we now have crystal clarity in the market regarding not only direction, but also there is a clear shift in the commercial focus of the organization. So, what we've done is a great job of placing devices, which enables us to take advantage of a first mover position in the marketplace.

Now, the next task is to relentlessly drive utilization off of those devices, and that's the job of the KAM team, and which enables the Capital organization to focus in a priority way against Capital again. They will -- in a world where we are being more strategic about our Avi device placements and being more deliberate in the speed in which we place those devices that really enables the Capital organization to focus relentlessly against driving Capital. So, we think we're very clear on what needs to get done now.

### Q - Jonathan Block  {BIO 15122067 <GO>}

Okay. Got it. I'll go back to that in a second. But maybe just to pivot, your thoughts on other potential executive defections if I recall roughly a dozen key employees signed a letter saying they didn't want to see a change in leadership. They thought the current team had things moving ahead and going in the right direction. But under your leadership you guys went ahead and made some tough decisions and changes anyway. We just saw Rohan go ahead and leave the company. You talked Sheila on the call about the people being the company's biggest asset. So, I'd love just some commentary on the morale within the company and where that sits, and if that's improving? And then maybe your thoughts of the risk of other defections

again when we think about that letter that was written and still the Board's decision to go ahead and make the changes that they made?

## A - Sheila A. Hopkins {BIO 5780982 <GO>}

Yes. Thanks again, another great question. I think frankly the good news in this area is I'm here on the ground, and what I see every single day are Cutera employees who remain passionate and committed to the company. I have people coming into my office on a regular basis to just say, I want you to know I'm here. I'm with you. The day that I got here, I had a meeting with the leadership team and to a person everyone said we are committed to partnering with you Sheila, to grow this business. And that has not been talk. I have seen nothing but commitment, partnership, and a drive to do what's right for the business. So, I think morale is actually quite good given the circumstances.

## Q - Jonathan Block {BIO 15122067 <GO>}

Okay. And last one --

## A - Sheila A. Hopkins {BIO 5780982 <GO>}

The people who are in the room with me are nodding their heads.

## Q - Jonathan Block {BIO 15122067 <GO>}

Okay. It's good to hear. And I think the last one. I think under these circumstances it hopefully justifies the third question. You said, the business is strong but how do you get shareholders comfortable without providing any guidance? And I think there was a thought of you might give some high-level clarity, you might provide guidance with a wide range. But you got a stock right now that's even bidding down another 20%, 25% off of depressed levels. So, you're telling us that the business is strong but you're not quantifying it? And I guess, we certainly don't see that as the takeaway from today's call. So, any additional clarity you could provide there would be very helpful? Thanks for your time guys.

## A - Sheila A. Hopkins {BIO 5780982 <GO>}

Sure. So, I think, the weakness that we have seen in the first quarter, largely reflects executional challenges, not underlying fundamental weakness in the business and that's why we continue to say that the business is fundamentally healthy. The challenges that we face are challenges that are largely self-inflicted and the good news is that, we are now in charge of correcting and addressing those issues. And so, it's under our control and we are working aggressively to do just that.

And I do understand the importance of guidance. And I want you to know that, Stuart and I, who are both new in position, are working fast and furiously to really understand and evaluate the existing financial projections on the business, and the key assumptions that underlie them. And we've got to make sure that we are comfortable with them. Obviously, the miss in the first quarter, makes it even more imperative to reassess. But once again, once we have a set of numbers that the team is fully confident in, we'll be in a position to provide guidance again.

## Q - Jonathan Block {BIO 15122067 <GO>}

Thank you.

## Operator

The next question comes from Matthew O'Brien with Piper Sandler. Please go ahead.

## Q - Matthew O'Brien

Great. Thanks for taking my questions. Sheila, maybe just to follow-up a little bit on Jon's question there, but, previous management had talked about AviClear being a $30 million product this year approaching that level. Should we think about it, maybe as a run rate off of what we saw in Q1? Maybe closer to $20 million for the full year? And then, can the business even grow on the top line this year? When you exclude AviClear, should we just expect it to be down given everything that's going on?

## A - Sheila A. Hopkins {BIO 5780982 <GO>}

Right. So the answer -- to answer that question I would actually have to provide guidance, which we're just not prepared to do right now. What I can tell you is that, we would expect the business to grow this year.

## Q - Matthew O'Brien

Inclusive of AviClear?

## A - Sheila A. Hopkins {BIO 5780982 <GO>}

Once again, that's guiding a bit.

## Q - Matthew O'Brien

Okay. Okay. Understood. And I'm not sure if this question is for you --

## A - Sheila A. Hopkins {BIO 5780982 <GO>}

Yes.

## Q - Matthew O'Brien

-- or for Stuart, but the -- I would love to hear a little bit more about the sales retention plan that you mentioned earlier, because the OpEx numbers in the quarter were quite high. What have you had to commit to there? How long is the duration there? And then, how can we feel comfortable that when these commitments expire that there's not another exodus sometime next year or 2025?

## A - Stuart Drummond

Yes. Hi, it's Stuart speaking. Those sales retention numbers aren't actually in our Q1 results. So we'll be announcing it in our 10-K as a subsequent event footnote. Our

Board has committed up to $13 million, $10 million of which is for sales folks. It's an 18-month period. The amounts will be paid along the way in about four chunks.

## A - Sheila A. Hopkins  {BIO 5780982 <GO>}

And I would want to point out that, the evidence is overabundant that those retention incentives have been powerfully effective. We have not lost a single sales person.

## Q - Matthew O'Brien

Okay. Maybe just a follow-up on that Stuart, the increase in OpEx again in the quarter was pretty sizable. So anymore -- any more guidance you can give as far as what -- where are the some one-time costs in there? What drove those numbers up so high? Because as you know, we don't have guidance and we're looking at some of these numbers that we're starting to see some pretty high -- rates. And I know that's supposed to come down, but like -- I mean, how do we think about that? Because it looks like it could be elevated for a while here.

## A - Stuart Drummond

Yes. Two primary reasons, remember the comparisons against Q1 last year, so we've ramped up AviClear sales force by up to 40 headcount, so those numbers are obviously rolling into the Q1 2023. And another item in the G&A is we had an increase in audit expense and audit-related expense due to the extended audit of around $1.5 million.

## Q - Matthew O'Brien

Got it. Thank you.

## Operator

The next question comes from Margaret Kaczor with William Blair. Please go ahead.

## Q - Margaret Kaczor  {BIO 18099474 <GO>}

Hi. Good afternoon everyone. Thanks for taking my questions. I wanted to follow-up on guidance, but this time maybe not specifically on what guidance could be? But rather, what specific metrics, I guess, are you looking for to provide comfort to provide that guidance? What don't you have I guess, awareness of today that is prohibiting you from doing that? It doesn't sound like, its sales force turnover. So what else are you guys missing? And more specifically, it did sound to Jon's point, so obviously that you might provide us some sense around potential to achieve the prior guidance on that when we last spoke Sheila. So I guess, what happened in the last few weeks or months since you joined? Was there something new I guess that made you not comfortable with doing that?

## A - Sheila A. Hopkins  {BIO 5780982 <GO>}

Yes. I mean, I did have conversations around sharing some color if not guidance. And -- so let me see if I can be a little more helpful on the color front perhaps, and

also help folks better understand why we're not providing guidance. So with AviClear, we have a new compelling technology. And one of the things we're really digging into with gusto is the underlying assumptions regarding utilization timing from placement to the device being active in the marketplace, placement of devices. And we need to fine-tune, verify all of those assumptions particularly on AviClear to make sure that we're getting that number as right as we can be, because it is so essential to the outlook. And I would say, that is where there is a lot of energy focused right now. And I think it's in our best interest and hopefully you would see it in your best interest for us too, to get that number as right as we can.

## Q - Margaret Kaczor {BIO 18099474 <GO>}

Okay. That's helpful. And so, I guess to follow-up on that, can you give us a sense around what AviClear utilization was in that first quarter relative to maybe what you guys thought it might be? And then, I know you're -- you talked maybe about hiring a new KAM or support reps or at least kind of reeducating and kind of strategizing their focus. But I look at the over 1,000 sites you guys now have and can't help, but think it's going to take a while for your KAM base to be able to individually go into each account identify, how they could help, implement those procedures and see the outcome on the back-end with growth in utilization. But you tell me, I mean, is this potentially a one quarter, two quarter phenomenon, or is this a longer-term effort that will both require new expenses as well as time? Thank you.

## A - Sheila A. Hopkins {BIO 5780982 <GO>}

Thank you. That's a great question. So, here's the situation. We're early in the launch. Utilization varies significantly across the installed base. It varies by type of office, how long the device has been in place. But importantly, one thing that has meaningfully changed is that the big increase in placements that occurred between November and March, means, that we have a fair number of boxes, as you pointed out that are still in the start-up phase with low utilization rates, because they just started treating patients. So looking at average utilization today is not really very helpful.

The good news is that if we look at utilization levels in offices that have been up and running for a while, the numbers that we see are quite encouraging. So, what we have to do with a tremendous sense of urgency is take all of the steps that we can organizationally to drive utilization on the existing installed base as fast as we can, as high as we can, and we have plans in place to do that. We're going to increase the size of our installation team so that we can install faster. We're refining the training for our KAM organization, which is responsible for driving utilization. So, that they can partner even more effectively with offices to increase treatment volume and utilization.

And as we place new devices in a more strategic and measured way, we are making absolutely certain that we don't place more devices than the KAM team can effectively manage. So with those steps in place, we are actually quite confident that as we move through the quarters, we will get those boxes that currently have low utilization rates, up to rates that we need to take a good return on the investment. So this is all about execution.

## Q - Margaret Kaczor  {BIO 18099474 <GO>}

Okay. So if I can just one last question. As we think about hearing those comments with the cash burn that we see and so on, I don't know, if you guys can provide it. But it's over a $100 million decrease, I think in cash and marketable securities. Can you ballpark it for us? Or you're thinking $40 million a quarter year, $60 million, $80 million, especially -- or maybe even highlight from a KAM perspective how much that might change your cash burn? Thank you.

## A - Stuart Drummond

Yes. Sorry, Margaret, it's Stuart. Can you repeat that question and the number that you announced?

(Multiple Speakers).

## Q - Margaret Kaczor  {BIO 18099474 <GO>}

Yes. When I was doing a quick math and I apologize if I'm wrong. But if I looked at the end of year 2022, cash plus marketable securities added that and then compared it to the cash and marketable securities at the end of this quarter, it seemed to me that, that was $100 million worth of burn. So one, I guess, tell me if that's correct? And then two, how should we look at that on a quarterly basis going forward?

## A - Sheila A. Hopkins  {BIO 5780982 <GO>}

So, let me just provide some macro perspective and then Stuart or Greg can answer the more specific calculation question. The cash burn that we saw in this quarter would be a low point for the year. We expect that our cash burn will -- our cash position will improve sequentially through the quarters.

## A - Stuart Drummond

Yes. And Margaret, it's Stuart. Our actual cash burn was $49.7 million between December 31 and March 31, $11 million of that was increase in AviClear devices plus we had some balance sheet increases on the inventory with raw materials. Our AR collections were lower as well.

## Q - Margaret Kaczor  {BIO 18099474 <GO>}

Okay. It could be something on my end of the math. Sorry, I was looking on the press releases and that's what I came up with. So we can catch up on that later. Thank you guys.

## A - Sheila A. Hopkins  {BIO 5780982 <GO>}

Thank you.

## Operator

(Operator Instructions). The next question comes from Anthony Vendetti with Maxim Group. Please go ahead.

## Q - Anthony Vendetti {BIO 1504352 <GO>}

Thank you. Just wanted to follow-up on the AviClear placements. I guess, you pointed out that maybe the Capital Equipment sales force was focused on AviClear, potentially at the exclusion of the rest of the portfolio maybe truSculpt, xeo, whatever. Can you talk about what an AviClear placement looks like in terms of the cost for the practitioner? Is the commission for the sales rep related to the average selling price, or is it -- since it's a placement it's a lower selling price than let's say, a truSculpt, do they get a piece of the utilization? How does that work? And was there any change in the incentive structure, compensation structure for the sales force that will allow them to refocus on the whole portfolio going forward?

## A - Sheila A. Hopkins {BIO 5780982 <GO>}

Got it. So, vis-a-vis commissions on Avi placements, Capital organization does get a commission and it is somewhat a flat fee that is tied to the placement of a box. The KAM organization, which drives utilization, I believe has a compensation structure that is tied to revenue. Because each of those organizations does (Technical Difficulty) two different things, the compensation structure for our KAM organization, does. It's all-inclusive, there it covers both Avi and the Capital organization and Capital sales.

And the comp program that was released in the first quarter, I think was well intended. It was designed to incent performance against both sides of the business. I view the balance issue to be less a function of the design of the comp plan and probably more a function of the fact that the selling organization was ultimately directed to view Avi placements, as their number one priority. If that helps.

## Q - Anthony Vendetti {BIO 1504352 <GO>}

Okay. Yes, and that's helpful. And then just lastly, on a big picture. You mentioned that the underlying business fundamentals remain healthy. We've seen from other companies in the aesthetic space, they've been impacted by higher interest rates, whether that's related to leases or -- also we've been hearing that, certain practices are hesitant to buy Capital Equipment, when some of their patients may be pulling back on getting some of these treatments. Are you hearing that or not hearing that, at this point?

## A - Sheila A. Hopkins {BIO 5780982 <GO>}

Thank you for that question, Anthony. So generally speaking, we are not seeing that kind of tightening of, availability of funds is affecting our business. There are some -- in Canada, we have seen a little bit of evidence that this may be an emerging small-ish problem. But in the U.S., the derm market seems to be stable, strong, no issues is what I'm hearing from our field selling organization. We are monitoring this very closely.

### Q - Anthony Vendetti {BIO 1504352 <GO>}

Okay and then --

### A - Sheila A. Hopkins {BIO 5780982 <GO>}

Does that answer your question, Anthony?

### Q - Anthony Vendetti {BIO 1504352 <GO>}

-- Yes. No, that's good. I just -- on the expense side, you mentioned you added 40 employees AviClear. Is that over -- what period of time? And how many were added specifically in the first quarter?

### A - Stuart Drummond

Yes. Hi, it's Stuart, again. No that 40 was since Q1 of last year. So as you recall, we had the initial launch in April, and a full commercial launch in November so most of that headcount was towards the end of 2022.

### Q - Anthony Vendetti {BIO 1504352 <GO>}

Okay, great. Thank you very much. I'll hop back in the queue. Appreciate it.

### A - Sheila A. Hopkins {BIO 5780982 <GO>}

Thank you, Anthony.

### Operator

The next question comes from George Sellers with Stephens Inc Please go ahead.

### Q - George Sellers {BIO 2109273 <GO>}

Hi, thanks so much for taking the follow-up. I just wanted to ask about the release that hit just a few minutes ago, about an agreement between Cutera and some of the shareholders. Just curious what the implications are for, the Special Meeting? And how that is expected to progress given this agreement? And then the release also mentions, active discussions with the prior CEO towards a resolution. So just curious, if we could get any additional color on some of those discussions as well? Thank you, again for taking the follow-up.

### A - Sheila A. Hopkins {BIO 5780982 <GO>}

Right. I wish I could provide additional perspective on that, but that falls a bit under the umbrella of the external governance issues that we are working our way through. So, I would defer to what's in the release, to gather insight on what's happening there.

### Q - George Sellers {BIO 2109273 <GO>}

Okay. Understood. Thank you, again.

FINAL TRANSCRIPT
Cutera Inc (CUTR US Equity)

## A - Sheila A. Hopkins {BIO 5780982 <GO>}

Thanks, George.

## Operator

This concludes the question-and-answer session. I would like to turn the conference back over to Sheila Hopkins, for any closing remarks.

## A - Sheila A. Hopkins {BIO 5780982 <GO>}

Yes. So, I would just want to thank you very much for taking the time to join us on this call. Thank you for the questions. Hopefully, you found the answers to be helpful. And we look forward to updating you, on our next call. We look forward to follow-up conversations with you one-on-one. So, on that note, I would like to thank our operator, Sharice. Thank the team here and wish you all a great afternoon and rest of your day. Thank you, much.

## A - Stuart Drummond

Thank you.

## Operator

This concludes today's conference call. You may disconnect your lines. Thank you for participating, and have a pleasant day.

*This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your personal, non-commercial use. Bloomberg, its suppliers and third-party agents shall have no liability for errors in this transcript or for lost profits, losses, or direct, indirect, incidental, consequential, special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities or commodities. Any opinion expressed in the transcript does not necessarily reflect the views of Bloomberg LP. © COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.*

# EXHIBIT P

Table of Contents

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

**FORM 10-Q**

(Mark One)

**QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the quarterly period ended March 31, 2023

**OR**

**TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from _____ to_____.

Commission File Number: 000-50644

**Cutera, Inc.**
**(Exact name of registrant as specified in its charter)**

| | |
|---|---|
| **Delaware** | **77-0492262** |
| **(State or other jurisdiction of incorporation or organization)** | **(I.R.S. Employer Identification No.)** |

**3240 Bayshore Blvd., Brisbane, California 94005**
**(Address of principal executive offices)**

**(415) 657-5500**
**(Registrant's telephone number, including area code)**

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock ($0.001 par value) | CUTR | The NASDAQ Stock Market, LLC |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act (check one):

Large accelerated filer ☐    Accelerated filer ☒    Non-accelerated filer ☐    Smaller reporting company ☐    Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act.): Yes ☐ No ☒

The number of shares of Registrant's common stock issued and outstanding as of May 5, 2023, was 19,835,472.

Table of Contents

**PART I. FINANCIAL INFORMATION**

**ITEM 1. FINANCIAL STATEMENTS (UNAUDITED)**

**CUTERA, INC.**

**CONDENSED CONSOLIDATED BALANCE SHEETS**
**(in thousands, except share and per share data)**
**(unaudited)**

| | March 31, 2023 | | December 31, 2022 | |
|---|---|---|---|---|
| **Assets** | | | | |
| Current assets: | | | | |
| Cash and cash equivalents | $ | 166,828 | $ | 145,924 |
| Marketable investments | | 100,823 | | 171,390 |
| Accounts receivable, net of allowance for credit losses of $2,985 and $2,497, respectively | | 52,138 | | 45,562 |
| Inventories, net | | 71,819 | | 63,628 |
| Other current assets and prepaid expenses | | 26,156 | | 24,036 |
| Restricted cash | | 700 | | 700 |
| Total current assets | | 418,464 | | 451,240 |
| Property and equipment, net | | 53,016 | | 40,368 |
| Deferred tax assets | | 577 | | 590 |
| Goodwill | | 1,339 | | 1,339 |
| Operating lease right-of-use assets | | 12,059 | | 12,831 |
| Other long-term assets | | 14,343 | | 14,620 |
| Total assets | $ | 499,798 | $ | 520,988 |
| | | | | |
| **Liabilities and Stockholders' Equity (Deficit)** | | | | |
| Current liabilities: | | | | |
| Accounts payable | $ | 35,169 | $ | 33,736 |
| Accrued liabilities | | 58,660 | | 57,452 |
| Operating lease liabilities | | 2,722 | | 2,810 |
| Deferred revenue | | 12,243 | | 11,841 |
| Total current liabilities | | 108,794 | | 105,839 |
| | | | | |
| Deferred revenue, net of current portion | | 1,643 | | 1,657 |
| Operating lease liabilities, net of current portion | | 10,652 | | 11,352 |
| Convertible notes, net of unamortized debt issuance costs of $12,114 and $12,666, respectively | | 417,011 | | 416,459 |
| Other long-term liabilities | | 711 | | 862 |
| Total liabilities | | 538,811 | | 536,169 |
| | | | | |
| Commitments and Contingencies (Note 13) | | | | |
| | | | | |
| Stockholders' deficit: | | | | |
| Common stock, $0.001 par value; authorized: 50,000,000 shares; issued and outstanding: 19,785,107 and 19,668,603 shares at March 31, 2023 and December 31, 2022, respectively | | 20 | | 20 |
| Additional paid-in capital | | 126,504 | | 125,406 |
| Accumulated other comprehensive loss | | (8) | | (94) |
| Accumulated deficit | | (165,529) | | (140,513) |
| Total stockholders' deficit | | (39,013) | | (15,181) |
| Total liabilities and stockholders' deficit | $ | 499,798 | $ | 520,988 |

The accompanying notes are an integral part of these unaudited Condensed Consolidated Financial Statements.

3

Table of Contents

**CUTERA, INC.**

**CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS**
(in thousands, except per share data)
(unaudited)

| | Three Months Ended March 31, | |
| --- | --- | --- |
| | **2023** | **2022** |
| Net revenue: | | |
| Products | $ 49,588 | $ 52,066 |
| Service | 5,405 | 5,948 |
| Total net revenue | 54,993 | 58,014 |
| Cost of revenue: | | |
| Products | 27,231 | 22,912 |
| Service | 2,835 | 3,314 |
| Total cost of revenue | 30,066 | 26,226 |
| Gross profit | 24,927 | 31,788 |
| | | |
| Operating expenses: | | |
| Sales and marketing | 29,512 | 24,944 |
| Research and development | 6,468 | 6,499 |
| General and administrative | 12,516 | 13,502 |
| Total operating expenses | 48,496 | 44,945 |
| Loss from operations | (23,569) | (13,157) |
| Interest and other expense, net: | | |
| Amortization of debt issuance costs | (552) | (219) |
| Interest on convertible notes | (2,939) | (778) |
| Interest income (expense), net | 2,479 | (144) |
| Other expense, net | (163) | (611) |
| Total interest and other expense, net | (1,175) | (1,752) |
| Loss before income taxes | (24,744) | (14,909) |
| Income tax expense | 272 | 233 |
| Net loss | $ (25,016) | $ (15,142) |
| | | |
| Net loss per share: | | |
| Basic | $ (1.26) | $ (0.84) |
| Diluted | $ (1.26) | $ (0.84) |
| Weighted-average number of shares used in per share calculations: | | |
| Basic | 19,776 | 18,080 |
| Diluted | 19,776 | 18,080 |

The accompanying notes are an integral part of these unaudited Condensed Consolidated Financial Statements.

4

Table of Contents

**CUTERA, INC.**

**CONDENSED CONSOLIDATED STATEMENTS OF COMPREHENSIVE INCOME (LOSS)**
**(in thousands)**
**(Unaudited)**

|  | Three Months Ended March 31, | |
| --- | --- | --- |
|  | 2023 | 2022 |
| Net loss | $ (25,016) | $ (15,142) |
| Other comprehensive loss: | | |
| Available-for-sale investments | | |
| Net change in unrealized loss on available-for-sale investments | 86 | (11) |
| Other comprehensive loss, net of tax | 86 | (11) |
| Comprehensive loss | $ (24,930) | $ (15,153) |

The accompanying notes are an integral part of these unaudited Condensed Consolidated Financial Statements.

5

Table of Contents

**CUTERA, INC.**

**CONDENSED CONSOLIDATED STATEMENTS OF CHANGES IN STOCKHOLDERS' EQUITY (DEFICIT)**
**(in thousands, except share amounts)**

**Three Months Ended March 31, 2023 and 2022**

| | Common Stock | | | Additional Paid-in Capital | Accumulated Deficit | Accumulated Other Comprehensive Loss | Total Stockholders' Deficit |
|---|---|---|---|---|---|---|---|
| | Shares | Amount | | | | | |
| Balance at December 31, 2022 | 19,668,603 | $ | 20 | $ 125,406 | $ (140,513) | $ (94) | $ (15,181) |
| Exercise of stock options | 5,775 | | - | 109 | - | - | 109 |
| Issuance of common stock in settlement of restricted and performance stock units, net of shares withheld for employee taxes | 110,729 | | - | (2,397) | - | - | (2,397) |
| Stock-based compensation expense | - | | - | 3,386 | - | - | 3,386 |
| Net change in unrealized loss on available-for-sale investments | - | | - | - | - | 86 | 86 |
| Net loss | - | | - | - | (25,016) | - | (25,016) |
| Balance at March 31, 2023 | 19,785,107 | $ | 20 | $ 126,504 | $ (165,529) | $ (8) | $ (39,013) |

| | Common Stock | | | Additional Paid-in Capital | Accumulated Deficit | Accumulated Other Comprehensive Loss | Total Stockholders' Equity |
|---|---|---|---|---|---|---|---|
| | Shares | Amount | | | | | |
| Balance at December 31, 2021 | 17,995,344 | $ | 18 | $ 114,724 | $ (58,173) | $ - | $ 56,569 |
| Exercise of stock options | 7,459 | | - | 151 | - | - | 151 |
| Issuance of common stock in settlement of restricted and performance stock units, net of shares withheld for employee taxes | 130,146 | | - | (2,450) | - | - | (2,450) |
| Stock-based compensation expense | - | | - | 4,043 | - | - | 4,043 |
| Net change in unrealized loss on available-for-sale investments | - | | - | - | - | (11) | (11) |
| Net loss | - | | - | - | (15,142) | - | (15,142) |
| Balance at March 31, 2022 | 18,132,949 | $ | 18 | $ 116,468 | $ (73,315) | $ (11) | $ 43,160 |

The accompanying notes are an integral part of these unaudited Condensed Consolidated Financial Statements.

6

Table of Contents

**CUTERA, INC.**

**CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS**
**(in thousands)**
**(unaudited)**

| | Three Months Ended March 31, | |
| --- | --- | --- |
| | 2023 | 2022 |
| **Cash flows from operating activities:** | | |
| Net loss | $ (25,016) | $ (15,142) |
| Adjustments to reconcile net loss to net cash used in operating activities: | | |
| Stock-based compensation | 3,386 | 4,043 |
| Depreciation and amortization | 1,409 | 427 |
| Amortization of contract acquisition costs | 2,178 | 652 |
| Amortization of debt issuance costs | 552 | 219 |
| Deferred tax assets | 13 | 41 |
| Provision for credit losses | 488 | 192 |
| Loss on sale of property and equipment | - | 14 |
| Unrealized gain on foreign exchange forward | (623) | - |
| Non-cash interest income | (880) | - |
| Changes in assets and liabilities: | | |
| Accounts receivable | (7,064) | (1,912) |
| Inventories | (8,191) | (12,177) |
| Other current assets and prepaid expenses | (2,053) | (5,611) |
| Other long-term assets | (2,011) | (385) |
| Accounts payable | (1,330) | 5,755 |
| Accrued liabilities | 1,706 | (5,989) |
| Operating leases, net | (16) | 30 |
| Deferred revenue | 388 | 239 |
| Net cash used in operating activities | (37,064) | (29,604) |
| **Cash flows from investing activities:** | | |
| Acquisition of property and equipment | (11,153) | (321) |
| Proceeds from maturities of marketable investments | 95,000 | - |
| Purchase of marketable investments | (23,467) | (74,058) |
| Net cash provided by (used in) investing activities | 60,380 | (74,379) |
| **Cash flows from financing activities:** | | |
| Proceeds from exercise of stock options and employee stock purchase plan | 109 | 151 |
| Taxes paid related to net share settlement of equity awards | (2,397) | (2,450) |
| Payments on finance lease obligations | (124) | (150) |
| Net cash used in financing activities | (2,412) | (2,449) |
| Net increase (decrease) in cash, cash equivalents and restricted cash | 20,904 | (106,432) |
| Cash, cash equivalents, and restricted cash at beginning of period | 146,624 | 164,864 |
| Cash, cash equivalents, and restricted cash at end of period | $ 167,528 | $ 58,432 |
| **Supplemental non-cash investing and financing activities:** | | |
| Assets acquired under finance lease | $ 33 | $ 57 |
| Assets acquired under operating lease | $ 57 | $ 320 |
| Acquisition of property and equipment | $ 6,894 | $ - |
| **Supplemental disclosure of cash flow information:** | | |
| Cash paid for interest | $ 778 | $ 1,577 |
| Income tax paid | $ 483 | $ 1,100 |

The accompanying notes are an integral part of these unaudited Condensed Consolidated Financial Statements.

7

# EXHIBIT Q

**EXHIBIT 31.1**

**Certification of Chief Executive Officer**
**Pursuant to Section 302 of the Sarbanes-Oxley Act of 2002**

I, Sheila Hopkins, certify that:

1. I have reviewed this quarterly report on Form 10-Q of Cutera, Inc.;

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

    a. Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under its supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

    b. Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under its supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

    c. Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report its conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

    d. Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's first fiscal quarter in the case of an annual report) that has materially affected or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer and I have disclosed, based on its most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

    a. All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

    b. Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting

Date: May 10, 2023

/s/ Sheila Hopkins

**Sheila Hopkins**
**Interim Chief Executive Officer**

**EXHIBIT 31.2**

**Certification of Chief Financial Officer**
**Pursuant to Section 302 of the Sarbanes-Oxley Act of 2002**

I, Stuart Drummond, certify that:

1. I have reviewed this quarterly report on Form 10-Q of Cutera, Inc.:

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

    (a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under its supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this annual report is being prepared;

    (b) Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under its supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

    (c) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report its conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

    (d) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's first fiscal quarter in the case of an annual report) that has materially affected or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

6. The registrant's other certifying officer and I have disclosed, based on its most recent evaluation of internal control over financial reporting, to the registrant's auditor and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

    (e) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

    (f) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: May 10, 2023                              /s/ Stuart Drummond
                                                **Stuart Drummond**
                                                **Interim Chief Financial Officer**

**Exhibit 32.1**

**CERTIFICATIONS OF CHIEF EXECUTIVE OFFICER
AND CHIEF FINANCIAL OFFICER
PURSUANT TO
18 U.S.C. SECTION 1350,
AS ADOPTED PURSUANT TO
SECTION 906 OF THE SARBANES-OXLEY ACT OF 2002**

I, Sheila Hopkins, certify, pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002, that

    i.   the accompanying Quarterly Report on Form 10-Q of the Company for the quarterly period ended March 31, 2023 (the "Report") fully complies with the requirements of Section 13(a) or Section 15(d), as applicable, of the Securities Exchange Act of 1934, as amended; and

    ii.  the information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Company.

Date: May 10, 2023

*/s/ Sheila Hopkins*

**Sheila Hopkins
Interim Chief Executive Officer**

I, Stuart Drummond, certify, pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002, that

    i.   the accompanying Quarterly Report on Form 10-Q of the Company for the quarterly period ended March 31, 2023 (the "Report") fully complies with the requirements of Section 13(a) or Section 15(d), as applicable, of the Securities Exchange Act of 1934, as amended; and

    ii.  the information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Company.

