Brendan P. Cullen (SBN 194057)
(cullenb@sullcrom.com)
Alexis C. Holmes (SBN 321393)
(holmesa@sullcrom.com)
SULLIVAN & CROMWELL LLP
550 Hamilton Avenue
Palo Alto, California 94301
Telephone:     (650) 461-5600
Facsimile:     (650) 461-5700

*Counsel for Defendants Cutera, Inc., David H. Mowry,*
*Rohan Seth, J. Daniel Plants, Sheila Hopkins,*
*Taylor Harris, Stuart Drummond, and*
*Vikram Varma*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE CUTERA, INC. SECURITIES LITIGATION. | Case No. 4:23-cv-02560-JST |
|  | **DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THEIR MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS** |
|  | The Hon. Jon S. Tigar Courtroom: 6 Date:  November 7, 2024 Time:  2:00 p.m. |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Defendants Cutera, Inc. ("Cutera"), David H. Mowry, Rohan Seth, J. Daniel Plants, Sheila Hopkins, Taylor Harris, Stuart Drummond, and Vikram Varma (collectively with Cutera, "Defendants") hereby request that the Court conclude that the exhibits attached to the accompanying Declaration of Brendan P. Cullen in Support of Defendants' Motion to Dismiss (the "Cullen Declaration") are incorporated by reference in the Amended Class Action Complaint for Violations of the Federal Securities Laws ("Complaint" or "AC") and/or are judicially noticeable.

### ARGUMENT

In deciding a motion to dismiss, courts may consider certain materials outside of the complaint, including "documents attached to the complaint, documents incorporated by reference in the complaint, [and] matters of judicial notice." *Wochos* v. *Tesla, Inc.*, 2019 WL 1332395, at *2 (N.D. Cal. Mar. 25, 2019), *aff'd*, 985 F.3d 1180 (9th Cir. 2021) (quoting *United States* v. *Ritchie*, 342 F.3d 903, 908 (9th Cir. 2003)).  As explained below, all exhibits attached to the Cullen Declaration are incorporated by reference in the Complaint and/or are subject to judicial notice.

### I.    DOCUMENTS INCORPORATED BY REFERENCE (EXHIBITS A-U, W-AA).

"In the Ninth Circuit, incorporation by reference is a doctrine that 'treats certain documents as though they are part of the complaint itself.'"  *Strezsak* v. *Ardelyx Inc.*, 2024 WL 1160900, at *3 (N.D. Cal. Mar. 18, 2024) (citation omitted).  A document may be incorporated by reference into a complaint "if the plaintiff refers extensively to the document or the document forms the basis of the plaintiff's claim." *Ritchie*, 342 F.3d at 908.  "The doctrine prevents plaintiffs from selecting only portions of documents that support their claims, while omitting portions of those very documents that weaken — or doom — their claims." *Khoja* v. *Orexigen Therapeutics, Inc.*, 899 F.3d 988, 1002 (9th Cir. 2018).  "Once a document is deemed incorporated by reference, the entire document is assumed to be true for purposes of a motion to dismiss, and both parties — and the Court —are free to refer to any of its contents." *Strezsak*, 2024 WL 1160900, at *3; *Pirani* v. *Netflix, Inc.*, 2024 WL 69069, at *6 (N.D. Cal. Jan. 5, 2024) (Tigar, J.).

When deciding whether a securities fraud complaint satisfies the pleading requirements of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a) *et seq.*, and Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure, courts routinely consider documents incorporated by

SULLIVAN & CROMWELL LLP

reference — including documents filed with the SEC, press releases, and conference-call transcripts — that contain statements alleged to be false or misleading or otherwise form the basis of a plaintiff's claims. *See*, *e.g.*, *Pirani*, 2024 WL 69069, at \*6 (incorporating by reference SEC filings and earnings-call transcripts that were referenced "repeatedly" in the complaint and alleged to "contain[] false or misleading statements or prove[] scienter"); *Homyk* v. *ChemoCentryx, Inc.*, 2023 WL 3579440, at \*5 (N.D. Cal. Feb. 23, 2023) (Tigar, J.) (same); *Iron Workers Loc. 580 Joint Funds* v. *Nvidia Corp.*, 2020 WL 1244936, at \*5 (N.D. Cal. Mar. 16, 2020) (incorporating by reference SEC filings, earnings-call transcripts, and other documents "for the purpose of determining what was disclosed to the market").

