Brendan P. Cullen (SBN 194057)
(cullenb@sullcrom.com)
Alexis C. Holmes (SBN 321393)
(holmesa@sullcrom.com)
SULLIVAN & CROMWELL LLP
550 Hamilton Avenue
Palo Alto, California 94301
Telephone:    (650) 461-5600
Facsimile:    (650) 461-5700

*Counsel for Defendants Cutera, Inc., David H. Mowry,*
*Rohan Seth, J. Daniel Plants, Sheila Hopkins,*
*Taylor Harris, Stuart Drummond, and*
*Vikram Varma*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| IN RE CUTERA, INC. SECURITIES LITIGATION. | Case No. 4:23-cv-02560-JST<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**<br><br>The Honorable Jon S. Tigar |

## [PROPOSED] ORDER

On July 8, 2024, Defendants Cutera, Inc., David H. Mowry, Rohan Seth, J. Daniel Plants, Sheila Hopkins, Taylor Harris, Stuart Drummond, and Vikram Varma filed a Motion to Dismiss the Amended Class Action Complaint for Violations of the Federal Securities Laws (the "Motion"). Having considered all of the papers filed by the parties in connection with the Motion, the papers and records on file in this action, the argument of counsel, and all other matters of which the Court may properly consider, it is hereby **ORDERED** that the Motion is **GRANTED** and the claims asserted in this action are **DISMISSED WITH PREJUDICE**.

Dated: _____    _____

The Honorable Jon S. Tigar
United State District Judge