UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIE COUNTY EMPLOYEES RETIREMENT SYSTEM,<br><br>Plaintiff,<br><br>v.<br><br>CUTERA, INC., et al.,<br><br>Defendants. | Case No. 23-cv-02560-JST<br><br>**ORDER REGARDING LEAD PLAINTIFF'S STATEMENT REGARDING CUTERA, INC.'S SUGGESTION OF BANKRUPTCY**<br><br>Re: ECF No. 81 |

The Court is in receipt of Lead Plaintiff New England Teamsters Pension Fund's Statement Regarding Cutera, Inc.'s Suggestion of Bankruptcy, in which Lead Plaintiff asserts that proceedings should continue against Non-Debtor Defendants David Mowry, Rohan Seth, J. Daniel Plants, Sheila Hopkins, Taylor Harris, Stuart Drummond, and Vikram Varma, during the pendency of the bankruptcy stay against Defendants Cutera, Inc. and Crystal Sub, LLC.  ECF No. 80.

The Non-Debtor Defendants shall file a response by March 28, 2025.

**IT IS SO ORDERED.**

Dated:  March 21, 2025

_____
JON S. TIGAR
United States District Judge

United States District Court
Northern District of California