Michael P. Canty (*pro hac vice*)
Michael H. Rogers (*pro hac vice*)
Nicholas D. Manningham (*pro hac vice*)

**LABATON KELLER SUCHAROW LLP**
140 Broadway
New York, NY  10005
Telephone: (212) 907-0700
Facsimile:  (212) 818-0477
Email: mcanty@labaton.com
        mrogers@labaton.com
        nmanningham@labaton.com

*Counsel for Lead Plaintiff and Lead Counsel for the Class*

Lucas E. Gilmore (#250893)

**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 300
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
Email: lucasg@hbsslaw.com

*Liaison Counsel for the Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| IN RE CUTERA, INC. SECURITIES LITIGATION | **Case No.: 4:23-cv-02560-JST**<br><br>**LEAD PLAINTIFF'S UPDATE REGARDING CUTERA, INC.'S CHAPTER 11 BANKRUPTCY PROCEEDINGS**<br><br>Hon. Jon S. Tigar |

Lead Plaintiff New England Teamsters Pension Fund ("Lead Plaintiff") respectfully submits this update regarding the chapter 11 bankruptcy proceedings (the "Bankruptcy Case") of Defendant Cutera, Inc. ("Cutera"), pending in the United States Bankruptcy Court for the Southern District of Texas (the "Bankruptcy Court").[1]

As this Court is aware, Cutera filed a voluntary chapter 11 bankruptcy petition on March 5, 2025. That same day, Cutera filed a prepackaged chapter 11 plan of reorganization (the "Plan"). The Bankruptcy Court has scheduled a hearing to consider confirmation of the Plan for April 16, 2025. Claims solely against Cutera arising from the purchase or sale of its securities are statutorily subordinated pursuant to section 510(b) of the Bankruptcy Code and, as such, are not entitled to any distribution from Cutera's bankruptcy estate under the Plan.

The Plan contains an "opt out" third-party release by holders of claims against and equity interests in Cutera (the "Third-Party Release"). Pursuant to the Third-Party Release, all holders of claims against or equity interests in Cutera, including Lead Plaintiff and the members of the putative class in this action (the "Class"), are deemed to release claims related to Cutera against a host of released parties, including the Defendants named in this case other than Cutera (the "Non-Debtor Defendants"),[2] unless they affirmatively opt out of the Third-Party Release.[3] Accordingly, the Third-Party Release threatened to release some or all of the claims asserted by Lead Plaintiff against the Non-Debtor Defendants on behalf of the Class in this action.

On March 24, 2025, Lead Plaintiff filed an emergency motion in the Bankruptcy Case seeking authority, or confirmation of its inherent authority pursuant to the lead plaintiff order entered in this action, to opt out of the Third-Party Release on behalf of the Class and its members. At a hearing on April 3, 2025, the Bankruptcy Court directed Lead Plaintiff and Cutera to settle an order conditionally

---

[1]  Capitalized terms not defined herein have the same meaning as set forth in the Suggestion of Bankruptcy.

[2]  The Non-Debtor Defendants are David Mowry, Rohan Seth, J. Daniel Plants, Sheila Hopkins, Taylor Harris, Stuart Drummond, and Vikram Varma.

[3]  The Third-Party Release contains an exception for "claims or causes of action arising from an act or omission judicially determined by a Final Order to have constituted intentional fraud[,] . . . gross negligence, recklessness or willful misconduct . . . ." but it is unclear whether that exception is intended to cover any of the claims asserted in this action.

authorizing Lead Plaintiff to opt out of the Third-Party Release on behalf of the Class and its members (the "Class Opt-Out").  The parties reached agreement on a form of order, which the Bankruptcy Court entered on April 10, 2025 (the "Class Opt-Out Order").  A copy of the Class Opt-Out Order is annexed hereto as **Exhibit A** for this Court's convenience.

The Class Opt-Out preserves the claims of Lead Plaintiff and the Class against the Non-Debtor Defendants and enables this action to continue against them, and will remain in effect unless and until this Court or another court of competent jurisdiction enters a Final Order[4] (1) granting the pending motion to dismiss this action in full without leave to replead, (2) declining to certify the Class, or (3) granting judgment in favor of all Defendants with respect to all claims asserted in this action.  As a result, the Bankruptcy Case, the Plan, and the Third-Party Release will not impact the prosecution of this action against any of the Non-Debtor Defendants and thus this action may proceed against them immediately.

Dated: April 10, 2025

**LABATON KELLER SUCHAROW LLP**

By: */s/Michael P. Canty*
Michael P. Canty (*pro hac vice*)
Michael H. Rogers (*pro hac vice*)
Nicholas D. Manningham (*pro hac vice*)
140 Broadway
New York, NY  10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
Email: mcanty@labaton.com
           mrogers@labaton.com
           nmanningham@labaton.com
*Counsel for Lead Plaintiff and Lead Counsel for the Class*

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Lucas E. Gilmore (#250893)
715 Hearst Avenue, Suite 300
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
Email: lucasg@hbsslaw.com

*Liaison Counsel for the Class*

---

[4] As used in the Class Opt-Out Order, "Final Order" means an order as to which all rights of appeal, certiorari, reargument, repleading, reconsideration, and rehearing have been exhausted or waived and the time to seek any such relief has expired.