UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIE COUNTY EMPLOYEES RETIREMENT SYSTEM,<br><br>    Plaintiff,<br><br>    v.<br><br>CUTERA, INC., et al.,<br><br>    Defendants. | Case No. 23-cv-02560-JST<br><br>**ORDER ADMINISTRATIVELY RE-OPENING CASE**<br><br>Re: ECF No. 84 |

The Court is in receipt of Lead Plaintiff's Update Regarding Cutera, Inc.'s Chapter 11 Bankruptcy Proceeding, ECF No. 84. Lead Plaintiff informs the Court that it has agreed with Defendant Cutera on a Class Opt-Out Order that "preserves the claims of Lead Plaintiff and the Class against the Non-Debtor Defendants and enables this action to continue against them." *Id.* at 3.

Accordingly, the Court directs the Clerk to administratively re-open the case. Defendants' motion to dismiss, ECF No. 72, is pending, and there is no need to re-notice or re-file that motion.

**IT IS SO ORDERED.**

Dated: May 9, 2025

                                      JON S. TIGAR
                            United States District Judge