Case 4:23-cv-02560-JST    Document 89    Filed 11/06/25    Page 1 of 4

Brendan P. Cullen (SBN 194057)
(cullenb@sullcrom.com)
Alexis C. Holmes (SBN 321393)
(holmesa@sullcrom.com)
SULLIVAN & CROMWELL LLP
550 Hamilton Avenue
Palo Alto, CA 94301
Telephone:  (650) 461-5600
Fax:  (650) 461-5700

*Counsel for Defendants Cutera, Inc., David H. Mowry,*
*Rohan Seth, J. Daniel Plants, Sheila Hopkins,*
*Taylor Harris, and Stuart Drummond*

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CUTERA, INC. SECURITIES LITIGATION. | Case No. 4:23-cv-02560-JST<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO RESPOND TO SECOND AMENDED COMPLAINT**<br><br>The Hon. Jon S. Tigar |

SULLIVAN & CROMWELL LLP

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO SECOND AMENDED COMPLAINT
CASE NO. 4:23-CV-02560-JST

WHEREAS, on May 10, 2024, Court-appointed Lead Plaintiff New England Teamsters Pension Fund ("Lead Plaintiff") filed its Amended Class Action Complaint (ECF No. 59, the "FAC") asserting claims for violations of the federal securities laws against Cutera, Inc. ("Cutera"), David H. Mowry, J. Daniel Plants, Rohan Seth, Sheila Hopkins, Taylor Harris, Stuart Drummond, and Vikram Varma (the "individual Defendants," together with Cutera, "Defendants");

WHEREAS, on July 8, 2024, Defendants moved to dismiss the FAC for failure to state a claim (ECF No. 72);

WHEREAS, on September 30, 2025, the Court dismissed the FAC "only with respect to the individual Defendants, as this action is stayed as to Defendant Cutera," and allowed Lead Plaintiff leave to amend within 30 days of the Court's Order (ECF No. 86);

WHEREAS, on October 30, 2025, Lead Plaintiff filed its Second Amended Class Action Complaint (ECF No. 87, the "SAC");

WHEREAS, the Parties met and conferred and have agreed to extend the time for Defendants to file their anticipated motion to dismiss the SAC[1];

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, as follows:

1.      The deadline for Defendants to move against or otherwise respond to the SAC is extended to December 15, 2025;

2.      Lead Plaintiff's opposition to Defendants' motion to dismiss, if any, shall be filed by January 29, 2026; and

3.      Defendants shall file any reply in support of their motion to dismiss by March 2, 2026.

Dated: November 4, 2025                    Respectfully submitted,

**SULLIVAN & CROMWELL LLP**

*/s/ Brendan P. Cullen*
Brendan P. Cullen (SBN 194057)
(cullenb@sullcrom.com)
Alexis C. Holmes (SBN 321393)
(holmesa@sullcrom.com)

---

[1]    Vikram Varma is no longer a defendant in this action.  All other named defendants in the SAC remain the same as compared to the FAC.

550 Hamilton Avenue
Palo Alto, CA 94301
Telephone:  (650) 461-5600
Fax:  (650) 461-5700

*Counsel for Defendants Cutera, Inc., David H. Mowry,
Rohan Seth, J. Daniel Plants, Sheila Hopkins,
Taylor Harris, and Stuart Drummond*

Dated: November 4, 2025                **LABATON KELLER SUCHAROW LLP**

By:    */s/ Michael H. Rogers*
    Michael P. Canty (*pro hac vice*)
    Michael H. Rogers (*pro hac vice*)
    Nicholas D. Manningham (*pro hac vice*)

    140 Broadway
    New York, New York 10005
    Telephone: (212) 907-0700
    Fax: (212) 818-0477
    mcanty@labaton.com
    mrogers@labaton.com
    nmanningham@labaton.com

*Counsel for Lead Plaintiff and the Class*

**HAGENS BERMAN SOBOL SHAPIRO LLP**

Lucas E. Gilmore (Bar No. 250893)
715 Hearst Avenue, Suite 300
Berkeley, California 94710
Telephone: (510) 725-3000
Fax: (510) 725-3001
lucasg@hbsslaw.com

*Liaison Counsel for the Class*

**Attestation Pursuant to Local Rule 5-1(i)(3)**

Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatory.

Dated:  November 4, 2025

/s/ Brendan P. Cullen
Brendan P. Cullen

\*        \*        \*

**[PROPOSED] ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Date:  November 6, 2025

Hon. Jon S. Tigar
United States District Judge

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO SECOND AMENDED COMPLAINT
CASE NO. 4:23-CV-02560-JST

SULLIVAN & CROMWELL LLP