Michael P. Canty (*pro hac vice*)
Michael H. Rogers (*pro hac vice*)
Nicholas D. Manningham (*pro hac vice*)

**LABATON KELLER SUCHAROW LLP**
140 Broadway
New York, NY  10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
Email: mcanty@labaton.com
         mrogers@labaton.com
         nmanningham@labaton.com

*Counsel for Lead Plaintiff and Lead Counsel
for the Class*

Lucas E. Gilmore (#250893)

**HAGENS BERMAN SOBOL SHAPIRO
LLP**
715 Hearst Avenue, Suite 300
Berkeley, California 94710
Telephone: (510) 725-3000
Fax: (510) 725-3001
Email: lucasg@hbsslaw.com

*Liaison Counsel for the Class*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| IN RE CUTERA, INC. SECURITIES LITIGATION | **Case No.: 4:23-cv-02560-JST**<br><br>**CLASS ACTION**<br><br>**NOTICE OF RECENT DECISION IN SUPPORT OF LEAD PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED CLASS ACTION COMPLAINT**<br><br>Date:         April 9, 2026<br>Time:        2:00 P.M.<br>Location:   Courtroom 6 – Second Floor<br>Judge:      Hon. Jon S. Tigar |

Pursuant to Civil L.R. 7-3(d)(2), Lead Plaintiff New England Teamsters Pension Fund respectfully submits the attached statement of recent decision of the United States Court of Appeals for the Ninth Circuit in *Construction Laborers Pension Trust of Greater St. Louis v. Funko, Inc., et al.*, 166 F.4th 805 (9th Cir.). This judicial decision, a copy of which is attached hereto as Exhibit A, is relevant to the disposition of Defendants' Motion to Dismiss the Second Amended Class Action Complaint (ECF No. 90) (the "Motion") but was issued after Lead Plaintiff filed its Opposition to the Motion on January 29, 2026 (ECF No. 91).

Dated: March 18, 2026

**LABATON KELLER SUCHAROW LLP**

By: */s/Michael H. Rogers*
Michael P. Canty (*pro hac vice*)
Michael H. Rogers (*pro hac vice*)
Nicholas D. Manningham (*pro hac vice*)
140 Broadway
New York, NY  10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
Email: mcanty@labaton.com
        mrogers@labaton.com
        nmanningham@labaton.com

*Counsel for Lead Plaintiff and Lead Counsel for the Class*

**HAGENS BERMAN SOBOL SHAPIRO LLP**
Lucas E. Gilmore (#250893)
715 Hearst Avenue, Suite 300
Berkeley, California 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
Email: lucasg@hbsslaw.com

*Liaison Counsel for the Class*