UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ERIE COUNTY EMPLOYEES RETIREMENT SYSTEM,

Plaintiff,

v.

CUTERA, INC., et al.,

Defendants.

Case No.　23-cv-02560-JST

**CLERK'S JUDGMENT**

Re: Dkt. No. 95

Pursuant to the ORDER GRANTING MOTION TO DISMISS signed May 11, 2026, Judgment is hereby entered.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: May 11, 2026

Mark B. Busby
Clerk, United States District Court

By: _____
Dianna Shoblo, Deputy Clerk to the
Honorable JON S. TIGAR