Date: May 10, 2023

*/s/ Stuart Drummond*

**Stuart Drummond
Interim Chief Financial Officer**

This certification accompanies this Report pursuant to Section 906 of the Sarbanes-Oxley Act of 2002 and shall not be deemed filed by the Company for purposes of Section 18 of the Securities and Exchange Act of 1934, as amended.

# EXHIBIT R

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, DC 20549**

# FORM 8-K

**CURRENT REPORT**
**Pursuant to Section 13 or 15(d) of**
**the Securities Exchange Act of 1934**

August 8, 2023

Date of Report (date of earliest event reported)



# Cutera, Inc.

**(Exact name of Registrant as specified in its charter)**

| **Delaware** | **000-50644** | **77-0492262** |
|:---:|:---:|:---:|
| **(State or other jurisdiction of incorporation)** | **(Commission File Number)** | **(I.R.S. Employer Identification Number)** |

**3240 Bayshore Blvd.**
**Brisbane, California 94005**
**(Address of principal executive offices)**

**(415) 657-5500**
**(Registrant's telephone number, including area code)**

**N/A**
**(Former name or former address, if changed since last report)**

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (see General Instruction A.2. below):

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c)

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|:---:|:---:|:---:|
| Common Stock ($0.001 par value) | CUTR | The NASDAQ Stock Market, LLC |

Indicate by check mark whether the registrant is an emerging growth company as defined in as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company    ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Item 2.02.    Results of Operations and Financial Condition.**

On August 8, 2023, Cutera, Inc. ("Cutera" or the "Company") issued a press release announcing its financial results for the first quarter ended June 30, 2023. Cutera hereby incorporates by reference herein the information set forth in its press release dated August 8, 2023, a copy of which is attached hereto as Exhibit 99.1. Except as otherwise provided in the press release, the press release speaks only as of the date of such press release and it shall not create any implication that the affairs of Cutera have continued unchanged since such date.

The information provided pursuant to this Item 2.02 is to be considered "furnished" pursuant to Item 2.02 of Form 8-K and shall not be deemed to be "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended, or otherwise subject to the liabilities of that Section or Sections 11 and 12(a)(2) of the Securities Act of 1933, as amended, nor shall it be deemed incorporated by reference into any of Cutera's reports or filings with the Securities and Exchange Commission, whether made before or after the date hereof, except as expressly set forth by specific reference in such report or filing.

Except for the historical information contained in this report, the statements made by Cutera are forward-looking statements that involve risks and uncertainties. All such statements are subject to the safe harbor created by the Private Securities Litigation Reform Act of 1995. Cutera's future financial performance could differ significantly from the expectations of management and from results expressed or implied in the press release. Please refer to the text portion of the press release for further discussion about forward-looking statements. For further information on risk factors, please refer to "Risk Factors" contained in Cutera's most recently filed Form 10-K and its subsequent filings with the Securities and Exchange Commission, as well as in the press release attached as Exhibit 99.1 hereto. Cutera disclaims any obligation or duty to update or modify these forward-looking statements.

**Item 9.01.  Financial Statements and Exhibits.**

**(d)      Exhibits.**

| Exhibit No. | Description |
|---|---|
| 99.1 | Press Release of Cutera, Inc. dated as of August 8, 2023. |
| 104 | Cover Page Interactive Data File (embedded within the Inline XBRL document) |

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

CUTERA, INC.

Date: August 8, 2023

*/s/ Stuart Drummond*

Stuart Drummond
Interim Chief Financial Officer

Exhibit 99.1



# Cutera Announces Second Quarter 2023 Financial Results along with 2023 Outlook

BRISBANE, California, August 8, 2023 ─ Cutera, Inc. (Nasdaq: CUTR) ("Cutera" or the "Company"), a leading provider of aesthetic and dermatology solutions, today reported financial results for the second quarter ended June 30, 2023.

**Second Quarter 2023 Financial and Operational Highlights**

- Consolidated revenue of $61.2 million, a decrease of 5% as reported and a decrease of 2% in constant currency from the prior-year period, primarily driven by a decline in capital equipment revenue, partially offset by AviClear revenue.
- AviClear Q2 2023 new bookings of just under 200 units, vs. over 350 in Q1 2023, in line with our strategy to drive a more measured pace of new bookings.
- GAAP Gross margin of 45.8% in the quarter, compared to 54.6% in the prior-year period.
- Non-GAAP Gross Margin of 50.3% in the quarter, compared to 55.6% in the prior-year period.
- GAAP Operating expenses were $57.6 million in the quarter, compared to $45.1 million in the prior-year period. Operating expenses during the period included $10.6 million in AviClear spending, up $3.6 million from the prior-year period.
- GAAP Net loss was $31.6 million, compared to a GAAP Net loss of $47.3 million in the prior-year period.
- Adjusted EBITDA was a loss of $11.6 million, compared to a loss of $1.6 million in the prior-year period.
  - Core adjusted EBITDA was a loss of $4.3 million
  - AviClear adjusted EBITDA was a loss of $7.3 million

| Key Revenue Metrics | Three Months Ended June 30, 2023 | % Change vs Three Months Ended June 30, 2022 | |
|---|---|---|---|
| | | Reported | Constant Currency |
| **Capital Equipment** | $ 37.9 | -13 % | -11 % |
| Skincare | $ 9.4 | -2 % | 5 % |
| Consumables | $ 4.3 | -18 % | -16 % |
| Service | $ 5.7 | — % | 2 % |
| AviClear | $ 4.0 | nm | nm |
| **Recurring** | $ 23.3 | 13 % | 18 % |
| **Total Revenue** | $ 61.2 | -5 % | -2 % |

| Key Profit Metrics | Three Months Ended June 30, 2023 |
|---|---|
| **GAAP Margin %** | **45.8 %** |
| Non-GAAP Margin % | 50.3 % |
| Adjusted EBIDTA-Core | $ (4.3) |
| Adjusted EBIDTA- AviClear | $ (7.3) |
| Adjusted EBIDTA - Total | $ (11.6) |
| Adjusted EBIDTA - Margin % | **-19.0 %** |

| Key Revenue Metrics | Six Months Ended June 30, 2023 | % change vs Six Months Ended June 30, 2022 | |
|---|---|---|---|
| | | Reported | Constant Currency |
| **Capital Equipment** | $ 71.2 | -11 % | -9 % |
| Skincare | $ 17.6 | -18 % | -8 % |
| Consumables | $ 8.0 | -12 % | -9 % |
| Service | $ 11.1 | -5 % | -2 % |
| AviClear | $ 8.4 | nm | nm |
| **Recurring** | $ 45.0 | 7 % | 13 % |
| **Total Revenue** | $ 116.2 | -5 % | -1 % |

| Key Profit Metrics | Six Months Ended June 30, 2023 |
|---|---|
| **GAAP Margin %** | **45.6 %** |
| Non-GAAP Margin % | 49.7 % |
| Adjusted EBIDTA-Core | $ (12.9) |
| Adjusted EBIDTA- AviClear | $ (13.3) |
| Adjusted EBIDTA - Total | $ (26.1) |
| Adjusted EBIDTA - Margin % | **-22.5 %** |

"Second quarter results reflect that our business faces more operational and market challenges than were apparent when I stepped in as interim CEO. While we succeeded in refocusing our selling organization on Core Capital, business performance in this area has been negatively impacted by continued parts-driven service delays, and a tightening credit environment which have made deal closing more difficult, and placed pressure on our ASP's. Addressing these challenges is a top priority for the company and we are working diligently to get Core Capital back on track," commented Sheila Hopkins former interim Chief Executive Officer of Cutera Inc.

Hopkins continued, "On AviClear we have more work to do to increase utilization and the percent of installed offices that are contributing. We are working expeditiously on the playbook for that. This will be a process, however, I am encouraged by progress made in the quarter on AviClear. We moved forward with a more measured pace of device bookings, and drove treatment volume that was in-line with our expectations. Finally, AviClear became the first acne therapy to obtain FDA clearance as **a long-term treatment** for mild to severe acne vulgaris."

"I continue to believe in the potential of Cutera, fueled by excellent technologies, and a dedicated and talented team. The challenges before us can and will be addressed, particularly with Taylor at the helm given his deep industry experience. This will place the Company firmly on the path to un-lock inherent upside value not only on AviClear, but also Core Capital. Cutera's future remains bright," concluded Hopkins

"I am very excited about the platform, the team, and the opportunity ahead at Cutera. While we face a set of near-term challenges, which our team will address, we have significant potential to drive growth and profitability over time, not only with our AviClear, our revolutionary solution for acne, but across our entire portfolio," commented Taylor Harris, Chief Executive Officer of Cutera, Inc.

**2023 Outlook**
The company expects full-year 2023 revenue in the range of $220 million to $230 million.

**Conference Call**
The Company's management will host a conference call to discuss these results and related matters today at 1:30 p.m. PT (4:30 p.m. ET). Participating in the call will be Taylor Harris, Chief Executive Officer, Sheila Hopkins, former Interim Chief Executive Officer, Stuart Drummond, Interim Chief Financial Officer, and Greg Barker, Vice President of FP&A and Investor Relations.

To participate in the conference call, dial 1-800-319-4610 (domestic) or + 1-631-891-4304 (international).

The call will also be a webcast and can be accessed from the Investor Relations section of Cutera's website at http://www.cutera.com/. The webcast replay of the call will be available at the same site approximately one hour after the end of the call.

**About Cutera, Inc.**
Brisbane, California-based Cutera is a leading provider of aesthetic and dermatology solutions for practitioners worldwide. Since 1998, Cutera has been developing innovative, easy-to-use products that harness the power of science and nature to enable medical practitioners to offer safe and effective treatments to their patients. For more information, call +1-415-657-5500 or 1-888-4CUTERA or visit www.cutera.com.

*\*Use of Non-GAAP Financial Measures*

*In this press release, to supplement the Company's condensed consolidated financial statements presented in accordance with Generally Accepted Accounting Principles, or GAAP, management has disclosed certain non-GAAP financial measures for gross margin, gross margin rate, and operating income. Non-GAAP adjustments include depreciation and amortization including contract acquisition costs, stock-based compensation, enterprise resource planning ("ERP") implementation costs, certain legal and litigation costs, executive and other non-recurring severance costs, costs related to a retention plan, and legal and advisory fees related to litigation and shareholder activism. From time to time in the future, there may be other items that the Company may exclude if the Company believes that doing so is consistent with the goal of providing useful information to investors and management. The Company has provided a reconciliation of each non-GAAP financial measure used in this earnings release to the most directly comparable GAAP financial measure.*

*The Company defines adjusted EBITDA as operating income before depreciation and amortization, stock-based compensation, ERP implementation costs, costs related to certain litigation, executive and non-recurring severance costs, retention plan costs,, and legal and advisory fees related to litigation and shareholder activism.*

*Company management uses non-GAAP measures as aids in monitoring the Company's ongoing financial performance from quarter to quarter, and year to year, and for benchmarking against other similar companies. Non-GAAP financial measures used by the Company may be calculated differently from, and therefore may not be comparable to, similarly titled measures used by other companies. These non-GAAP financial measures should be considered along with, but not as alternatives to, the operating performance measure as prescribed by GAAP. Non-GAAP financial measures for the statement of operations and net income per share exclude the following:*

***Depreciation and amortization, including contract acquisition costs.*** *The Company has excluded depreciation and amortization expense in calculating its non-GAAP operating expenses and net income measures. Depreciation and amortization are non-cash charges to current operations;*

***Stock-based compensation.*** *The Company has excluded the effect of stock-based compensation expenses in calculating its non-GAAP operating expenses and net income measures. Although stock-based compensation is a key incentive offered to the Company's employees, the Company continues to evaluate its business performance excluding stock-based compensation expenses. The Company records stock-based compensation expenses related to grants of options, employee stock purchase plans, and performance and restricted stock. Depending upon the size, timing, and terms of the grants, this expense may vary significantly but will recur in future periods. The Company believes that excluding stock-based compensation better allows for comparisons to its peer companies;*

***ERP implementation costs.*** *The Company has excluded ERP system costs related to direct and incremental costs incurred in connection with its multi-phase implementation of a new ERP solution and the related technology infrastructure costs. The Company excludes these costs because it believes that these items do not reflect future operating expenses and will be inconsistent in amounts and frequency making it difficult to contribute to a meaningful evaluation of the Company's operating performance;*

***Certain legal and litigation costs.*** *The Company has excluded costs incurred related to its litigation against Lutronic Aesthetics, which is not part of the Company's ordinary course of business. The Company's complaint against Lutronic alleges misappropriation of trade secrets, violation of the Racketeer Influenced and Corrupt Organizations Act (RICO), interference with contractual relations and other claims. The Company excludes these costs because this litigation is a result of a discrete event that was not part of the Company's business strategy but has a significant effect on the results of operations. Its costs are incidental to and do not reflect the efficiencies and effectiveness of the Company's core operations;*

***Executive and other non-recurring severance costs.*** *The Company has excluded costs associated with restructuring activities and the separation of its officers and other executives in calculating its non-GAAP operating expenses and non-GAAP Operating Income. The Company has excluded restructuring costs because a restructuring represents a discrete event that signifies a change in the Company's strategy, but its costs are not indicative of the ongoing financial performance of the business. The Company excludes executive separation costs because executive separations are unpredictable and not part of the Company's business strategy but could have a significant impact on the results of operation;*

***Retention plan costs.*** *The Company has excluded the expense related to a retention plan implemented in April 2023. Approximately $11 million was made available to sales personnel and key employees and will be paid in quarterly installments through October 2024. The Company has excluded expense related to this retention plan as such costs are not considered part of ongoing operations.*

***Board of Director legal and advisory fees.*** *The Company has excluded costs associated with the litigation and shareholder activism related to its 2023 annual meeting of shareholders. The Company has excluded these costs as the costs do not relate to ongoing operations. The Company believes that excluding all of the items above allows users of its financial statements to better review and assess both current and historical results of operations.*

*The Company believes that excluding all of the items above allows users of its financial statements to better review and assess both current and historical results of operations.*

<u>Safe Harbor Statement</u>
*Certain statements in this press release, other than purely historical information, are "forward-looking statements" within the meaning of the Private Securities Litigation Reform Act of 1995, Section 27A of the Securities Act, and Section 21E of the*

*Securities Exchange Act of 1934, as amended (the "Exchange Act"). These statements include but are not limited to, Cutera's plans, objectives, strategies, financial performance and outlook, product launches and performance, trends, prospects, or future events and involve known and unknown risks that are difficult to predict. As a result, the Company's actual financial results, performance, achievements, or prospects may differ materially from those expressed or implied by these forward-looking statements. In some cases, you can identify forward-looking statements by the use of words such as "may," "could," "seek," "guidance," "predict," "potential," "likely," "believe," "will," "should," "expect," "anticipate," "estimate," "plan," "intend," "forecast," "foresee" or variations of these terms and similar expressions or the negative of these terms or similar expressions. Forward-looking statements are based on management's current, preliminary expectations and are subject to risks and uncertainties, which may cause Cutera's actual results to differ materially from the statements contained herein. These statements are not guarantees of future performance, and stockholders should not place undue reliance on forward-looking statements. There are several risks, uncertainties, and other important factors, many of which are beyond the Company's control, that could cause its actual results to differ materially from the forward-looking statements contained in this press release, including those described in the "Risk Factors" section of Annual Reports on Form 10-K, Quarterly Reports on Form 10-Q, Current Reports on Form 8-K, and other documents filed from time to time with the United States Securities and Exchange Commission by Cutera.*

*All information in this press release is as of the date of its release. Accordingly, undue reliance should not be placed on forward-looking statements. Cutera undertakes no obligation to update publicly any forward-looking statements to reflect new information, events, or circumstances after the date they were made, or to reflect the occurrence of unanticipated events. If the Company updates one or more forward-looking statements, no inference should be drawn that it will make additional updates concerning those or other forward-looking statements. Cutera's financial performance for the second quarter ended June 30, 2023, as discussed in this release, is preliminary and unaudited, and subject to adjustment.*

**Cutera, Inc.**
Greg Barker
VP, Corporate FP&A and Investor Relations
415-657-5500
IR@cutera.com

**CUTERA, INC.**
**CONDENSED CONSOLIDATED BALANCE SHEETS**
**(in thousands)**
**(unaudited)**

| | June 30, 2023 | | December 31, 2022 | |
|---|---|---|---|---|
| **Assets** | | | | |
| Current assets: | | | | |
| Cash and cash equivalents | $ | 180,654 | $ | 145,924 |
| Marketable investments | | 41,949 | | 171,390 |
| Accounts receivable, net | | 53,079 | | 45,562 |
| Inventories, net | | 68,668 | | 63,628 |
| Other current assets and prepaid expenses | | 24,900 | | 24,036 |
| Restricted cash | | 700 | | 700 |
| Total current assets | | 369,950 | | 451,240 |
| | | | | |
| Property and equipment, net | | 65,511 | | 40,368 |
| Deferred tax assets | | 547 | | 590 |
| Goodwill | | 1,339 | | 1,339 |
| Operating lease right-of-use assets | | 11,370 | | 12,831 |
| Other long-term assets | | 15,113 | | 14,620 |
| Total assets | $ | 463,830 | $ | 520,988 |
| | | | | |
| **Liabilities and Stockholders' Deficit** | | | | |
| Current liabilities: | | | | |
| Accounts payable | $ | 34,240 | $ | 33,736 |
| Accrued liabilities | | 53,764 | | 57,452 |
| Operating leases liabilities | | 2,602 | | 2,810 |
| Deferred revenue | | 12,457 | | 11,841 |
| Total current liabilities | | 103,063 | | 105,839 |
| | | | | |
| Deferred revenue, net of current portion | | 1,690 | | 1,657 |
| Operating lease liabilities, net of current portion | | 10,069 | | 11,352 |
| Convertible notes, net of unamortized debt issuance costs | | 417,568 | | 416,459 |
| Other long-term liabilities | | 575 | | 862 |
| Total liabilities | | 532,965 | | 536,169 |
| | | | | |
| Stockholders' deficit: | | | | |
| Common stock | | 20 | | 20 |
| Additional paid-in capital | | 128,014 | | 125,406 |
| Accumulated other comprehensive income (loss) | | 4 | | (94) |
| Accumulated deficit | | (197,173) | | (140,513) |
| Total stockholders' deficit | | (69,135) | | (15,181) |
| Total liabilities and stockholders' deficit | $ | 463,830 | $ | 520,988 |

**CUTERA, INC.**
**CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS**
**(in thousands, except per share data)**
**(unaudited)**

| | Three Months Ended | | Six Months Ended | |
| --- | --- | --- | --- | --- |
| | June 30, 2023 | June 30, 2022 | June 30, 2023 | June 30, 2022 |
| Products | $ 55,568 | $ 58,589 | $ 105,156 | $ 110,655 |
| Service | 5,650 | 5,635 | 11,055 | 11,583 |
| Total net revenue | 61,218 | 64,224 | 116,211 | 122,238 |
| | | | | |
| Products | 29,473 | 25,899 | 56,704 | 48,811 |
| Service | 3,691 | 3,281 | 6,526 | 6,595 |
| Total cost of revenue | 33,164 | 29,180 | 63,230 | 55,406 |
| Gross profit | 28,054 | 35,044 | 52,981 | 66,832 |
| *Gross margin %* | *45.8 %* | *54.6 %* | *45.6 %* | *54.7 %* |
| | | | | |
| Operating expenses: | | | | |
| Sales and marketing | 33,271 | 27,001 | 62,783 | 51,945 |
| Research and development | 5,784 | 6,859 | 12,252 | 13,358 |
| General and administrative | 18,528 | 11,248 | 31,044 | 24,750 |
| Total operating expenses | 57,583 | 45,108 | 106,079 | 90,053 |
| Loss from operations | (29,529) | (10,064) | (53,098) | (23,221) |
| Interest and other expense, net: | | | | |
| Amortization of debt issuance costs | (557) | (298) | (1,109) | (517) |
| Interest on Convertible notes | (2,958) | (1,149) | (5,897) | (1,927) |
| Loss on extinguishment of convertible notes | — | (34,423) | — | (34,423) |
| Interest income | 2,179 | 382 | 4,658 | 395 |
| Other expense, net | (453) | (1,910) | (616) | (2,678) |
| Total interest and other expense, net | (1,789) | (37,398) | (2,964) | (39,150) |
| Loss before income taxes | (31,318) | (47,462) | (56,062) | (62,371) |
| Income tax expense (benefit) | 326 | (186) | 598 | 47 |
| Net loss | $ (31,644) | $ (47,276) | $ (56,660) | $ (62,418) |
| | | | | |
| Net income (loss) per share: | | | | |
| Basic | $ (1.59) | $ (2.53) | $ (2.86) | $ (3.39) |
| Diluted | $ (1.59) | $ (2.53) | $ (2.86) | $ (3.39) |
| | | | | |
| Weighted-average number of shares used in per share calculations: | | | | |
| Basic | 19,858 | 18,700 | 19,819 | 18,392 |
| Diluted | 19,858 | 18,700 | 19,819 | 18,392 |

**CUTERA, INC.**
**CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS**
**(in thousands)**
**(unaudited)**

| | Three Months Ended | | Six Months Ended | |
| --- | --- | --- | --- | --- |
| | June 30, 2023 | June 30, 2022 | June 30, 2023 | June 30, 2022 |
| **Cash flows from operating activities:** | | | | |
| Net income (loss) | $ (31,644) | $ (47,276) | $ (56,660) | $ (62,418) |
| Adjustments to reconcile net income (loss) to net cash used in operating activities: | | | | |
| Stock-based compensation | 1,550 | 4,733 | 4,936 | 8,776 |
| Depreciation and amortization | 1,829 | 502 | 3,238 | 929 |
| Amortization of contract acquisition costs | 1,891 | 567 | 4,069 | 1,219 |
| Amortization of debt issuance costs | 557 | 298 | 1,109 | 517 |
| Deferred tax assets | 30 | 39 | 43 | 80 |
| Provision for credit losses | 2,026 | 217 | 2,514 | 409 |
| Loss on sale of property and equipment | — | 49 | — | 63 |
| Loss on extinguishment of convertible notes | — | 34,423 | — | 34,423 |
| Unrealize gain on foreign exchange forward | 623 | — | — | — |
| Non-cash interest income | (1,115) | — | (1,995) | — |
| Changes in assets and liabilities: | | | | |
| Accounts receivable | (2,967) | 804 | (10,031) | (1,108) |
| Inventories, net | 3,151 | (5,324) | (5,040) | (17,501) |
| Other current assets and prepaid expenses | 1,175 | 2,577 | (878) | (3,034) |
| Other long-term assets | (2,771) | (686) | (4,782) | (1,071) |
| Accounts payable | (336) | 9,016 | (1,666) | 14,771 |
| Accrued liabilities | (5,512) | (889) | (3,806) | (6,878) |
| Operating leases, net | (14) | 6 | (30) | 36 |
| Deferred revenue | 261 | 463 | 649 | 702 |
| Net cash provided by (used in) operating activities | (31,266) | (481) | (68,330) | (30,085) |
| | — | | | |
| **Cash flows from investing activities:** | | | | |
| Acquisition of property and equipment | (14,755) | (7,917) | (25,908) | (8,238) |
| Proceeds from maturities of marketable investments | 60,000 | — | 155,000 | — |
| Purchase of marketable investments | — | (129,251) | (23,467) | (203,309) |
| Net cash provided by (used in) investing activities | 45,245 | (137,168) | 105,625 | (211,547) |
| **Cash flows from financing activities:** | | | | |
| Proceeds from exercise of stock options and employee stock purchase plan | 749 | 1,288 | 858 | 1,440 |
| Purchase of capped call | — | (31,671) | — | (31,671) |
| Proceeds from issuance of convertible notes | — | 240,000 | — | 240,000 |
| Payment of issuance costs of convertible notes | — | (6,956) | — | (6,956) |
| Extinguishment of convertible notes | — | (45,777) | — | (45,777) |
| Taxes paid related to net share settlement of equity awards | (789) | (1,784) | (3,186) | (4,234) |
| Payments on finance lease obligations | (113) | (133) | (237) | (284) |
| Net cash provided by (used in) financing activities | (153) | 154,967 | (2,565) | 152,518 |
| Net increase (decrease) in cash, cash equivalents and restricted cash | 13,826 | 17,318 | 34,730 | (89,114) |
| Cash, cash equivalents, and restricted cash at beginning of period | 167,528 | 58,432 | 146,624 | 164,864 |
| Cash, cash equivalents, and restricted cash at end of period | $ 181,354 | $ 75,750 | $ 181,354 | $ 75,750 |

**CUTERA, INC.**
**CONSOLIDATED FINANCIAL HIGHLIGHTS**
**(in thousands, except percentage data)**
**(unaudited)**

| | Three Months Ended | | % Change | Six Months Ended | | % Change |
|---|---|---|---|---|---|---|
| | June 30, 2023 | June 30, 2022 | 2023 Vs 2022 | June 30, 2023 | June 30, 2022 | 2023 Vs 2022 |
| **Revenue By Geography:** | | | | | | |
| North America | $ 31,830 | $ 32,239 | -1.3 % | $ 59,499 | $ 61,092 | -2.6 % |
| Japan | 12,810 | 15,174 | -15.6 % | 25,718 | 32,677 | -21.3 % |
| Rest of World | 16,578 | 16,811 | -1.4 % | 30,994 | 28,469 | +8.9 % |
| *Total Net Revenue* | $ 61,218 | $ 64,224 | -4.7 % | $ 116,211 | $ 122,238 | -4.9 % |
| *International as a percentage of total revenue* | 48.0 % | 49.8 % | | 48.8 % | 50.0 % | |
| | | | | | | |
| **Revenue By Product Category:** | | | | | | |
| Systems | | | | | | |
| – North America | $ 22,243 | $ 25,232 | -11.8 % | $ 40,203 | $ 47,939 | -16.1 % |
| – Rest of World (including Japan) | 15,652 | 18,421 | -15.0 % | 31,010 | 32,228 | -3.8 % |
| *Total Systems* | 37,895 | 43,653 | -13.2 % | 71,213 | 80,167 | -11.2 % |
| AviClear | 3,996 | 136 | nm | 8,391 | 136 | nm |
| Consumables | 4,255 | 5,162 | -17.6 % | 7,998 | 9,065 | -11.8 % |
| Skincare | 9,422 | 9,638 | -2.2 % | 17,554 | 21,287 | -17.5 % |
| *Total Products* | 55,568 | 58,589 | -5.2 % | 105,156 | 110,655 | -5.0 % |
| Service | 5,650 | 5,635 | +0.3 % | 11,055 | 11,583 | -4.6 % |
| *Total Net Revenue* | $ 61,218 | $ 64,224 | -4.7 % | $ 116,211 | $ 122,238 | -4.9 % |

| | Three Months Ended | | Six Months Ended | |
|---|---|---|---|---|
| | June 30, 2023 | June 30, 2022 | June 30, 2023 | June 30, 2022 |
| **Pre-tax Stock-Based Compensation Expense:** | | | | |
| Cost of revenue | $ 361 | $ 500 | $ 725 | $ 959 |
| Sales and marketing | 1,283 | 1,638 | 2,431 | 2,214 |
| Research and development | 415 | 1,067 | 1,108 | 2,047 |
| General and administrative | (509) | 1,528 | 672 | 3,556 |
| | $ 1,550 | $ 4,733 | $ 4,936 | $ 8,776 |

**CUTERA, INC.**
**RECONCILIATION OF GAAP CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS**
**TO  NON-GAAP CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS**
**(in thousands, except per share data)**
**(unaudited)**

| | Three Months Ended June 30, 2023 | | |
| --- | --- | --- | --- |
| | Gross Profit | Gross Margin | Operating Income |
| Reported | $ 28,054 | 45.8 % | $ (29,529) |
| Adjustments: | | | |
| Depreciation and amortization including contract acquisition costs | 1,998 | 3.3 % | 3,991 |
| Stock-based compensation | 361 | 0.6 % | 1,550 |
| ERP implementation costs | — | — | 770 |
| Legal | — | — | 394 |
| Severance | — | — | 234 |
| Retention plan costs | 65 | 0.1 % | 2,972 |
| Board of Director legal and advisory fees | — | — | 7,709 |
| Other adjustments | 307 | 0.5 % | 307 |
| Total adjustments | 2,731 | 4.5 % | 17,927 |
| Adjusted | $ 30,785 | 50.3 % | $ (11,602) |

**CUTERA, INC.**
**RECONCILIATION OF GAAP CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS**
**TO  NON-GAAP CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS**
**(in thousands, except per share data)**
**(unaudited)**

| | Three Months Ended June 30, 2022 | | |
| --- | --- | --- | --- |
| | Gross Profit | Gross Margin | Operating Income |
| Reported | $    35,044 | 54.6 % | $    (10,064) |
| Adjustments: | | | |
| Depreciation and amortization including contract acquisition costs | 161 | 0.3 % | 1,068 |
| Stock-based compensation | 500 | 0.8 % | 4,733 |
| ERP implementation costs | — | — | 2,385 |
| Legal | — | — | 242 |
| Total adjustments | 661 | 1.0 % | 8,428 |
| Adjusted | $    35,705 | 55.6 % | $    (1,636) |

**CUTERA, INC.**
**RECONCILIATION OF GAAP CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS**
**TO  NON-GAAP CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS**
**(in thousands, except per share data)**
**(unaudited)**

| | Six Months Ended June 30, 2023 | | |
| --- | --- | --- | --- |
| | **Gross Profit** | **Gross Margin** | **Operating Income** |
| Reported | $    52,981 | 45.6 % | $    (53,098) |
| Adjustments: | | | |
| Depreciation and amortization including contract acquisition costs | 3,597 | 3.1 % | 7,578 |
| Stock-based compensation | 725 | 0.6 % | 4,936 |
| ERP implementation costs | — | — | 1,288 |
| Legal | — | — | 1,046 |
| Severance | 119 | 0.1 % | 549 |
| Retention plan costs | 65 | 0.1 % | 2,972 |
| Board of Director legal and advisory fees | — | — % | 7,709 |
| Other adjustments | 307 | 0.3 % | 892 |
| Total adjustments | 4,813 | 4.1 % | 26,970 |
| Adjusted | $    57,794 | 49.7 % | $    (26,128) |

**CUTERA, INC.**
**RECONCILIATION OF GAAP CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS**
**TO  NON-GAAP CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS**
**(in thousands, except per share data)**
**(unaudited)**

| | Six Months Ended June 30, 2022 | | |
| --- | --- | --- | --- |
| | **Gross Profit** | **Gross Margin** | **Operating Income** |
| Reported | $ 66,832 | 54.7 % | $ (23,221) |
| Adjustments: | | | |
| Depreciation and amortization including contract acquisition costs | 237 | 0.2 % | 2,147 |
| Stock-based compensation | 959 | 0.8 % | 8,776 |
| ERP implementation costs | — | — | 6,361 |
| Legal | — | — | 496 |
| Total adjustments | 1,196 | 1.0 % | 17,780 |
| Adjusted | $ 68,028 | 55.7 % | $ (5,441) |

# EXHIBIT S

Cutera Inc (CUTR US Equity)
2023-08-08

# Q2 2023 Earnings Call

## Company Participants

- Sheila A. Hopkins, Former Interim CEO
- Stuart Drummond, Interim CFO
- Taylor C. Harris, Chief Executive Officer

## Other Participants

- Anthony Vendetti, Analyst, Maxim Group LLC
- George Sellers, Analyst, Stephens, Inc.
- Jonathan Block, Analyst, Stifel
- Margaret Kaczor, Analyst, William Blair
- Unidentified Participant, Analyst, Piper Sandler

## Presentation

### Operator

Thank you for standing by. This is the conference operator. Welcome to the Cutera, Inc. Second Quarter 2023 Results Conference Call. As a reminder, all participants are in listen-only mode and the conference is being recorded. After the presentation, there will be an opportunity to ask questions. (Operator Instructions).