Defendants therefore request that the Court consider the following documents, which the Complaint cites and references extensively and which form the basis of Plaintiff's claims:

| Exhibit A | Excerpts of Cutera's 2021 Form 10-K filed with the SEC on March 1, 2022 (*see* AC ¶ 219) |
|---|---|
| Exhibit B | Transcript of Cutera's first quarter 2022 earnings call, dated May 10, 2022, from FactSet CallStreet LLC's website (*see* AC ¶¶ 221-23, 440-41) |
| Exhibit C | Cutera's press release titled "Cutera Announces Second Quarter 2022 Financial Results," dated August 4, 2022, from Cutera's website (*see* AC ¶¶ 228-29, 442) |
| Exhibit D | Transcript of Cutera's second quarter 2022 earnings call, dated August 4, 2022, from FactSet CallStreet LLC's website (*see* AC ¶ 230) |
| Exhibit E | Cutera's press release titled "Cutera Announces Second Quarter 2022 Financial Results" filed with the SEC as Exhibit 99.1 to Cutera's Form 8-K, dated August 4, 2022 (*see* AC ¶¶ 235-36) |
| Exhibit F | Cutera's press release titled "Cutera Announces Over 1,000 AviClear™ Acne Treatments Performed," dated September 8, 2022, from Cutera's website (*see* AC ¶¶ 25, 127, 240) |
| Exhibit G | Cutera's press release titled "Cutera Announces Third Quarter 2022 Financial Results" filed with the SEC as Exhibit 99.1 to Cutera's Form 8-K, dated November 3, 2022 (*see* AC ¶¶ 242, 442) |
| Exhibit H | Transcript of Cutera's third quarter 2022 earnings call, dated November 3, 2022, from Bloomberg L.P.'s website (*see* AC ¶¶ 243-44) |
| Exhibit I | Cutera's press release titled "AviClear™ Now Broadly Available to US Physicians and Practitioners Upon National Launch," dated November 7, 2022, from Cutera's website (*see* AC ¶¶ 128, 248) |
| Exhibit J | Transcript of Cutera's Management Discussion and Q&A during the Piper Sandler Healthcare Conference Call, dated November 30, 2022, from FactSet CallStreet LLC's website (*see* AC ¶¶ 250-51) |

SULLIVAN & CROMWELL LLP

-3-

| | |
|---|---|
| Exhibit K | Cutera's press release titled "Cutera Announces Fourth Quarter and Full-Year 2022 Financial Results along with 2023 Outlook" filed with the SEC as Exhibit 99.1 to Cutera's Form 8-K, dated February 28, 2023 (*see* AC ¶¶ 135, 143, 254) |
| Exhibit L | Transcript of Cutera's fourth quarter 2022 earnings call, dated February 28, 2023, from Bloomberg L.P.'s website (*see* AC ¶¶ 138-40, 245, 256-58) |
| Exhibit M | Sarbanes-Oxley certifications signed by David H. Mowry and Rohan Seth, attached as Exhibits 31.3, 31.4, and 32.1 to Cutera's 2022 Form 10-K, filed with the SEC on April 7, 2023 (*see* AC ¶¶ 263-65) |
| Exhibit N | Cutera's press release titled "Cutera Announces First Quarter 2023 Financial Results" filed with the SEC as Exhibit 99.1 to Cutera's Form 8-K, dated May 9, 2023 (*see* AC ¶¶ 160, 171, 192, 271, 281) |
| Exhibit O | Transcript of Cutera's first quarter 2023 earnings call, dated May 9, 2023, from Bloomberg L.P.'s website (*see* AC ¶¶ 161-63, 170, 193, 271-75, 282, 344-49) |
| Exhibit P | Excerpts of Cutera's Form 10-Q for the quarterly period ended March 31, 2023, filed with the SEC on May 10, 2023 (*see* AC ¶¶ 281, 283) |
| Exhibit Q | Sarbanes-Oxley certifications signed by Sheila Hopkins and Stuart Drummond, attached as Exhibits 31.1, 31.2, and 32.1 to Cutera's Form 10-Q for the quarterly period ended March 31, 2023, filed with the SEC on May 10, 2023 (*see* AC ¶¶ 283, 287-88) |
| Exhibit R | Cutera's Form 8-K filed with the SEC on August 8, 2023 (*see* AC ¶¶ 179, 289, 296) |
| Exhibit S | Transcript of Cutera's second quarter 2023 earnings call, dated August 8, 2023, from Bloomberg L.P.'s website (*see* AC ¶¶ 174-75, 178, 194, 289-90, 297, 356-64) |
| Exhibit T | Excerpts of Cutera's Form 10-Q for the quarterly period ended June 30, 2023, filed with the SEC on August 9, 2023 (*see* AC ¶¶ 296, 298) |
| Exhibit U | Sarbanes-Oxley certifications signed by Taylor Harris and Stuart Drummond, attached as Exhibits 31.1, 31.2, and 32.1 to Cutera's Form 10-Q for the quarterly period ended June 30, 2023, filed with the SEC on August 9, 2023 (*see* AC ¶¶ 298, 302-03) |
| Exhibit W | Excerpts of Cutera's 2022 Form 10-K filed with the SEC on April 7, 2023 (*see* AC ¶¶ 188, 190, 192, 263-65, 449) |
| Exhibit X | Excerpts of Cutera's Form 10-Q/A for the quarterly period ended March 31, 2023, filed with the SEC on March 5, 2024 (*see* AC ¶¶ 285, 390-95, 399) |
| Exhibit Y | Excerpts of Cutera's Form 10-Q/A for the quarterly period ended June 30, 2023, filed with the SEC on March 5, 2024 (*see* AC ¶¶ 300, 370, 396-99) |
| Exhibit Z | Excerpts of Cutera's Proxy Statement filed on Schedule 14A with the SEC on May 2, 2022 (*see* AC ¶¶ 101-04, 451-52) |