The discussion today includes forward-looking statements. These forward-looking statements reflect management's current forecast or expectations of certain aspects of the Company's future business including but not limited to, any financial guidance provided for modeling purposes.

Forward-looking statements are based on information available to us at the time those statements are made, which by its nature is dynamic and subject to change or management's good faith belief as of that time with respect to future events. Forward-looking statements include among other statements regarding financial guidance, regulatory approvals, productivity improvements, and plans to introduce new products and expand into additional geographies. For words that may identify forward-looking statements, we encourage you to refer to the Safe Harbor Statement in our press release earlier today.

All forward-looking statements are subject to risks and uncertainties including those risk factors described in the section entitled Risk factors in our Form 10-K as filed with the Securities and Exchange Commission and updated on our Form 10-Q subsequently filed. Cutera also cautions you not to place undue reliance on forward-looking statements which speak only as of the date they are made.

Cutera undertakes no obligation to update publicly any forward-looking statements to reflect new information, events, or circumstances or to reflect the occurrence of unanticipated events. Future results may differ materially from management's current expectations.

In addition, we will discuss non-GAAP financial measures including results on an adjusted basis. We believe these financial measures can facilitate a more complete analysis and greater transparency into Cutera's ongoing results of operations particularly when comparing underlying results from period to period. Please refer to the reconciliation from GAAP to non-GAAP measures in our earnings release. These non-GAAP financial measures should be considered along with, but not as alternatives to the operating performance measures prescribed by GAAP.

With that, I would like to turn the conference over to Sheila Hopkins, Former Interim CEO of Cutera. Please go ahead.

## Sheila A. Hopkins  {BIO 5780982 <GO>}

Thank you, operator. Good afternoon, and welcome to Cutera's second quarter 2023 earnings call. With me on the call are Stuart Drummond, Interim CFO; Greg Barker, Vice President of Financial Planning and Investor Relations; and Taylor Harris, our recently appointed Chief Executive Officer.

Before reviewing results, I'd like to comment on Taylor's appointment. Since I stepped in as Interim CEO, our Board has worked with a clear mandate, find the best person to serve as the permanent CEO of Cutera. We committed to bringing in a world-class operating executive with a track record of success, uncompromising standards, and the skill set and industry experience needed to execute the Company's strategy.

Taylor Harris more than delivers against these specs. His appointment follows a comprehensive search process led by Russell Reynolds that included input from some of our largest investors. I speak on behalf of the entire board when I say that we could not be more excited to have Taylor at the helm, and we're confident that the Company and our shareholders are in good hands going forward.

For those of you who don't know Taylor, let me share a bit more about why the Board and I believe he's the right person for the job. Taylor is a proven executive with over 20 years of experience and a track record of driving growth in the medical and aesthetic device landscape.

Most recently, he served as Senior Vice President and CFO of MyoKardia, a biopharmaceutical company. Prior to that, he was SVP and CFO of Zeltiq Aesthetics. Taylor played a key role in building cool sculpting into a formidable competitor. He also served as Vice President and Chief Financial Officer at Thoratec Corporation, and prior to that, he worked at JP Morgan Chase for over a decade with a focus on the medical device industry.

Taylor joined our board in June and also served as a consultant for us, and we've been able to see that he has a deep-seated sense of integrity, a people-centric approach, and a commitment to excellence that can take Cutera's business performance and its culture to the next level. Taylor also shares the board's conviction that there is a tremendous opportunity to unlock and create value at Cutera, and if there's a common thread woven throughout Taylor's experience, it is in fact his ability to drive value creation. So when you add it up, there is no doubt that he is the right person for this job, and I'm delighted that he is here, his second day in the seat for this call, and you'll hear from him in a few minutes.

But first, let me walk you through the highlights of our second quarter performance. Then I'll pass things over to Stuart to provide greater details on the financials. We'll conclude with Taylor sharing his initial thoughts on the way forward for the Company. He'll wrap up the call and open it up for questions. And with that, I'd like to shift and provide an overview of the second quarter.

First, a couple of reminders regarding the Company's progress on governance issues. From a Board perspective, in June, we welcome to four new Directors, Kevin Cameron, Nick Lewin, Keith Sullivan, and Taylor, and they each bring relevant skills and experiences to the table and are adding significant value already. From an organization perspective, the retention bonuses we implemented in April have worked. We've only lost one person among the targeted group of people. So our employee base has remained engaged.

Turning to the business, our results for the second quarter are frankly disappointing and reflect that the business faces more challenges than were apparent when I first stepped into this seat in April. Total revenue for the second quarter was $61.2 million, down 5% versus a year ago on a reported basis and down 2% in constant currency. We did see sequential growth versus the prior quarter, but not as much as expected and the decline versus a year ago traces primarily to capital equipment and cuts across most geographies.

Adjusted EBITDA was a loss of $11.6 million versus a $1.6 million loss in the year-ago period. Now this reflects decreased gross profits and increased OpEx spend behind AviClear. Stuart will provide more detail. But let me provide a bit more perspective on revenue performance.

Our core capital business was down minus 13% as reported and 11% in constant currency. Now some of the declines reflect challenging year-over-year comparisons as our Q2 '22 revenues were a high watermark. However, a clear-eyed assessment of this business shows that it also faces operational and macroeconomic headwinds.

On the operational front, core capital has been hampered by parts-driven service delays and increased reliability issues. These service and reliability hiccups don't sit well with our customers and are making it much more difficult to close deals. These issues reflect growing pains our supply chain and production facilities have faced as they ramped up AviClear production while at the same time working to meet the

needs of our core capital business. Having said that, we own this problem, and we're working diligently to mitigate and then solve it, so that we meet our standards and the expectations of our customers.

On the macroeconomic front, our capital business is also challenged by the tightening credit environment, which has made it more difficult for some customers to find financing. This has impacted deal closures and placed pressure on our ASPs. Med-spas have been the most affected. And we're investigating new approaches to help these customers find financing.

Now there are shoots of green on the core capital business. First, the shift to a more measured booking pace for AviClear addressed the problem that we had faced from October through March with the capital selling organization being somewhat distracted by steep AviClear booking targets. Second, we'll bring new product news to the capital portfolio this year with new technology to round out the secret franchise and we'll follow that with more new product news on core capital in 2024. So in net, getting our capital business back on track is a top priority for the Company and Taylor is already engaged with the team to do just that.

Turning to AviClear, we have more work to do here also, but the biggest challenge being increasing utilization and the percent of installed offices that are contributing. Key to success will be practice business development and more effectively holding utilization rates and existing offices as new offices are onboarded. We are working expeditiously on the playbook to achieve stronger results here, and Taylor brings invaluable industry experience to the task at hand.

Now I'm encouraged by the progress that we made in the quarter on AviClear. We moved forward with a more measured pace of device bookings. Our KAM team drove treatment volume in the quarter that was in line with our expectations, and we're also progressing development of new handpieces for AviClear that will expand treatment areas.

And finally, AviClear became the first acne therapy to obtain FDA clearance as a long-term treatment for mild to severe acne. Connecting all of the dots, while second-quarter performance did not meet our expectations and the challenges that we face are greater than I initially realized, I am confident that with Taylor's leadership, these challenges will be addressed and the business will return to sustainable growth.

And with that, I'd like to turn the call over to Stuart for a financial update. Stuart.

## Stuart Drummond

Thank you, Sheila. Today I'll be discussing our reported Q2 results as well as some non-GAAP results. Our reconciliation of GAAP to non-GAAP gross margin, and operating loss is included in our earnings release. We encourage listeners and readers to review our non-GAAP results in conjunction with the GAAP results contained in this earnings release.

Turning to our Q2 results. Total revenue for the first quarter was $61.2 million compared to $64.2 million for the same period in 2022 and compared to $55 million in Q1 of 2023. The $3 million or 5% decrease from the comparative period represents a 2% decrease on a constant currency basis. This decrease reflects a decline in capital equipment revenue, partially offset by AviClear revenue recorded in Q2 of this year. As a reminder, we began a limited commercial launch of AviClear in April 2022 and a full commercial release in November 2022.

Second quarter consolidated capital equipment revenue of $37.9 million decreased by $5.8 million, or 13% from the prior year period. North American capital equipment revenue of $22.2 million decreased by $3 million or 12% from the prior year period. This decrease included a $1 million increase in our sales return reserve. I would like to highlight that Q2 2023 North American system revenue represented a $4.2 million improvement over Q1 2023 reflecting our sales forces refocus on core capital.

International equipment revenue of $15.7 million represented $2.8 million or 15% decrease from Q2 2022. Recurring revenue defined as our consumables, global service, skincare, and AviClear revenue was $23.3 million in the quarter, up $2.8 million or 13% over the comparative period. The increase over the prior year was mainly driven by AviClear revenue of $4 million, partially offset by a $0.9 million decrease in consumable revenue resulting from a promotion we offered in Q2 2022.

Non-GAAP gross profit for the first quarter of 2023 was $30.8 million with a gross margin of 50.3% representing a decrease of 530 basis points compared to the same period last year and an increase of 120 basis points compared to Q1 of 2023. Regarding the comparative quarterly decrease, geographic and product revenue mix and increased pressure on ASPs affect the gross margin by 270 basis points and continued foreign exchange headwinds adversely impacted gross margin by a further 120 basis points.

The remaining factors impacting the comparative decline in the gross margin were cost increases for certain parts, which had a 170 basis point impact, and an increase in our inventory obsolescence reserve which had a 100 basis point impact. AviClear, revenue in the second quarter of 2023 positively impacted our gross margin compared to the second quarter of 2022 by 130 basis points.

Non-GAAP operating expenses for the second quarter of 2023 were $42.4 million compared to $37.3 million for the same period last year. This $5 million increase was mainly driven by the continued expansion of AviClear sales force and promotional activities, which represents around $3.1 million of this increase as well as the charge we took in the second quarter as we increased our allowance for doubtful accounts by $2 million.

For the second quarter of 2023, our non-GAAP operating income which we refer to as Adjusted EBITDA was a loss of $11.6 million compared to a loss of $1.6 million in the prior year period and compared to a loss of $14.5 million in the first quarter of

2023. The increase in loss compared to Q2 2022 was due to the decrease in gross profit and increase in operating expenses.

Turning to our balance sheet. We ended the quarter with $222.6 million of cash and marketable securities, compared to $267.7 million at March 31, 2023. Driving this $45 million sequential decrease at $25 million used in the AviClear business and $18 million from core losses, of which $8 million relates to Board of Director legal and advisory fees incurred in support of the recent board governance matters.

The AviClear use of cash results from $17 million spent on devices and parts and $7 million in cash losses. Our cash consumed in the first quarter of this year was $49.7 million. Our expectation is that our cash consumption will continue to trend downwards throughout 2023 driven by a decline of Board of Director Legal and Advisory fees as we're expecting the Q3 amount to be about half of Q2. Our reduction in core elementary and improvement in cash collection and a slower pace of AviClear placements.

I will now pass the call back to Sheila.

## Sheila A. Hopkins  {BIO 5780982 <GO>}

Thanks, Stuart. Before I turn the call over to Taylor to talk about the future, I want to say that it has been a privilege to serve as Cutera's Interim CEO. In the time I've been in this role, I've gained even deeper insight into the Company's business, people, and strategy. Getting to know Cutera people up close has been a joy. I am grateful for their unwavering dedication and commitment. And while there's a lot of work to be done, I am confident that the Company is well-positioned for growth under Taylor's leadership. I look forward to applying my learnings as Interim CEO upon returning to my position as an Independent Director on the Board.

Now let me turn this over to Taylor.

## Taylor C. Harris  {BIO 7399972 <GO>}

Thank you so much, Sheila. It's an honor to join you today as Cutera's new CEO. This year, Cutera celebrates its 25th anniversary, 25 years of pioneering innovation and leadership within the medical aesthetics industry. This company, founded by accomplished engineers, has focused on the science and on the technology that underpins the treatment advances in our field over the past few decades. From the very beginning, we've developed amazing products and we've partnered with our customers with dedicated sales, service, clinical, and marketing support to help them best utilize our technology and our products to serve the needs of patients around the globe. The next 25 years can be even better. And that's the reason that I'm here at Cutera. We have an opportunity to make Cutera stronger, to extend our technology and product leadership position, and to provide our customers with unparalleled quality, reliability, and customer support. We're not there now, but we can and we will be.

The team at Cutera is hungry to become the preeminent player in the aesthetics industry, second to none. We will speak to this longer-term vision in the quarters to come. For now, let me talk about three near-term priorities that are intended to address the speed bumps which we've hit in recent quarters.

First and foremost, we must improve our product reliability and service levels where we've seen a disappointing degradation in performance across the installed base of our capital systems. As Sheila mentioned, this dynamic occurred concomitant with it may have been in part caused by the significant demand for in the production levels of AviClear. We will address these reliability issues expeditiously, and once again assume a position of recognized industry leadership, not just in the innovation we bring, but also in the quality and in our commitment to customer service.

Second AviClear, what an impressive new technology for the treatment of acne. AviClear truly has the ability to change people's lives. It's a privilege to work at a company with this opportunity and the mission to bring this important new product to market. The science underlying AviClear is proven. The data profile is compelling. The patient interest in an alternative to systemic drug therapy is clear. And the results in patient satisfaction are increasingly impressive.

AviClear was one of the most exciting features that attracted me to Cutera and this therapy will play a vital role in our future. But we need to slow down before we speed back up. In the coming weeks, I will be meeting with the team to look at ways to optimize AviClear. We'll look at everything, from our clinical training and practice development support to our billing systems and our business model.

With over 1000 AviClear devices and physician offices, we need to focus our team on educating our customers on how to drive utilization within their practices. This will include training the physician staff on how best to speak to their patients about the benefits of Avi and ultimately to get them in for treatment. We know that we need to deploy AviClear capital strategically, but more importantly, we need to assist our physician partners on how to get the best results for their patients suffering from acne.

Fundamentally, we need to put ourselves into our customer shoes and do everything we can to support them as they deliver this game-changing therapy for patients. The team at Cutera is hard at work thinking through these plans and in the meantime, we're focused on improving service levels, building our practice development capabilities and continuing to drive awareness through our consumer and professional marketing activities.

Third, we will focus on growth in our core business, which has lagged our expectations in recent quarters. With an exciting new product like AviClear, it was easy for organizational attention to become diverted away from the core product line upon which Cutera has been built. We're thrilled with the industry's excitement regarding Avi and the level of demand that we experienced, and we will build a world-class franchise supporting patients with acne over time.

However, this initial demand stretched the organization too far in some areas to the detriment of our core business. So earlier this year we began to slow the pace of new AviClear bookings and we're now focusing our capital organizations priority squarely on the core business, as we develop the tools to drive greater treatment session utilization with AviClear.

The broader company has a significant role to play in supporting our field team, most importantly through product support and new product innovation. But with this focused effort from our capital organization and the support from our service and innovation functions, I believe we can continue the legacy of product leadership and growth at Cutera.

Underpinning all of this work is the foundation of our people, our purpose, and our mindset. And I think our logo highlights the most important building block in our coming journey with its highlight on the letter U. At Cutera our focus is on you, not on our individual selves, but on those that we serve, our teammates, our customers, patients. This core value is part of the DNA here at Cutera. I've seen it firsthand in these early days, and I truly believe that it's only through this cultural mindset that we will have the fortitude and resilience to whether the journey to greatness.

So we as an organization are recommitting to supporting each other and to pursuing excellence for our customers. On the people front, we have some key holes to fill in the near term and we need to make sure that we're allocating our time and resources toward the right set of priorities. But I am confident that we have the team and the will to win.

Now, let me turn to our outlook for the balance of 2023. With today being my second day on the job, there's a degree of uncertainty that must be recognized. So, I'll walk you through the way we formulated our revenue guidance.

In the first half of the year, our core capital and consumables product lines declined year over year. We will be redirecting more attention to this portfolio. However, there are macro pressures facing our customers that are not getting easier and we need some time to resolve our service challenges.

Our guidance assumes that these factors will weigh more heavily in the second half than they did in the first. We will also be committed to winning business based on our technology and our service while maintaining higher margins. For AviClear, we expect the installed base to continue to grow with scheduled installations bringing a higher level of revenue contribution in the second half of the year compared to the first. However, this increase is likely to be modest. Given the fact, that the summer is a slow period for laser treatments in general and that we need to work with all of our practices on developing sustainable engines for generating patient flow and utilization.

As I mentioned earlier, we are committed to building AviClear into a mainstay treatment for patients with moderate to severe acne. But in the near term, we need

to optimize our go-to-market approach and make sure that we have the reliability and processes to support our customers before re-accelerating.

Last, as it relates to our skincare line in Japan, we have been informed by our partner XIO that they do not intend to extend our distribution agreement beyond the current agreement's expiry, in June of 2024. We expect our revenue in the second half of 2023 to be down compared to the first half. We are still working through the details of the transition process and we'll provide more color at a later date on how revenue will trend leading up through the middle of 2024.

I would note that this product line currently has a gross margin profile slightly below corporate average with relatively low associated operating expense. So all of those considerations informed our thoughts around a revenue guidance range of $220 million to $230 million. While we don't give specific quarterly guidance, the phasing should reflect seasonal softness in the third quarter.

As for the bottom line impact, I would just reiterate Stuart's comments regarding the moderation of our cash burn as we progressed through the next two quarters. We plan to end the year with a strong cash position in the ballpark of $150 million. We're highly focused on using that capital judiciously and I'm steering our business toward profitability and cash flow. Our performance year-to-date and our near-term outlook does not reflect the type of profile that we aspire to, but it's important to acknowledge the facts on the ground while we retool to support sustainable long-term growth, profitability, and leadership. The future at Cutera is bright.

With that, I'll turn it over to the operator for questions.

# Questions And Answers

## Operator

Thank you. We will now begin the question-and-answer session. (Operator Instructions). Our first question comes from George Sellers of Stephens, Inc. Please go ahead.

## Q - George Sellers {BIO 2109273 <GO>}

Good afternoon, and thanks for taking the question. I guess starting with AviClear. I'm just curious if you could give a little bit more detail on the utilization trends. How the physicians who maybe got the device at the end of last year, what utilization looks like for those doctors versus doctors that have gotten it more recently? If you could just give some more detail there, I think that would be really helpful.

## A - Taylor C. Harris {BIO 7399972 <GO>}

Sure. Hi, George, happy to talk about what we've seen with AviClear. And I won't give specific comments on some of the topics, but I'll try to give you some

directional color, and maybe more broadly I'll just start with where we are from a placement front.

We've obviously been really successful in placing AviClear out into the field and that just indicates a lot of demand, a lot of interest and it gives us a good degree of optimism about the future of Avi. So we've now got over 1250 devices in the field as of the end of the second quarter. Our training programs have ramped as well. So the vast majority of those units have been placed.

As we think about utilization, I think it's important to think about both how many devices out in the field are contributing, active as well as what types of utilization rates we're seeing there. So the good news is that the number of devices that are contributing has increased. However, the percentage -- as our installed base is increased, the percentage that are contributing in, we think about contribution really is how many devices are doing a treatment during a month.

So the percentage that is contributing has declined and that reflects the -- really the -- the large increase in our installed base. Consequently, utilization rates have declined. And we've really seen that across the user base. I think some of that in recent months has been a fact, has been attributed to just seasonality in the business. We're learning more about the way this business works seasonally, but we're also looking into all of the other factors.

Clearly, the number one focus of the organization needs to be supporting the customers who have this device and helping them build great practices. So that's what we're planning on doing. I think there's a playbook here. We saw it at Zeltiq. We had a similar challenge, not when I was there. But in earlier days with respect to having a large installed base and needing to really refocus on driving utilization and that's what we're going to do here.

## Q - George Sellers {BIO 2109273 <GO>}

Okay. That -- that's really helpful. And then maybe switching to the core aesthetic business, I'm just curious if you could sort of level set, has there been a structural change in that business as it relates to profitability or in terms of demand, or is this more something that can be corrected with some of the initiatives and things that you're working on?

## A - Taylor C. Harris {BIO 7399972 <GO>}

So what I what I'd say I do think that as you've noticed our-- and Stuart alluded to, our selling prices have declined in the first half of the year and we've had an overall volume decline as well. And I think what that reflects are a couple of pressures. One is a macroeconomic pressure and the second is more company-specific.

So on the macro front the -- the financing environment is more challenging and we're seeing that reflected in our conversations with customers and we're looking for ways to support them. So, I would say that's a structural issue that we need to address. The company-specific factor has in large part to do with some of the service

challenges, the reliability challenges that Sheila spoke to. And so there we need to do a better job of supporting our customers and delivering the quality and the timeliness of service, getting when machines go down, getting them back up online quickly. That is not structural, that is something that we control and we're focusing a lot of attention there.

## Q - George Sellers  {BIO 2109273 <GO>}

Okay. That's really helpful color. I'll leave it at two and thank you again for the time.

## Operator

Our next question comes from Jon Block of Stifel. Please go ahead.

## Q - Jonathan Block  {BIO 15122067 <GO>}

Thanks guys. Good afternoon. I'll start with AviClear. So boxes higher Q-over-Q. AviClear, revenue lower Q-over-Q. So, obviously utilization not very good. Taylor, I think you mentioned the percent contributing has declined that's weighing on utilization. And I know it's your second day on the job, but I want to press you a little bit, is this the right business model, in terms of placing the box essentially for free and then Cutera getting outsized economics in the consumable, you've got as you mentioned over 1200 boxes out there. Where do you dispatch sales guys? Who's serious about adopting the technology? So maybe just talk to us on your thoughts on that business model? I know Zeltiq was a little different. I mean you charge for the box and then you still got the recurring, but is this the right one where it essentially goes out for free and then the 50% shared economics, or is there more of a middle ground that might be a better fit?

## A - Taylor C. Harris  {BIO 7399972 <GO>}

Jon, I think it's a great question and it's the right question to ask and before I get to that let me just talk to the second quarter and the patient dynamic. Revenue was down as you noted. We did treat more patients in the second quarter than we did in the first quarter. Now it was modestly more but it was more. We did have a revenue adjustment on accounting adjustment that we needed to take without that you would have seen in a revenue trend more reflective of the underlying patients treated trend.

But the broader point remains, in that what we saw as we progressed through the first half of the year and even into the start of the third quarter is utilization rates not where we want them to be.

So your question is the right one. It is one that I asked when I started doing my work, looking at Cutera as an opportunity personally. And I think one thing that work -- and I'll tell you this that the organization is looking at it for sure. One thing we're committed to is meeting customers where they are. And so the question you're asking is one that some customers have asked as well. And I think we need to be really thoughtful and responsive on that front.

They're different business models each can work and we just want to find the right setup for our particular situation. So for now, we need to leave it at that but it is something that we're looking hard at. And Jon, I'd also say that's part of the reason that we're slowing down here on the capital front is we want to reassess, are we doing this the right way in -- from a number of different angles?

### Q - Jonathan Block  {BIO 15122067 <GO>}

Okay, great. That was very helpful. Thanks for that color. And maybe just to shift gears for the second question and I'll also just keep it at two. But the one thing that I want to make sure I ask about are the quality issues at Cutera. And Taylor, you mentioned the 25-year history of the company, and I've been monitoring you guys for a while. And this company has always led with quality and that's really resonated with your customer base. So, I find that's a surprise. How pervasive are these issues across the portfolio? Maybe you can talk a little bit to that. Really what's unfolded in the past three to six months in terms of why this is coming front and center now? And then maybe most importantly, how long does that take to turn around? Thanks for your time.

### A - Taylor C. Harris  {BIO 7399972 <GO>}

Sure, Jon, I'll start, and then if Sheila wants to add anything then she can hop in. I think that what we're seeing here is part of the fact that we really flooded the engines with AviClear. And so we saw a lot of capital go out, a lot of production volume through our facility, and it really stretched the organization. And so it's hard to link it, link some of the challenge we're having directly to that or full proof of that, but the timing would indicate that that had a meaningful role to play.

And so I fully agree with your assessment of the Company over its history, and I also believe that we can and will get back to being known for quality and service. But the fact is we've got a lot more devices out in the field with -- across the core as well as across with Avi and so it stretched the organization. So I think what we need to do is -- and this is -- we talked about this, but we're bringing the new deployments of AviClear effectively to a halt as we pause here.

Now, we do have scheduled installations. We've made commitments to customers. We're going to fulfill those, but we're going to give the organization some breathing room to refocus on service levels and on quality across the entire portfolio. That won't be easy. How long is it going to take? I can't give you a promise there. What I can tell you is that it's the organization's top priority right now, and there's a clear commitment.

### Q - Jonathan Block  {BIO 15122067 <GO>}

Perfect. Thanks, guys. I'll follow up offline.

### Operator

Our next question comes from Matthew O'Brien of Piper Sandler. Please go ahead.

## Q - Unidentified Participant

Hey, this is Phil on for Matt. Thanks for taking our questions. My first one is for Taylor. Congrats on the new role. I was just wondering if you could expand on what you saw at Cutera that ultimately prompted you in taking this role despite some of these near-term headwinds that you've outlined. What might be needed from a resource or technology perspective that the Company might not have at this point, and any guide rails in terms of how long this might take to get your strategic plan in place?

## A - Taylor C. Harris  {BIO 7399972 <GO>}

Hey, Phil, thanks -- thanks for the question. So I've been familiar with Cutera for a number of years. I remember back to when I was at JPMorgan and the company went public and they were at our healthcare conference and I thought wow! This is a really cool company. And then just having been in the ascetics business was familiar with the reputation of the Company for being a product innovator, a leader, and a company that stood behind its products.

So I felt, reputationally, it's the kind of company that it appeals to me and that I want to be a part of. I think AviClear was another big draw for me. So, there aren't too many times that you have an opportunity to launch an exciting new therapy like this. And I do think the market needs is ready for, hungry for an alternative to drug therapy. And I think Avi has the potential to be a really meaningful impactful new product launch.

And then the other couple of things I'd say is that I've had the opportunity over the last couple of months to be involved with the team as a consultant on the board and I've just been super impressed with the commitment level of the team. I've been at companies before where you go through hard stretches, and I think it's in those times that teams come together and that you end up looking back and those are the times you remember, and it makes coming out of those time periods all the more sweet.

And I think that's what's going to happen here at Cutera. And I'm just convinced we've got a team that wants that.

So, the challenges we have here, we're not going to sugarcoat them. We're going to talk about them, we're going to put numbers to them and we're going to deal with them methodically. But one -- but I think that for me looking at them, I felt like they were issues that are fixable with resolve. They're not --these are not technology issues, these aren't clinical data issues, these are execution issues. And so we just need to focus on them. And so, all of that made me feel excited. I'm here not for a couple of quarters but, for a long time, and we're going to start working on it right now.

## Q - Unidentified Participant

I appreciate the color. Thank you so much. And I guess to wrap it up, I would love to hear a little bit more about the sales retention plans that were mentioned earlier. Just

because OpEx numbers were a little high, what did you have to commit there? How long is that duration and how can we get comfortable that when these commitments expire there's not going to be some type of exodus, sometime next year or later?

## A - Stuart Drummond

Yeah. Hi, Phil, it's Stuart speaking. I'll speak to the first part of your question.

So we announced in a subsequent event footnote that we're committing up to $13 million. The final number came in at $11 million and the retention plan is over one year, and it's paid out in four installments to this year, and the bulk actually is weighted towards next year. And it covers around 50 employees, mainly in the sales and marketing area, and a few key individuals in the G&A area as well.

## A - Sheila A. Hopkins  {BIO 5780982 <GO>}

Yeah. And -- and this is Sheila, just to -- to follow up that, the good news is that those retention bonuses have worked quite well. On the sales front, we've retained 100% of the targeted employees and for the management team, we've retained them all but one. And as importantly the team on the ground here remains as Taylor mentioned quite committed and engaged.

## Q - Unidentified Participant

Thanks so much.

## Operator

(Operator Instructions). Our next question comes from Anthony Vendetti of Maxim Group. Please go ahead.

## Q - Anthony Vendetti  {BIO 1504352 <GO>}

Thanks. Taylor, I was wondering, just to follow up on the service issues. When were they identified? Was it with the commencement of the placement of the AviClear systems or were service issues starting to crop up before that? And then just in terms of the core business, do you feel like the -- some of the core systems that have been around, the legacy systems have been around for a while, were just naturally starting to decline or would you attribute that more to the current credit environment, high-interest rates? And if one of those are an issue, is there really anything you could do to turn around that core business absent new product development?

## A - Sheila A. Hopkins  {BIO 5780982 <GO>}

This is Sheila. Let me just kind of start on the service and reliability issues and when did they begin to surface.

## Q - Anthony Vendetti  {BIO 1504352 <GO>}

Sure.

### A - Sheila A. Hopkins  {BIO 5780982 <GO>}

And let me say this as some background perspective. On the timing to service front. The issue is actually parts availability. There are a number of parts that are on backlog that reflect some supply chain issues and that has gotten in the way of our FSCs, which are our service engineers being able to service offices in a timely manner. It is not a deficiency of that organization at all. It is the need for Cutera to find ways to close the gap on these parts. And that is what the organization will be doing with a great sense of urgency.