Sullivan & Cromwell LLP

-4-

Exhibit AA        Letter from the Special Committee of Cutera's Board of Directors to the Company's investors titled "Cutera, Inc.'s Special Committee Updates Stockholders on Its Recent Steps to Protect Stockholder Interests" filed with the SEC as Exhibit 99.1 to Cutera's Form 8-K, dated April 17, 2023 (*see* AC ¶¶ 148, 156-58, 330, 422, 431-32)

## II.   ALL EXHIBITS ARE PROPERLY SUBJECT TO JUDICIAL NOTICE.

Judicial notice of a fact is appropriate under Federal Rule of Evidence 201(b) where the fact "is not subject to reasonable dispute," either because it is "generally known within the trial court's territorial jurisdiction" or because it "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." A court "must take judicial notice if a party requests it and the court is supplied with the necessary information." Fed. R. Evid. 201(c). Each of the exhibits attached to the Cullen Declaration is properly subject to judicial notice and may be considered by the Court in connection with Defendants' Motion to Dismiss.

### A.   SEC Filings.

The documents filed with the SEC — Exhibits A, E, G, K, M, N, P, Q, R, T, U, W, X, Y, Z, and AA — are publicly accessible and on file with the SEC and thus proper subjects of judicial notice. *See Pirani*, 2024 WL 69069, at *7 ("Courts routinely take judicial notice of documents filed with the SEC for the purpose of determining what information was available to the market." (cleaned up)); *see*, *e.g.*, *Strezsak*, 2024 WL 1160900, at *4 (judicially noticing SEC filings); *SEC* v. *Prakash*, __ F. Supp. 3d __, 2024 WL 781037, at *4 (N.D. Cal. Feb. 26, 2024) (same).

### B.   Conference-Call Transcripts.

The Court should also take judicial notice of Exhibits B, D, H, J, L, O, and S, which are transcripts of Cutera's investor earnings calls or other conference calls. The transcripts are not subject to reasonable dispute and can be accurately and readily determined through public websites, including factset.com and bloomberg.com. "Courts routinely take judicial notice of transcripts of calls with and presentations to investors in securities cases." *Strezsak*, 2024 WL 1160900, at *4; *see*, *e.g.*, *Bodri* v. *GoPro, Inc.*, 252 F. Supp. 3d 912, 921 (N.D. Cal. 2017) (Tigar, J.) (judicially noticing transcripts of earnings calls and conferences); *Prakash*, __ F. Supp. 3d __, 2024 WL 781037, at *4 (same).

SULLIVAN & CROMWELL LLP

-5-

**C.      Press Releases.**

Exhibits C, F, and I are press releases that are publicly available on Cutera's website. Courts routinely take judicial notice of a defendant company's press releases in securities fraud cases, because they "are capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." *Sneed* v. *AcelRx Pharms., Inc.*, 2024 WL 2059121, at \*4 (N.D. Cal. May 7, 2024); *see*, *e.g.*, *Strezsak*, 2024 WL 1160900, at \*4 (judicially noticing press releases that are publicly available on a defendant's website). For the same reason, the Court may also take judicial notice of Exhibit V, which is a press release from Cutera's website titled "Cutera Announces First Patient Treated with FDA Cleared AviClear™ Acne Device," dated April 5, 2022.

## CONCLUSION

Defendants respectfully request that, in deciding their Motion to Dismiss, the Court consider Exhibits A through AA attached to the Cullen Declaration.

Dated:  July 8, 2024

*/s/ Brendan P. Cullen*
Brendan P. Cullen (SBN 194057)
(cullenb@sullcrom.com)
Alexis C. Holmes (SBN 321393)
(holmesa@sullcrom.com)
SULLIVAN & CROMWELL LLP
550 Hamilton Avenue
Palo Alto, California 94301
Telephone:  (650) 461-5600
Facsimile:  (650) 461-5700

*Counsel for Defendants Cutera, Inc., David H. Mowry, Rohan Seth, J. Daniel Plants, Sheila Hopkins, Taylor Harris, Stuart Drummond, and Vikram Varma*

SULLIVAN & CROMWELL LLP

-6-