The parts availability issues have been around for a while. They began with COVID and they have persevered since then but we really do need to as Taylor said wrap our minds around this issue and solve it in a way that is systemic and very methodical. On the reliability front, those issues really did begin to surface as we ramped up Avi.

And I think it is fair to say that as Taylor has mentioned while Avi is an amazing technology that does have a brilliant future, the organization was a bit overwhelmed and stretched then and as the manufacturing organization ramped up Avi, reliability issues began to surface across the portfolio of products. It is not entirely broad scale. The reliability issues are focused on three to four systems. But once again these are issues that we own and that we will be dealing with post haste.

And to that end, let me just talk a little about the steps the organization will be taking to better address the reliability issues. And to a large degree, the primary way to address the reliability issues is through enhanced quality control measures and that's going to look like increased quality controls for third-party systems and third-party materials, enhanced quality control testing on our lines, and also improved quality control measures so that we're testing systems as they come off the line before they are shipped to make sure that they are meeting our quality standards.

### Q - Anthony Vendetti  {BIO 1504352 <GO>}

Okay. Yeah. That was helpful Sheila, on the service reliability and quality front. Just on the second part of my question on the legacy of core products. Is there really much you can do to turn that around in this environment absent new product development?

### A - Taylor C. Harris  {BIO 7399972 <GO>}

Yeah, Anthony. I think on that front there is a challenging macro environment, but there are things that we can do. The first is focus, and so we've already refocused the capital organization squarely on the core product line. That'll be one of the benefits of not looking to place new Avi here in the coming months.

The second does relate to everything Sheila covered with respect to service and reliability. So, we've got some great products. We've got a broad product line and there are parts of that we feel like we've got a good opportunity to grow, but we need to be able to commit on the reliability front and that's what we're doing. And

then for sure new product flow helps. And there's our team there has a number of different programs we're working on. We aren't sure right now the order in which we're going to be bringing some of those to market, but there are plans to bring new product to market in 2024, and that should absolutely be helpful.

### A - Sheila A. Hopkins  {BIO 5780982 <GO>}

The other thing I'd point out here is -- just one other point on the core business is that the macroeconomic pressures that we are seeing really do affect the med-spa environment more than some other parts of our customer base. So as a -- for example, we are still seeing good growth on our business, on the core business amongst aesthetic dermatologists. So that is a -- a point of strength that we can leverage going forward.

### Q - Anthony Vendetti  {BIO 1504352 <GO>}

Okay. Thank you. I'll hop back in the queue. I appreciate it.

### Operator

Our next question comes from Margaret Kaczor of William Blair. Please go ahead.

### Q - Margaret Kaczor  {BIO 18099474 <GO>}

Hey, good afternoon. Thanks for taking the questions. I wanted to start out on AviClear and maybe a simple question or not simple question, but how much of the answer is pulling back some systems from the field that were maybe not necessarily profitable for the Company versus changing some of the pricing dynamics versus increasing investments such as PDM or a more dedicated sales force, just because the product does seem like it's maybe a little bit different than the rest of the core. How do you look at those three?

### A - Stuart Drummond

Sure. Hey, Margaret, good to talk with you again.

So, I think it's hard to provide a percentage allocation of what we think will be impactful here. But I would take each one and say that we think there's opportunity. So, for sure there are some devices that are not being utilized or may not have real potential to grow at least in the near term and there, we'll have a conversation, there's an opportunity potentially to bring that back and have that be a win-win. So I do think that that will be part of the discussion in the coming weeks and months.

On the business model or pricing front, I think that -- that's -- we're hearing from customers there is a desire for different options and so we just need to, we need to look at that. We want something that's going to be simple to understand, transparent, consistent but we want to provide some flexibility.

And then the last point is I think the longer term that's the answer for sure. With AviClear, we're a treatment company. We're interested in helping our customers

treat their patients. And so that means having our team aligned in that direction both from a practice development, practice marketing, clinical training perspective and then really working with our customers as well to help them be successful. So I think that there's probably an order of -- there's an order of operations here, but then ultimately the third point is the one that we're shooting for to make this a long-term success.

### Q - Margaret Kaczor  {BIO 18099474 <GO>}

Okay. That's helpful. And then as we think about utilization trends this quarter, anything that you can highlight where some systems up, some down. That was a pretty similar -- I think the -- the prior management team had kind of described this, maybe is a little bit more of a scatter plot where maybe you're working through that generate -- data generation before taking a more definitive action, and on Avi[ph]. Thanks.

### A - Taylor C. Harris  {BIO 7399972 <GO>}

Well, in the second quarter there -- while there are absolutely bright spots and there are also some systems that -- that aren't performing at all. In fact, there's a good percentage. Generally, second-quarter utilization was down compared to the -- the previous couple of quarters. And I think that likely reflects a couple of factors.

One is just the seasonality in our business and the second is simply the number of machines out in the field some of which aren't performing at all but also that's stretching our organization then in terms of being able to support them. So, that's generally what we saw in the second quarter, also leading into the -- the start of the third. And that's the reason that we're doing what we're doing here in terms of retooling and focusing on identifying, where are our most productive opportunities to step in on a -- quickly and start growing practices and then doing that more consistently across the base.

### A - Sheila A. Hopkins  {BIO 5780982 <GO>}

Yeah. And if I were just to add -- (Multiple Speakers). One other piece of color there would be that we added a lot of new devices in the second quarter. And so those devices are still in the emerging phase of utilization and by definition they pulled down the averages. And so, as we pause even more on the number of devices that we place that really will enable the KAM organization to get into those offices and nurture them, put some really high-quality practice development plans in place, and get those utilization numbers up. And once again there is a playbook that we can use here and Taylor is well-versed in the use of that playbook.

### Q - Margaret Kaczor  {BIO 18099474 <GO>}

Sounds good. Thank you both. Appreciate it.

### A - Taylor C. Harris  {BIO 7399972 <GO>}

Thanks, Margaret.

## Operator

This concludes the question-and-answer session. I would like to turn the conference back over to Taylor Harris for any closing remarks.

### A - Taylor C. Harris {BIO 7399972 <GO>}

Thanks, Ariel. Before we say goodbye for the day, I just want to -- I want to thank Sheila, who has been a consummate professional. She stabilized the organization, and she's been so thoughtful and supportive in onboarding me. So we're fortunate to have Sheila staying on our board, and we all thank her for everything she's done operationally over the past few months.

We got a lot of work to do here at Cutera, but we've got a big opportunity ahead, and the team and I are excited to get going. So we hope you will join us on that journey, and we thank you for listening. Have a great evening.

## Operator

This concludes today's conference call. You may disconnect your lines. Thank you for participating and have a pleasant day.

*This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your personal, non-commercial use. Bloomberg, its suppliers and third-party agents shall have no liability for errors in this transcript or for lost profits, losses, or direct, indirect, incidental, consequential, special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities or commodities. Any opinion expressed in the transcript does not necessarily reflect the views of Bloomberg LP. © COPYRIGHT 2024, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.*

# EXHIBIT T

Table of Contents

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

**FORM 10-Q**

(Mark One)

**QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the quarterly period ended June 30, 2023

**OR**

**TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from _____ to_____.

Commission File Number: 000-50644

**Cutera, Inc.**
**(Exact name of registrant as specified in its charter)**

| | |
|---|---|
| **Delaware** | **77-0492262** |
| **(State or other jurisdiction of incorporation or organization)** | **(I.R.S. Employer Identification No.)** |

**3240 Bayshore Blvd., Brisbane, California 94005**
**(Address of principal executive offices)**

**(415) 657-5500**
**(Registrant's telephone number, including area code)**

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock ($0.001 par value) | CUTR | The NASDAQ Stock Market, LLC |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act (check one):

Large accelerated filer ☐   Accelerated filer ☒   Non-accelerated filer ☐   Smaller reporting company ☐   Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act.): Yes ☐ No ☒

The number of shares of Registrant's common stock issued and outstanding as of August 5, 2023, was 19,943,875.

Table of Contents

**PART I. FINANCIAL INFORMATION**

**ITEM 1. FINANCIAL STATEMENTS (UNAUDITED)**

**CUTERA, INC.**

**CONDENSED CONSOLIDATED BALANCE SHEETS**
*(In thousands, except share, per share data and par value)*
*(Unaudited)*

| | | June 30, 2023 | | December 31, 2022 |
|---|---|---|---|---|
| **Assets** | | | | |
| Current assets: | | | | |
| Cash and cash equivalents | $ | 180,654 | $ | 145,924 |
| Marketable investments | | 41,949 | | 171,390 |
| Accounts receivable, net of allowance for credit losses of $5,011 and $2,497, respectively | | 53,079 | | 45,562 |
| Inventories, net | | 68,668 | | 63,628 |
| Other current assets and prepaid expenses | | 24,900 | | 24,036 |
| Restricted cash | | 700 | | 700 |
| Total current assets | | 369,950 | | 451,240 |
| Property and equipment, net | | 65,511 | | 40,368 |
| Deferred tax assets | | 547 | | 590 |
| Goodwill | | 1,339 | | 1,339 |
| Operating lease right-of-use assets | | 11,370 | | 12,831 |
| Other long-term assets | | 15,113 | | 14,620 |
| **Total assets** | $ | 463,830 | $ | 520,988 |
| | | | | |
| **Liabilities and stockholders' deficit** | | | | |
| Current liabilities: | | | | |
| Accounts payable | $ | 34,240 | $ | 33,736 |
| Accrued liabilities | | 53,764 | | 57,452 |
| Operating lease liabilities | | 2,602 | | 2,810 |
| Deferred revenue | | 12,457 | | 11,841 |
| Total current liabilities | | 103,063 | | 105,839 |
| Deferred revenue, net of current portion | | 1,690 | | 1,657 |
| Operating lease liabilities, net of current portion | | 10,069 | | 11,352 |
| Convertible notes, net of unamortized debt issuance costs of $11,557 and $12,666, respectively | | 417,568 | | 416,459 |
| Other long-term liabilities | | 575 | | 862 |
| Total liabilities | | 532,965 | | 536,169 |
| Commitments and Contingencies (Note 13) | | | | |
| Stockholders' deficit: | | | | |
| Common stock, $0.001 par value; authorized: 50,000,000 shares; issued and outstanding: 19,901,600 and 19,668,603 shares at June 30, 2023 and December 31, 2022, respectively | | 20 | | 20 |
| Additional paid-in capital | | 128,014 | | 125,406 |
| Accumulated other comprehensive income (loss) | | 4 | | (94) |
| Accumulated deficit | | (197,173) | | (140,513) |
| Total stockholders' deficit | | (69,135) | | (15,181) |
| **Total liabilities and stockholders' deficit** | $ | 463,830 | $ | 520,988 |

*See Accompanying Notes to Condensed Consolidated Financial Statements.*

3

Table of Contents

**CUTERA, INC.**

**CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS**
*(In thousands, except per share data)*
*(Unaudited)*

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
|---|---|---|---|---|
| | 2023 | 2022 | 2023 | 2022 |
| **Net revenue:** | | | | |
| Products | $ 55,568 | $ 58,589 | $ 105,156 | $ 110,655 |
| Service | 5,650 | 5,635 | 11,055 | 11,583 |
| Total net revenue | 61,218 | 64,224 | 116,211 | 122,238 |
| **Cost of revenue:** | | | | |
| Products | 29,473 | 25,899 | 56,704 | 48,811 |
| Service | 3,691 | 3,281 | 6,526 | 6,595 |
| **Total cost of revenue** | 33,164 | 29,180 | 63,230 | 55,406 |
| **Gross profit** | 28,054 | 35,044 | 52,981 | 66,832 |
| | | | | |
| **Operating expenses:** | | | | |
| Sales and marketing | 33,271 | 27,001 | 62,783 | 51,945 |
| Research and development | 5,784 | 6,859 | 12,252 | 13,358 |
| General and administrative | 18,528 | 11,248 | 31,044 | 24,750 |
| **Total operating expenses** | 57,583 | 45,108 | 106,079 | 90,053 |
| **Loss from operations** | (29,529) | (10,064) | (53,098) | (23,221) |
| Interest and other expense, net: | | | | |
| Amortization of debt issuance costs | (557) | (298) | (1,109) | (517) |
| Interest on convertible notes | (2,958) | (1,149) | (5,897) | (1,927) |
| Loss on extinguishment of convertible notes | - | (34,423) | - | (34,423) |
| Interest income | 2,179 | 382 | 4,658 | 395 |
| Other expense, net | (453) | (1,910) | (616) | (2,678) |
| Total interest and other expense, net | (1,789) | (37,398) | (2,964) | (39,150) |
| Loss before income taxes | (31,318) | (47,462) | (56,062) | (62,371) |
| Income tax expense (benefit) | 326 | (186) | 598 | 47 |
| **Net loss** | $ (31,644) | $ (47,276) | $ (56,660) | $ (62,418) |
| | | | | |
| **Net loss per share:** | | | | |
| Basic | $ (1.59) | $ (2.53) | $ (2.86) | $ (3.39) |
| Diluted | $ (1.59) | $ (2.53) | $ (2.86) | $ (3.39) |
| **Weighted-average number of shares used in per share calculation:** | | | | |
| Basic | 19,858 | 18,700 | 19,819 | 18,392 |
| Diluted | 19,858 | 18,700 | 19,819 | 18,392 |

*See Accompanying Notes to Condensed Consolidated Financial Statements.*

4

Case 4:23-cv-02560-JST Document 72-1 Filed 07/08/24 Page 244 of 310

Table of Contents

**CUTERA, INC.**

**CONDENSED CONSOLIDATED STATEMENTS OF COMPREHENSIVE LOSS**
*(In thousands)*
*(Unaudited)*

|  | Three Months Ended June 30, | | Six Months Ended June 30, | |
|---|---|---|---|---|
|  | 2023 | 2022 | 2023 | 2022 |
| Net loss | $ (31,644) | $ (47,276) | $ (56,660) | $ (62,418) |
| Other comprehensive income (loss): | | | | |
| Net change in unrealized gain (loss) on available-for-sale investments, net of tax | 12 | (172) | 98 | (183) |
| Other comprehensive income (loss), net of tax | 12 | (172) | 98 | (183) |
| Comprehensive loss | $ (31,632) | $ (47,448) | $ (56,562) | $ (62,601) |

*See Accompanying Notes to Condensed Consolidated Financial Statements.*

5

Table of Contents

**CUTERA, INC.**

**CONDENSED CONSOLIDATED STATEMENTS OF CHANGES IN STOCKHOLDERS' EQUITY (DEFICIT)**
*(In thousands, except share amounts)*
*(Unaudited)*

**Three and Six Months Ended June 30, 2023**

| | Common Stock | | Additional Paid-in Capital | Accumulated Deficit | Accumulated Other Comprehensive Income (Loss) | Total Stockholders' Deficit |
|---|---|---|---|---|---|---|
| | Shares | Amount | | | | |
| Balance at March 31, 2023 | 19,785,107 | $ 20 | 126,504 | $ (165,529) | $ (8) | $ (39,013) |
| Issuance of common stock for employee purchase plan | 51,786 | - | $ 711 | - | - | 711 |
| Exercise of stock options | 3,459 | - | 38 | - | - | 38 |
| Issuance of common stock in settlement of restricted and performance stock units, net of shares withheld for employee taxes | 61,248 | - | (789) | - | - | (789) |
| Stock-based compensation expense | - | - | 1,550 | - | - | 1,550 |
| Net change in unrealized loss on available-for-sale investments | - | - | - | - | 12 | 12 |
| Net loss | - | $ - | $ - | $ (31,644) | $ - | (31,644) |
| Balance at June 30, 2023 | 19,901,600 | $ 20 | $ 128,014 | $ (197,173) | $ 4 | $ (69,135) |

| | Common Stock | | Additional Paid-in Capital | Accumulated Deficit | Accumulated Other Comprehensive Income (Loss) | Total Stockholders' Deficit |
|---|---|---|---|---|---|---|
| | Shares | Amount | | | | |
| Balance at December 31, 2022 | 19,668,603 | $ 20 | $ 125,406 | $ (140,513) | $ (94) | $ (15,181) |
| Issuance of common stock for employee purchase plan | 51,786 | - | 711 | - | - | 711 |
| Exercise of stock options | 9,234 | - | 147 | - | - | 147 |
| Issuance of common stock in settlement of restricted and performance stock units, net of shares withheld for employee taxes | 171,977 | - | (3,186) | - | - | (3,186) |
| Stock-based compensation expense | - | - | 4,936 | - | - | 4,936 |
| Net change in unrealized loss on available-for-sale investments | - | - | - | - | 98 | 98 |
| Net loss | - | - | - | (56,660) | - | (56,660) |
| Balance at June 30, 2023 | 19,901,600 | $ 20 | $ 128,014 | $ (197,173) | $ 4 | $ (69,135) |

*See Accompanying Notes to Condensed Consolidated Financial Statements.*

6

Table of Contents

**CUTERA, INC.**

**CONDENSED CONSOLIDATED STATEMENTS OF CHANGES IN STOCKHOLDERS' EQUITY(DEFICIT)**
*(In thousands, except share amounts)*
*(Unaudited)*

**Three and Six Months Ended June 30, 2022**

| | Common Stock | | Additional Paid-in Capital | Accumulated Deficit | Accumulated Other Comprehensive Loss | Total Stockholders' Equity |
|---|---|---|---|---|---|---|
| | Shares | Amount | | | | |
| Balance at March 31, 2022 | 18,132,949 | $ 18 | $ 116,468 | $ (73,315) | $ (11) | $ 43,160 |
| Issuance of common stock for employee purchase plan | 27,810 | - | 1,063 | - | - | 1,063 |
| Exercise of stock options | 7,385 | - | 225 | - | - | 225 |
| Issuance of common stock in settlement of restricted and performance stock units, net of shares withheld for employee taxes | 37,671 | - | (1,784) | - | - | (1,784) |
| Stock-based compensation expense | - | - | 4,733 | | - | 4,733 |
| Purchase of capped call | - | - | (32,024) | | | (32,024) |
| Issuance of common stock in extinguishment of convertible notes | 1,354,348 | 2 | 55,947 | - | - | 55,949 |
| Net change in unrealized loss on available-for-sale investments | - | - | - | | (172) | (172) |
| Net loss | | | | (47,276) | | (47,276) |
| Balance at June 30, 2022 | 19,560,163 | $ 20 | $ 144,628 | $ (120,591) | $ (183) | $ 23,874 |

| | Common Stock | | Additional Paid-in Capital | Accumulated Deficit | Accumulated Other Comprehensive Loss | Total Stockholders' Equity |
|---|---|---|---|---|---|---|
| | Shares | Amount | | | | |
| Balance at December 31, 2021 | 17,995,344 | $ 18 | $ 114,724 | $ (58,173) | $ - | - $ 56,569 |
| Issuance of common stock for employee purchase plan | 27,810 | - | 1,063 | - | - | 1,063 |
| Exercise of stock options | 14,844 | - | 376 | - | - | 376 |
| Issuance of common stock in settlement of restricted and performance stock units, net of shares withheld for employee taxes | 167,817 | - | (4,234) | - | - | (4,234) |
| Stock-based compensation expense | - | - | 8,776 | - | - | 8,776 |
| Purchase of capped call | - | - | (32,024) | - | - | (32,024) |
| Issuance of common stock in repayment of convertible notes | 1,354,348 | 2 | 55,947 | - | - | 55,949 |
| Net change in unrealized loss on available-for-sale investments | - | - | - | - | (183) | (183) |
| Net loss | - | - | - | (62,418) | - | (62,418) |
| Balance at June 30, 2022 | 19,560,163 | $ 20 | $ 144,628 | $ (120,591) | $ (183) | $ 23,874 |

*See Accompanying Notes to Condensed Consolidated Financial Statements.*

7

Table of Contents

**CUTERA, INC.**

**CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS**

*(In thousands)*
*(Unaudited)*

| | Six Months Ended June 30, | |
| --- | --- | --- |
| | 2023 | 2022 |
| **Cash flows from operating activities** | | |
| Net loss | $ (56,660) | $ (62,418) |
| Adjustments to reconcile net loss to net cash used in operating activities: | | |
| Stock-based compensation | 4,936 | 8,776 |
| Depreciation and amortization | 3,238 | 929 |
| Amortization of contract acquisition costs | 4,069 | 1,219 |
| Amortization of debt issuance costs | 1,109 | 517 |
| Deferred tax assets | 43 | 80 |
| Provision for credit losses | 2,514 | 409 |
| Loss on sale of property and equipment | - | 63 |
| Loss on extinguishment of convertible notes | - | 34,423 |
| Non-cash interest income | (1,995) | - |
| Changes in assets and liabilities: | | |
| Accounts receivable | (10,031) | (1,108) |
| Inventories, net | (5,040) | (17,501) |
| Other current assets and prepaid expenses | (878) | (3,034) |
| Other long-term assets | (4,782) | (1,071) |
| Accounts payable | (1,666) | 14,771 |
| Accrued liabilities | (3,806) | (6,878) |
| Operating leases, net | (30) | 36 |
| Deferred revenue | 649 | 702 |
| Net cash used in operating activities | (68,330) | (30,085) |
| **Cash flows from investing activities** | | |
| Acquisition of property and equipment | (25,908) | (8,238) |
| Proceeds from maturities of marketable investments | 155,000 | - |
| Purchase of marketable investments | (23,467) | (203,309) |
| Net cash provided by (used in) investing activities | 105,625 | (211,547) |
| **Cash flows from financing activities** | | |
| Proceeds from exercise of stock options and employee stock purchase plan | 858 | 1,440 |
| Taxes paid related to net share settlement of equity awards | (3,186) | (4,234) |
| Purchase of capped call | - | (31,671) |
| Proceeds from issuance of convertible notes | - | 240,000 |
| Payment of issuance costs of convertible notes | - | (6,956) |
| Extinguishment of convertible notes | - | (45,777) |
| Payments on finance lease obligations | (237) | (284) |
| Net cash provided by (used in) financing activities | (2,565) | 152,518 |
| Net increase (decrease) in cash, cash equivalents and restricted cash | 34,730 | (89,114) |
| Cash, cash equivalents, and restricted cash at beginning of period | 146,624 | 164,864 |
| **Cash, cash equivalents, and restricted cash at end of period** | $ 181,354 | $ 75,750 |
| **Supplemental non-cash investing and financing activities:** | | |
| Assets acquired under finance lease | $ 68 | $ 437 |
| Assets acquired under operating lease | $ 57 | $ 549 |
| Transfer of inventory to property and equipment | $ - | $ 12,180 |
| Debt issuance costs accrued | $ - | $ 646 |
| Acquisition of property and equipment | $ 6,301 | $ - |
| Capped call costs accrued | $ - | $ 353 |
| **Supplemental disclosure of cash flow information:** | | |
| Cash paid for interest | $ 5,731 | $ 1,903 |
| Cash paid for income taxes | $ 483 | $ 1,230 |

*See Accompanying Notes to Condensed Consolidated Financial Statements.*

8

# EXHIBIT U

**EXHIBIT 31.1**

**Certification of Chief Executive Officer**
**Pursuant to Section 302 of the Sarbanes-Oxley Act of 2002**

I, Taylor Harris, certify that:

1. I have reviewed this quarterly report on Form 10-Q of Cutera, Inc.;

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

    a. Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under its supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

    b. Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under its supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

    c. Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report its conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

    d. Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's first fiscal quarter in the case of an annual report) that has materially affected or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer and I have disclosed, based on its most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

    a. All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

    b. Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting

Date: August 9, 2023

/s/ Taylor Harris

**Taylor Harris**
**Chief Executive Officer**

**EXHIBIT 31.2**

**Certification of Chief Financial Officer**
**Pursuant to Section 302 of the Sarbanes-Oxley Act of 2002**

I, Stuart Drummond, certify that:

1. I have reviewed this quarterly report on Form 10-Q of Cutera, Inc.:

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

    (a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under its supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this annual report is being prepared;

    (b) Designed such internal control over financial reporting, or caused such internal control over financial reporting to be designed under its supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

    (c) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report its conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

    (d) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's first fiscal quarter in the case of an annual report) that has materially affected or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

6. The registrant's other certifying officer and I have disclosed, based on its most recent evaluation of internal control over financial reporting, to the registrant's auditor and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

    (e) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

    (f) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

Date: August 9, 2023                                    /s/ Stuart Drummond
_____
                                                        **Stuart Drummond**
                                                        **Interim Chief Financial Officer**

**Exhibit 32.1**

**CERTIFICATIONS OF CHIEF EXECUTIVE OFFICER**
**AND CHIEF FINANCIAL OFFICER**
**PURSUANT TO**
**18 U.S.C. SECTION 1350,**
**AS ADOPTED PURSUANT TO**
**SECTION 906 OF THE SARBANES-OXLEY ACT OF 2002**

I, Taylor Harris, certify, pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002, that

    i.   the accompanying Quarterly Report on Form 10-Q of the Company for the quarterly period ended June 30, 2023 (the "Report") fully complies with the requirements of Section 13(a) or Section 15(d), as applicable, of the Securities Exchange Act of 1934, as amended; and

    ii.  the information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Company.

Date: August 9, 2023

                                      */s/ Taylor Harris*
                                        **Taylor Harris**
                                        **Chief Executive Officer**

I, Stuart Drummond, certify, pursuant to 18 U.S.C. Section 1350, as adopted pursuant to Section 906 of the Sarbanes-Oxley Act of 2002, that

    i.   the accompanying Quarterly Report on Form 10-Q of the Company for the quarterly period ended June 30, 2023 (the "Report") fully complies with the requirements of Section 13(a) or Section 15(d), as applicable, of the Securities Exchange Act of 1934, as amended; and

    ii.  the information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Company.

Date: August 9, 2023

                                        */s/ Stuart Drummond*
                                        **Stuart Drummond**
                                        **Interim Chief Financial Officer**

This certification accompanies this Report pursuant to Section 906 of the Sarbanes-Oxley Act of 2002 and shall not be deemed filed by the Company for purposes of Section 18 of the Securities and Exchange Act of 1934, as amended.

# EXHIBIT V

# CUTERA®

## Cutera Announces First Patient Treated with FDA Cleared AviClear™ Acne Device

April 5, 2022

*AviClear uses proprietary technology to deliver safe and effective acne laser treatments with no need for adjunctive pain therapy*

*Avi360 ™ partnership offers a suite of tools and services for easy integration into dermatology practices*

BRISBANE, Calif.--(BUSINESS WIRE)--Apr. 5, 2022-- CUTERA, INC. (Nasdaq: CUTR) ("Cutera" or the "Company"), a leading provider of dermatology solutions, today announced that the first patient outside of clinical trials was treated with AviClear, the only device cleared by the FDA for the treatment of mild, moderate, and severe acne.

This press release features multimedia. View the full release here: https://www.businesswire.com/news/home/20220405005446/en/



(Graphic: Business Wire)

AviClear received FDA 510k clearance on March 24, 2022, following the Company's successful product development process and extensive clinical evaluation. Designed with physician and patient needs in mind, AviClear significantly reduces the severity and frequency of acne following three brief sessions without any adjunctive pain therapy. AviClear rapidly delivers laser energy in combination with AviCool™, a unique handpiece feature that provides unmatched contact cooling capability, delivering a more comfortable treatment experience.

"The patient I treated with the AviClear device has suffered from moderate to severe acne for the past several years and has been seeking a safe, effective, and drug-free treatment option," said Julie Harper, M.D., Past President of the American Acne and Rosacea Society. "In light of the recent FDA clearance, I advised her that this new treatment option involved no downtime and has had no adverse events throughout its extensive trialing. The AviCool feature allows me to deliver a highly effective treatment without any anesthetic. All of these benefits made my patient very excited to try it."

"Now that AviClear treatments have begun, we look forward to partnering with physicians to redefine the acne armamentarium," said David Mowry, CEO of Cutera. "We are completely focused on eliminating the complexity and administrative burdens associated with current acne treatment options. To deliver on that commitment, we are proud to provide Avi360, a comprehensive practice support program that makes it easier for dermatologists to acquire the system and market it effectively to their patients. From a clinical standpoint, our novel and differentiated approach offers a safer, simpler, and effective solution to this chronic skin condition."

AviClear is rolling out to physicians throughout the United States over the course of 2022. Doctors and patients are encouraged to visit www.AviClear.com to sign up for updates on product availability and local treatment providers.

**About Cutera, Inc.**

Brisbane, California-based Cutera is a leading laser and other energy-based systems provider for dermatologists and aesthetic practitioners worldwide. Since 1998, Cutera has been developing innovative, easy-to-use products that harness the power of science and nature to enable physicians and other qualified practitioners to offer safe and effective treatments to their patients. For more information, call +1 415-657-5500 or 1-888-4CUTERA or visit www.cutera.com.

References:

1. White paper on cooling capacity of various laser skin treatment options, Data on file.

View source version on businesswire.com: https://www.businesswire.com/news/home/20220405005446/en/

EvolveMKD
Bridget Callahan
Cutera@EvolveMKD.com

Source: Cutera, Inc.

# EXHIBIT W

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549

**FORM 10-K**

**trademark**

☒     **Annual Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934**

**For fiscal year ended December 31, 2022**

or

☐     **Transition Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934**

**For the transition period from _____ to _____**
**Commission file number: 000-50644**

# CUTERA, INC.

(Exact name of registrant as specified in its charter)

| **Delaware** | **77-0492262** |
|---|---|
| **(State or other jurisdiction of** | **(I.R.S. Employer** |
| **incorporation or organization)** | **Identification No.)** |

**3240 Bayshore Blvd., Brisbane, California 94005**
**(Address of principal executive offices)**

**(415) 657-5500**
**(Registrant's telephone number, including area code)**

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock ($0.001 par value) | CUTR | The NASDAQ Stock Market, LLC |

Securities registered pursuant to Section 12(g) of the Act: None

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☐ No ☒

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes ☐ No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically, every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| Large accelerated filer | ☒ | Accelerated filer | ☐ | Non-accelerated filer | ☐ | Smaller reporting company | ☐ | Emerging growth company | ☐ |
|---|---|---|---|---|---|---|---|---|---|

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.☐

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C. 7262(b)) by the registered public accounting firm that prepared or issued its audit report. Yes ☒ No ☐

If securities are registered pursuant to Section 12(b) of the Act, indicate by checkmark whether the financial statements of the registrant included in the filing reflect the correction of an error to previously issued financial statements. ☐

Indicate by check mark whether any of those error corrections are restatements that required a recovery analysis of incentive-based compensation received by any of the registrant's executive officers during the relevant recovery period pursuant to §240.10D-1(b). ☐

Indicate by check mark whether registrant is a shell company (as defined in Rule 12b-2 of the Act). Yes ☐ No ☒

The aggregate market value of the registrant's common stock, held by non-affiliates of the registrant as of June 30, 2022 (which is the last business day of registrant's most recently completed second fiscal quarter) based upon the closing price of such stock on the NASDAQ Global Select Market on June 30, 2022, was approximately $670 million.

The number of shares of Registrant's common stock issued and outstanding as of April 4, 2023 was 19,788,358

**DOCUMENTS INCORPORATED BY REFERENCE**

Part III incorporates by reference certain information from the registrant's definitive proxy statement for the 2023 Annual Meeting of Stockholders, which will be filed with the Securities and Exchange Commission not later than 120 days after December 31, 2022.

**ITEM 9.    CHANGES IN AND DISAGREEMENTS WITH ACCOUNTANTS ON ACCOUNTING AND FINANCIAL DISCLOSURE**

None.

**ITEM 9A.        CONTROLS AND PROCEDURES**

*Conclusion Regarding the Effectiveness of Disclosure Controls and Procedures*

The Company maintains disclosure controls and procedures (as defined in Rules 13a-15(e) and 15d-15(e) under the Securities Exchange Act of 1934, as amended) that are designed to ensure that information required to be disclosed in the Company's Exchange Act reports is recorded, processed, summarized and reported within the time periods specified in the SEC's rules and forms and that such information is accumulated and communicated to the Company's management, including the Company's principal executive officer and principal financial officer, as appropriate, to allow for timely decisions regarding required disclosure.

As required by SEC Rule 13a-15(b), the Company carried out an evaluation, under the supervision and with the participation of the Company's management, including the Company's principal executive officer and principal financial officer, of the effectiveness of the design and operation of the Company's disclosure controls and procedures as of the end of the period covered by this Annual Report on Form 10-K. Based on the foregoing, the Company's Chief Executive Officer ("CEO") and Chief Financial Officer ("CFO") concluded that the Company's disclosure controls and procedures were not effective at the reasonable assurance level as a result of the material weaknesses disclosed below. Notwithstanding the material weakness, the Company's management, including the CEO and CFO, has concluded that the consolidated financial statements, included in the 2022 Annual Report on Form 10-K, fairly present, in all material respects, its financial condition, results of operations and cash-flows for the periods presented in conformity with generally accepted accounting principles.

Attached as exhibits to this Annual Report are certifications of the Company's CEO and CFO, which are required in accordance with Rule 13a-14 of the Securities Exchange Act of 1934, as amended (Exchange Act). This Controls and Procedures section includes the information concerning the controls evaluation referred to in the certifications, and it should be read in conjunction with the certifications for a more complete understanding of the topics presented.

*Inherent Limitations Over Internal Controls*

The Company's internal control over financial reporting is designed to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with GAAP. The Company's internal control over financial reporting includes those policies and procedures that:

- pertain to the maintenance of records that, in reasonable detail, accurately and fairly reflect the transactions and dispositions of the Company's assets;
- provide reasonable assurance that transactions are recorded as necessary to permit preparation of financial statements in accordance with GAAP, and that the Company's receipts and expenditures are being made only in accordance with authorizations of the Company's management and directors; and
- provide reasonable assurance regarding prevention or timely detection of unauthorized acquisition, use, or disposition of the Company's assets that could have a material effect on the financial statements.

Management, including the Company's CEO and CFO, does not expect that the Company's internal controls will prevent or detect all errors and all fraud. A control system, no matter how well designed and operated, can provide only reasonable, not absolute, assurance that the objectives of the control system are met. Further, the design of a control system must reflect the fact that there are resource constraints, and the benefits of controls must be considered relative to their costs. Due to the inherent limitations in all control systems, no evaluation of internal controls can provide absolute assurance that all control issues and instances of fraud, if any, have been detected. Also, any evaluation of the effectiveness of controls in future periods are subject to the risk that those internal controls may become inadequate because of changes in business conditions, or that the degree of compliance with the policies or procedures may deteriorate.

*Management's Report on Internal Control Over Financial Reporting*

The Company's management is responsible for establishing and maintaining adequate internal control over financial reporting (as defined in Rules 13a-15(f) and 15d-15(f) under the Exchange Act) to provide reasonable assurance regarding the reliability

119

of the Company's financial reporting and the preparation of Consolidated Financial Statements for external purposes in accordance with U.S. GAAP.

Management, including Company's CEO and CFO, assessed the Company's internal control over financial reporting as of December 31, 2022. Management based its assessment on criteria established in Internal Control—Integrated Framework issued by the Committee of Sponsoring Organizations of the Treadway Commission (2013 framework). Management's assessment included evaluation of elements such as the design and operating effectiveness of key financial reporting controls, process documentation, accounting policies, and the Company's overall control environment. A material weakness is a deficiency, or a combination of deficiencies, in internal control over financial reporting, such that there is a reasonable possibility that a material misstatement of the Company's annual or interim financial statements will not be prevented or detected on a timely basis.

Based on this assessment, management identified the following material weaknesses in the Company's internal control over financial reporting:

• Information technology general controls ("ITGCs") including, segregation of duties, user access, and reports produced by certain IT systems that support the Company's financial reporting process including those related to the implementation of an ERP system;
• Inventory controls related to the completeness, existence, and cut-off of inventories held at third parties, inventories held by sales personnel, and inventories in transit, and controls related to the calculation of adjustments to inventory for items considered excessive and obsolete; and
• The completeness and accuracy of expense for routine and non-routine equity-based awards.

Although these material weaknesses did not result in any material misstatement of the Company's consolidated financial statements for the periods presented, any one of these weaknesses could lead to a material misstatement of account balances or disclosures. Accordingly, management has concluded that these deficiencies constitute material weaknesses.

Based on the Company's assessment under the framework in Internal Control-Integrated Framework (2013 framework), the Company's management concluded that its internal control over financial reporting was not effective as of December 22, 2022, due to the existence of the material weaknesses described above.

The Company has begun the process of designing and implementing effective internal control measures to improve its internal controls over financial reporting and remediate these material weaknesses. The Company's efforts will include:

*ITGC remediation actions:*
• Developing a training program addressing ITGCs and policies, including educating control owners concerning the principles and requirements of each control, with a focus on those related to user access and change-management over IT systems impacting financial reporting;
• Developing enhanced risk assessment procedures and controls related to changes in IT systems; and
• Implementing an IT management review and testing plan to monitor ITGCs with focus on systems supporting the financial reporting processes.

*Inventory control remediation actions:*
• Evaluating the effectiveness of the current annual inventory count program and controls;
• Implementing a global inventory count policy and standard operating procedures to ensure consistent communication of the inventory count process and adherence to these policies at facilities managed by the Company and third-party logistics service providers;
• Providing training of standard operating procedures and internal controls to key stakeholders within the supply chain, logistics, and inventory process; and
• Enhancing existing management review controls related to inventory in transit, inventories held by sales personnel, and key reports used in in the inventory count process.

*Equity-based awards expense calculation remediation actions:*
• Enhancing current review controls around the calculation of stock-based compensation expense.

The effectiveness of the Company's internal control over financial reporting as of December 31, 2022, has been audited by an independent registered public accounting firm, as stated in their attestation report, which is included in their annual report under "Item 8. Financial Statements and Supplementary Data" of this Annual Report on Form 10-K.

120

*Remediation of Previously Reported Material Weakness*

Management reported in Item 9A of its Annual Report on Form 10-K for the year ended December 31, 2021, a material weakness related to ITGCs in the areas of user access and segregation of duties related to certain IT systems at its Japan subsidiary. During the year ended December 31, 2022, Management implemented measures at its Japan subsidiary designed to ensure that the control deficiencies contributing to the material weakness were remediated. These measures included changing access rights for certain individuals and implementing new controls designed to both review access rights and detect potential inappropriate transactions recorded as a result of user access and segregation of duties conflicts. Management has tested these additional controls and believes they are operating effectively and therefore the Company has remediated this material weakness.

*Changes in Internal Control over Financial Reporting*

Other than the material weaknesses noted above, and the remediation of the material weaknesses at the Company's Japan subsidiary reported on Form 10-K for the year ended December 31, 2022, there were no changes in the Company's internal control over financial reporting during the quarter ended December 31, 2022, that have materially affected, or are reasonably likely to materially affect, the Company's internal control over financial reporting.

**ITEM 9B.   OTHER INFORMATION**

On March 21, 2023, the Company received a notification letter from the NASDAQ stating that, because the Company has not yet filed its Annual Report on Form 10-K for the year ended December 31, 2022, the Company is not in compliance with NASDAQ Listing Rule 5250(c)(1) (the "Rule"), which requires NASDAQ-listed companies to timely file all required periodic financial reports with the U.S. Securities and Exchange Commission.

The NASDAQ has informed the Company that, under NASDAQ rules, the Company has 60 calendar days from receipt of the Notice, or until May 22, 2023, because the 60th calendar day falls on a weekend, to submit a plan to regain compliance with the Rule. If the NASDAQ accepts the Company's plan, then NASDAQ may grant an exception of up to 180 calendar days from the due date of the Form 10-K (March 1, 2023, extended until March 16, 2023, pursuant to the Form 12b-25 filing), or until September 12, 2023, to regain compliance. The Company believes that its filing of the Form 10-K on April 7, 2023, allows the Company to regain compliance with the Rule.

**ITEM 9C.   DISCLOSURE REGARDING FOREIGN JURISDICTIONS THAT PREVENT INSPECTIONS**

Not Applicable.

**PART III**

Certain information required by Part III is omitted from this report on Form 10-K and is incorporated herein by reference to the Company's definitive Proxy Statement for the Company's next Annual Meeting of Stockholders (the "Proxy Statement"), which the Company intends to file pursuant to Regulation 14A of the Securities Exchange Act of 1934, as amended, within 120 days after December 31, 2022.

**ITEM 10.   DIRECTORS, EXECUTIVE OFFICERS AND CORPORATE GOVERNANCE**

The information required by this item is set forth under the following captions in the Company's Proxy Statement, all of which is incorporated herein by reference: "Proposal No. 1 – Election of Class I Directors", "Board and Committee Information", "Executive Officers" and "Additional Information – Stockholder Proposals to be Presented at Next Annual Meeting."

**ITEM 11.   EXECUTIVE COMPENSATION**

The information required by this item set forth under the following captions in the Proxy Statement, all of which is incorporated herein by reference: "Executive Compensation."

**ITEM 12.   SECURITY OWNERSHIP OF CERTAIN BENEFICIAL OWNERS AND MANAGEMENT AND RELATED STOCKHOLDER MATTERS**

The information required by this item is set forth under the following captions in the Proxy Statement, all of which is incorporated herein by reference: "Security Ownership of Certain Beneficial Owners and Management."

**ITEM 13.    CERTAIN RELATIONSHIPS AND RELATED TRANSACTIONS, AND DIRECTOR INDEPENDENCE**

The information required by this item is set forth under the following captions in the Proxy Statement, all of which is incorporated herein by reference: "Certain Relationships and Related-Party Transactions."

**ITEM 14.    PRINCIPAL ACCOUNTING FEES AND SERVICES**

The information required by this item is set forth under the following captions in the Proxy Statement, which is incorporated by reference herein by reference: "Proposal No. 2, Ratification of Independent Registered Public Accounting Firm."

# EXHIBIT X

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

**FORM 10-Q/A**

**(Amendment No. 1)**

(Mark One)

☒ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the quarterly period ended March 31, 2023

**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from _____ to_____.

Commission File Number: 000-50644

**Cutera, Inc.**
**(Exact name of registrant as specified in its charter)**

| **Delaware** | **77-0492262** |
|---|---|
| **(State or other jurisdiction of incorporation or organization)** | **(I.R.S. Employer Identification No.)** |

**3240 Bayshore Blvd., Brisbane, California 94005**
**(Address of principal executive offices)**

**(415) 657-5500**
**(Registrant's telephone number, including area code)**

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock ($0.001 par value) | CUTR | The NASDAQ Stock Market, LLC |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.   Yes   ☒   No   ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).   Yes ☒   No   ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act (check one):

Large accelerated filer   ☒   Accelerated filer   ☐   Non-accelerated filer   ☐   Smaller reporting company   ☐   Emerging growth company   ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act.):   Yes   ☐   No   ☒

The number of shares of Registrant's common stock issued and outstanding as of May 5, 2023, was 19,835,472.

**EXPLANATORY NOTE**

Cutera, Inc., a Delaware corporation ("we", "us", "our", the "Company" or "Cutera"), is filing this Amendment No. 1 to Form 10-Q (this "Amendment" or "Form 10-Q/A") to amend and restate certain items in its Quarterly Report on Form 10-Q for the quarter ended March 31, 2023 originally filed with the Securities and Exchange Commission (the "SEC") on May 10, 2023 (the "Original 10-Q", and, as amended by this Amendment, the "Quarterly Report") to reflect the restatement of the Company's financial statements as of and for the quarter ended March 31, 2023 contained in the Original 10-Q (the "Restatement").

### Background of Restatement

As previously reported in the Form 8-K filed on December 21, 2023, the Company performed a physical inventory count at the end of the third quarter of its fiscal year ending December 31, 2023. The physical inventory count identified a shortfall of inventory relative to the Company's system of record, resulting in an error overstating the inventory in the condensed consolidated balance sheets as of March 31, 2023 and June 30, 2023 and corresponding understatement of cost of revenue in the condensed consolidated statements of operations for the periods then ended.

The Company concluded that a restatement was necessary to correct the misstatement in inventory, cost of revenue, and disclosures of basic and diluted earnings (loss) per share for the first and second quarters of the 2023 fiscal year. The Company also determined to correct other misstatements that were identified and deemed immaterial in previous periods, as further detailed in Note 1 – *Restatement of Previously Issued Financial Statements*.

On December 21, 2023, the Board of Directors of Cutera, upon the recommendation of its Audit Committee, and in consultation with management of the Company and the Company's independent registered public accounting firm, BDO USA, P.C. ("BDO"), concluded that certain items of the Company's previously issued unaudited condensed consolidated interim financial statements as of and for the fiscal periods ended March 31, 2023 and June 30, 2023 included in the Company's Quarterly Reports on Form 10-Q for such periods should no longer be relied upon and that the Company needed to restate these previously issued financial statements. Similarly, earnings releases, and investor communications describing the financial statements for the periods described above should no longer be relied upon.

For a more detailed description of the financial impact of the Restatement, see Note 1 – *Restatement of Previously Issued Financial Statements*, to the unaudited condensed consolidated financial statements contained in this Amendment and "Restatement of Previously Issued Financial Statements" under Part I, Item 2, "Management's Discussion and Analysis of Financial Condition and Results of Operations," contained in this Amendment.

Concurrently with the filing of this Amendment, the Company is filing an amendment to its Quarterly Report on Form 10-Q as of and for the period ended June 30, 2023.

### Internal Control Considerations

The Company's management identified material weaknesses in its internal control over financial reporting, which were previously identified in connection with, and disclosed in, the Company's Annual Report on Form 10-K for the year ended December 31, 2022 filed with the SEC on April 7, 2023, as amended on May 1, 2023, and the Company's condensed consolidated financial statements as of and for the three months ended March 31, 2023, and as of and for the three and six months ended June 30, 2023.

In connection with the Company's review and preparation of its financial statements leading to the Restatement, management identified an additional material weakness. Specifically, the Company failed to design, maintain and monitor a risk assessment program at a sufficiently precise level and therefore failed to identify new and evolving risks related to accounting policies, procedures and related controls performed over areas including, but not limited to inventory, revenues and lease income, costs for leased devices, and testing of certain key reports used in controls. Consequently, the Company failed to timely implement new controls to respond to changes in the business and leadership.

A material weakness is a deficiency, or a combination of deficiencies, in internal control over financial reporting such that there is a reasonable possibility that a material misstatement of the financial statements will not be prevented or detected and corrected on a timely basis. Therefore, the Company's management concluded that material weaknesses exist in the Company's internal control over financial reporting and that the Company's disclosure controls and procedures were not effective as of March 31, 2023. For further information regarding the effectiveness of the Company's disclosure controls and procedures, see Part I, Item 4, "Controls and Procedures", included in this Amendment.

### Items Amended in the Form 10-Q/A

The following items are amended and restated in their entirety in this Amendment: (i) Part I, Item 1, "Financial Statements"; Item 2, "Management's Discussion and Analysis of Financial Condition and Results of Operations"; and Item 4, "Controls and Procedures"; and (ii) Part II, Item 6, "Exhibits".

Pursuant to Rule 12b-15 promulgated under the Securities Act of 1934, as amended (the "Exchange Act"), this Amendment also contains new currently dated certifications by the Company's principal executive officer and principal financial officer, as required by Section 302 of the Sarbanes-Oxley Act of 2002.

Except as described above, this Amendment does not amend, update or change any other disclosures in the Original 10-Q. In addition, the information contained in this Amendment does not reflect events occurring after the filing of the Original 10-Q and does not modify or update the disclosures therein. Among other things, forward-looking statements made in the Original 10-Q have not been revised to reflect events, results or developments that occurred or facts that became known to us after the date of the Original 10-Q, other than with respect to the Restatement, and such forward-looking statements should be read in conjunction with the Company's filings with the SEC, including those subsequent to the filing of the Original 10-Q. Unless otherwise stated or unless the context otherwise requires, defined terms used throughout this Amendment have the meanings ascribed to them in the Original 10-Q.

**PART I. FINANCIAL INFORMATION**

**ITEM 1.   FINANCIAL STATEMENTS (UNAUDITED)**

**CUTERA, INC.**

**CONDENSED CONSOLIDATED BALANCE SHEETS**
**(in thousands, except share and per share data)**
**(unaudited)**

| | March 31, 2023 | December 31, 2022 |
|---|---|---|
| | *(As Restated)* | |
| **Assets** | | |
| Current assets: | | |
| Cash and cash equivalents | $ 166,828 | $ 145,924 |
| Marketable investments | 100,823 | 171,390 |
| Accounts receivable, net of allowance for credit losses of $2,722 and $2,497, respectively | 51,747 | 45,562 |
| Inventories, net | 69,791 | 63,628 |
| Other current assets and prepaid expenses | 26,156 | 24,036 |
| Restricted cash | 700 | 700 |
| Total current assets | 416,045 | 451,240 |
| Property and equipment, net | 52,216 | 40,368 |
| Deferred tax assets | 577 | 590 |
| Goodwill | 1,339 | 1,339 |
| Operating lease right-of-use assets | 12,059 | 12,831 |
| Other long-term assets | 14,343 | 14,620 |
| Total assets | $ 496,579 | $ 520,988 |
| **Liabilities and Stockholders' deficit** | | |
| Current liabilities: | | |
| Accounts payable | $ 35,169 | $ 33,736 |
| Accrued liabilities | 58,660 | 57,452 |
| Operating lease liabilities | 2,722 | 2,810 |
| Deferred revenue | 12,056 | 11,841 |
| Total current liabilities | 108,607 | 105,839 |
| Deferred revenue, net of current portion | 1,643 | 1,657 |
| Operating lease liabilities, net of current portion | 10,652 | 11,352 |
| Convertible notes, net of unamortized debt issuance costs of $12,114 and $12,666, respectively | 417,011 | 416,459 |
| Other long-term liabilities | 711 | 862 |
| Total liabilities | 538,624 | 536,169 |
| Commitments and Contingencies (Note 14) | | |
| Stockholders' deficit: | | |
| Common stock, $0.001 par value; authorized: 50,000,000 shares; issued and outstanding: 19,785,107 and 19,668,603 shares at March 31, 2023 and December 31, 2022, respectively | 20 | 20 |
| Additional paid-in capital | 126,504 | 125,406 |
| Accumulated other comprehensive loss | (8) | (94) |
| Accumulated deficit | (168,561) | (140,513) |
| Total stockholders' deficit | (42,045) | (15,181) |
| Total liabilities and stockholders' deficit | $ 496,579 | $ 520,988 |

The accompanying notes are an integral part of these unaudited Condensed Consolidated Financial Statements.

**CUTERA, INC.**

**CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS**
**(in thousands, except per share data)**
**(unaudited)**

| | | Three Months Ended March 31, | |
| --- | --- | --- | --- |
| | | **2023** | **2022** |
| | | *(As Restated)* | |
| Net revenue: | | | |
| Products | $ | 49,121 | $ 52,066 |
| Service | | 5,405 | 5,948 |
| Total net revenue | | 54,526 | 58,014 |
| Cost of revenue: | | | |
| Products | | 30,059 | 22,912 |
| Service | | 2,835 | 3,314 |
| Total cost of revenue | | 32,894 | 26,226 |
| Gross profit | | 21,632 | 31,788 |
| | | | |
| Operating expenses: | | | |
| Sales and marketing | | 29,512 | 24,944 |
| Research and development | | 6,468 | 6,499 |
| General and administrative | | 12,253 | 13,502 |
| Total operating expenses | | 48,233 | 44,945 |
| Loss from operations | | (26,601) | (13,157) |
| Interest and other expense, net: | | | |
| Amortization of debt issuance costs | | (552) | (219) |
| Interest on convertible notes | | (2,939) | (778) |
| Interest income (expense), net | | 2,479 | (144) |
| Other expense, net | | (163) | (611) |
| Total interest and other expense, net | | (1,175) | (1,752) |
| Loss before income taxes | | (27,776) | (14,909) |
| Income tax expense | | 272 | 233 |
| Net loss | $ | (28,048) | $ (15,142) |
| | | | |
| Net loss per share: | | | |
| Basic | $ | (1.42) | $ (0.84) |
| Diluted | $ | (1.42) | $ (0.84) |
| Weighted-average number of shares used in per share calculations: | | | |
| Basic | | 19,776 | 18,080 |
| Diluted | | 19,776 | 18,080 |

The accompanying notes are an integral part of these unaudited Condensed Consolidated Financial Statements.

4

**CUTERA, INC.**

**CONDENSED CONSOLIDATED STATEMENTS OF COMPREHENSIVE INCOME (LOSS)**
**(in thousands)**
**(Unaudited)**

| | Three Months Ended March 31, | |
| --- | --- | --- |
| | 2023 | 2022 |
| | *(As Restated)* | |
| Net loss | $ (28,048) | $ (15,142) |
| Other comprehensive loss: | | |
| Available-for-sale investments | | |
| Net change in unrealized loss on available-for-sale investments | 86 | (11) |
| Other comprehensive loss, net of tax | 86 | (11) |
| Comprehensive loss | $ (27,962) | $ (15,153) |

The accompanying notes are an integral part of these unaudited Condensed Consolidated Financial Statements.

5

**CUTERA, INC.**

**CONDENSED CONSOLIDATED STATEMENTS OF CHANGES IN STOCKHOLDERS' EQUITY (DEFICIT)**
**(in thousands, except share amounts)**

**Three Months Ended March 31, 2023 and 2022**

*(As Restated)*

| | Common Stock | | Additional Paid-in Capital | Accumulated Deficit | Accumulated Other Comprehensive Loss | Total Stockholders' Deficit |
| --- | --- | --- | --- | --- | --- | --- |
| | Shares | Amount | | | | |
| Balance at December 31, 2022 | 19,668,603 | $ 20 | $ 125,406 | $ (140,513) | $ (94) | $ (15,181) |
| Exercise of stock options | 5,775 | — | 109 | — | — | 109 |
| Issuance of common stock in settlement of restricted and performance stock units, net of shares withheld for employee taxes | 110,729 | — | (2,397) | — | — | (2,397) |
| Stock-based compensation expense | — | — | 3,386 | — | — | 3,386 |
| Net change in unrealized loss on available-for-sale investments | — | — | — | — | 86 | 86 |
| Net loss | — | — | — | (28,048) | — | (28,048) |
| Balance at March 31, 2023 | 19,785,107 | $ 20 | $ 126,504 | $ (168,561) | $ (8) | $ (42,045) |

| | Common Stock | | Additional Paid-in Capital | Accumulated Deficit | Accumulated Other Comprehensive Loss | Total Stockholders' Equity |
| --- | --- | --- | --- | --- | --- | --- |
| | Shares | Amount | | | | |
| Balance at December 31, 2021 | 17,995,344 | $ 18 | $ 114,724 | $ (58,173) | $ — | $ 56,569 |
| Exercise of stock options | 7,459 | — | 151 | — | — | 151 |
| Issuance of common stock in settlement of restricted and performance stock units, net of shares withheld for employee taxes | 130,146 | — | (2,450) | — | — | (2,450) |
| Stock-based compensation expense | — | — | 4,043 | — | — | 4,043 |
| Net change in unrealized loss on available-for-sale investments | — | — | — | — | (11) | (11) |
| Net loss | — | — | — | (15,142) | — | (15,142) |
| Balance at March 31, 2022 | 18,132,949 | $ 18 | $ 116,468 | $ (73,315) | $ (11) | $ 43,160 |

The accompanying notes are an integral part of these unaudited Condensed Consolidated Financial Statements.

6

**CUTERA, INC.**

**CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS**
**(in thousands)**
**(unaudited)**

| | Three Months Ended March 31, | |
| --- | ---: | ---: |
| | 2023 | 2022 |
| | *(As Restated)* | |
| **Cash flows from operating activities:** | | |
| Net loss | $ (28,048) | $ (15,142) |
| Adjustments to reconcile net loss to net cash used in operating activities: | | |
| Stock-based compensation | 3,386 | 4,043 |
| Depreciation and amortization | 1,409 | 427 |
| Amortization of contract acquisition costs | 2,178 | 652 |
| Amortization of debt issuance costs | 552 | 219 |
| Deferred tax assets | 13 | 41 |
| Provision for credit losses | 225 | 192 |
| Loss on sale of property and equipment | — | 14 |
| Unrealized gain on foreign exchange forward | (623) | — |
| Accretion of discount on investment securities and investment income, net | (34) | — |
| Changes in assets and liabilities: | | |
| Accounts receivable | (6,410) | (1,912) |
| Inventories | (6,163) | (12,177) |
| Other current assets and prepaid expenses | (2,053) | (5,611) |
| Other long-term assets | (2,011) | (385) |
| Accounts payable | (1,330) | 5,755 |
| Accrued liabilities | 1,706 | (5,989) |
| Operating leases, net | (16) | 30 |
| Deferred revenue | 201 | 239 |
| Net cash used in operating activities | (37,018) | (29,604) |
| **Cash flows from investing activities:** | | |
| Acquisition of property and equipment | (10,353) | (321) |
| Proceeds from maturities of marketable investments | 94,154 | — |
| Purchase of marketable investments | (23,467) | (74,058) |
| Net cash provided by (used in) investing activities | 60,334 | (74,379) |
| **Cash flows from financing activities:** | | |
| Proceeds from exercise of stock options and employee stock purchase plan | 109 | 151 |
| Taxes paid related to net share settlement of equity awards | (2,397) | (2,450) |
| Payments on finance lease obligations | (124) | (150) |
| Net cash used in financing activities | (2,412) | (2,449) |
| Net increase (decrease) in cash, cash equivalents and restricted cash | 20,904 | (106,432) |
| Cash, cash equivalents, and restricted cash at beginning of period | 146,624 | 164,864 |
| Cash, cash equivalents, and restricted cash at end of period | $ 167,528 | $ 58,432 |
| **Supplemental non-cash investing and financing activities:** | | |
| Assets acquired under finance lease | $ 33 | $ 57 |
| Assets acquired under operating lease | $ 57 | $ 320 |
| Acquisition of property and equipment | $ 6,894 | $ — |
| **Supplemental disclosure of cash flow information:** | | |
| Cash paid for interest | $ 778 | $ 1,577 |
| Income tax paid | $ 483 | $ 1,100 |

The accompanying notes are an integral part of these unaudited Condensed Consolidated Financial Statements.

7

**CUTERA, INC.**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS**

**Note 1. Restatement of Previously Issued Financial Statements**

*Background of Restatement*

The accompanying unaudited condensed consolidated financial statements have been restated to correct errors related to (1) an accounting error identified as a result of a physical inventory count performed by the Company and (2) other accounting adjustments identified that were deemed immaterial. The details of the errors are further described below:

1.   The Company determined that, as a result of an accounting error identified by the physical inventory count, there was a shortfall of inventory relative to the Company's system of record. The effect of this error was an overstatement of $1.2 million of inventory on the condensed consolidated balance sheet as of March 31, 2023. This error resulted in an associated understatement of $1.2 million of cost of revenue on the condensed consolidated statement of operations for the three months ended March 31, 2023.

2.   The Company corrected certain other errors that were deemed immaterial to the related interim period and restated the financial statements for the quarter ended March 31, 2023. The details of these corrections are noted in the footnotes to the tables below.

The Company's basic and diluted losses per share for the three months ended March 31, 2023, increased by $0.16 per share. The Company's income tax expense for the three months ended March 31, 2023 did not change as a result of the restatement. The errors did not have an impact on the Company's net cash or liquidity.

8

**Effect of Restatement**

The effects of the accounting error on the Company's condensed consolidated balance sheet as of March 31, 2023 are as follows (in thousands):

| | March 31, 2023 (As Reported) | | Adjustments | | March 31, 2023 (As Restated) |
|---|---|---|---|---|---|
| **Assets** | | | | | |
| Current assets: | | | | | |
| Cash and cash equivalents | $ | 166,828 | $ | — | $ 166,828 |
| Marketable investments | | 100,823 | | — | 100,823 |
| Accounts receivable, net of allowance | | 52,138 | | (391) *(f), (h)* | 51,747 |
| Inventories, net | | 71,819 | | (2,028) *(a), (c), (d)* | 69,791 |
| Other current assets and prepaid expenses | | 26,156 | | — | 26,156 |
| Restricted cash | | 700 | | — | 700 |
| Total current assets | | 418,464 | | (2,419) | 416,045 |
| Property and equipment, net | | 53,016 | | (800) *(b), (e)* | 52,216 |
| Deferred tax assets | | 577 | | — | 577 |
| Goodwill | | 1,339 | | — | 1,339 |
| Operating lease right-of-use assets | | 12,059 | | — | 12,059 |
| Other long-term assets | | 14,343 | | — | 14,343 |
| **Total assets** | $ | 499,798 | $ | (3,219) | $ 496,579 |
| | | | | | |
| **Liabilities and stockholders' deficit** | | | | | |
| Current liabilities: | | | | | |
| Accounts payable | $ | 35,169 | $ | — | $ 35,169 |
| Accrued liabilities | | 58,660 | | — | 58,660 |
| Operating lease liabilities | | 2,722 | | — | 2,722 |
| Deferred revenue | | 12,243 | | (187) *(g)* | 12,056 |
| Total current liabilities | | 108,794 | | (187) | 108,607 |
| Deferred revenue, net of current portion | | 1,643 | | — | 1,643 |
| Operating lease liabilities, net of current portion | | 10,652 | | — | 10,652 |
| Convertible notes, net of unamortized debt issuance costs | | 417,011 | | — | 417,011 |
| Other long-term liabilities | | 711 | | — | 711 |
| Total liabilities | | 538,811 | | (187) | 538,624 |
| | | | | | |
| Stockholders' deficit: | | | | | |
| Common stock | | 20 | | — | 20 |
| Additional paid-in capital | | 126,504 | | — | 126,504 |
| Accumulated other comprehensive income (loss) | | (8) | | — | (8) |
| Accumulated deficit | | (165,529) | | (3,032) *(j)* | (168,561) |
| Total stockholders' deficit | | (39,013) | | (3,032) | (42,045) |
| **Total liabilities and stockholders' deficit** | $ | 499,798 | $ | (3,219) | $ 496,579 |

9

The effects of the accounting error on the Company's condensed consolidated income statement for the three-month period ended March 31, 2023 are as follows (in thousands, except per share data):

| | Three Months Ended March 31, 2023 (As Reported) | | Adjustments | | Three Months Ended March 31, 2023 (As Restated) |
|---|---|---|---|---|---|
| **Net revenue:** | | | | | |
| Products | $ | 49,588 | $ | (467) *(f), (g)* | $ | 49,121 |
| Service | | 5,405 | | — | | 5,405 |
| Total net revenue | | 54,993 | | (467) | | 54,526 |
| **Cost of revenue:** | | | | | |
| Products | | 27,231 | | 2,828 *(a), (b), (c), (d), (e)* | | 30,059 |
| Service | | 2,835 | | — | | 2,835 |
| **Total cost of revenue** | | 30,066 | | 2,828 | | 32,894 |
| **Gross profit** | | 24,927 | | (3,295) | | 21,632 |
| | | | | | |
| **Operating expenses:** | | | | | |
| Sales and marketing | | 29,512 | | — | | 29,512 |
| Research and development | | 6,468 | | — | | 6,468 |
| General and administrative | | 12,516 | | (263) *(h)* | | 12,253 |
| **Total operating expenses** | | 48,496 | | (263) | | 48,233 |
| **Loss from operations** | | (23,569) | | (3,032) | | (26,601) |
| Interest and other expense, net: | | | | | |
| Amortization of debt issuance costs | | (552) | | — | | (552) |
| Interest on convertible notes | | (2,939) | | — | | (2,939) |
| Interest income | | 2,479 | | — | | 2,479 |
| Other expense, net | | (163) | | — | | (163) |
| Total interest and other expense, net | | (1,175) | | — | | (1,175) |
| Loss before income taxes | | (24,744) | | (3,032) | | (27,776) |
| Income tax expense | | 272 | | — | | 272 |
| **Net loss** | $ | (25,016) | $ | (3,032) *(j)* | $ | (28,048) |
| | | | | | |
| **Net loss per share:** | | | | | |
| Basic | $ | (1.26) | $ | (0.16) | $ | (1.42) |
| Diluted | $ | (1.26) | $ | (0.16) | $ | (1.42) |
| **Weighted-average number of shares used in per share calculation:** | | | | | |
| Basic | | 19,776 | | 19,776 | | 19,776 |
| Diluted | | 19,776 | | 19,776 | | 19,776 |

10

The effects of the accounting errors on the Company's condensed consolidated statement of cash flows for the three-month period ended March 31, 2023 are as follows (in thousands):

| | Three Months Ended March 31, | | |
|---|---|---|---|
| | 2023 | Adjustments | 2023 |
| | *(As Reported)* | | *(As Restated)* |
| **Cash flows from operating activities:** | | | |
| Net loss | $ (25,016) | $ (3,032) *(j)* | $ (28,048) |
| Adjustments to reconcile net loss to net cash used in operating activities: | | | |
| Stock-based compensation | 3,386 | — | 3,386 |
| Depreciation and amortization | 1,409 | — | 1,409 |
| Amortization of contract acquisition costs | 2,178 | — | 2,178 |
| Amortization of debt issuance costs | 552 | — | 552 |
| Deferred tax assets | 13 | — | 13 |
| Provision for credit losses | 488 | (263) *(h)* | 225 |
| Unrealized gain on foreign exchange forward | (623) | — | (623) |
| Accretion of discount on investment securities and investment income, net | (880) | 846 *(i)* | (34) |
| Changes in assets and liabilities: | | | |
| Accounts receivable | (7,064) | 654 *(f)* | (6,410) |
| Inventories | (8,191) | 2,028 *(a), (c), (d)* | (6,163) |
| Other current assets and prepaid expenses | (2,053) | — | (2,053) |
| Other long-term assets | (2,011) | — | (2,011) |
| Accounts payable | (1,330) | — | (1,330) |
| Accrued liabilities | 1,706 | — | 1,706 |
| Operating leases, net | (16) | — | (16) |
| Deferred revenue | 388 | (187) *(g)* | 201 |
| Net cash used in operating activities | (37,064) | 46 | (37,018) |
| **Cash flows from investing activities:** | | | |
| Acquisition of property and equipment | (11,153) | 800 *(b), (e)* | (10,353) |
| Proceeds from maturities of marketable investments | 95,000 | (846) *(i)* | 94,154 |
| Purchase of marketable investments | (23,467) | — | (23,467) |
| Net cash provided by (used in) investing activities | 60,380 | (46) | 60,334 |
| **Cash flows from financing activities:** | | | |
| Proceeds from exercise of stock options and employee stock purchase plan | 109 | — | 109 |
| Taxes paid related to net share settlement of equity awards | (2,397) | — | (2,397) |
| Payments on finance lease obligations | (124) | — | (124) |
| Net cash used in financing activities | (2,412) | — | (2,412) |
| Net increase (decrease) in cash, cash equivalents and restricted cash | 20,904 | — | 20,904 |
| Cash, cash equivalents, and restricted cash at beginning of period | 146,624 | — | 146,624 |
| Cash, cash equivalents, and restricted cash at end of period | $ 167,528 | $ — | $ 167,528 |
| **Supplemental non-cash investing and financing activities:** | | | |
| Assets acquired under finance lease | $ 33 | $ — | $ 33 |
| Assets acquired under operating lease | $ 57 | $ — | $ 57 |
| Acquisition of property and equipment | $ 6,894 | $ — | $ 6,894 |
| **Supplemental disclosure of cash flow information:** | | | |
| Cash paid for interest | $ 778 | $ — | $ 778 |
| Income tax paid | $ 483 | $ — | $ 483 |

*Footnote to tables:*

(a) Correction of the accounting error for the overstatement of inventory identified as a result of the physical inventory count ($1.2 million)

(b) Correction of the accounting error related to AviClear devices identified as a result of the physical inventory count ($1.0 million)

(c) Correction of the overstatement of demonstration and field inventory, net of quarterly amortization ($0.4 million)

(d) Correction of the overstatement of demonstration and field inventory ($0.4 million)

(e) Correction of AviClear capitalized labor cost incorrectly expensed in previous period ($0.2 million)

(f) Correction of AviClear treatment revenue incorrectly recognized in the period ended June 30, 2023 ($0.7 million)

(g) Correction of AviClear sales and lease arrangements incorrectly allocated to deferred revenue in previous period ($0.2 million)

(h) Correction of the overstatement of the provision for credit losses associated with other receivables ($0.3 million)

11

*(i) Correction of the classification error related to the cash interest received on investments in marketable securities purchased at a discount ($0.8 million)*

*(j) Net change in net loss for the three-month period ended March 31, 2023*

The impact of the restatement on the Company's condensed consolidated statement of stockholders' deficit and condensed consolidated statement of comprehensive loss for the three months ended March 31, 2023 is limited to the understatement of net loss, comprehensive loss, accumulated deficit, and total stockholders' deficit of $3.0 million.

The related notes to the condensed consolidated financial statements have also been restated to reflect the error corrections described above.

**Note 2. Summary of Significant Accounting Policies**

*Description of Operations and Principles of Consolidation*

Cutera, Inc. ("Cutera" or the "Company") develops, manufactures, distributes, and markets energy-based product platforms for medical practitioners, enabling them to offer treatments to their customers. In addition, the Company distributes third-party manufactured skincare products. The Company currently markets the following system platforms: *AviClear, enlighten, excel, truSculpt, Secret PRO, Secret RF,* and *xeo.* These platforms enable medical practitioners to perform procedures including treatment for acne, body contouring, skin resurfacing and revitalization, hair and tattoo removal, removal of benign pigmented lesions, and vascular conditions. Several of the Company's systems offer multiple hand pieces and applications, providing customers the flexibility to upgrade their systems. The sales of systems, system upgrades, and hand pieces (collectively "Systems" revenue); the leasing of *AviClear* devices for acne treatment ("AviClear" revenue); the replacement hand pieces, *Titan, truSculpt* 3D,*truSculpt* and *truFex* cycle refills, as well as single use disposable tips applicable to *Secret PRO,* and *Secret RF* ("Consumables" revenue); and the distribution of third-party manufactured skincare products ("Skincare" revenue); are collectively classified as "Products" revenue. In addition to Products revenue, the Company generates revenue from the sale of post-warranty service contracts, parts, detachable hand piece replacements (except for *Titan, truSculpt 3D, truSculpt* and *truFlex)* and service labor for the repair and maintenance of products that are out of warranty, all of which are collectively classified as "Service" revenue.

The Company's corporate headquarters and U.S. operations are located in Brisbane, California, where the Company conducts manufacturing, warehousing, research and development, regulatory, sales and marketing, service, and administrative activities. The Company also maintains regional distribution centers ("RDCs") in select locations across the U.S. These RDCs serve as forward warehousing for systems and service parts in various geographies. The Company markets, sells and services the Company's products through direct sales and service employees in North America (including Canada), Australia, Austria, Belgium, France, Germany, Hong Kong, Japan, the Netherlands, Spain, Switzerland, and the United Kingdom. Sales and services outside of these direct markets are made through a worldwide distributor network in over 37 countries. The condensed consolidated financial statements include the accounts of the Company and its subsidiaries.

*Basis of Presentation*

In the opinion of the Company, the accompanying unaudited condensed consolidated financial statements included in this report reflect all adjustments necessary for a fair statement of its condensed consolidated statements of financial position as of March 31, 2023 and December 31, 2022, and its condensed consolidated statements of results of operations, comprehensive income (loss), changes in equity (deficit), and cash flows for the three months ended March 31, 2023, and 2022. The December 31, 2022 condensed consolidated balance sheet was derived from audited financial statements, but does not include all disclosures required by generally accepted accounting principles in the United States of America ("GAAP"). The results for interim periods are not necessarily indicative of results for the entire year or any other interim period. Presentation of certain prior year balances have been updated to conform with the current year presentation. All intercompany accounts and transactions have been eliminated upon consolidation. The accompanying condensed consolidated financial statements should be read in conjunction with the Company's previously filed audited financial statements and the related notes thereto included in the Company's annual report on Form 10-K for the year ended December 31, 2022 filed with the Securities and Exchange Commission (the "SEC") on April 7, 2023, and as amended on May 1, 2023.

*Risks and Uncertainties*

The Company's future results of operations involve a number of risks and uncertainties. Factors that could affect the Company's future operating results and cause actual results to vary materially from expectations include, but are not limited to, rapid technological change, continued acceptance of the Company's products, stability of global financial markets, cybersecurity breaches and other disruptions that could compromise the Company's information or results, business disruptions that are

12

# EXHIBIT Y

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

**FORM 10-Q/A**

**(Amendment No.1)**

(Mark One)

☒ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the quarterly period ended June 30, 2023

**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from _____ to_____.

Commission File Number: 000-50644

**Cutera, Inc.**
**(Exact name of registrant as specified in its charter)**

| | |
|---|---|
| **Delaware** | **77-0492262** |
| **(State or other jurisdiction of incorporation or organization)** | **(I.R.S. Employer Identification No.)** |

**3240 Bayshore Blvd., Brisbane, California 94005**
**(Address of principal executive offices)**

**(415) 657-5500**
**(Registrant's telephone number, including area code)**

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock ($0.001 par value) | CUTR | The NASDAQ Stock Market, LLC |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.   Yes  ☒  No  ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).   Yes ☒    No  ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act (check one):

Large accelerated filer ☒   Accelerated filer ☐   Non-accelerated filer ☐   Smaller reporting company ☐   Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act.):   Yes  ☐   No  ☒

The number of shares of Registrant's common stock issued and outstanding as of August 5, 2023, was 19,943,875.

**EXPLANATORY NOTE**

Cutera, Inc., a Delaware corporation ("we", "us", "our", the "Company" or "Cutera"), is filing this Amendment No. 1 to Form 10-Q (this "Amendment" or "Form 10Q/A") to amend and restate certain items in its Quarterly Report on Form 10-Q for the quarter ended June 30, 2023 originally filed with the Securities and Exchange Commission (the "SEC") on August 9, 2023 (the "Original 10-Q", and, as amended by this Amendment, the "Quarterly Report")

to reflect the restatement of the Company's financial statements as of and for the quarter ended June 30, 2023 contained in the Original 10-Q (the "Restatement").

### Background of Restatement

As previously reported in the Form 8-K filed on December 21, 2023, the Company performed a physical inventory count at the end of the third quarter of its fiscal year ending December 31, 2023. The physical inventory count identified a shortfall of inventory relative to the Company's system of record, resulting in an error overstating the inventory in the condensed consolidated balance sheets as of March 31, 2023 and June 30, 2023 and corresponding understatement of cost of revenue in the condensed consolidated statements of operations for the periods then ended.

The Company concluded that a restatement was necessary to correct the misstatement in inventory, cost of revenue, and disclosures of basic and diluted earnings (loss) per share for the first and second quarters of the 2023 fiscal year. The Company also determined to correct other misstatements that were identified and deemed immaterial in previous periods, as further detailed in Note 1 – *Restatement of Previously Issued Financial Statements*.

On December 21, 2023, the Board of Directors of Cutera, upon recommendation of its Audit Committee, and in consultation with management of the Company and the Company's independent registered public accounting firm, BDO USA, P.C. ("BDO"), concluded that certain items of the Company's previously issued unaudited condensed consolidated interim financial statements as of and for the fiscal periods ended March 31, 2023 and June 30, 2023 included in the Company's Quarterly Reports on Form 10-Q for such periods should no longer be relied upon and that the Company needed to restate these previously issued financial statements. Similarly, earnings releases, and investor communications describing the financial statements for the periods described above should no longer be relied upon.

For a more detailed description of the financial impact of the Restatement, see Note 1 – *Restatement of Previously Issued Financial Statements*, to the unaudited condensed consolidated financial statements contained in this Amendment and "Restatement of Previously Issued Financial Statements" under Part I, Item 2, "Management's Discussion and Analysis of Financial Condition and Results of Operations," contained in this Amendment.

Concurrently with the filing of this Amendment, the Company is filing an amendment to its Quarterly Report on Form 10-Q as of and for the period ended March 31, 2023.

### Internal Control Considerations

The Company's management identified material weaknesses in its internal control over financial reporting, which were previously identified in connection with, and disclosed in, the Company's Annual Report on Form 10-K for the year ended December 31, 2022 filed with the SEC on April 7, 2023, as amended on May 1, 2023, and the Company's, condensed consolidated financial statements as of and for the three months ended March 31, 2023, and as of and for the three and six months ended June 30, 2023.

In connection with the Company's review and preparation of its financial statements leading to the Restatement, management identified an additional material weakness. Specifically, the Company failed to design, maintain and monitor a risk assessment program at a sufficiently precise level and therefore failed to identify new and evolving risks related to accounting policies, procedures and related controls performed over areas including, but not limited to inventory, revenues and lease income, costs for leased devices, and testing of certain key reports used in controls. Consequently, the Company failed to timely implement new controls to respond to changes in the business and leadership.

A material weakness is a deficiency, or a combination of deficiencies, in internal control over financial reporting such that there is a reasonable possibility that a material misstatement of the financial statements will not be prevented or detected and corrected on a timely basis. Therefore, the Company's management concluded that material weaknesses remain in the Company's internal control over financial reporting and that the Company's disclosure controls and procedures were not effective as of June 30, 2023. For further information regarding the effectiveness of the Company's disclosure controls and procedures, see Part I, Item 4, "Controls and Procedures", included in this Amendment.

### Items Amended in the Form 10-Q/A

The following items are amended and restated in their entirety in this Amendment: (i) Part I, Item 1, "Financial Statements"; Item 2, "Management's Discussion and Analysis of Financial Condition and Results of Operations"; and Item 4, "Controls and Procedures"; and (ii) Part II, Item 6, "Exhibits".

Pursuant to Rule 12b-15 promulgated under the Securities Act of 1934, as amended (the "Exchange Act"), this Amendment also contains new currently dated certifications by the Company's principal executive officer and principal financial officer, as required by Section 302 of the Sarbanes-Oxley Act of 2002.

Except as described above, this Amendment does not amend, update or change any other disclosures in the Original 10-Q. In addition, the information contained in this Amendment does not reflect events occurring after the filing of the Original 10-Q and does not modify or update the disclosures therein. Among other things, forward-looking statements made in the Original 10-Q have not been revised to reflect events, results or developments that occurred or facts that became known to the Company after the date of the Original 10-Q, other than with respect to the Restatement, and such forward-looking statements should be read in conjunction with the Company's filings with the SEC, including those subsequent to the filing of the Original 10-Q. Unless otherwise stated or unless the context otherwise requires, defined terms used throughout this Amendment have the meanings ascribed to them in the Original 10-Q.

**PART I. FINANCIAL INFORMATION**

**ITEM 1.   FINANCIAL STATEMENTS (UNAUDITED)**

**CUTERA, INC.**

**CONDENSED CONSOLIDATED BALANCE SHEETS**
*(In thousands, except share, per share data and par value)*
*(Unaudited)*

| | | June 30, 2023 | | December 31, 2022 |
|---|---|---|---|---|
| | | *(As Restated)* | | |
| **Assets** | | | | |
| Current assets: | | | | |
| Cash and cash equivalents | $ | 180,654 | $ | 145,924 |
| Marketable investments | | 41,949 | | 171,390 |
| Accounts receivable, net of allowance for credit losses of $4,411 and $2,497, respectively | | 53,679 | | 45,562 |
| Inventories, net | | 64,164 | | 63,628 |
| Other current assets and prepaid expenses | | 24,798 | | 24,036 |
| Restricted cash | | 700 | | 700 |
| Total current assets | | 365,944 | | 451,240 |
| Property and equipment, net | | 64,711 | | 40,368 |
| Deferred tax assets | | 547 | | 590 |
| Goodwill | | 1,339 | | 1,339 |
| Operating lease right-of-use assets | | 11,370 | | 12,831 |
| Other long-term assets | | 15,113 | | 14,620 |
| **Total assets** | $ | 459,024 | $ | 520,988 |
| | | | | |
| **Liabilities and stockholders' deficit** | | | | |
| Current liabilities: | | | | |
| Accounts payable | $ | 34,240 | $ | 33,736 |
| Accrued liabilities | | 53,764 | | 57,452 |
| Operating lease liabilities | | 2,602 | | 2,810 |
| Deferred revenue | | 12,317 | | 11,841 |
| Total current liabilities | | 102,923 | | 105,839 |
| Deferred revenue, net of current portion | | 1,690 | | 1,657 |
| Operating lease liabilities, net of current portion | | 10,069 | | 11,352 |
| Convertible notes, net of unamortized debt issuance costs of $11,557 and $12,666, respectively | | 417,568 | | 416,459 |
| Other long-term liabilities | | 575 | | 862 |
| Total liabilities | | 532,825 | | 536,169 |
| Commitments and Contingencies (Note 14) | | | | |
| Stockholders' deficit: | | | | |
| Common stock, $0.001 par value; authorized: 50,000,000 shares; issued and outstanding: 19,901,600 and 19,668,603 shares at June 30, 2023 and December 31, 2022, respectively | | 20 | | 20 |
| Additional paid-in capital | | 128,014 | | 125,406 |
| Accumulated other comprehensive income (loss) | | 4 | | (94) |
| Accumulated deficit | | (201,839) | | (140,513) |
| Total stockholders' deficit | | (73,801) | | (15,181) |
| **Total liabilities and stockholders' deficit** | $ | 459,024 | $ | 520,988 |

*See Accompanying Notes to Condensed Consolidated Financial Statements.*

3

**CUTERA, INC.**

**CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS**
*(In thousands, except per share data)*
*(Unaudited)*

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
|---|---|---|---|---|
| | **2023** | **2022** | **2023** | **2022** |
| | *(As Restated)* | | *(As Restated)* | |
| **Net revenue:** | | | | |
| Products | $ 56,175 | $ 58,589 | $ 105,296 | $ 110,655 |
| Service | 5,650 | 5,635 | 11,055 | 11,583 |
| Total net revenue | 61,825 | 64,224 | 116,351 | 122,238 |
| **Cost of revenue:** | | | | |
| Products | 32,051 | 25,899 | 62,110 | 48,811 |
| Service | 3,691 | 3,281 | 6,526 | 6,595 |
| Total cost of revenue | 35,742 | 29,180 | 68,636 | 55,406 |
| Gross profit | 26,083 | 35,044 | 47,715 | 66,832 |
| | | | | |
| **Operating expenses:** | | | | |
| Sales and marketing | 33,271 | 27,001 | 62,783 | 51,945 |
| Research and development | 5,784 | 6,859 | 12,252 | 13,358 |
| General and administrative | 18,191 | 11,248 | 30,444 | 24,750 |
| Total operating expenses | 57,246 | 45,108 | 105,479 | 90,053 |
| **Loss from operations** | (31,163) | (10,064) | (57,764) | (23,221) |
| Interest and other expense, net: | | | | |
| Amortization of debt issuance costs | (557) | (298) | (1,109) | (517) |
| Interest on convertible notes | (2,958) | (1,149) | (5,897) | (1,927) |
| Loss on extinguishment of convertible notes | — | (34,423) | — | (34,423) |
| Interest income | 2,179 | 382 | 4,658 | 395 |
| Other expense, net | (453) | (1,910) | (616) | (2,678) |
| Total interest and other expense, net | (1,789) | (37,398) | (2,964) | (39,150) |
| Loss before income taxes | (32,952) | (47,462) | (60,728) | (62,371) |
| Income tax expense (benefit) | 326 | (186) | 598 | 47 |
| **Net loss** | $ (33,278) | $ (47,276) | $ (61,326) | $ (62,418) |
| | | | | |
| **Net loss per share:** | | | | |
| Basic | $ (1.68) | $ (2.53) | $ (3.09) | $ (3.39) |
| Diluted | $ (1.68) | $ (2.53) | $ (3.09) | $ (3.39) |
| **Weighted-average number of shares used in per share calculation:** | | | | |
| Basic | 19,858 | 18,700 | 19,819 | 18,392 |
| Diluted | 19,858 | 18,700 | 19,819 | 18,392 |

*See Accompanying Notes to Condensed Consolidated Financial Statements.*

4

**CUTERA, INC.**

**CONDENSED CONSOLIDATED STATEMENTS OF COMPREHENSIVE LOSS**

*(In thousands)*
*(Unaudited)*

| | Three Months Ended June 30, | | Six Months Ended June 30, | |
|---|---|---|---|---|
| | **2023** | **2022** | **2023** | **2022** |
| | *(As Restated)* | | *(As Restated)* | |
| **Net loss** | $ (33,278) | $ (47,276) | $ (61,326) | $ (62,418) |
| **Other comprehensive income (loss):** | | | | |
| Net change in unrealized gain (loss) on available-for-sale investments, net of tax | 12 | (172) | 98 | (183) |
| Other comprehensive income (loss), net of tax | 12 | (172) | 98 | (183) |
| **Comprehensive loss** | $ (33,266) | $ (47,448) | $ (61,228) | $ (62,601) |

*See Accompanying Notes to Condensed Consolidated Financial Statements.*

5

**CUTERA, INC.**

**CONDENSED CONSOLIDATED STATEMENTS OF CHANGES IN STOCKHOLDERS' EQUITY (DEFICIT)**
*(In thousands, except share amounts)*
*(Unaudited)*

**Three and Six Months Ended June 30, 2023**

*(As Restated)*

| | Common Stock | | Additional Paid-in Capital | Accumulated Deficit | Accumulated Other Comprehensive Income (Loss) | Total Stockholders' Deficit |
|---|---|---|---|---|---|---|
| | Shares | Amount | | | | |
| Balance at March 31, 2023 | 19,785,107 | $ 20 | $ 126,504 | $ (168,561) | $ (8) | $ (42,045) |
| Issuance of common stock for employee purchase plan | 51,786 | — | 711 | — | — | 711 |
| Exercise of stock options | 3,459 | — | 38 | — | — | 38 |
| Issuance of common stock in settlement of restricted and performance stock units, net of shares withheld for employee taxes | 61,248 | — | (789) | — | — | (789) |
| Stock-based compensation expense | — | — | 1,550 | — | — | 1,550 |
| Net change in unrealized loss on available-for-sale investments | — | — | — | — | 12 | 12 |
| Net loss | — | — | — | (33,278) | — | (33,278) |
| Balance at June 30, 2023 | 19,901,600 | $ 20 | $ 128,014 | $ (201,839) | $ 4 | $ (73,801) |

*(As Restated)*

| | Common Stock | | Additional Paid-in Capital | Accumulated Deficit | Accumulated Other Comprehensive Income (Loss) | Total Stockholders' Deficit |
|---|---|---|---|---|---|---|
| | Shares | Amount | | | | |
| Balance at December 31, 2022 | 19,668,603 | $ 20 | $ 125,406 | $ (140,513) | $ (94) | $ (15,181) |
| Issuance of common stock for employee purchase plan | 51,786 | — | 711 | — | — | 711 |
| Exercise of stock options | 9,234 | — | 147 | — | — | 147 |
| Issuance of common stock in settlement of restricted and performance stock units, net of shares withheld for employee taxes | 171,977 | — | (3,186) | — | — | (3,186) |
| Stock-based compensation expense | — | — | 4,936 | — | — | 4,936 |
| Net change in unrealized loss on available-for-sale investments | — | — | — | — | 98 | 98 |
| Net loss | — | — | — | (61,326) | — | (61,326) |
| Balance at June 30, 2023 | 19,901,600 | $ 20 | $ 128,014 | $ (201,839) | $ 4 | $ (73,801) |

*See Accompanying Notes to Condensed Consolidated Financial Statements.*

6

**CUTERA, INC.**

**CONDENSED CONSOLIDATED STATEMENTS OF CHANGES IN STOCKHOLDERS' EQUITY(DEFICIT)**

*(In thousands, except share amounts)*

*(Unaudited)*

**Three and Six Months Ended June 30, 2022**

| | Common Stock | | Additional Paid-in Capital | Accumulated Deficit | Accumulated Other Comprehensive Loss | Total Stockholders' Equity |
|---|---|---|---|---|---|---|
| | Shares | Amount | | | | |
| Balance at March 31, 2022 | 18,132,949 | $ 18 | $ 116,468 | $ (73,315) | $ (11) | $ 43,160 |
| Issuance of common stock for employee purchase plan | 27,810 | — | 1,063 | — | — | 1,063 |
| Exercise of stock options | 7,385 | — | 225 | — | — | 225 |
| Issuance of common stock in settlement of restricted and performance stock units, net of shares withheld for employee taxes | 37,671 | — | (1,784) | — | — | (1,784) |
| Stock-based compensation expense | — | — | 4,733 | | — | 4,733 |
| Purchase of capped call | — | — | (32,024) | — | — | (32,024) |
| Issuance of common stock in extinguishment of convertible notes | 1,354,348 | 2 | 55,947 | — | — | 55,949 |
| Net change in unrealized loss on available-for-sale investments | — | — | — | — | (172) | (172) |
| Net loss | — | — | — | (47,276) | — | (47,276) |
| Balance at June 30, 2022 | 19,560,163 | $ 20 | $ 144,628 | $ (120,591) | $ (183) | $ 23,874 |

| | Common Stock | | Additional Paid-in Capital | Accumulated Deficit | Accumulated Other Comprehensive Loss | Total Stockholders' Equity |
|---|---|---|---|---|---|---|
| | Shares | Amount | | | | |
| Balance at December 31, 2021 | 17,995,344 | $ 18 | $ 114,724 | $ (58,173) | $ — | $ 56,569 |
| Issuance of common stock for employee purchase plan | 27,810 | — | 1,063 | — | — | 1,063 |
| Exercise of stock options | 14,844 | — | 376 | — | — | 376 |
| Issuance of common stock in settlement of restricted and performance stock units, net of shares withheld for employee taxes | 167,817 | — | (4,234) | — | — | (4,234) |
| Stock-based compensation expense | — | — | 8,776 | — | — | 8,776 |
| Purchase of capped call | — | — | (32,024) | — | — | (32,024) |
| Issuance of common stock in repayment of convertible notes | 1,354,348 | 2 | 55,947 | — | — | 55,949 |
| Net change in unrealized loss on available-for-sale investments | — | — | — | — | (183) | (183) |
| Net loss | — | — | — | (62,418) | — | (62,418) |
| Balance at June 30, 2022 | 19,560,163 | $ 20 | $ 144,628 | $ (120,591) | $ (183) | $ 23,874 |

*See Accompanying Notes to Condensed Consolidated Financial Statements.*

**CUTERA, INC.**

**CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOWS**

*(In thousands)*
*(Unaudited)*

| | Six Months Ended June 30, | |
| --- | ---: | ---: |
| | **2023** | **2022** |
| | *(As Restated)* | |
| **Cash flows from operating activities** | | |
| Net loss | $ (61,326) | $ (62,418) |
| Adjustments to reconcile net loss to net cash used in operating activities: | | |
| Stock-based compensation | 4,936 | 8,776 |
| Depreciation and amortization | 3,238 | 929 |
| Amortization of contract acquisition costs | 4,069 | 1,219 |
| Amortization of debt issuance costs | 1,109 | 517 |
| Deferred tax assets | 43 | 80 |
| Provision for credit losses | 1,914 | 409 |
| Loss on sale of property and equipment | — | 63 |
| Loss on extinguishment of convertible notes | — | 34,423 |
| Accretion of discount on investment securities and investment income, net | 146 | — |
| Changes in assets and liabilities: | | |
| Accounts receivable | (10,031) | (1,108) |
| Inventories, net | (536) | (17,501) |
| Other current assets and prepaid expenses | (776) | (3,034) |
| Other long-term assets | (4,782) | (1,071) |
| Accounts payable | (1,666) | 14,771 |
| Accrued liabilities | (3,806) | (6,878) |
| Operating leases, net | (30) | 36 |
| Deferred revenue | 509 | 702 |
| **Net cash used in operating activities** | (66,989) | (30,085) |
| **Cash flows from investing activities** | | |
| Acquisition of property and equipment | (25,108) | (8,238) |
| Proceeds from maturities of marketable investments | 152,859 | — |
| Purchase of marketable investments | (23,467) | (203,309) |
| **Net cash provided by (used in) investing activities** | 104,284 | (211,547) |
| **Cash flows from financing activities** | | |
| Proceeds from exercise of stock options and employee stock purchase plan | 858 | 1,440 |
| Taxes paid related to net share settlement of equity awards | (3,186) | (4,234) |
| Purchase of capped call | — | (31,671) |
| Proceeds from issuance of convertible notes | — | 240,000 |
| Payment of issuance costs of convertible notes | — | (6,956) |
| Extinguishment of convertible notes | — | (45,777) |
| Payments on finance lease obligations | (237) | (284) |
| **Net cash provided by (used in) financing activities** | (2,565) | 152,518 |
| Net increase (decrease) in cash, cash equivalents and restricted cash | 34,730 | (89,114) |
| Cash, cash equivalents, and restricted cash at beginning of period | 146,624 | 164,864 |
| **Cash, cash equivalents, and restricted cash at end of period** | $ 181,354 | $ 75,750 |
| **Supplemental non-cash investing and financing activities:** | | |
| Assets acquired under finance lease | $ 68 | $ 437 |
| Assets acquired under operating lease | $ 57 | $ 549 |
| Transfer of inventory to property and equipment | $ — | $ 12,180 |
| Debt issuance costs accrued | $ — | $ 646 |
| Acquisition of property and equipment | $ 6,301 | $ — |
| Capped call costs accrued | $ — | $ 353 |
| **Supplemental disclosure of cash flow information:** | | |
| Cash paid for interest | $ 5,731 | $ 1,903 |
| Cash paid for income taxes | $ 483 | $ 1,230 |

*See Accompanying Notes to Condensed Consolidated Financial Statements.*

**CUTERA, INC.**
**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS**

**Note 1. Restatement of Previously Issued Financial Statements**

*Background of Restatement*

The accompanying unaudited condensed consolidated financial statements have been restated to correct errors related to (1) an accounting error identified as a result of a physical inventory count performed by the Company and (2) other accounting adjustments identified that were deemed immaterial. The details of the errors are further described below:

1. The Company determined that, as a result of an accounting error identified by the physical inventory count, there was a shortfall of inventory relative to the Company's system of record. The effect of this error was an overstatement of $3.6 million of inventory on the condensed consolidated balance sheet as of June 30, 2023. This error resulted in an associated understatement of $2.4 million and $3.6 million of cost of revenue on the condensed consolidated statement of operations for the three and six months ended June 30, 2023, respectively.

2. The Company corrected certain other errors that were deemed immaterial to the related interim period and restated the financial statements for the quarter ended June 30, 2023. The details of these corrections are noted in the footnotes to the tables below.

The Company's basic and diluted losses per share increased by $0.08 and $0.24 per share for the three and six months ended June 30, 2023, respectively. The Company's income tax expenses for the three and six months ended June 30, 2023 did not change as a result of the restatement. The errors did not have an impact on the Company's net cash or liquidity.

9

**Effect of Restatement**

The effects of the accounting error on the Company's condensed consolidated balance sheet as of June 30, 2023 are as follows (in thousands):

| | June 30, 2023 (As Reported) | | Adjustments | | June 30, 2023 (As Restated) | |
|---|---|---|---|---|---|---|
| **Assets** | | | | | | |
| Current assets: | | | | | | |
| Cash and cash equivalents | $ | 180,654 | $ | — | $ | 180,654 |
| Marketable investments | | 41,949 | | — | | 41,949 |
| Accounts receivable, net of allowance | | 53,079 | | 600 *(h)* | | 53,679 |
| Inventories, net | | 68,668 | | (4,504) *(a), (c), (d)* | | 64,164 |
| Other current assets and prepaid expenses | | 24,900 | | (102) *(j)* | | 24,798 |
| Restricted cash | | 700 | | — | | 700 |
| Total current assets | | 369,950 | | (4,006) | | 365,944 |
| Property and equipment, net | | 65,511 | | (800) *(b), (e)* | | 64,711 |
| Deferred tax assets | | 547 | | — | | 547 |
| Goodwill | | 1,339 | | — | | 1,339 |
| Operating lease right-of-use assets | | 11,370 | | — | | 11,370 |
| Other long-term assets | | 15,113 | | — | | 15,113 |
| **Total assets** | $ | 463,830 | $ | (4,806) | $ | 459,024 |
| | | | | | | |
| **Liabilities and stockholders' deficit** | | | | | | |
| Current liabilities: | | | | | | |
| Accounts payable | $ | 34,240 | $ | — | $ | 34,240 |
| Accrued liabilities | | 53,764 | | — | | 53,764 |
| Operating lease liabilities | | 2,602 | | — | | 2,602 |
| Deferred revenue | | 12,457 | | (140) *(g)* | | 12,317 |
| Total current liabilities | | 103,063 | | (140) | | 102,923 |
| Deferred revenue, net of current portion | | 1,690 | | — | | 1,690 |
| Operating lease liabilities, net of current portion | | 10,069 | | — | | 10,069 |
| Convertible notes, net of unamortized debt issuance costs | | 417,568 | | — | | 417,568 |
| Other long-term liabilities | | 575 | | — | | 575 |
| Total liabilities | | 532,965 | | (140) | | 532,825 |
| | | | | | | |
| Stockholders' deficit: | | | | | | |
| Common stock | | 20 | | — | | 20 |
| Additional paid-in capital | | 128,014 | | — | | 128,014 |
| Accumulated other comprehensive income (loss) | | 4 | | — | | 4 |
| Accumulated deficit | | (197,173) | | (4,666) *(k)* | | (201,839) |
| Total stockholders' deficit | | (69,135) | | (4,666) | | (73,801) |
| **Total liabilities and stockholders' deficit** | $ | 463,830 | $ | (4,806) | $ | 459,024 |

The effects of the accounting error on the Company's condensed consolidated income statement for the three-month period ended June 30, 2023 are as follows (in thousands, except per share data):

| | Three Months Ended June 30, 2023 (As Reported) | Adjustments | | Three Months Ended June 30, 2023 (As Restated) |
|---|---|---|---|---|
| **Net revenue:** | | | | |
| Products | $ 55,568 | $ 607 | *(f), (g)* | $ 56,175 |
| Service | 5,650 | — | | 5,650 |
| Total net revenue | 61,218 | 607 | | 61,825 |
| **Cost of revenue:** | | | | |
| Products | 29,473 | 2,578 | *(a), (c), (d), (j)* | 32,051 |
| Service | 3,691 | — | | 3,691 |
| **Total cost of revenue** | 33,164 | 2,578 | | 35,742 |
| **Gross profit** | 28,054 | (1,971) | | 26,083 |
| | | | | |
| **Operating expenses:** | | | | |
| Sales and marketing | 33,271 | — | | 33,271 |
| Research and development | 5,784 | — | | 5,784 |
| General and administrative | 18,528 | (337) | *(h)* | 18,191 |
| **Total operating expenses** | 57,583 | (337) | | 57,246 |
| **Loss from operations** | (29,529) | (1,634) | | (31,163) |
| Interest and other expense, net: | | | | |
| Amortization of debt issuance costs | (557) | — | | (557) |
| Interest on convertible notes | (2,958) | — | | (2,958) |
| Interest income | 2,179 | — | | 2,179 |
| Other expense, net | (453) | — | | (453) |
| Total interest and other expense, net | (1,789) | — | | (1,789) |
| Loss before income taxes | (31,318) | (1,634) | | (32,952) |
| Income tax expense | 326 | — | | 326 |
| **Net loss** | $ (31,644) | $ (1,634) | *(k)* | $ (33,278) |
| | | | | |
| **Net loss per share:** | | | | |
| Basic | $ (1.59) | $ (0.08) | | $ (1.68) |
| Diluted | $ (1.59) | $ (0.08) | | $ (1.68) |
| **Weighted-average number of shares used in per share calculation:** | | | | |
| Basic | 19,858 | 19,858 | | 19,858 |
| Diluted | 19,858 | 19,858 | | 19,858 |

11

The effects of the accounting error on the Company's condensed consolidated income statement for the six-month period ended June 30, 2023 are as follows (in thousands, except per share data):

| | Six Months Ended June 30, 2023 (As Reported) | | Adjustments | | | Six Months Ended June 30, 2023 (As Restated) |
|---|---|---|---|---|---|---|
| **Net revenue:** | | | | | | |
| Products | $ | 105,156 | $ | 140 | *(f), (g)* | $ | 105,296 |
| Service | | 11,055 | | — | | | 11,055 |
| Total net revenue | | 116,211 | | 140 | | | 116,351 |
| **Cost of revenue:** | | | | | | |
| Products | | 56,704 | | 5,406 | *(a), (b), (c), (d), (e), (j)* | | 62,110 |
| Service | | 6,526 | | — | | | 6,526 |
| **Total cost of revenue** | | 63,230 | | 5,406 | | | 68,636 |
| **Gross profit** | | 52,981 | | (5,266) | | | 47,715 |
| | | | | | | |
| **Operating expenses:** | | | | | | |
| Sales and marketing | | 62,783 | | — | | | 62,783 |
| Research and development | | 12,252 | | — | | | 12,252 |
| General and administrative | | 31,044 | | (600) | *(h)* | | 30,444 |
| **Total operating expenses** | | 106,079 | | (600) | | | 105,479 |
| **Loss from operations** | | (53,098) | | (4,666) | | | (57,764) |
| Interest and other expense, net: | | | | | | |
| Amortization of debt issuance costs | | (1,109) | | — | | | (1,109) |
| Interest on convertible notes | | (5,897) | | — | | | (5,897) |
| Interest income | | 4,658 | | — | | | 4,658 |
| Other expense, net | | (616) | | — | | | (616) |
| Total interest and other expense, net | | (2,964) | | — | | | (2,964) |
| Loss before income taxes | | (56,062) | | (4,666) | | | (60,728) |
| Income tax expense | | 598 | | — | | | 598 |
| **Net loss** | $ | (56,660) | $ | (4,666) | *(k)* | $ | (61,326) |
| | | | | | | |
| **Net loss per share:** | | | | | | |
| Basic | $ | (2.86) | $ | (0.24) | | $ | (3.09) |
| Diluted | $ | (2.86) | $ | (0.24) | | $ | (3.09) |
| **Weighted-average number of shares used in per share calculation:** | | | | | | |
| Basic | | 19,819 | | 19,819 | | | 19,819 |
| Diluted | | 19,819 | | 19,819 | | | 19,819 |

12

The effects of the accounting errors on the Company's condensed consolidated statement of cash flows for the six-month period ended June 30, 2023 are as follows (in thousands):

| | | Six Months Ended June 30, | | | |
|---|---|---|---|---|---|
| | 2023 | Adjustments | | 2023 | |
| | (As Reported) | | | (As Restated) | |
| **Cash flows from operating activities** | | | | | |
| Net loss | $ (56,660) | $ (4,666) | *(k)* | $ (61,326) | |
| Adjustments to reconcile net loss to net cash used in operating activities: | | | | | |
| Stock-based compensation | 4,936 | — | | 4,936 | |
| Depreciation and amortization | 3,238 | — | | 3,238 | |
| Amortization of contract acquisition costs | 4,069 | — | | 4,069 | |
| Amortization of debt issuance costs | 1,109 | — | | 1,109 | |
| Deferred tax assets | 43 | — | | 43 | |
| Provision for credit losses | 2,514 | (600) | *(h)* | 1,914 | |
| Accretion of discount on investment securities and investment income, net | (1,995) | 2,141 | *(i)* | 146 | |
| Changes in assets and liabilities: | | | | | |
| Accounts receivable | (10,031) | — | | (10,031) | |
| Inventories, net | (5,040) | 4,504 | *(a), (c), (d)* | (536) | |
| Other current assets and prepaid expenses | (878) | 102 | *(j)* | (776) | |
| Other long-term assets | (4,782) | — | | (4,782) | |
| Accounts payable | (1,666) | — | | (1,666) | |
| Accrued liabilities | (3,806) | — | | (3,806) | |
| Operating leases, net | (30) | — | | (30) | |
| Deferred revenue | 649 | (140) | *(g)* | 509 | |
| **Net cash used in operating activities** | (68,330) | 1,341 | | (66,989) | |
| **Cash flows from investing activities** | | | | | |
| Acquisition of property and equipment | (25,908) | 800 | *(b), (e)* | (25,108) | |
| Proceeds from maturities of marketable investments | 155,000 | (2,141) | *(i)* | 152,859 | |
| Purchase of marketable investments | (23,467) | — | | (23,467) | |
| Net cash provided by (used in) investing activities | 105,625 | (1,341) | | 104,284 | |
| **Cash flows from financing activities** | | | | | |
| Proceeds from exercise of stock options and employee stock purchase plan | 858 | — | | 858 | |
| Taxes paid related to net share settlement of equity awards | (3,186) | — | | (3,186) | |
| Payments on finance lease obligations | (237) | — | | (237) | |
| **Net cash provided by (used in) financing activities** | (2,565) | — | | (2,565) | |
| Net increase (decrease) in cash, cash equivalents and restricted cash | 34,730 | — | | 34,730 | |
| Cash, cash equivalents, and restricted cash at beginning of period | 146,624 | — | | 146,624 | |
| **Cash, cash equivalents, and restricted cash at end of period** | $ 181,354 | $ — | | $ 181,354 | |
| **Supplemental non-cash investing and financing activities:** | | | | | |
| Assets acquired under finance lease | $ 68 | $ — | | $ 68 | |
| Assets acquired under operating lease | $ 57 | $ — | | $ 57 | |
| Acquisition of property and equipment | $ 6,301 | $ — | | $ 6,301 | |
| **Supplemental disclosure of cash flow information:** | | | | | |
| Cash paid for interest | $ 5,731 | $ — | | $ 5,731 | |
| Cash paid for income taxes | $ 483 | $ — | | $ 483 | |

*Footnote to tables:*

(a) *Correction of the accounting error for the overstatement of inventory identified as a result of the physical inventory count ($2.4 million and $3.6 million for three and six months ended June 30, 2023, respectively)*

(b) *Correction of the accounting error related to AviClear devices identified as a result of the physical inventory count ($1.0 million)*

(c) *Correction of the overstatement of demonstration and field inventory ($0.4 million), net of quarterly amortization ($0.1 million)*

(d) *Correction of the overstatement of demonstration and field inventory ($0.1 million and $0.5 million for three and six months ended June 30, 2023, respectively)*

(e) *Correction of AviClear capitalized labor cost incorrectly expensed in previous period ($0.2 million)*

(f) *Correction of AviClear treatment revenue incorrectly recognized in the period ended June 30, 2023 ($0.7 million)*

(g) *Correction of AviClear sales and lease arrangements incorrectly allocated to deferred revenue in previous period ($0.2 million), net of quarterly amortization ($0.1 million)*

13

*(h) Correction of the overstatement of the provision for credit losses associated with other receivables ($0.3 million and $0.6 million for three and six months ended June 30, 2023, respectively)*
*(i) Correction of the classification error related to the cash interest received ($2.1 million)*
*(j) Correction of unapplied inventory prepayment upon receipt of inventory ($0.1 million)*
*(k) Net change in net loss for the three-month period or the six-month period ended June 30, 2023*

The impact of the restatement and reclassification on the Company's condensed consolidated statements of stockholders' deficit and condensed consolidated statements of comprehensive loss for the three and six months ended June 30, 2023 are limited to the understatement of net loss, comprehensive loss, accumulated deficit, and total stockholders' deficit of $1.6 million and $4.7 million, respectively.

The related notes to the condensed consolidated financial statements have also been restated to reflect the error corrections described above.

### Note 2. Summary of Significant Accounting Policies

*Description of Operations and Principles of Consolidation*

Cutera, Inc. ("Cutera" or the "Company") develops, manufactures, distributes, and markets energy-based product platforms for medical practitioners, enabling them to offer treatments to their customers. In addition, the Company distributes third-party manufactured skincare products. The Company currently markets the following system platforms: *AviClear, enlighten, excel, truSculpt, Secret PRO, Secret RF,* and *xeo.* These platforms enable medical practitioners to perform procedures including treatment for acne, body contouring, skin resurfacing and revitalization, hair and tattoo removal, removal of benign pigmented lesions, and vascular conditions. Several of the Company's systems offer multiple hand pieces and applications, providing customers the flexibility to upgrade their systems. The sales of systems, system upgrades, and hand pieces (collectively "Systems" revenue); the leasing of *AviClear* devices for acne treatment ("AviClear" revenue); the replacement hand pieces, *Titan, truSculpt* 3D,*truSculpt* and *truFlex* cycle refills, as well as single use disposable tips applicable to *Secret PRO,* and *Secret RF* ("Consumables" revenue); and the distribution of third-party manufactured skincare products ("Skincare" revenue); are collectively classified as "Products" revenue. In addition to Products revenue, the Company generates revenue from the sale of post-warranty service contracts, parts, detachable hand piece replacements (except for *Titan, truSculpt 3D, truSculpt* and *truFlex)* and service labor for the repair and maintenance of products that are out of warranty, all of which are collectively classified as "Service" revenue.

The Company's corporate headquarters and U.S. operations are located in Brisbane, California, where the Company conducts manufacturing, warehousing, research and development, regulatory, sales and marketing, service, and administrative activities. The Company also maintains regional distribution centers ("RDCs") in select locations across the U.S. These RDCs serve as forward warehousing for systems and service parts in various geographies. The Company markets, sells and services the Company's products through direct sales and service employees in North America (including Canada), Australia, Austria, Belgium, France, Germany, Hong Kong, Japan, the Netherlands, Spain, Switzerland, and the United Kingdom. Sales and services outside of these direct markets are made through a worldwide distributor network in over 39 countries. The condensed consolidated financial statements include the accounts of the Company and its subsidiaries.

*Basis of Presentation*

In the opinion of the Company, the accompanying unaudited condensed consolidated financial statements included in this report reflect all adjustments necessary for a fair statement of its condensed consolidated balance sheets as of June 30, 2023 and December 31, 2022, and its condensed consolidated statements of operations, condensed consolidated statements of comprehensive loss, condensed consolidated statements of changes in stockholders' equity (deficit), and condensed consolidated statements of cash flows, for the three and six months ended June 30, 2023, and 2022, respectively. The December 31, 2022 condensed consolidated balance sheet was derived from audited financial statements, but does not include all disclosures required by generally accepted accounting principles in the United States of America ("GAAP"). The results for interim periods are not necessarily indicative of results for the entire year or any other interim period. Presentation of certain prior year balances have been updated to conform with the current year presentation. All intercompany accounts and transactions have been eliminated upon consolidation. The accompanying condensed consolidated financial statements should be read in conjunction with the Company's previously filed audited financial statements and the related notes thereto included in the Company's annual report on Form 10-K for the year ended December 31, 2022, filed with the Securities and Exchange Commission (the "SEC") on April 7, 2023, and as amended on May 1, 2023.

*Risks and Uncertainties*

14

# EXHIBIT Z

Table of Contents

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

**Washington, D.C. 20549**

# SCHEDULE 14A

**Proxy Statement Pursuant to Section 14(a) of the
Securities Exchange Act of 1934**

Filed by the Registrant ☒ Filed by a Party other than the Registrant ☐

Check the appropriate box:

☐    Preliminary Proxy Statement

☐    **Confidential, for Use of the Commission Only (as permitted by Rule 14a-6(e)(2))**

☒    Definitive Proxy Statement

☐    Definitive Additional Materials

☐    Soliciting Material Pursuant to §240.14a-12

# CUTERA, INC.

**(Name of Registrant as Specified In Its Charter)**
**(Name of Person(s) Filing Proxy Statement, if other than the Registrant)**

Payment of Filing Fee (Check all boxes that apply):

☒    No fee required.

☐    Fee paid previously with preliminary materials.

☐    Fee computed on table in exhibit required by Item 25(b) per Exchange Act Rules 14a-6(i)(1) and 0-11

i

Table of Contents

Our cash compensation goals for our Named Executive Officers are based upon a number of principles, including:

•Although we don not use a formal benchmarking process, total cash compensation should generally be set at or above the 50th percentile of the Peer Group subject to various considerations:

◦Base salary should reflect the individual's experience (in both the role he or she is performing, and the aesthetics industry more broadly), performance, and potential;

◦The amount of bonuses payable to our Named Executive Officers should be based on corporate performance measures established by the Compensation Committee and approved by our Board that align the bonus payment with the achievement of specified goals contained in our annual operating plan that are intended to enhance long-term stockholder value.

*Base Salary*

We believe that a competitive base salary is a necessary element of our executive compensation program, so that we can attract and retain a world class management team that is focused on building a sustainable enterprise for the future. The Compensation Committee seeks to set competitive base salaries, comparable to market standards, that are equitable across the executive team based on level of impact and contributions.

The Compensation Committee reviews the base salaries of our executive officers, including our Named Executive Officers, annually and makes adjustments to their base salaries as it determines to be necessary or appropriate.

In 2021, the Compensation Committee reviewed the base salaries of our executive officers, including our Named Executive Officers, taking into consideration a competitive market analysis performed by Compensia, as well as the other factors described above. Following this review, the Compensation Committee set the base salaries of our executive officers for 2021 at levels that it believed were appropriate to maintain their competitiveness.

The base salaries paid to our named executive officers were as follows:

| Named Executive Officer | 2020 Base Salary ($) | 2021 Base Salary ($) | Percentage Adjustment |
|---|---|---|---|
| Mr. Mowry | $650,000 | $670,000 | 3.1% |
| Mr. Plants[1] | N/A | $250,000 | N/A |
| Mr. Seth | $350,000 | $360,500 | 3.0% |
| Mr. Karavitis | $415,000 | $431,600 | 4.0% |
| Mr. Thier | $283,500 | $327,600 | 15.6% |

*(1) Mr. Plants was appointed Executive Chairperson in May 2021. Please see the section above titled "Director Compensation - Compensation of the Board of Directors for their Position on the Board and its Committees."*

The base salaries paid to our named executive officers for 2021 are also set forth in the "2021 Summary Compensation Table" below.

*Management Bonus Plan*

We use annual cash bonuses to motivate our executive officers, including our Named Executive Officers, to achieve our short-term financial and operational objectives while making progress towards our longer-term growth and other goals. Consistent with our executive compensation philosophy, these annual cash bonuses are intended to help us to deliver a competitive total direct compensation opportunity to our executive officers. Annual cash bonuses are entirely performance-based, are not guaranteed, and may vary materially from year-to-year.

Typically, the Compensation Committee establishes target cash bonus opportunities pursuant to a formal cash bonus plan that measures and rewards our executive officers for our actual corporate performance over our fiscal year. The cash bonus plan is designed to pay above-target cash bonuses when we exceed our annual corporate objectives and below-target cash bonuses when we do not achieve these objectives.

In 2021, the Compensation Committee, determined to award cash bonus opportunities to our executive officers, including our Named Executive Officers, pursuant to the 2021 Management Bonus Plan. Under the 2021 Management Bonus Plan, our Board had the authority to select the performance measures and related target levels applicable to the target cash bonus opportunities for our executive officers.

47

Table of Contents

*Target Cash Bonus Opportunities*

For 2021, the target cash bonus opportunities were designed to reward our Named Executive Officers based on our overall financial and operational performance and were established after the Compensation Committee consulted with its compensation consultant. As in prior years, the Compensation Committee determined that the target cash bonus opportunities for the Named Executive Officers should be determined as a percentage of their base salary. The target cash bonus opportunities are reviewed annually by the Compensation Committee and are based on several factors, including the scope of the Named Executive Officers' performance, contributions, responsibilities, experience, prior years' target cash bonus and market conditions. In 2021, the Compensation Committee did not make any changes to our Named Executive Officers' target cash bonus opportunities.

For 2021, the target cash bonus opportunities for each of our Named Executive Officers under the 2021 Management Bonus Plan were as follows:

| Named Executive Officer | 2021 Target Cash Bonus Opportunity (as a percentage of base salary) | 2021 Target Cash Bonus Opportunity ($) |
|---|---|---|
| Mr. Mowry | 80% | 528,000 |
| Mr. Plants[1] | - | 61,742 |
| Mr. Seth | 50% | 177,625 |
| Mr. Karavitis | 60% | 253,980 |
| Mr. Thier | 40% | 128,520 |

*(1) Mr. Plants' target cash bonus opportunity was set as a fixed dollar amount of $100,000 per his employment agreement. The target cash bonus opportunity for 2021 was prorated for the portion of the calendar year during which Mr. Plants was employed.*

The target cash bonus opportunities of our executive officers, including our Named Executive Officers, were weighted 100% on corporate performance objectives. The Compensation Committee determined this allocation to be appropriate to focus our executive officers on our short-term financial objectives as reflected in our annual operating plan.

*Corporate Performance Measures-related:*

For 2021, the Compensation Committee established the following corporate performance measures for determining the bonuses payable to our Named Executive Officers, and the overall weighting of each corporate performance measure, as follows:

| | |
|---|---|
| 1) 2021 Revenue measured against a pre-established target amount | 40% |
| 2) 2021 Non-GAAP Gross Margin measured against a pre-established target amount[1] | 30% |
| 3) 2021 Non-GAAP Adjusted EBITDA measured against a pre-established target amount[1] | 30% |

[1]For a full reconciliation for Non-GAAP Gross Margin and Non-GAAP Adjusted EBITDA to the most directly comparable financial measure stated in accordance with GAAP, please see our Current Report on Form 8-K filed with the SEC on February 22, 2022

Our Board believed that these corporate performance measures aligned the Named Executive Officers' bonus payment with the achievement of our annual operating goals, which would enhance long-term stockholder value creation.

The Compensation Committee weighted each corporate performance measure as set forth above, such that the given percentage of the bonus was "at risk" based on the level of achievement of the specific performance measure. Performance achievement of each of the specific performance measures was based on a sliding scale. With respect to the Revenue performance measure, the applicable payout scaled linearly from 50% to 100% between 90% of the target Revenue attainment goal and 100% of the target Revenue attainment goal, and the applicable payout scaled linearly between 100% and 200% between 100% of the target Revenue attainment goal and 140% of the target Revenue attainment goal. With respect to the Gross Margin performance measure, the applicable payout scaled linearly from 50% to 100% between 95% of the target Gross Margin attainment goal and 100% of the target Gross Margin attainment goal, and the payout scaled linearly between 100% to 200% between 100% of the target Gross Margin attainment goal and 117% of the target Gross Margin attainment goal. With respect to the Adjusted EBITDA performance measure, the applicable payout scaled linearly from 50% to 100% between 80% of the target Adjusted

Table of Contents

EBITDA attainment goal and 100% of the target Adjusted EBITDA attainment goal, and the payout scaled linearly from 100% to 200% between 100% of the target Adjusted EBITDA attainment goal and 250% of the Adjusted EBITDA attainment goal. No payout would be issued with respect to a corporate performance measure if the level of achievement of the applicable attainment goal was 50% or below.

*2021 Performance Results and Bonus Decisions*

In 2021, the Compensation Committee determined that our actual achievement with respect to the corporate performance measures under the 2021 Management Bonus Plan was as follows:

| Corporate Performance Measure | Degree of Achievement of Performance Measure | Weighted Payout based on Degree of Achievement of Performance Measure |
|---|---|---|
| **Revenue** | 125% | 163% |
| **Gross Margin** | 99% | 93% |
| **Adjusted EBITDA** | 322% | 200% |

As a result of our performance in 2021 with respect to each corporate performance measure, the overall payout under the 2021 Management Bonus Plan with respect to each Named Executive Officer was equal to 153% of the applicable annual target cash bonus opportunity. Accordingly, bonuses under the 2021 Management Bonus Plan were paid in March 2022 in the following amounts to each of our Named Executive Officers:

| Named Executive Officers | Annual Cash Bonus Paid for 2021($) |
|---|---|
| Mr. Mowry | 807,840 |
| Mr. Plants | 94,466 |
| Mr. Seth | 271,766 |
| Mr. Karavitis | 388,590 |
| Mr. Thier | 196,636 |

*Long-Term Incentive Compensation*

We believe that equity-based compensation promotes and encourages long-term successful performance by our Named Executive Officers that is aligned with the organization's goals and the generation of stockholder value. Our equity compensation goals for our Named Executive Officers are based upon the following principles:

•Stockholder and Named Executive Officer interests should be aligned;

•Key and high-performing employees, who have a demonstrable impact on our performance or stockholder value, should be compensated in this manner;

•The program should be structured to provide meaningful retention incentives to participants;

•The equity awards should reflect each individual's experience, performance, potential and be comparable to the Peer Group awards for the respective position; and

•Actual awards should be tailored to reflect individual performance and attraction/retention objectives.

•Actual awards also tie to recommendations from our Chief Executive Officer and other management, competitive compensation market data (as described above), internal pay equity based on the impact on our business and performance; and existing equity holdings including unvested equity for each Named Executive Officer.

There is no predetermined formula or weighting of these factors. Instead, our Compensation Committee considers all of this information in light of our business objectives.

*Equity Awards*

49

Table of Contents

Under our 2019 Equity Incentive Plan, we generally grant RSU awards, PSU awards, and options to our executive officers, employees and the non-employee members of our Board. We grant annual equity awards to our Named Executive Officers and certain members of management with a vesting start date of January 1. Aside from our annual equity awards practices, the Compensation Committee approves equity awards to new and recently hired or promoted employees once each quarter at the Compensation Committee meeting with the grant date fair value to be calculated as of the date of the award.

*Performance Stock Unit Awards - Corporate Performance Measures-related:*
In February 2021, our Compensation Committee granted PSU awards to our Named Executive Officers and other members of management and selected performance targets for these awards. The number of units subject to the PSU awards granted to our Named Executive Officers vest in equal amounts on January 1, 2022, based on the performance targets being met and subject to approval by our Board, and December 31, 2022, subject to the Named Executive Officer continuing to provide service through to this vesting date.

| Metric | Weighting of Goal | Achievement Timeframe |
|---|---|---|
| (1) Complete pivotal study for AviClear device | 40% | July 2021 |
| (2) Obtain CE mark approval for AviClear device | 10% | February 2021 |
| (3) Increase number of sales accounts as well as revenue per account to pre-established targets | 20% | December 2021 |
| (4) Increase gross margin rate through cost management to a pre-established target | 30% | December 2021 |

On February 20, 2022, the Board approved the achievement of these targets and the first tranche of these grants was released to the recipient.

The following table presents the quantities of the Corporate Performance Measure-related PSU grants awarded to the Named Executive Officers:

| Name | Grant Quantity | Grant Date Value[1] |
|---|---|---|
| Mr. Mowry | 16,293 | $ 535,551 |
| Mr. Plants | 4,085 | $ 147,591 |
| Mr. Seth | 9,164 | $ 301,221 |
| Mr. Karavitis | 9,674 | $ 317,984 |
| Mr. Thier | 7,128 | $ 234,297 |

*(1) For purposes of this table, "Grant Date Value" generally means the aggregate grant date fair value of the PSU award granted to the applicable Named Executive Officer during 2021 calculated in accordance with ASC Topic 718. See Note 6 of the Consolidated Notes to Financial Statements included in our Annual Report on Form 10-K for the fiscal year ended December 31, 2021 filed with the SEC on March 1, 2022 for a discussion of the valuation assumptions used for calculating the grant date fair value of our calculating the grant date fair value of our stock-based compensation.*

The following table sets forth the number of units that potentially could have vested for our Named Executive Officers on January 1, 2022, subject to our Board's certification that the performance criteria were met based on the level of achievement (or failure to achieve) each of the performance targets discussed above, and upon our timely filing of our Annual Report on Form 10-K:

Table of Contents

*Number of Shares of Performance-Based Common Stock that Vested on January 1, 2022*

| Name | If Minimum Thresholds are Not Met | At 100% of Target Performance | Actual Vested Shares |
|---|---|---|---|
| Mr. Mowry | - | 8,146 | 8,146 |
| Mr. Plants | - | - | - |
| Mr. Seth | - | 4,582 | 4,582 |
| Mr. Karavitis | - | 4,837 | 4,837 |
| Mr. Thier | - | 3,564 | 3,564 |

Each unit granted pursuant to the PSU awards represents a contingent right to receive one share of our common stock for each unit that was earned and vested. All vested shares were released upon our Board's affirmative finding that the performance measures were met based on the level of achievement (or failure to achieve) each of the performance targets, and upon our timely filing of our Annual Report on Form 10-K.

*Performance Stock Unit Awards - AviClear-related:*

In July 2021, our Compensation Committee granted PSU awards to our Named Executive Officers and certain other individuals and selected performance targets for these awards. These PSU awards relate to the commercialization of our AviClear energy-based device, which will provide laser treatment for acne and are designed to incentivize and retain the key individuals involved in this program. The performance targets of these PSU awards will facilitate the commercialization and success of our AviClear device and create shareholder value.

The following table shows the performance targets applicable to our AviClear incentive program:

| Metric | Weighting of Goal | Achievement Timeframe |
|---|---|---|
| (1) FDA approval and first US placement of the AviClear device | 10% | FDA approval received in March 2022 and first placement in April 2022. |
| (2) Placing a predetermined quantity of devices | 20% | April 2023 |
| (3) Achieving a predetermined number of average treatments per device | 30% | October 2024 |
| (4) Exceeding a predetermined trailing 12-month revenue target | 40% | October 2025 |

The shares of our common stock that are earned upon the successful achievement of a performance target will vest one year from the achievement date, subject to the Named Executive Officer continuing to provide service to us through the vesting date. The following table sets forth the target number of units subject to the AviClear-related PSU awards granted to our Named Executive Officers in July 2021:

| Name | Grant Quantity | Grant Date Value[1] |
|---|---|---|
| Mr. Mowry | 33,000 | $ 1,574,760 |
| Mr. Plants | 10,000 | $ 477,200 |
| Mr. Seth | 22,000 | $ 1,049,840 |
| Mr. Karavitis | 50,000 | $ 2,386,000 |
| Mr. Thier | 16,667 | $ 795,349 |

*(1) For purposes of this table, "Grant Date Value" generally means the grant date fair value of the PSU award granted to the applicable Named Executive Officer during 2021 calculated in accordance with ASC Topic 718. See Note 6 of the Consolidated Notes to Financial Statements included in our Annual Report on Form 10-K for the fiscal year ended December 31, 2021 filed with the SEC on March 1, 2022 for a discussion of the valuation assumptions used for calculating the grant date fair value of our calculating the grant date fair value of our stock-based compensation.*

Table of Contents

*Health and Welfare Benefits*

We provide the following health and welfare benefits to our Named Executive Officers generally on the same basis as the health and welfare benefits provided to all employees. These benefits are consistent with those offered by other companies and specifically with those companies with which we compete for employees:

•Health, dental and vision insurance;

•Life insurance;

•Short-term and long-term disability insurance;

•A Section 401(k) plan with 25% employer matching contributions, capped at 6% of total employee eligible contributions;

•ESPP participation eligibility (see below); and

•Flexible Spending Accounts.

*Employee Stock Purchase* Plan

We maintain a 2019 Employee Stock Purchase Plan (ESPP) that provides eligible employees with the opportunity to purchase shares of our common stock at a 15% discounted price to the lower of the fair market value at either the beginning or the end of the applicable offering period.

*Post-Employment Compensation*

Our employment agreements with our Named Executive Officers include Change of Control and Severance Agreements. The purpose of these COC Agreements is to provide incentives to our Named Executive Officers to continue their employment with the Company and not be distracted by the possibility of loss of employment as a result of a potential acquisition of the Company. For a summary of the material terms and conditions of these COC Agreements, see "Potential Payments Upon Termination or Change in Control" below.

**Internal Revenue Code Section 162(m) and Limitations on Executive Compensation**

For federal income tax purposes, publicly-traded companies may be prohibited under Section 162(m) of the Code from deducting employee enumeration in excess of $1 million paid to their chief executive officer, chief financial officer, any other executive officer whose total compensation is required to be reported to stockholders under the Exchange Act by reason of such individual being among the three highest compensated executive officers for the tax year, and any executive officer who was subject to the deduction limit in any tax year beginning after December 31, 2016.

The Compensation Committee believes that, in establishing the cash and equity incentive compensation plans and arrangements for our executive officers, the potential deductibility of the compensation payable under those plans and arrangements is one relevant factor to consider. For that reason, the Compensation Committee may deem it appropriate to provide one or more of our executive officers with the opportunity to earn incentive compensation, whether through cash incentive awards tied to our financial performance or equity incentive awards tied to the executive officer's continued service, which may be in excess of the amount deductible by reason of Section 162(m) of the Code. The Compensation Committee believes it is important to maintain cash and equity incentive compensation at the requisite level to attract and retain the individuals essential to our financial success, even if all or part of that compensation may not be deductible by reason of the Section 162(m) limitation.

**Accounting for Stock-Based Compensation**

We follow Financial Accounting Standard Board Accounting Standards Codification Topic 718 ("ASC 718") for our stock-based compensation awards. ASC 718 requires companies to measure the compensation expense for all share-based payment awards made to employees and directors, including stock options, based on the grant date "fair value" of these awards. This calculation is performed for accounting purposes and reported in the compensation tables below, even though our executive officers may never realize any value from their awards. ASC Topic 718 also requires companies to recognize the compensation cost of their stock-based awards in their income statements over the period that an employee is required to render service in exchange for the award.

Table of Contents

**Executive Stock Ownership Guidelines**

We maintain Amended and Restated Stock Ownership Guidelines for our non-employee directors and officers (as defined by Rule 16a-1(f) of the Securities Exchange Act of 1934, as amended) ("Executives"). These guidelines are designed to align our non-employee directors' and Executives' interests with our stockholders' long-term interests by promoting long-term ownership of our common stock, which our Board believes reduces the incentive for excessive short-term risk taking. These guidelines provide that our Chief Executive Officer and our other Executives must hold shares of our common stock having a value not less than three times and one time, respectively, of their annual base salary. Each Executive has five years from the date of his or her appointment, or if an Executive at the time of the adoption of the Stock Ownership Guidelines, four years from the adoption of the Stock Ownership Guidelines (July 28, 2017), to attain such level of ownership.

In addition, our Executives must hold at least 50% of any shares received pursuant to stock options, stock appreciation rights, vested restricted stock awards, restricted stock unit awards, performance share or performance stock unit awards (net of taxes) for a minimum of one year following vesting and delivery.

As of March 31, 2022, our Named Executive Officers' equity holdings and target guidelines were as follows:

| Named Executive Officer | Stock Ownership as of March 31, 2022 | Minimum Stock Ownership Required[1] |
|---|---|---|
| Mr. Mowry | 69,246 | 29,130 |
| Mr. Plants | 41,020 | 3,623 |
| Mr. Seth | 12,492 | 5,225 |
| Mr. Karavitis | 49,595 | 6,255 |
| Mr. Thier | 9,287 | 4,748 |

(1)Based on the closing stock price of $69.00 per share on March 31, 2022.

**Insider Trading Compliance Program**

According to our Insider Trading Compliance Program, all employees of the Company, including, but not limited to, our executive officers and the non-employee members of our Board, are strongly discouraged from investing in derivatives of the Company's securities. This includes, but is not limited to, trading in put or call options related to securities of the Company or otherwise hedging or offsetting any decrease in the market value of securities.

**Compensation Recovery ("Clawback") Policy**

Our Clawback Policy, which covers all executive officers, allows for recovery of performance-based compensation if a Named Executive Officer's intentional misconduct:

•violates the law, our Code of Business Conduct and Ethics, or any significant Company ethics or compliance policy; and

•results in material financial or reputational harm, or results in a need for a restatement of our consolidated financial statements.

The compensation elements that are subject to recovery under this policy include:

•all amounts paid under the Management Bonus Program which were awarded on or after June 14, 2019; and

•all awards under the 2019 Equity Incentive Plan and any successor equity incentive plans, whether exercised, vested, unvested, or deferred, which were awarded on or after June 14, 2019.

All recoveries are determined in the sole discretion of the Compensation Committee.

Table of Contents

**2021 Summary Compensation Table**

The following table sets forth summary compensation information for the fiscal years ended December 31, 2021, 2020 and 2019 for our Named Executive Officers.

| Name, Principal Position, and Year | Salary ($) | Bonus ($)[1] | Option Awards ($)[2] | Stock Awards ($)[2] | Non-Equity Incentive Plan Compensation ($)[3] | All Other Compensation ($) | | Total ($) |
|---|---|---|---|---|---|---|---|---|
| David H. Mowry, | | | | | | | | |
| *Chief Executive Officer* | | | | | | | | |
| 2021 | 660,000 | - | 200,000 | 2,393,961 | 807,840 | 3,825 | (4) | 4,065,626 |
| 2020 | 557,917 | 100,000 | - | 673,024 | - | 3,641 | (4) | 1,334,582 |
| 2019[5] | 310,227 | 100,000 | - | 2,741,681 | - | 2,109 | (4) | 3,154,017 |
| J. Daniel Plants, | | | | | | | | |
| *Executive Chairperson* | | | | | | | | |
| 2021[6] | 154,356 | - | - | 772,382 | 94,466 | - | | 1,021,204 |
| Rohan R. Seth, | | | | | | | | |
| *Chief Financial Officer* | | | | | | | | |
| 2021 | 355,250 | - | 112,503 | 1,512,265 | 271,766 | 1,531 | (4) | 2,253,315 |
| 2020[7] | 144,375 | 118,207 | 442,374 | 316,164 | - | 1,313 | (4) | 1,022,433 |
| Michael A. Karavitis, | | | | | | | | |
| *Chief Technology Officer* | | | | | | | | |
| 2021 | 423,300 | - | 118,758 | 2,862,976 | 388,590 | - | | 3,793,624 |
| Charles G. Thier, | | | | | | | | |
| *Chief Information Officer* | | | | | | | | |
| 2021 | 321,300 | 100,000 | 87,497 | 1,146,795 | 196,636 | 2,906 | (4) | 1,855,134 |

*(1)The amounts reported in this column represent the discretionary bonus paid for each of the years covered in the table in accordance with a discretionary Management Bonus Program for our Named Executive Officers.*

*(2)The amounts reported in this column represent the aggregate grant date fair value of equity awards granted during the applicable fiscal year calculated in accordance with ASC Topic 718. See Note 6 of the Consolidated Notes to Financial Statements included in our Annual Report on Form 10-K for the fiscal year ended December 31, 2021 filed with the SEC on March 1, 2022 for a discussion of the valuation assumptions used for calculating the grant date fair value of our calculating the grant date fair value of our stock-based compensation.*

*(3)The amounts reported in this column represent the amounts earned in 2021 in accordance with our 2021 Management Bonus Program (see section above describing our 2021 Management Bonus Program) for our Named Executive Officers.*

*(4)Amounts represent vested Section 401(k) plan employer-matching contributions.*

*(5)Mr. Mowry was appointed as our Chief Executive Officer on July 8, 2019. The amounts reported, in the columns titled "Salary ($)" and "Bonus ($)" represent prorated amounts based on the start date of Mr. Mowry's employment with the Company.*

*(6)Mr. Plants was appointed as our Executive Chairman on May 19, 2021. The amounts reported, in the columns titled "Salary ($)" and "Bonus ($)" represent prorated amounts based on the start date of Mr. Plants' employment with the Company.*

*(7)Mr. Seth has served as our Chief Financial Officer since August 10, 2020. The amounts reported in the columns titled "Salary ($)" and "Bonus ($)" represent prorated amounts based on the start date of Mr. Seth's employment with the Company.*

Table of Contents

**2021 Grants of Plan-Based Awards Table**

The following table lists grants of plan-based option, RSU, and PSU awards made to our Named Executive Officers during the fiscal year ended December 31, 2021.

| Name | Grant Date | Estimated Future Payouts Under Non-Equity Incentive Plan Awards[1] | | | Estimated Future Payouts Under Equity Incentive Plan Awards | Stock Awards: Number of Shares of Stock or Units | Option Awards: Number of Securities Underlying Options | Base Price of Awards ($) | Grant Date Fair Value of Awards ($) [2] |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Threshold | Target | Maximum | | | | | |
| Mr. Mowry | 2/12/2021 | - | - | - | - | 8,146 | - | $ 32.87 | $ 267,759 |
| | 2/12/2021 | - | - | - | - | - | 12,629 | $ 15.84 | $ 200,000 |
| | 2/12/2021 | - | - | - | 16,293 | - | - | $ 32.87 | $ 535,551 |
| | 7/20/2021 | - | - | - | 33,333 | - | - | $ 47.72 | $ 1,590,651 |
| | | - $ 264,000 | $ 528,000 | $ 1,056,000 | | | | | |
| Mr. Plants | 5/20/2021 | - | - | - | - | 4,085 | - | $ 36.13 | $ 147,591 |
| | 5/20/2021 | - | - | - | 4,085 | - | - | $ 36.13 | $ 147,591 |
| | 7/20/2021 | - | - | - | 10,000 | - | - | $ 47.72 | $ 477,200 |
| | | - $ 30,871 | $ 61,742 | $ 123,485 | | | | | |
| Mr. Seth | 2/12/2021 | - | - | - | - | 4,582 | - | $ 32.87 | $ 150,610 |
| | 2/12/2021 | - | - | - | - | - | 7,104 | $ 15.84 | $ 112,503 |
| | 2/12/2021 | - | - | - | 9,164 | - | - | $ 32.87 | $ 301,221 |
| | 7/20/2021 | - | - | - | 22,222 | - | - | $ 47.72 | $ 1,060,434 |
| | | - $ 88,813 | $ 177,625 | $ 355,250 | | | | | |
| Mr. Karavitis | 2/12/2021 | - | - | - | - | 4,837 | - | $ 32.87 | $ 158,992 |
| | 2/12/2021 | - | - | - | - | - | 7,499 | $ 15.84 | $ 118,758 |
| | 2/12/2021 | - | - | - | 9,674 | - | - | $ 32.87 | $ 317,984 |
| | 7/20/2021 | - | - | - | 50,000 | - | - | $ 47.72 | $ 2,386,000 |
| | | - $ 126,990 | $ 253,980 | $ 507,960 | | | | | |
| Mr. Thier | 2/12/2021 | - | - | - | - | 3,564 | - | $ 32.87 | $ 117,149 |
| | 2/12/2021 | - | - | - | - | - | 5,525 | $ 15.84 | $ 87,497 |
| | 2/12/2021 | - | - | - | 7,128 | - | - | $ 32.87 | $ 234,297 |
| | 7/20/2021 | - | - | - | 16,667 | - | - | $ 47.72 | $ 795,349 |
| | | - $ 64,260 | $ 128,520 | $ 257,040 | | | | | |

55

Table of Contents

(1)Amounts in the "Estimated Payouts Under Non-Equity Incentive Plan Awards" columns relate to cash incentive opportunities under our 2021 Management Bonus Plan based upon the achievement of corporate performance goals over fiscal year 2021. Under the 2021 Management Bonus Plan, payments are determined by multiplying each participant's target cash bonus by a factor determined by the achievement of the corporate performance goals, capped at 200%. The actual amounts paid to our named executive officers are set forth in the "2021 Summary Compensation Table" above, and the calculation of the actual amounts paid is discussed more fully in the section titled "Compensation Discussion and Analysis - 2021 Performance Results and Bonus Decisions."

(2)The amounts reported in this column reflect the fair value of equity awards calculated in accordance with ASC Topic 718. See Note 6 of the Notes to Consolidated Financial Statements included in our Annual Report on Form 10-K for the fiscal year ended December 31, 2021 filed with the SEC on March 1, 2022 for a discussion of the valuation assumptions used for calculating the grant date fair value of our stock-based compensation.

# EXHIBIT AA

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM 8-K

**CURRENT REPORT**
**Pursuant to Section 13 or 15(d)**
**of The Securities Exchange Act of 1934**

**Date of Report (Date of earliest event reported)**
**April 17, 2023**



# Cutera, Inc.
**(Exact name of registrant as specified in its charter)**

| | | |
|---|---|---|
| **Delaware** | **000-50644** | **77-0492262** |
| **(State or other jurisdiction** | **(Commission** | **(IRS Employer** |
| **of incorporation)** | **File Number)** | **Identification No.)** |

**3240 Bayshore Blvd.**
**Brisbane, California 94005**
**(Address of principal executive offices) (Zip Code)**

**(415) 657-5500**
**(Registrant's telephone number, including area code)**

**N/A**
**(Former name or former address, if changed since last report)**

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (see General Instruction A.2. below):

☐    Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☒    Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐    Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐    Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock ($0.001 par value) | CUTR | The NASDAQ Stock Market, LLC |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Item 8.01**        **Other Events.**

On April 17, 2023, the Special Committee of the Board of Directors of Cutera, Inc. issued an open letter to stockholders. A copy of the letter is attached as Exhibit 99.1 to this Form 8-K.

**Item 9.01**        **Financial Statements and Exhibits.**

(d) Exhibits.

| Exhibit Number | Description |
|---|---|
| 99.1 | Letter to Stockholders, dated April 17, 2023 |
| 104 | Cover Page Interactive Data File (embedded within the Inline XBRL Document). |

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

**CUTERA, INC.**

Date: April 17, 2023

By:    /s/ Vikram Varma

Vikram Varma
Senior Vice President, General Counsel and
Compliance Officer

**Exhibit 99.1**

**Cutera, Inc.'s Special Committee Updates Stockholders on Its Recent Steps to Protect Stockholder Interests**

*Highlights Former Executive Chair J. Daniel Plants' Misleading Claims and Self-Serving Agenda to Seize Control of the Company Without Paying a Control Premium and Install Himself as CEO*

**BRISBANE, Calif.** – April 17, 2023 – The Special Committee of the Board of Directors (the "Special Committee") of CUTERA, INC. (the "Company") (Nasdaq: CUTR), a leading provider of aesthetic and dermatology solutions, today issued an open letter to stockholders.

The full text of the letter is as follows:

Dear Fellow Stockholders,

We are writing to you as five independent directors on the Cutera, Inc. Board of Directors (the "Five Independent Directors")[1] and as fellow stockholders of this promising company.

We want to be sure you have the facts about our efforts to protect your interests and the actions of the former Executive Chairman, J. Daniel Plants, to serve, by contrast, his own interests at the expense of stockholders.

Let us start by acknowledging that we serve on the Board at your pleasure and as your fiduciaries. We are elected each year by you and embrace the accountability that comes from knowing we are your representatives.

As you may know, Mr. Plants is seeking to remove us as directors at a Special Meeting of Stockholders. As you would expect, we have facilitated the scheduling of that meeting so that Cutera stockholders may consider Mr. Plants' perspectives and his proposals. That said, the five of us are confident that all our actions have served stockholder interests and that, once you have been provided with the background to the current and unfortunate situation, you will agree.

**The Board Decided to Replace David Mowry as CEO Due to Poor Execution and Ineffective Leadership**

One of the most important responsibilities of any board is to ensure that the company has the right leadership to execute its strategy. While the Board recognizes and respects the strong relationships that David Mowry, then our Chief Executive Officer, has built with both our customers and our sales organization, during 2022, it became apparent to the Board that he was neither executing well nor enabling the Company to capitalize on its significant opportunities.

The Board, including Mr. Plants, was concerned about Mr. Mowry's ability to build and retain a world-class executive team. Then, as a Board, we concluded that Mr. Mowry had not effectively executed the limited commercial rollout of our AviClear solution in the Fall of 2022. In our view, Mr. Mowry failed to appropriately train and incentivize our sales teams, accurately forecast

---

[1]    As Interim CEO, Ms. Hopkins is not considered to be an independent director of the Board of Cutera while serving in this capacity.

demand and usage, or precisely develop commercial terms that our customers would accept. These missteps were unforced errors that diminished our confidence in Mr. Mowry's ability to execute our attractive AviClear strategy.

In the months that followed, Mr. Mowry was not able to develop a budget for the business that was grounded on supportable assumptions in a timely fashion, and the budget process dragged into the new year. The Company's inability to execute well was evident even from the outside; for example, Cutera filed its Form 10-K late.

As a Board, including Mr. Plants, we determined that we needed to hire a new Chief Executive for the Company and ramped up that process in late 2022.

### Mr. Plants Desires to be Named CEO and Effectively Seize Control of the Company without Paying a Premium

Mr. Plants, who had been serving as our Executive Chairman, expressed a strong desire to be named Cutera's new CEO. (This was not the first time he had expressed such a desire; he had previously sought the role in 2020.) Despite the fact that Mr. Plants had never served as a CEO of an operating company, or in any other operating or executive position for that matter, the Board duly considered his interest.

For months, beginning in late 2022, three directors of the Board, including two of the Five Independent Directors and Joseph Whitters (another Cutera director with whom Mr. Plants has frequently collaborated at other companies), once again negotiated in good faith with Mr. Plants. However, it became apparent during our discussions that Mr. Plants was far more interested in his own personal enrichment than in leading the Company for the benefit of all stakeholders.

Mr. Plants sought compensation that was significantly higher than the pay package we had in place with Mr. Mowry and, our compensation consultant noted, would have immediately made Mr. Plants – a first-time CEO with no operating experience – one of the highest-paid executives in our peer group. Moreover, Mr. Plants sought off-market terms for governance that would have impaired the Board's oversight and demanded significant change-of-control payments and upfront awards of equity.

The Five Independent Directors were surprised and disappointed by Mr. Plants' persistent demands for special treatment in matters of company policy, compensation and governance. But we found those conversations with Mr. Plants to be revelatory: while Mr. Plants vigorously negotiated matters of compensation and personal privilege, he showed little concern for the cultural impact his demands for special treatment would likely engender. His focus was overwhelmingly on compensation and much less on developing a plan for the Company. In our experience, those are not the qualities or focus of great leaders.

### The Board Decides to Hire an External Candidate and Mr. Plants Is Seeking Revenge

So, even as Mr. Mowry announced to the Board on February 22, 2023, that he was thinking about retiring as CEO given the strains of the job, the Board concluded Mr. Plants was not the appropriate permanent replacement.

As a result, Mr. Plants (according to information shared by Mr. Mowry) stopped showing up at the Company and pulled back from his duties as Executive Chairman, further validating his lack of regard for either his fiduciary duties or the welfare of the stockholders.

Over the ensuing period, Mr. Plants did everything he could to try to frustrate and delay the Board's search process. And now, to exact retribution and further his own self-serving agenda, Mr. Plants is seeking to remove the Five Independent Directors who refused to let Mr. Plants strong-arm the Board into appointing him CEO.

In all events, Mr. Plants and Mr. Mowry have now published a series of public communications that blatantly mischaracterize Board deliberations in violation of their employment agreements and in breach of their fiduciary obligations as directors and officers under Delaware law. Mr. Plants and Mr. Mowry have been terminated for this misconduct.

### The Path Forward

Mr. Plants is seeking to remove the Five Independent Directors, without cause. In our view, his goal is to create vacancies on the Board that he can then fill with hand-picked replacements who will, in turn, appoint Mr. Plants CEO. We think it would be a mistake for stockholders to give Mr. Plants that role, but he will have a chance to make his case to stockholders in June at the Special Meeting of Stockholders. While we regret the disagreements, we welcome the debate.

For our part, we believe Cutera's next CEO should be an experienced operating executive who has uncompromising standards and the background to effectively execute the Company's AviClear strategy and spearhead the pursuit of additional growth opportunities. We are committed to running a thorough but expeditious CEO search process to identify that candidate. To help us do so, we have retained a leading executive search firm.

In the meantime, the Board has appointed Sheila A. Hopkins as Interim CEO. While Ms. Hopkins is an accomplished executive, neither she nor any other of the Five Independent Directors is being considered for the role of permanent CEO. Ms. Hopkins intends to remain Interim CEO only until the Board appoints a successor, and no longer. To be clear, the only member of Cutera's Board who has ever sought a permanent executive role at the Company is Mr. Plants.

Since stepping into the role of Interim CEO just a few days ago, Ms. Hopkins has been focused on stabilizing the organization. She has met with the leadership team and other employees. It is clear they share our enthusiasm for the AviClear strategy and are focused on executing.

The Five Independent Directors have full confidence in the foundational strength of the business, including the integrity of the Company's financial statements. Ms. Hopkins expects to report First Quarter 2023 results in a timely manner in May, and the Cutera executive team will provide updated observations about our exciting opportunities and projected performance at that time. As directors, we remain as enthusiastic about the business as ever.

**Our Commitment**

We embrace our role as fiduciaries for stockholders and are committed to doing right by you, even when it is uncomfortable or complicated for us. Our mission is clear: maximize the value of Cutera for its stockholders by ensuring the Company is pursuing the right strategy with the right leadership team.

We will not waver from that mission, no matter how many false accusations are thrown our way.

The Five Independent Directors welcome stockholder feedback and look forward to engaging further over the coming weeks.

Until then, we will continue to work tirelessly on your behalf.

Sincerely,

The Five Independent Directors

Additional details will be made available in the Company's definitive proxy statement to be filed with the SEC in connection with the Special Meeting. Stockholders are not required to take any action at this time.

**About Cutera, Inc.**

Brisbane, California-based Cutera is a leading provider of aesthetic and dermatology solutions for practitioners worldwide. Since 1998, Cutera has been developing innovative, easy-to-use products that harness the power of science and nature to enable medical practitioners to offer safe and effective treatments to their patients. For more information, call +1-415-657-5500 or 1-888-4CUTERA or visit www.cutera.com.

**Additional Information and Where to Find It**

The Company will file a proxy statement on Schedule 14A, an accompanying white proxy card and other relevant documents with the Securities and Exchange Commission (the "SEC") in connection with the solicitation of proxies from the Company's stockholders for such meeting. STOCKHOLDERS OF THE COMPANY ARE STRONGLY ENCOURAGED TO READ THE COMPANY'S DEFINITIVE PROXY STATEMENT (INCLUDING ANY AMENDMENTS OR SUPPLEMENTS THERETO) AND ALL OTHER DOCUMENTS FILED WITH THE SEC CAREFULLY AND IN THEIR ENTIRETY WHEN THEY BECOME AVAILABLE BECAUSE THEY WILL CONTAIN IMPORTANT INFORMATION. Investors and stockholders may obtain a copy of any definitive proxy statement of the Company, an accompanying white proxy card, any amendments or supplements thereto and other documents filed by the Company with the SEC when they become available at no charge at the SEC's website at www.sec.gov. Copies will also be available at no charge in the "SEC Filings" subsection of the Company's Investor Relations website at http://ir.cutera.com or by contacting the Company's Investor Relations Department at IR@cutera.com, as soon as reasonably practicable after such materials are electronically filed with, or furnished to, the SEC.

**Participants in the Solicitation**

The Company and certain of its directors and executive officers will be participants in the solicitation of proxies from the Company's stockholders in connection with matters to be considered at such special meeting of stockholders. Information regarding the direct and indirect interests, by security holdings or

otherwise, of the Company's directors and executive officers is included in the Company's Proxy Statement on Schedule 14A for its 2022 annual meeting of stockholders, filed with the SEC on May 2, 2022, the Company's Annual Report on Form 10-K for the year ended December 31, 2022, filed with the SEC on April 7, 2023, and in the Company's Current Reports on Form 8-K filed with the SEC from time to time. Changes to the direct or indirect interests of the Company's directors and executive officers are set forth in SEC filings on Initial Statements of Beneficial Ownership on Form 3 or Statements of Change in Ownership on Form 4. These documents are available free of charge as described above. Updated information regarding the identities of potential participants and their direct or indirect interests, by security holdings or otherwise, in the Company will be set forth in the definitive proxy statement for the Company's special meeting of stockholders and other relevant documents to be filed with the SEC, if and when they become available.

**Forward-Looking Statements**

Statements contained in this press release which are not historical facts, such as those relating to future events, are forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995. Cutera undertakes no duty to publicly update or revise such forward-looking information, whether as a result of new information, future events, or otherwise. Investors should consult further disclosures and risk factors included in our Annual Reports on Form 10-K, Quarterly Reports on Form 10-Q, Current Reports on Form 8-K, the Registration Statement on Form S-8 and other documents filed from time to time with the SEC by Cutera.

Greg Barker
VP, Corporate FP&A
415-657-5500
IR@cutera.com

Nick Lamplough / Rachel Goldman
Joele Frank, Wilkinson Brimmer Katcher
212-355-4449